# Exhibit 10

**Fill in this information to identify the case:**

Debtor name    **Eagan Avenatti LLP**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **17-01329**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.........................................................................................    $    0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    412,000.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................................    $    412,000.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    17,000,000.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................    $    1,591,656.77

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$    852,473.79

4. **Total liabilities** .....................................................................................................................    $    19,444,130.56
Lines 2 + 3a + 3b

Official Form 206Sum      Summary of Assets and Liabilities for Non-Individuals      page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagan Avenatti LLP |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 17-01329 |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.
   All cash or cash equivalents owned or controlled by the debtor                                                                Current value of debtor's interest

2. Cash on hand                                                                                                                                       $0.00

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|---|
   | 3.1. | California Bank and Trust | Checking | 2851 | $112,000.00 |
   | 3.2. | California Bank and Trust | Money Market | 7849 | $100,000.00 |

4. Other cash equivalents *(Identify all)*

5. Total of Part 1.                                                                                                                              $212,000.00
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

Official Form 206A/B                          Schedule A/B Assets - Real and Personal Property                                       page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

| Debtor | Eagan Avenatti LLP | Case number (If known) | 17-01329 |
|---|---|---|---|
| | Name | | |

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | Office furniture<br>Office furniture | Unknown | N/A | $50,000.00 |
| 40. | Office fixtures | | | |
| 41. | Office equipment, including all computer equipment and communication systems equipment and software<br>Computer Equipment | Unknown | N/A | $100,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   Artwork | Unknown | N/A | $50,000.00 |

| 43. | Total of Part 7.<br>Add lines 39 through 42.  Copy the total to line 86. | $200,000.00 |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 2
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Eagan Avenatti LLP | Case number (If known) 17-01329 |
|---|---|---|
| | Name | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | Notes receivable | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | $100,000 Promissory Note | 100,000.00 − Total face amount | 100,000.00 = doubtful or uncollectible amount | $0.00 |

| 72. | Tax refunds and unused net operating losses (NOLs) |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | Interests in insurance policies or annuities |
|---|---|

| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | | |
|---|---|---|---|
| | Authentic Entertainment Properties v. Royal District Court Clark County Nevada Case No. A-15-724305-B | | Unknown |
| | Nature of claim | lien for attorneys fees | |
| | Amount requested | | |
| | Birbrower v. Quorn USDC Case No. 2:16cv01346 | | Unknown |
| | Nature of claim | lien for attorneys fees | |
| | Amount requested | | |
| | Broadstone/Billon v. Bath & Body USDC Case No. 8:15cv01994 | | Unknown |
| | Nature of claim | lien for attorneys fees | |
| | Amount requested | | |

Official Form 206A/B     Schedule A/B Assets - Real and Personal Property     page 3
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | Eagan Avenatti LLP | Case number (If known) | 17-01329 |
|---|---|---|---|
| | Name | | |

**Broadstone v. Pacific Sunwear**
LASC Case No. BC594799
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Callaway v. Mercedes-Benz**
USDC Case No. 8:14cv02011
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Chaffee v. Rohrback**
Washington Superior Court
King County
Case No. 15-2-30551-4
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Deehan v. Gap**
OCSC Case No. 30-2015-00807155-CU-OE-CXC
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Eldard v. Hewlett Packard**
OCSC Case No. 30-2012-00537897-CU-BT-CXC
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Jimenez (Dylan) (Wage & Hour)**
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Lagunas/Mendoza/Jung v. Abercrombie**
USDC Case 8:16cv00199
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Rasheed v. Gap (Banana Republic)**
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Robinson v. BCBG, LASC**
Case No. BC597311
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

**Shine v. Williams Sonoma**
LASC Case No. BC598805
Nature of claim     lien for attorneys fees
Amount requested                    Unknown

| Debtor | Eagan Avenatti LLP | Case number (If known) | 17-01329 |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---:|
| **Spound v. RFF** <br> LASC Case No. SC122054 <br> Nature of claim     lien for attorneys fees <br> Amount requested | | Unknown |
| **Ward v. Tilly's** <br> LASC Case No. BC595405 <br> Nature of claim     lien for attorneys fees <br> Amount requested | | Unknown |
| **Weaver v. Southern California Edison** <br> LASC BC617186 <br> Nature of claim     lien for attorneys fees <br> Amount requested | | Unknown |
| **Johannes "Hannes" Kuhn/Solar Millennium AG adv. Skadden, Arps** <br> Nature of claim     lien for attorneys fees <br> Amount requested | | Unknown |

| | | | |
|---|---|---|---:|
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | | |
| 76. | Trusts, equitable or future interests in property | | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership <br><br> **Various contingency fee contracts with clients** | | Unknown |

| | | | |
|---|---|---|---:|
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | | **$0.00** |
| 79. | Has any of the property listed in Part 11 been appraised by a professional within the last year? <br> ■ No <br> ☐ Yes | | |

