Exhibit 16

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


IN RE:

    EAGAN AVENATTI, LLP,        CASE NUMBER
                                8:17-bk-11961-CB

        Debtor,


_____


EXAMINATION OF MICHAEL AVENATTI

July 25, 2018

11:00 a.m.


411 West Fourth Street

Courtroom 5D Conference Room

Santa Ana, California


REPORTED BY:

Lynette Milakovich

CSR No. 5098

1        MR. CHA:  Don't argue with my client.  That's all.

2        MR. SELTH:  When an answer is given that is that

3   absurd, I am not arguing.  I am saying that's absurd.

4        MR. CHA:  You can think that.  Okay?  Let's not

5   burden the record with your thoughts or your feelings.

6   That's not relevant.  Okay.  Let's go.  We are here.  We

7   are here for you.

8        Q   (BY MR. SELTH:)  Who is handling the payroll

9   tax withholdings for EA right now, Mr. Avenatti?

10       A   I believe our payroll tax company.

11       Q   Is EA current on its payroll tax since the

12   bankruptcy case has been dismissed?

13       A   To the best of my knowledge, yes.

14       Q   Please name all financial institutions where

15   EA has had a bank account in the last four years.

16       A   California Bank & Trust, and I think that that

17   is it.  Although there was a loan from a Mississippi bank,

18   and I don't remember if we had an account there or not or

19   if that would qualify as an account.

20       Q   How long ago was that?

21       A   I mean, I think there was discovery on this

22   in connection with the bankruptcy.  I don't remember.

23   It was some time ago.  But it may have been during this

24   four-year -- it may have been from 2014 to the present,

25   so that's why.

Michael Avenatti
July 25, 2018

```
 1          Q    But there is no account there now?

 2          A    No.

 3          Q    And no loan there now?

 4          A    No.

 5          Q    How many current -- how many open accounts

 6     does EA currently have at California Bank & Trust?

 7          A    I think two or three.

 8          Q    Is there one or more than one client trust

 9     IOLTA account?

10          A    I think there's one IOLTA.

11          Q    At California Bank & Trust?

12          A    Period.

13          Q    And it's at California Bank & Trust?

14          A    Yes.

15          Q    In the bankruptcy schedules filed in June

16     of 2017 there were two accounts listed at California

17     Bank & Trust.  Are those the same two accounts that you

18     have now?

19          A    At some point during the bankruptcy the

20     accounts were changed.

21          Q    To debtor in possession accounts?

22          A    Correct.  I don't believe that those have been

23     changed since the conclusion of the bankruptcy case.

24          Q    What is the current balance in the two

25     accounts at California Bank & Trust?
```

