# Exhibit 19

| | Case Name | Court | Case Number | Date Commenced | Source |
|---|---|---|---|---|---|
| 1. | Alvarez v. Campbell/ City of Los Angeles | LASC – Santa Monica | BC537145 | 2/25/2014 | John Alvarez |
| 2. | Bahamas Surgery Center,  v. Kimberly Clark Corporation | USDC – Central California | 14-CV08390 DMG | 10/29/2014 | Bahamas Surgery Center LLC (On Behalf of Certified Class) |
| 3. | Biloxi Freezing v. Mississippi Power Company | Circuit Court Harrison County Mississippi | A2401-16-77 | 4/2016 | Biloxi Freezing & Processing, Inc.; Gulfside Casino Partnership; John Carlton Dean |
| 4. | Burton v. Carrey | LASC | BC634315 | 9/19/2016 | Mark Burton |
| 5. | Croxton v. Myla | OCSC | 30-2017-00907481 | 3/8/2017 | Tom Croxton |
| 6. | Engel v. Marina Del Rey Hospital | LASC | BC638697 | 10/27/2016 | Paul S. Engel; The Estate of Jim D. Engel; The Trust of Jim D. Engel |
| 7. | Greco v. NFL | USDC – Northern Texas | 3:13-cv-1005-M | 3/7/2013 | Joseph Greco |
| 8. | Hansen v. Goodman | LASC | BC637521 | 10/18/2016 | Stephen Hansen |
| 9. | Heritage v. DFG Group, LLC | Florida Fourth District Court of Appeal | 4D16-2972 | 8/31/2016 | Heritage Manor of Memorial Park, Inc., Memorial Park of Boca Raton, Inc., Sandra Strong, as the Personal Representative of the Estate of Kathleen I. Michael, Elishka E. Michael Tarnawa Revocable Trust Under Agreement Dated August 9, 2002, Laila Taylor, Trustee and Laila Taylor, as Personal Representative of the Estate of Elishka E. Michael Tarnawa |
| 10. | Herrick v. National Football League | USDC – Northern Ohio | 5:17-cv-472 | 3/7/2017 | Greg Herrick and Carmelo Treviso (On Behalf of Putative Class) |
| 11. | Kirschner v. Service Corporation | LASC | BC491632 | 9/7/2012 | Stephanie Kirschner; Brad J. Kane |
| 12. | Koss v. Park Bank | Wisconsin Court of Appeals | 2016AP636 | 3/22/2016 | Koss Corporation; Michael J. Koss |

| | | | | |
|---|---|---|---|---|
| 13. | Loftin v. QA Investments | Superio<br>North Carolina | 882 | 15/2003 | Peter T. Loftin |
| 14. | Medline v. Kimberly Clark | USDC – Northern Georgia | 1:17-cv-02032 | 6/5/2017 | Medline Industries, Inc. |
| 15. | Meridian v. Kooshian | USCA Ninth Circuit | 15-35465 | 6/12/2015 | Mark Calvert |
| 16. | Naeyaert v. Kimberly Clark | USDC Central California | 5:17-cv-00950 | 5/15/2017 | Christopher P. Naeyaert |
| 17. | Parrish v. Latham Watkins | Supreme Court of California | S228277 | 8/5/2015 | William Parrish; E. Timothy Fitzgibbons; |
| 18. | Racine v. Selekt Media | LASC | BC593922 | 9/9/2015 | Amelia Racine |
| 19. | Saud v. Saxton | LASC | BC476972 | 1/17/2012 | Steven J. Saxton; Hollywood Studios International |
| 20. | Shahinian v. Kimberly Clark (Qui Tam)<br>[USA v. Kimberly-Clark Corporation] | USDC – Central California | 2:14-cv-08313 JAK | 10/27/2014 | Hrayr Shahinian (On Behalf of the United States) |
| 21. | Silva v. Minsky (Children's Dental Group Cases) | LASC | BS167372 | 1/12/2017 | Marisabel Silva |
| 22. | Sweetman v. Carrey | LASC | BC636760 | 10/11/2016 | Brigid Sweetman |
| 23. | Alhadeff v. Superior Court Los Angeles County | California – Court of Appeals | B281503 | 3/24/2017 | Jennifer Nadjat-Haiem – Real Party in Interest |
| 24. | Alhadeff v. Superior Court of Los Angeles | California – Court of Appeals | B283048 | 6/12/2017 | Jennifer Nadjat-Haiem, Real Party in Interest |
| 25. | Alpha GRP, Inc. v. Subaru of America, Inc. | USDC – Central California | 2:18-cv-02133 MWF | 3/14/2018 | Alpha GRP, Inc. |
| 26. | Barela v. Brock USA, LLC | USDC – Central California | 8:15-cv-00779 | 5/19/2015 | Greg Barela |
| 27. | Browndorf v. Salveson | USDC – Central California | 8:16-cv-00181 | 2/3/2016 | Matthew C. Browndorf |
| 28. | Chicago Title of Nevada, Inc. v. Colombo | USDC – Nevada | 2:16-cv-02293 | 9/29/2016 | X-Law Group, PC |
| 29. | City of Los Angeles v. S.C. (Alvarez) | California Supreme Court | S245632 | 11/27/2017 | Linda Alvarez |
| 30. | City of Los Angeles v. S.C.L.A. | California – Court of Appeals | B280429 | 1/30/2017 | Linda Alvarez, Real Party in Interest |
| 31. | Clifford v. Davidson[*] | LASC – Santa Monica | SC129384 | 6/6/2018 | Stephanie Clifford |
| 32. | Clifford v. Trump[*] | USDC – Central California | 2:18-cv-02217 SJO | 3/16/2018 | Stephanie Clifford |
| 33. | DCM-P1 LLC v. Rushmore Loan Management Services, LLC | LASC | BC677324 | 9/26/2017 | DCM-P1 LLC |
| 34. | Feldblumb v. Minsky | OCSC | 30-2018-00984383-CU-MT-CXC | 4/5/2018 | Anaya Feldblumb, a minor; Samuel Feldblumb, Guardian; Hasan Glover, a minor; Tamicah Covington, Guardian |
| 35. | Hallier v. Naccarato | California – Court of Appeal | B286312 | 11/9/2017 | Sarah Naccarato |