Debtor  **Eagan Avenatti LLP**  
Name  

Case number *(If known)* **17-01329**

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $212,000.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $200,000.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*....................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $412,000.00 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $412,000.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 6  
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagan Avenatti LLP |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 17-01329 |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| 2.1 **The X Law Group**<br>Creditor's Name<br><br>**Filippo Marchino**<br>**1910 West Sunset Blvd.**<br>**Suite 450**<br>**Los Angeles, CA 90026**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Professional Services in excess of $17,000,000**<br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed | $17,000,000.00 | Unknown |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $17,000,000.00

**Part 2: List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagan Avenatti LLP |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 17-01329 |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   |   |   | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**CA Department of Revenue**<br>**CA Franchise Tax Board**<br>**PO Box 1468**<br>**Sacramento, CA 95812** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
|   | Date or dates debt was incurred | Basis for the claim:<br>**for notice purposes** |   |   |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |   |   |
| 2.2 | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0039** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | $1,146,255.45 | $1,146,255.45 |
|   | Date or dates debt was incurred | Basis for the claim:<br>**taxes** |   |   |
|   | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |   |   |

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|

### 2.3 Priority creditor's name and mailing address
**Employment Development Dept.**
PO Box 989061
West Sacramento, CA 95798-9061

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

$445,401.32    $445,401.32

Date or dates debt was incurred

Basis for the claim:
**taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### 2.4 Priority creditor's name and mailing address
**Internal Revenue Service**
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### 2.5 Priority creditor's name and mailing address
**Orange County Tax Collector**
12 Civic Center Plaza
Santa Ana, CA 92701

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**for notice purposes**

Last 4 digits of account number
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

### 3.1 Nonpriority creditor's name and mailing address
**Aderant Holdings Lockbox**
PO Box 931177
Atlanta, GA 31193

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,178.00

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

### 3.2 Nonpriority creditor's name and mailing address
**AT&T Teleconference Services**
PO Box 5002
Carol Stream, IL 60197-5002

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$43.38

Date(s) debt was incurred __

Basis for the claim: **telephone services**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No   ☐ Yes

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 2 of 7
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|
| | Name | | |

**3.3** Nonpriority creditor's name and mailing address
Authentic Entertainment Properties, LLC
c/o Andrew D. Stolper, Esq.
19800 MacArthur Blvd., #855
Irvine, CA 92612

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: litigation

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.4** Nonpriority creditor's name and mailing address
Baker, Keener & Nahra LLP
633 West Fifth Street
Suite 5400
Los Angeles, CA 90071

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: professional services

Is the claim subject to offset? ■ No ☐ Yes

$237,641.46

---

**3.5** Nonpriority creditor's name and mailing address
California Bank & Trust
PO Box 30833
Salt Lake City, UT 84130-0833

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: bank loan

Is the claim subject to offset? ■ No ☐ Yes

$100,000.00

---

**3.6** Nonpriority creditor's name and mailing address
CCROLA
205 Broadway
Suite 200
Los Angeles, CA 90012

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$1,800.00

---

**3.7** Nonpriority creditor's name and mailing address
Central Communications
11830 Pierce Street
Suite 100
Riverside, CA 92505

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$174.00

---

**3.8** Nonpriority creditor's name and mailing address
Competition Economics, LLC
2000 Powell Street
Suite 510
Emeryville, CA 94608

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: professional services

Is the claim subject to offset? ■ No ☐ Yes

$197,658.75

---

**3.9** Nonpriority creditor's name and mailing address
County of Orange
Attn:Treasurer-Tax Collector
PO Box 1438
Santa Ana, CA 92702-1438