Michael J. Avenatti
July 25, 2018

```
1    bankruptcy.

2            Q    They pay consistently every month?

3            A    Well, sometimes they are late.  Sometimes they

4    don't pay on time.  But it's generally --

5            Q    They don't generally accrue unpaid fees?

6            A    No.  They do accrue if they don't pay on time.

7            Q    Is it due on a certain date each month?

8            A    It is, but I can't tell you the date.

9            Q    So funds that have gone into EA to pay its

10   operating expenses, you testified that's the majority of

11   your personal funds; correct?

12           A    Yes, sir.

13           Q    What accounts have transferred funds into

14   EA bank accounts since the bankruptcy was dismissed?

15   Accounts just in your name?  Are there any others that

16   have transferred?

17           A    I think it's just in my name.  When I say,

18   "My name," I don't recall exactly what account the monies

19   came into as loans.  I'm sorry.

20           Q    From?

21           A    I know where the monies came into.  I don't

22   know where the monies came from as I sit here now.

23   I think they were from Avenatti & Associates.

24           Q    A bank account?

25           A    A bank account.
```

```
 1              Q    A bank account of Avenatti & Associates?

 2              A    Right.

 3              Q    Is it possible some came from your bank

 4    account with your personal name?

 5              A    No, that's not correct.

 6              Q    What about Global Barista?

 7              A    No, I don't think that's accurate.

 8              Q    Are there any other entities that have

 9    contributed money to, as you say, loaned money to EA

10    to keep it going?

11              A    I don't think so.

12              Q    Have there been any transfers from EA accounts

13    to other entities' accounts, either loan repayment or --

14              A    You are talking about things other than our

15    trust account obviously?

16              Q    Right now I am talking about non-trust payment

17    account, not client payments.

18              A    The question is?

19              Q    What accounts have received transfers from

20    EA accounts since the bankruptcy was filed -- dismissed?

21    Excuse me.

22              A    Well, we paid bills.

23              Q    Right.  I am talking about actually transfers,

24    not bill pays, like not paying the electric bill, but

25    I mean a transfer.  You were transferring money from
```

```
 1      Avenatti & Associates to EA.  I assume it was some kind of

 2      online transfer to do that.  Could have been a check.

 3      I don't know.  But I am asking what accounts have received

 4      transfers from EA, not paying vendors or bills.

 5              A   There may have been instances where

 6      Avenatti & Associates received money back from EA, but

 7      I'm not certain about that.

 8              Q   Would that be for loan repayment, or were

 9      there other connections?

10              A   Loan repayment for expenses.

11              Q   What do you mean:  "For expenses"?  When would

12      EA pay Avenatti & Associates?

13              A   If I would incur an expense and then seek

14      reimbursement from EA, that would likely come back to

15      A & A.

16              Q   Okay.

17              MR. CHA:  A & A.

18              Q   (BY MR. SELTH:)  "A & A" meaning Avenatti &

19      Associates?

20              A   Yeah.

21                  Did EA -- do you know who Pete Norell is,

22      Mr. Avenatti?

23              A   Yes, sir.

24              Q   Did EA pay Pete Norell 25,000 dollars in March

25      of this year?  You started to say something.
```

Michael J. Avenatti
July 25, 2018

```
 1              A    A payment was made to Pete Norell, and I don't
 2       recall how much it was or when it was, but it was after
 3       the bankruptcy was dismissed.
 4              Q    What was it for?
 5              A    It was for a settlement of a claim that
 6       Pete Norell had.
 7              Q    A settlement -- a claim that he had against
 8       EA?
 9              A    Yes.
10              Q    Was it for a matter he had worked on or
11       multiple matters?
12              A    I think it was multiple matters.
13              Q    What account was that payment made from?
14              A    I don't remember, but I think it came from
15       California Bank & Trust.
16              Q    Was it made from a general account?
17              A    I don't remember.  It may have been made from
18       Avenatti & Associates.  I don't know.  I don't know.
19              Q    Was it a client expense that was owed by a
20       client to be paid from IOLTA account?
21              A    No.
22              Q    Or was it an EA expense?
23              A    No.  I think it was an EA expense.
24              Q    You don't pay any EA expenses from your
25       IOLTA account, correct?
```

1          A    Generally not, no.

2          Q    Has EA written checks payable to cash in the

3    last twelve months?

4          A    Not that I know of.

5          Q    What about in the last several years?

6          A    Maybe.  I don't know.

7          Q    Do you have any recollection of instructing EA

8    to write checks payable to cash?  Are there circumstances

9    where this might be?

10         A    There might be an instance here or there that

11   happened.  I just don't remember.

12         Q    Would these be modest amounts like petty cash

13   levels?

14         A    Again, I don't recall.  There may have been a

15   check that was made payable to cash because we had to get

16   a cashier's check for something, for instance.  I mean,

17   I am just speculating.

18         MR. CHA:  Let's not speculate.  You have been

19   speculating for the last four answers.  Let's not

20   speculate.

21         THE WITNESS:  You don't want to go for five?

22         MR. CHA:  No.

23         Q    (BY MR. SELTH:)  Has EA taken out counter

24   checks payable to cash from the bank?