| 36. | Ibe v. Jones<br>(Simms v. Jones) | U.S. Cou<br>Circuit | | 7/2015 | Bruce Ibe, Dean Hoffman, Robert Fortune, Jason McLear, Ken Laffin, David Wanta and Rebecca Burgwin |
|---|---|---|---|---|---|
| 37. | Ibe v. National Football League | USDC – North Texas | 3:11-CV-248-M | 2/8/2011 | Bruce Ibe, Dean Hoffman, Robert Fortune, Jason McLear, Ken Laffin, David Wanta and Rebecca Burgwin |
| 38. | In Re Khalil | USDC – Central California | 2:16-cv-05972 | 8/10/2016 | Steven Goldman |
| 39. | In the Matter of Search Warrants Executed on April 9, 2018* | USDC – Southern New York | 1:18-mj-03161 KMW | 4/13/2018 | Stephanie Clifford |
| 40. | Kaplan v. Porsche Financial Services | USDC – Central California | 2:17-cv-03405 AB | 5/5/2017 | David Kaplan |
| 41. | Martinez v. Pawlik | LASC | BC681379 | 10/27/2017 | Adriana Martinez; Christina Jennifer Mello; Isabella Jeanine Mello; Victoria Marie Mello |
| 42. | Newman v. Malvin | OCSC | 30-2017-00949469-CU-PA-CJC | 10/13/2017 | Austin J. Newman |
| 43. | Novak v. Simpson* | USDC – Middle Florida, Orlando Division | 6:18-cv-922-ORL-37-TBS | 6/13/2018 | Kathryn Novak |
| 44. | Pritzker v. Miller | LASC | BC658205 | 4/18/2017 | Ronald Pritzker |
| 45. | Ramirez v. City of Pasadena | LASC | BC644094 | 12/20/2016 | Andres Ramirez, a minor |
| 46. | Ramirez v. City of Pasadena | LASC | BC664114 | 6/5/2017 | Andres Ramirez, a minor; Elba Hernandez, Guardian |
| 47. | Shaver v. Cohen, M.D. | OCSC | 30-2017-00920858-CU-MM-CJC | 5/17/2017 | Charles Shaver |
| 48. | The Estate of Kathryn Mary Mar v. Beverly Hills Medica | LASC | BC698508 | 3/16/18 | The Estate of Kathryn Mary Mar; Serina Lane-Chase |
| 49. | USA v. Hendrix | USDC – Central California | 2:17-mj-02813 | 11/8/2017 | Ryan D. Hendrix |
| 50. | USA v. Martinez | USDC – South California | 3:16-CR-02116 | 9/21/2016 | Jose Eduardo Martinez |
| 51. | Young Blue, LLC v. Herron | LASC | BC693618 | 2/8/2018 | Young Blue LLC |

* Denotes matters listing "Avenatti & Associates, APC" on the caption page and/or signature block