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: for notice purposes

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|

| 3.10 | Nonpriority creditor's name and mailing address<br>David W. Stewart, PhD<br>13031 Villosa Place<br>#121<br>Playa Vista, CA 90094 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: professional services | $15,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address<br>FedEx<br>PO Box 7221<br>Pasadena, CA 91109-7321 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: trade debt | $7,917.82 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address<br>First Insurance Funding Corp<br>PO Box 66468<br>Chicago, IL 60666-0468 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __ | $9,757.85 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address<br>Gerald Tobin<br>2014 Edgewater Drive<br>#169<br>Orlando, FL 32804 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Professional Services | $28,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address<br>Green Street Advisors<br>660 Newport Center Drive<br>Suite 800<br>Newport Beach, CA 92660 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: Professional Services | $40,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address<br>Innovative Computing Systems<br>2780 Skypark Dr<br>Suite 125<br>Torrance, CA 90505 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __ | $510.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>International Personnel<br>Protection, Inc.<br>PO Box 92493<br>Austin, TX 78709 | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Professional Services | $16,900.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address<br>Jack Cross & Associates, Inc<br>9070 Irvine Center Drive<br>Suite 220<br>Irvine, CA 92618<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $1,775.85 |
|---|---|---|---|
| 3.18 | Nonpriority creditor's name and mailing address<br>Jams<br>PO Box 845402<br>Los Angeles, CA 90084-5402<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | $12,000.00 |
| 3.19 | Nonpriority creditor's name and mailing address<br>Jason M. Frank<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: litigation<br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.20 | Nonpriority creditor's name and mailing address<br>Judicate West<br>1851 East First Street<br>Suite 1600<br>Santa Ana, CA 92705<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | $10,303.75 |
| 3.21 | Nonpriority creditor's name and mailing address<br>KNJ Ventures<br>1106-A Broadway<br>Santa Monica, CA 90401<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | $54,502.91 |
| 3.22 | Nonpriority creditor's name and mailing address<br>Lewis Roca Rothgerber<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $6,960.00 |
| 3.23 | Nonpriority creditor's name and mailing address<br>Norell Consulting, Inc.<br>218 Catherine Park<br>Glendora, CA 91741<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: Professional Services<br>Is the claim subject to offset? ■ No ☐ Yes | $41,802.81 |

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address<br>Personal Court Reporters Inc<br>14520 Sylvan Street<br>Van Nuys, CA 91411<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Professional Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $42,274.95 |
|---|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address<br>Rest Your Case Evidence Storage<br>6364 Irwindale Road<br>Irwindale, CA 91702<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,890.00 |
| 3.26 | Nonpriority creditor's name and mailing address<br>Scott Sims<br>Frank Sims Stolper, LLP<br>19800 MacArthur Blvd.<br>Suite 855<br>Irvine, CA 92612<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: **litigation**<br><br>Is the claim subject to offset? ■ No ☐ Yes | Unknown |
| 3.27 | Nonpriority creditor's name and mailing address<br>SoCal Subpoena<br>115 Pine Avenue<br>Suite 320<br>Long Beach, CA 90802<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,178.92 |
| 3.28 | Nonpriority creditor's name and mailing address<br>Staples Advantage<br>Dept. LA<br>P.O. Box 83869<br>Chicago, IL 60696<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $4,202.15 |
| 3.29 | Nonpriority creditor's name and mailing address<br>The Montage Laguna Beach<br>Finance Dept.<br>30801 South Coast Highway<br>Laguna Beach, CA 90651<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **trade debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $7,854.00 |
| 3.30 | Nonpriority creditor's name and mailing address<br>The Montlake Group, LLC<br>16639 Sunset Boulevard<br>Pacific Palisades, CA 90272<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,666.00 |

| Debtor | Eagan Avenatti LLP | Case number (if known) | 17-01329 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,776.29 |
|---|---|---|---|
| | Thomson West<br>West Payment Center<br>P.O. Box 6292<br>Carol Stream, IL 60197 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,704.90 |
|---|---|---|---|
| | Veritext<br>P.O. Box 71303<br>Chicago, IL 60694 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3: List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Authentic Entertainment Properties Development, LLC<br>c/o Andrew D. Stolper, Esq.<br>19800 MacArthur Blvd., #855<br>Irvine, CA 92612 | Line 3.3<br>☐ Not listed. Explain ____ | __ |

**Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 1,591,656.77 |
| 5b. Total claims from Part 2 | 5b. + | $ | 852,473.79 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ | 2,444,130.56 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagan Avenatti LLP |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 17-01329 |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. Does the debtor have any executory contracts or unexpired leases?
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**     **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | lease of Debtor's Los Angeles office | |
| | State the term remaining | | International Church of the Foursquare |
| | List the contract number of any government contract | | 100 Bayview Circle<br>Suite 2600, Dept 8<br>Newport Beach, CA 92660 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | copier lease for two (2) copy machines | |
| | State the term remaining | 14 months | Ricoh |
| | List the contract number of any government contract | | PO Box 31001-0850<br>Pasadena, CA 91110 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | lease of Debtor's Orange County office | |
| | State the term remaining | 36 months | The Irvine Company |
| | List the contract number of any government contract | | PO Box 844987<br>Los Angeles, CA 90084 |

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     Page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

134

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Eagan Avenatti LLP |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 17-01329 |

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                            *Column 2:* **Creditor**

| | Name | Mailing Address | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|
| 2.1 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | City  State  Zip Code | | | ☐ G |
| 2.2 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | City  State  Zip Code | | | ☐ G |
| 2.3 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | City  State  Zip Code | | | ☐ G |
| 2.4 | | Street | | | ☐ D |
| | | | | | ☐ E/F |
| | | City  State  Zip Code | | | ☐ G |

Official Form 206H                               Schedule H: Your Codebtors                       Page 1 of 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                               Best Case Bankruptcy