25         A    In it's existence I'm sure at some point.

Michael Avenatti
July 25, 2018

```
 1              A    Yes.

 2              Q    Are they subtenants?

 3              A    It's basically a shared space arrangement

 4    is probably the best way for me to put it.

 5              Q    Okay.  With other unrelated law firms?

 6              A    Well, I don't know what you mean by "unrelated

 7    law firms" but with other law firms.

 8              Q    In which you don't have an interest?

 9              A    Correct.

10              Q    You pay a share of the office rent because --

11              A    A share of the expenses associated with the

12    office.

13              Q    Okay.  Is there a sign on the door that says

14    you are EA?

15              A    I believe there is, yes.

16              Q    Who is attorneys who work out of Newport Beach

17    office?

18              A    Myself, John Arden, Matty Brim, Thomas Gray,

19    Damon Rogers, Carlos Colorado.

20              Q    Colorado?

21              A    Yes, sir.

22              A    I think that's it.

23              Q    Six?

24              A    I think that's right.  Yeah.

25              Q    Are they employees of EA?  Other than you,
```

199

```
 1     are the other five W-2 employees of EA?

 2          A   Yes.

 3          Q   And they receive a paycheck from EA?

 4          A   Yes, sir.

 5          Q   Are any of these attorneys also employed by

 6     Avenatti & Associates?

 7          A   Yes.

 8          Q   Do they receive separate payment from A & A?

 9          A   No.  A & A reimburses EA for the use of their

10     time in connection with various matters.

11          Q   I believe I remember at the time of the

12     meeting of creditors you thought -- you testified there

13     were nine attorneys at the time the bankruptcy was filed.

14     Has there been a decline?

15          A   Whatever I testified to I testified to.

16          Q   Have any attorneys left the firm since the

17     bankruptcy was filed?

18          A   I don't remember.

19          Q   In the last year?

20          A   I don't remember who has -- I guess I could

21     think about it and figure out -- I don't know the timing

22     of various departures I guess is the best way.

23          Q   But now there's you plus five?  You would call

24     them associates?

25          A   Well, some of them carry the title of partner,
```

```
 1    goes by the title "Partner."

 2              Q    But you said they are W-2?

 3              A    But you said, "And Associates."

 4              Q    I thought you said you called them associates,

 5    but they hold themselves out as a partner.

 6              MR. CHA:  One.

 7              Q    (BY MR. SELTH:)  One does.  None of them

 8    receive compensation directly from any other entity which

 9    you are involved; is that correct?

10              A    I think that's accurate.

11              Q    So when Mr. Ibraham's name appears on a

12    caption of a pleading filed in the same of Avenatti &

13    Associates, he's working for Avenatti & Associates,

14    being compensated by EA, and EA is being compensated by

15    Avenatti & Associates?

16              A    Generally, yes.

17              Q    Who is Susie Quinn?

18              A    Susie Quinn is a woman that's done various

19    P.R. consulting over the years for me and for the firm.

20              Q    For EA?

21              A    Well, for Global Barista, for EA, for

22    Avenatti & Associates, and for me personally and perhaps

23    other entities that I may have had involvement with.

24    I just don't remember.

25              Q    Has EA made any payments to Ms. Quinn or any
```

1          A    You are not restricting your question to the

2     list.

3          Q    Are there cases that aren't on that list that

4     you don't want to answer?

5          A    Maybe, maybe not, but it's irrelevant.

6     That's not what the order goes to, sir.  The order doesn't

7     restrain me from filing other cases personally, nor could

8     the Court issue that order.

9          Q    I am not saying it does.

10         A    Okay.  If you want to ask me about the order,

11    I will answer questions about the order.

12         Q    We'll go through the cases on Exhibit A.

13              So when you meet with a client, you

14    testified I think that you decided who would represent the

15    case, either EA or Avenatti & Associates?  You make that

16    decision, correct?

17         A    I don't understand the question.

18         Q    When you meet with a new client, do you decide

19    whether those clients will be represented by EA or

20    Avenatti & Associates?

21         A    Not by myself, no.

22         Q    Who else makes that decision?

23         A    Well, in consultation with the client.

24         Q    So if a client calls you because they know

25    you personally, they don't know different firms, and they

1       say, Michael, I have a great case, and you say, come on

2       into the office, let's talk about it, do you make a

3       decision we will file this case under the name of EA or

4       under the name of Avenatti & Associates?

5               A    It would depend on the circumstances of the

6       case.

7               Q    What are the circumstances?

8               A    I can't speculate, but it would be completely

9       within in my right as a member of the bar to file that

10      case on behalf of anybody.  Frankly, I could file on

11      behalf EA; I could file it on behalf A & A; I could file

12      it under myself individually.  That is my right by law.

13      It is what it is.

14              Q    It's your decision?

15              A    No.  I am going to stand by my prior answer.

16              MR. CHA:  He said in consultation with the client.

17              Q    (BY MR. SELTH:)  In consultation with the

18      client, you and the client decide who should be the

19      representing firm?

20              A    I think I have answered that.

21              Q    Prior to the dismissal of the EA bankruptcy

22      case, were any cases filed in the name of Avenatti &

23      Associates?

24              A    I don't remember.

25              MR. SELTH:  Let's break now because I was going to

1    declaration and if that's in fact your signature.

2            A    That is my signature.

3            Q    The date appears to be a typo on your

4    signature because it was filed on July 2nd, but

5    I'm assuming you obviously signed it before it was filed.

6            A    I think that's a fair assumption.  I don't

7    know why it says July 9th.

8            Q    I'd like to refer you specifically to

9    Paragraph 8 of the declaration which I am just going to

10   read out loud for the record.  "In addition, on some

11   matters, Avenatti & Associates, APC, uses the time of

12   associates employed by EA.  When this occurs,

13   Avenatti & Associates, APC, compensates EA for the use

14   of this time.  The compensation is negotiated on a

15   case-by-case basis."  Is that a correct statement,

16   Mr. Avenatti?

17           A    The statement in Paragraph 8 is correct.

18           Q    How is the reimbursement owed from Avenatti &

19   Associates to EA calculated?

20           A    I don't think I understand the question.

21   What do you mean?

22           Q    How is the amount owed from Avenatti &

23   Associates to EA calculated on this case-by-case basis?

24           A    On a per-hour basis.

25           Q    What records are being kept to calculate the

```
 1     reimbursement amount?

 2              MR. CHA:  Lacks foundation.  Objection.

 3              Q   (BY MR. SELTH:)  Mr. Avenatti --

 4              MR. CHA:  Do you understand the question?

 5              THE WITNESS:  Yeah.  You want me to answer it?

 6              MR. CHA:  Yes.

 7              THE WITNESS:  Can you rephrase the question or

 8     repeat the question for me.

 9              (The requested portion of the record

10              was read by the court reporter.)

11              MR. CHA:  And the objection was lacks foundation.

12              THE WITNESS:  I keep track.

13              Q   (BY MR. SELTH:)  How?

14              MR. CHA:  He asked for documents.

15              Q   (BY MR. SELTH:)  What records?

16              A   Yeah.  I keep track.  I keep a ledger.

17              Q   Of what?

18              A   Of the time spent.

19              Q   By who?

20              A   What do you mean:  "By who"?  By the people

21     that are issued in Paragraph 8.

22              Q   Attorneys at EA?

23              A   Yeah.  Isn't that what eight refers to?

24              Q   Right.

25              A   Yes, associates employed by EA.
```

```
 1              Q    So did the attorneys keep time records to show
 2     the time they are spending?
 3              A    No.  I keep a record of generally how much
 4     time they spent.
 5              Q    Do you do that on a daily basis or weekly
 6     basis?
 7              A    On a fairly daily basis.
 8              Q    Do you talk to each -- let me back up.
 9                   Are attorneys during the day working on
10     both EA and A & A matters?
11              A    It depends on the attorneys.
12              Q    Some may; some might not?
13              A    Correct.
14              Q    Do you talk to the attorney each day to find
15     out the time they spent on each matter?
16              A    I have a general idea on how much time they
17     spent on their matters.
18              Q    Does Avenatti & Associates reimburse EA for
19     use of EA office?
20              A    No.
21              Q    Does Avenatti & Associates reimbursement EA --
22              A    I'm sorry.  Are you talking about the use of
23     the office base?
24              Q    Yes.
25              A    Yes.  That's calculated into the mix, but EA
```

```
 1    doesn't -- first of all, EA owes A & A much more money

 2    than A & A could ever use up in resources of EA, just to

 3    be clear.  But go ahead with your question.

 4          Q   Right now I'm only asking about what A & A

 5    owes EA I, understand there may be offsets.

 6          A   I am not claiming there are offsets.

 7          Q   I am talking about records you would show what

 8    A & A owes EA.

 9          A   Uh-huh.

10          Q   Hypothetically, if a bankruptcy was to be

11    filed by EA, the amounts that A & A owed EA would be what

12    would be relevant in terms of collection.

13          A   I don't know about that.

14          Q   When I said, does Avenatti & Associates

15    reimburse EA for A & A office space, and you correctly

16    said you mean office space?

17          A   Yes.  That's tracked.

18          Q   The office space?  How?

19          A   Yeah, that's tracked.

20          Q   How do you mean?  By square footage?

21          A   On a ledger it's calculated.  It's like a

22    percentage of the rents.

23          Q   But how is that percentage calculated?

24          A   It's an agreed-upon percentage.

25          Q   What is that percentage?
```

```
 1              A   It's between five and ten.  I don't know

 2      exactly what it is.  I'd have to look at the ledger.

 3              Q   Is there a written agreement between EA and

 4      A & A?

 5              A   No.

 6              Q   Is it an agreement between yourself and

 7      yourself?

 8              A   No.  It's an agreement between two entities,

 9      Avenatti & Associates and Eagan Avenatti.

10              Q   A verbal agreement?

11              A   It's an agreement.  Last time I checked,

12      those agreements are contracts -- are you going to let

13      me finish?

14              Q   Sure.

15              A   Okay.  Last time I checked, that's a valid

16      agreement under California law.  Do you have a problem

17      with it?

18              Q   You are not asking me questions.  I am asking

19      you questions.

20              A   I am just asking, do you have a problem with

21      that agreement?

22              Q   I am going to ask you about the agreement.

23      Let's get some details about it.

24              A   Okay.

25              Q   It's not in writing, so the only way I'm going
```

```
 1      to find out about it is you telling me who entered into it

 2      on behalf of EA.

 3               A    Me.

 4               Q    Who entered on behalf of Avenatti &

 5      Associates?

 6               A    Me.

 7               Q    You said it's a 25 and 10 percent number?

 8               A    Yeah.  I don't remember exactly what it is.

 9               Q    It's not written down anywhere?

10               A    No.  It's on the ledger.

11               Q    What ledger is this?

12               A    It's not even a ledger.  It's a paper.  It's

13      where we track the resources we're using.

14               Q    Does the number vary depending on how much

15      work is being done on A & A cases on a particular month?

16               A    No.

17               Q    So if A & A cases start taking up half the

18      time of the attorneys, would the number still stay at

19      five or ten percent?

20               A    I don't know.  I can't speculate as to that.

21               Q    Right now do you believe that A & A cases are

22      only using about five to ten percent of EA attorney time?

23               A    I haven't really thought about it.  I'd have

24      to think about it.

25               Q    Go ahead and think about it.
```

1          A    I'd need to look at the case list.  There's a

2     bunch of documents I would have to look at in order to

3     make that -- sir, you keep trying to interrupt me.  Please

4     don't interrupt, and please don't laugh at me either.

5          Q    Sorry.

6          A    I would have to look at what the case list is

7     and give it some thought as to whether it takes up more or

8     less than five to ten percent.

9          Q    How long has that five to ten percent number

10    been in place?

11         A    Months.  Less than a year.

12         Q    Okay.  And you just haven't had -- you haven't

13    recalibrated that number since it was originally set?

14         A    Correct.

15         Q    Does Avenatti & Associates reimburse EA for

16    use of EA equipment and supplies?

17         A    No.

18         Q    Copiers, faxes, email, Lexis searches?

19         A    No.  It would be di minimus.

20         Q    Does Avenatti & Associates reimburse EA for

21    use of EA non-attorney support staff?

22         A    Avenatti & Associates does not bill EA for

23    all of the expenses and everything else that Avenatti &

24    Associates incurs from time to time, just to be clear.

25    But you are asking me about support staff?

Michael Avenatti
July 25, 2018

```
 1              Q   Right.  You said that you kept track of
 2    attorney time.
 3              A   Right.  That's included within the
 4    Paragraph 8.
 5              Q   Paralegal time?  Secretarial?
 6              A   I thought eight was --
 7              Q   It says, "Associates."
 8              A   Okay.
 9              Q   So I am asking about non-associates.
10              A   Same concept with Paragraph 8.
11              Q   You keep track on a ledger of --
12              A   Generally, yeah.
13              Q   How much has Avenatti & Associates paid EA
14    reimbursement expenses in 2018?
15              A   Nothing because EA owes Avenatti & Associates
16    money.
17              Q   Okay.  How many days a week do you usually
18    spend at the office at Newport Beach?
19              A   It depends on what week it is or what month.
20              Q   Give me an estimate for the last month.
21              A   It varies from time to time.
22              Q   What is an estimate based on the last month?
23              A   I don't know.  I'd have to think about it.
24              Q   Can you?  Can you give me your best estimate?
25              A   How many days in the last month?  I don't
```

1    know.  Four or five days.

2         Q   How are you able to prepare a ledger on a

3    daily basis of how much time is being worked by attorneys

4    in the office if you are only there on an average of four

5    to five days a month?

6         A   Because I don't have to be there to know

7    what's going on in my law firm.  That's why.

8         Q   Are you checking online?

9         A   I don't know what you mean by that.

10        Q   Logging into the company computer to see

11   what's being done?

12        A   Sir, I have a general idea -- pretty good idea

13   of what's going on within Eagan Avenatti on any given day.

14        Q   A general idea.

15        (Exhibit Numbers 7 and 8 were marked for

16        identification.)

17        Q   (BY MR. SELTH:)  Let's look at the restraining

18   order which I don't think we have introduced before.

19   It's Exhibit 7.

20             And why don't we, since it relates to a

21   list of cases in Exhibit A, we will introduce Exhibit 8

22   as the list of cases referred to therein.

23             So I'm referring -- I am looking on Page 2,

24   Mr. Avenatti.  It's a three-paragraph section.  I am going

25   to be asking questions about these sections.

```
 1    STATE OF CALIFORNIA          )
                                   )
 2    COUNTY OF SAN BERNARDINO     )

 3

 4         I, Lynette Milakovich, a Certified Shorthand

 5    Reporter, do hereby certify:

 6         That prior to being examined, the witness in

 7    the foregoing proceedings was by me duly sworn to

 8    testify to the truth, the whole truth, and nothing but

 9    the truth;

10         That said proceedings were taken before me at

11    the time and place therein set forth and were taken

12    down by me in shorthand and thereafter transcribed

13    into typewriting under my direction and supervision;

14         I further certify that I am neither counsel for,

15    nor related to, any party to said proceedings, nor

16    in any way interested in the outcome thereof.

17         In witness whereof, I have hereunto subscribed

18    my name.

19

20    Dated:  July 27, 2018

21

22

23    Lynette Milakovich
      CSR No. 5098

24

25
```