Exhibit 20

222

1 | EAGAN AVENATTI, LLP
Michael J. Avenatti, Bar No. 206929
2 | mavenatti@eaganavenatti.com
Ahmed Ibrahim, Bar No. 238739
3 | aibrahim@eaganavenatti.com
520 Newport Center Drive, Suite 1400
4 | Newport Beach, CA 92660
Tel: (949) 706-7000
5 | Fax: (949) 706-7050

6 | Attorneys for Plaintiff ALPHA GRP, INC.
d/b/a RED BULL GLOBAL RALLYCROSS
7

8

9

10 |                    **UNITED STATES DISTRICT COURT**

11 |                   **CENTRAL DISTRICT OF CALIFORNIA**

12

13

| | |
|---|---|
| 14 ALPHA GRP, INC. d/b/a RED BULL GLOBAL RALLYCROSS, a Delaware Corporation, | Case No. 2:18-cv-02133-MWF |
| 15 | **FIRST AMENDED COMPLAINT for:** |
| 16 Plaintiff, | **1. Promissory Estoppel; and** |
| vs. | **2. Fraud** |
| 17 SUBARU OF AMERICA, INC., a New Jersey Corporation, | **DEMAND FOR JURY TRIAL** |
| 18 | |
| 19 Defendants. | |

20

21

22

23

24

25

26

27

28

---

**FIRST AMENDED COMPLAINT**

# Appellate Courts Case Information

## 2nd Appellate District

Change court ▢

*Court data last updated: 07/02/2018 05:14 PM*

## Parties and Attorneys

**Alhadeff v. Superior Court of Los Angeles County et al.**
**Division 7**
**Case Number B283048**

| Party | Attorney |
|-------|----------|
| Matthew Joseph Alhadeff : Petitioner | Emily V Cuatto<br>Horvitz & Levy LLP<br>3601 West Olive Ave.<br>8th Floor<br>Burbank, CA 91505-4681 |
| Superior Court of Los Angeles County : Respondent | Frederick Bennett<br>Superior Court of Los Angeles County<br>111 North Hill Street, Room 546<br>Los Angeles, CA 90012 |
| Jennifer Nadjat-Haiem : Real Party in Interest | Damon Lucas Rogers<br>Eagan Avenatti, LLP<br>520 Newport Center Dr.<br>Suite 1400<br>Newport Beach, CA 92660<br>Michael John Avenatti<br>Eagan Avenatti LLP<br>520 Newport Center Drive, Suite 1400<br>Newport Beach, CA 92660 |
| Superior Court of Los Angeles County : Respondent | Hon. Mitchell L. Beckloff<br>Los Angeles Superior Court<br>1725 Main Street - Dept. M<br>Santa Monica, CA 90401-3299 |

**Click here** to request automatic e-mail notifications about this case.

© 2018 Judicial Council of California

# Appellate Courts Case Information

## 2nd Appellate District

Change court ☑

*Court data last updated: 07/02/2018 05:14 PM*

## Parties and Attorneys

**Alhadeff v. Superior Court of Los Angeles County et al.**
**Division 7**
**Case Number B283048**

| Party | Attorney |
|-------|----------|
| Matthew Joseph Alhadeff : Petitioner | Emily V Cuatto<br>Horvitz & Levy LLP<br>3601 West Olive Ave.<br>8th Floor<br>Burbank, CA 91505-4681 |
| Superior Court of Los Angeles County : Respondent | Frederick Bennett<br>Superior Court of Los Angeles County<br>111 North Hill Street, Room 546<br>Los Angeles, CA 90012 |
| Jennifer Nadjat-Haiem : Real Party in Interest | Damon Lucas Rogers<br>Eagan Avenatti, LLP<br>520 Newport Center Dr.<br>Suite 1400<br>Newport Beach, CA 92660<br>Michael John Avenatti<br>Eagan Avenatti LLP<br>520 Newport Center Drive, Suite 1400<br>Newport Beach, CA 92660 |
| Superior Court of Los Angeles County : Respondent | Hon. Mitchell L. Beckloff<br>Los Angeles Superior Court<br>1725 Main Street - Dept. M<br>Santa Monica, CA 90401-3299 |

**Click here** to request automatic e-mail notifications about this case.

© 2018 Judicial Council of California

EAGAN AVENATTI, LLP
Michael J. Avenatti, Bar No. 206929
mavenatti@eaganavenatti.com
Jason M. Frank, Bar No. 190957
jfrank@eaganavenatti.com
Scott H. Sims, Bar No. 234148
ssims@eaganavenatti.com
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel:   (949) 706-7000
Fax:  (949) 706-7050

Attorneys for Plaintiff GREG BARELA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BARELA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BROCK USA, LLC, d/b/a BROCK INTERNATIONAL LLC, a Colorado limited liability company, and DOES 1 to 50,<br><br>Defendants. | Case No. 8:15-cv-779<br><br>**COMPLAINT for:**<br><br>**1. Correction of Inventorship;**<br>**2. Misappropriation of Trade Secret; and**<br>**3. Unjust Enrichment.**<br><br>**DEMAND FOR JURY TRIAL** |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW C. BROWNDORF | | CASE NUMBER |
|---|---|---|
| | Plaintiff(s) | 8:16-cv-00181-JVS-DFM |
| v. | | |
| KENT SALVESON, et al. | | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| | Defendant(s) | |

The Court hereby orders that the request of:

Matthew C. Browndorf                  ☒ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to substitute Michael J. Avenatti, EAGAN AVENATTI, LLP                                who is

☒ Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)         ☐ Pro Se

520 Newport Center Drive, Suite 1400
*Street Address*

Newport Beach, CA 92660                         mavenatti@eaganavenatti.com
*City, State, Zip*                                 *E-Mail Address*

(949) 706-7000                    (949) 706-7050              206929
*Telephone Number*                 *Fax Number*               *State Bar Number*

as attorney of record instead of Michael Keadjian, WILSON KEADJIAN BROWNDORF LLP
                                  *List all attorneys from same firm or agency who are withdrawing.*


is hereby      ☒ GRANTED      ☐ DENIED


Dated      April 15, 2016

                                    U. S. District Judge/XXXMXXXKXXXXXX

1
2
3
4
5
6                **UNITED STATES DISTRICT COURT**
7                     **DISTRICT OF NEVADA**

8                            )     Case #2:16-cv-02293-GMN-CWH

9 Chicago Title of Nevada, Inc.         )

10            Plaintiff(s),     )     **VERIFIED PETITION FOR**
                           )     **PERMISSION TO PRACTICE**

11    vs.                   )     **IN THIS CASE ONLY BY**
                           )     **ATTORNEY NOT ADMITTED**

12 Tilde Colombo, et al.        )     **TO THE BAR OF THIS COURT**
                           )     **AND DESIGNATION OF**

13                            )     **LOCAL COUNSEL**
        Defendant(s).   )

14                            )     FILING FEE IS $250.00

15

16               Damon Rogers      , Petitioner, respectfully represents to the Court:
             (name of petitioner)

17
    1.   That Petitioner is an attorney at law and a member of the law firm of

18                       Eagan Avenatti, LLP

19                      (firm name)

20 with offices at           520 Newport Center Drive, Suite 1400
                         (street address)

21        Los Angeles              California        92660

22         (city)                  (state)        (zip code)

23     (949) 706-7000           drogers@eaganavenatti.com
   (area code + telephone number)        (Email address)

24
    2.   That Petitioner has been retained personally or as a member of the law firm by

25        The X-Law Group, PC       to provide legal representation in connection with

26        [client(s)]

27 the above-entitled case now pending before this Court.

28                                                  Rev. 5/16

# Appellate Courts Case Information

## Supreme Court

 Change court ☑

*Court data last updated: 07/02/2018 05:14 PM*

## Parties and Attorneys

**LOS ANGELES, CITY OF v. S.C. (ALVAREZ)**
**Division SF**
**Case Number S245632**

| Party | Attorney |
|---|---|
| City of Los Angeles : Petitioner | Michael Nelson Feuer<br>Office of the City Attorney<br>200 North Main St., Room 920 City Hall<br>Los Angeles, CA 90012<br>Blithe S. Bock<br>Los Angeles City Attorney's Office<br>200 N. Main Street, 700 City Hall East<br>Los Angeles, CA 90012<br>Michael M. Walsh<br>Office of City Attorney<br>200 No. Main St., City Hall East, Room 7<br>Los Angeles, CA 90012 |
| Superior Court of Los Angeles County : Respondent | Frederick Bennett<br>Superior Court of Los Angeles County<br>111 North Hill Street, Room 546<br>Los Angeles, CA 90012 |
| Linda Alvarez : Real Party in Interest | Michael John Avenatti<br>Eagan Avenatti LLP<br>520 Newport Center Drive, Suite 1400<br>Newport Beach, CA 92660 |

# Appellate Courts Case Information

## 2nd Appellate District

 Change court ☑

*Court data last updated: 07/02/2018 05:14 PM*

## Parties and Attorneys

**City of Los Angeles v. S.C.L.A.**
**Division 3**
**Case Number B280429**

| Party | Attorney |
|---|---|
| City of Los Angeles : Petitioner | Michael Nelson Feuer |
| | Office of the City Attorney |
| | 200 N. Main Street |
| | Room 920 City Hall East |
| | Los Angeles, CA 90012 |
| | Blithe S. Bock |
| | Los Angeles City Attorney's Office |
| | 700 City Hall East |
| | 200 N. Main Street |
| | Los Angeles, CA 90012 |
| | Michael M. Walsh |
| | Office of City Attorney |
| | 200 N. Main Street |
| | City Hall East Room 700 |
| | Los Angeles, CA 90012 |
| S.C.L.A. : Respondent | Frederick Bennett |
| | Superior Court of Los Angeles County |
| | 111 North Hill Street, Room 546 |
| | Los Angeles, CA 90012 |
| Linda Alvarez : Real Party in Interest | Michael John Avenatti |
| | Eagan Avenatti LLP |
| | 520 Newport Center Drive, Suite 1400 |
| | Newport Beach, CA 92660 |

1  AVENATTI & ASSOCIATES, APC
2  Michael J. Avenatti, State Bar No. 206929
   mavenatti@eoalaw.com
3  Ahmed Ibrahim, State Bar No. 238739
4  aibrahim@eoalaw.com
   520 Newport Center Drive, Suite 1400
5  Newport Beach, CA 92660
6  Tel:   (949) 706-7000
   Fax:   (949) 706-7050
7
8  Attorneys for Plaintiff Stephanie Clifford
   a.k.a. Stormy Daniels a.k.a. Peggy Peterson
9
10
11            **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14 STEPHANIE CLIFFORD a.k.a. STORMY DANIELS a.k.a. PEGGY PETERSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> DONALD J. TRUMP a.k.a. DAVID DENNISON, an individual, ESSENTIAL CONSULTANTS, LLC, a Delaware Limited Liability Company, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive <br><br> Defendants. | CASE NO.: 2:18-cv-02217-SJO-FFM <br><br> **DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED JURY TRIAL PURSUANT TO SECTION 4 OF THE FEDERAL ARBITRATION ACT, AND FOR LIMITED EXPEDITED DISCOVERY** <br><br> **Hearing Date:** April 30, 2018 <br> **Hearing Time:** 10:00 a.m. <br> **Location:** Courtroom 10C |

24
25
26
27
28

**DECLARATION OF MICHAEL J. AVENATTI IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED TRIAL SETTING AND DISCOVERY**

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 06 2018

Sherri R. Carter, Executive Officer/Clerk
By: Tom G: Holmes, Deputy

1 Michael J. Avenatti, Bar No. 206929
2 AVENATTI & ASSOCIATES, APC
   mavenatti@eoalaw.com
3 520 Newport Center Drive, Suite 1400
   Newport Beach, CA 92660
4 Tel: (949) 706-7000
   Fax: (949) 706-7050
5

6 Attorneys for Plaintiff Stephanie Clifford

7

8 **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9 **COUNTY OF LOS ANGELES – SANTA MONICA COURTHOUSE**

10

| | |
|---|---|
| 11 STEPHANIE CLIFFORD (AKA STORMY DANIELS), an individual, | Case No. **SC129384** |
| 12 Plaintiff, | **COMPLAINT FOR:** |
| 13 vs. | |
| 14 | **(1) BREACH OF FIDUCIARY DUTY;** |
| 15 KEITH M. DAVIDSON, an individual, MICHAEL COHEN, an individual, and DOES 1 through 10, inclusive | **(2) AIDING AND ABETTING BREACH OF FIDUCIARY DUTY** |
| 16 | |
| 17 Defendants. | |
| 18 | **CASE MANAGEMENT CONFERENCE** |
| 19 | 12-3-18            8:30am |
| 20 | Judge C. Karlan   Date   Dept N |

21

22

23

24

25

26

27

28

1    Michael J. Avenatti, Esq. (SBN 206929)
     mavenatti@eaganavenatti.com
2    Carlos X. Colorado, Esq. (SBN 231031)
     ccolorado@eaganavenatti.com
3    **EAGAN AVENATTI, LLP**
4    520 Newport Center Drive, Suite 1400
     Newport Beach, CA 92660
5    (949) 706-7000
     (949) 706-7050 (Fax)
6

**FILED**
Superior Court of California
County of Los Angeles

SEP 26 2017

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
    Nancy Alvarez

7    Attorneys for Plaintiff DCM-P1, LLC,
     On behalf of the RBSHD 2013-1 TRUST
8
9
10
11                SUPERIOR COURT OF THE STATE OF CALIFORNIA
12                          COUNTY OF LOS ANGELES
13   DCM-P1, LLC, a Delaware limited          Case No.     **BC 6 77 32 4**
14   liability company, solely on behalf of the
     RBSHD 2013-1 Trust,                      **COMPLAINT FOR DAMAGES FOR:**
15
               Plaintiff,                     1. **Negligence;**
16                                            2. **Breach of Written Contract;**
          v.                                  3. **Breach of Covenant of Good Faith**
17                                               **and Fair Dealing;**
     RUSHMORE LOAN MANAGEMENT                 4. **Indemnification; and**
18   SERVICES, LLC, a Delaware limited        5. **Unjust Enrichment**
     liability company, and DOES 1 through
19   20, inclusive,                           **DEMAND FOR JURY TRIAL**
20             Defendants.
21

22        Plaintiff DCM-P1, a Delaware limited liability company ("Plaintiff" or "DCM"),

23   acting on behalf of the RBSHD 2013-1 Trust (the "Trust"), as assignee of Christiana

24   Division of Wilmington Savings Fund Society, FSB in their capacity as Indenture Trustee and

25   Owner Trustee of the Trust (the "Trustee"), brings this Complaint against Defendant

26   Rushmore Loan Management Services, LLC ("Defendant" or "Rushmore"). DCM hereby

27   complains and alleges as follows:

28

                                    1
                        COMPLAINT FOR DAMAGES

1 | **EAGAN AVENATTI, LLP**
Michael J. Avenatti, State Bar No. 206929
2 | mavenatti@eaganavenatti.com
Carlos X. Colorado, Bar No. 231031
3 | ccolorado@eaganavenatti.com
520 Newport Center Drive, Suite 1400
4 | Newport Beach, CA 92660
Telephone: (949) 706-7000
5 | Facsimile: (949) 706-7050

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**04/05/2018** at 03:02:13 PM

Clerk of the Superior Court
By Sarah Loose, Deputy Clerk

6 | Attorneys for Plaintiffs

7 |

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF ORANGE – CIVIL COMPLEX CENTER

10 |

30-2018-00984383-CU-MT-CXC

11 | ANAYA FELDBLUMB, a minor, by her Guardian | CASE NO.: _____
*Ad Litem* SAMUEL FELDBLUMB; and HASAN
12 | GLOVER, a minor, by his Guardian *Ad Litem*,
TAMICAH COVINGTON;

13 |        Plaintiff,

14 |        v.

15 | JERRY MINSKY, D.D.S., DENTAL CORP., a
16 | California corporation, doing business as
CHILDREN'S DENTAL GROUP, and DOES 1-
17 | 50,

18 |        Defendants

**COMPLAINT FOR DAMAGES**
(1) **PROFESSIONAL NEGLIGENCE;**
(2) **LACK OF INFORMED CONSENT;**
(3) **MEDICAL BATTERY;**
(4) **INTENTIONAL**
    **MISREPRESENTATION;**
(5) **CONCEALMENT;**
(6) **NEGLIGENT**
    **MISREPRESENTATION;**
(7) **INTENTIONAL INFLICTION OF**
    **EMOTIONAL DISTRESS;**
(8) **BREACH OF FIDUCIARY DUTY;**
(9) **ILLEGAL OWNERSHIP AND**
    **OPERATION OF DENTAL CLINIC;**
(10)   **GENERAL NEGLIGENCE**
(11)   **PREMISES LIABILITY; and**

21 | (12)   **STRICT**       **PRODUCTS**

22 |     **LIABILITY**

23 |

24 | [*Notice of Related Case Filed Concurrently Herewith (Related to: JCCP 4917, Dept. CX101)*]

25 |

| Assigned: | Judge Randall J. Sherman |
26 | | Dept: | CX105 |

27 |

28 |

---

# Appellate Courts Case Information

## 2nd Appellate District

Change court ☑

*Court data last updated: 07/02/2018 05:14 PM*

## **Parties and Attorneys**

**Hallier et al. v. Naccarato**
**Division 8**
**Case Number B286312**

| Party | Attorney |
|---|---|
| Keith Hallier : Plaintiff and Respondent | Timothy Lee Thompson<br>McCormick Barstow et al LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 |
| Sarah Hallier : Plaintiff and Respondent | Timothy Lee Thompson<br>McCormick Barstow et al LLP<br>7647 North Fresno Street<br>Fresno, CA 93720 |
| Sarah Naccarato : Defendant and Appellant | Michael John Avenatti<br>Eagan Avenatti LLP<br>520 Newport Center Drive, Suite 1400<br>Newport Beach, CA 92660 |

**Click here** to request automatic e-mail notifications about this case.

Careers | Contact Us | Accessibility | Public Access to Records | Terms of Use | Privacy

© 2018 Judicial Council of California

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| STEVE SIMMS and MIKE DOLABI, individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>JERRAL "JERRY" WAYNE JONES, NATIONAL FOOTBALL LEAGUE, DALLAS COWBOYS FOOTBALL CLUB, LTD., JWJ CORPORATION, COWBOYS STADIUM, L.P., COWBOYS STADIUM GP, LLC, and BLUE & SILVER, INC.,<br><br>Defendants. | **COMPLAINT – CLASS ACTION**<br><br>Civil Action No. |

Plaintiffs Mike Dolabi and Steve Simms (collectively, "Plaintiffs") bring this suit against Defendants National Football League, Dallas Cowboys Football Club, Ltd., JWJ Corporation, Cowboys Stadium, L.P., Cowboys Stadium GP, LLC, Blue & Silver, Inc. and Jerral "Jerry" Wayne Jones (collectively, "Defendants") to recover the damages owed to themselves and others similarly situated.

## I. JURISDICTION

1.1     This Court has subject matter jurisdiction over this action pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1332(d), as the proposed class contains more than 100 members, at least one of whom maintains citizenship in a state diverse from the defendant, and seeks in the aggregate more than $5,000,000, exclusive of costs and interest.

-1-

(d)     All reasonable and necessary attorneys' fees;

(e)     Court costs; and

(f)     Pre and post-judgment interest.

## XI.  PRAYER

WHEREAS, PREMISES CONSIDERED, Plaintiffs pray the Defendants be cited in terms of law to answer herein and that upon final trial, Plaintiffs have and recover all damages which they are entitled, all costs of Court, attorneys' fees, pre and post-judgment interest, and for further and other relief, whether in law or in equity, to which Plaintiffs may show themselves justly entitled.

DATED: February 8, 2011

s/ Michael J. Avenatti
Michael J. Avenatti (*Pro Hac Vice* pending)
Bar Number: 206929
Lisa A. Wegner (*Pro Hac Vice* pending)
Bar Number: 209917
EAGAN AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
E-Mail:       mavenatti@eoalaw.com
              lwegner@eoalaw.com
Telephone:    949-706-7000
Facsimile:    949-706-7050

and

s/ Christopher S. Ayres
Christopher S. Ayres
Texas Bar No. 24036167
R. Jack Ayres, Jr.
Texas Bar No. 01473000
LAW OFFICES OF R. JACK AYRES, JR., P.C.
4350 Beltway Drive
Addison, Texas 75001
E-Mail:       csayres@ayreslawoffice.com
Telephone:    972-991-2222
Facsimile:    972-386-0091

-10-

237



April 22, 2016

## VIA EMAIL AND HAND DELIVERY

Clerk of the Court
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re:  Case No. 15-10242, Bruce Ibe, et al. v. Jerral Wayne Jones, et al.
     U.S. District Court (N.D. Tex.) Case Nos. 3:11-CV-248 & 3:11-CV-345
     Oral Argument Scheduled for April 26, 2016

To the Clerk of the Court:

Plaintiffs and Appellants Bruce Ibe, Dean Hoffman, Robert Fortune, Jason McLear, Ken Laffin, David Wanta, and Rebecca Burgwin ("Plaintiffs") submit this letter under Rule 28(j) of the Federal Rules of Appellate Procedure to inform the Court of the Supreme Court's recent decision in Tyson Foods, Inc. v. Bouaphakeo, ___ U.S. ___, 136 S. Ct. 1036 (2016). A copy of the decision is attached hereto.

In Tyson Foods, employees filed a class action alleging they did not receive overtime pay for time spent donning and doffing protective equipment. The Court rejected the defendant's argument that the class should not have been certified because of individual issues relating to each employee's damages. Significantly, the Court reaffirmed the general principle:

> When "one or more of the central issues in the action are common to the class and can be said to predominate, the action may be considered proper under Rule 23(b)(3) even though other important matters will have to be tried separately, *such as damages* or some affirmative defenses peculiar to some individual class members."

Id. at 1045 (emphasis added) (quoting 7AA C. Wright, A. Miller, & M. Kane, Federal Practice and Procedure § 1778, pp. 123–124 (3d ed. 2005) (footnotes omitted)).

The Court also rejected the defendant's argument that certifying the class based on evidence of statistical averages would mean that uninjured class members would recover and thus any damages would be excessive. The Court found that "it bears emphasis that this problem appears to be one of [the defendant's] own making" because the defendants rejected the plaintiffs' proposal to bifurcate the trial between liability and damages phases. Id at 1050.

Clerk of the Court
United States Court of Appeals for the Fifth Circuit
April 22, 2016
Page 2

     Tyson Foods supports Plaintiffs' argument that any purported individual issues
concerning damages should not have defeated class certification and that the district court erred
by failing to consider any alternative Plaintiffs presented as to how damages should be handled.
[See Plaintiffs' Opening Brief at 23-25; Plaintiffs' Reply Brief at 3-5; ROA.4346-4349.]

                             Respectfully Submitted,

                             Michael J. Avenatti
                             Eagan Avenatti, LLP

Enclosure

cc:     R. Thaddeus Behrens, Esq.
        Daniel Gold, Esq.
        Levi McCathern, Esq.
        Paul Grinke, Esq.

Case 8:18-cv-01644-VAP-KES  Document 17-20  Filed 10/03/18  Page 19 of 33  Page ID #:493

| Attorney or Appellant, Address, Telephone & FAX Numbers, and California State Bar Number<br>Michael J. Avenatti (SBN 206929)<br>**Eagan Avenatti, LLP**<br>520 Newport Center Drive, Suite 1400<br>Newport Beach, CA 92660<br>Ph. (949) 706-7000<br>Fax (949) 706-7050<br><br>*Attorney for Appellant* Steven Goldman | FOR COURT USE ONLY<br>Related DDJ<br><br>**FILED**<br>**CLERK, U.S. DISTRICT COURT**<br><br>08/10/2016<br><br>**CENTRAL DISTRICT OF CALIFORNIA**<br>BY: _____ **DEPUTY** |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  Raouf Roshdy Khalil<br><br>Debtor(s). | 2:16-cv-05972-CAS |
| Last four digits of Social Security Number(s): | CHAPTER: 7<br>CASE NUMBER:  11-bk-16918-MB |
| Employer's Tax Identification No(s) [if any]: | ADVERSARY NUMBER:<br>1:11-ap-01533-AA |

## NOTICE OF APPEAL

1. NOTICE IS HEREBY GIVEN that the *(check only one box)*  ☒ plaintiff  ☐ defendant or  ☐ other party

   *(specify name of party)* Steven Goldman _____, appeals under 28 U.S.C.

   § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge *(describe judgment, order, or decree)*

   Amended Judgment After Remand _____ entered in this adversary proceeding or other proceeding

   *(describe other proceeding)* _____ on the

   ___25th___ day of _____ July _____, *(year)* ___2016___.

2. The names of all parties to the judgment, order, or decree appealed from and the names, addresses, telephone, and fax numbers of their respective attorneys are as follows *(print or type names, addresses, telephone, and fax numbers):*

   Raouf Roshdy Khalil, Defendant in pro per
   UPS MailBox #574
   4607 Lakeview Canyon Road
   Westlake Village, CA 91361
   rkhalil@mobiledoctors24-7.com rkhalil@my247md.com

   Steven Goldman, Plaintiff

   Michael Avenatti
   Eagan Avenatti, LLP
   520 Newport Center Drive, Suite 1400
   Newport Beach, CA 92660
   Ph: (949) 706-7000, Fax: (949) 706-7050
   Counsel for Steven Goldman, Plaintiff

   *(Continued on next page)*

*Revised 05/04*

**FORM 17**

240

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

*In the Matter of Search Warrants Executed on April 9, 2018*

MICHAEL D. COHEN,

                Plaintiff,

      - against –

UNITED STATES OF AMERICA,

                Defendant.

18-MJ-3161 (KMW)

**MOTION OF MICHAEL J. AVENATTI FOR ADMISSION** *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Michael J. Avenatti, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Intervenor Stephanie Clifford a.k.a. Stormy Daniels in the above-captioned action.

I am in good standing of the bar of the State of California and there are no pending disciplinary proceedings against me in any State or Federal Court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: May 13, 2018

Respectfully Submitted,

Michael J. Avenatti
AVENATTI & ASSOCIATES, APC
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050
E-Mail: mavenatti@eoalaw.com

1

Name and address:
Michael J. Avenatti, Bar No. 206929
EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
949-706-7000
949-706-7050 Fax

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DAVID KAPLAN | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) v. | 2:17-cv-03405-AB-PLA |
| PORSCHE FINANCIAL SERVICES, INC., et al. DEFENDANT(S) | NOTICE OF APPEARANCE OR WITHDRAWAL OF COUNSEL |

## INSTRUCTIONS

### *Appearance of Counsel*:

Attorneys may use this form to enter an appearance in a case, or to update the docket of a case to reflect a prior appearance. To do so, complete Sections I, II, and IV of this form, then file and serve the form in the case. (Using an attorney's CM/ECF login and password to file this form will expedite the addition of that attorney to the docket as counsel of record.)

### *Withdrawal of Counsel*:

This form may be used to terminate an attorney's status as counsel of record for a party in three situations: (1) the attorney being terminated has already been relieved by the Court, but the docket does not yet reflect that fact; (2) at least one member of the attorney's firm or agency will continue to represent that party and the withdrawing attorney is not the only member of the Bar of this Court representing that party; or (3) the represented party has been dismissed from the case, but the attorneys are still receiving notices of electronic filing. For any of these situations, complete Sections I, III, and IV of this form, then file and serve the form in the case.

*Note: In situations not covered above, attorneys seeking to withdraw from a case must first obtain permission from the Court. In such circumstances, attorneys should complete and file a "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01) rather than this "Notice of Appearance or Withdrawal of Counsel" (Form G-123). See Form G-01 for further information.*

### SECTION I - IDENTIFYING INFORMATION

*Please complete the following information for the attorney you wish to add or remove (if removing an attorney, provide the information as it currently appears on the docket; if appearing pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Michael J. Avenatti      CA Bar Number: 206929

Firm or agency: EAGAN AVENATTI, LLP

Address: 520 Newport Center Drive, Suite 1400, Newport Beach, CA 92660

Telephone Number: 949-706-7000      Fax Number: 949-706-7050

Email: mavenatti@eaganavenatti.com

Counsel of record for the following party or parties: Plaintiff David Kaplan

Michael J. Avenatti, Esq. (SBN 206929)
mavenatti@eaganavenatti.com
Carlos X. Colorado, Esq. (SBN 231031)
ccolorado@eaganavenatti.com
Damon L. Rogers, Esq. (SBN 263853)
drogers@eaganavenatti.com
EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)

Attorneys for Plaintiffs

**FILED**
Superior Court of California
County of Los Angeles

OCT 27 2017

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Marlon Gomez

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

| | |
|---|---|
| ADRIANA MARTINEZ, an individual; CHRISTINA JENNIFER MELLO, an individual; ISABELLA JEANINE MELLO, an individual; and VICTORIA MARIE MELLO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA JEAN PAWLIK, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. **BC681379**<br><br>**COMPLAINT FOR DAMAGES FOR:**<br><br>1. **Wrongful Death**<br>2. **Survival Action**<br><br>**DEMAND FOR JURY TRIAL**<br><br>**BY FAX** |

## NATURE OF THE ACTION

1. This action arises from the cold-blooded killing of EDWARD WILLIAM MELLO ("MELLO"), which was set in motion by Defendant LINDA JEAN PAWLIK ("PAWLIK"), the estranged wife of *Star Trek: Voyager* actor Robert Picardo. Mr. MELLO was tragically killed in a Woodland Hills motel room where he was shot in the head by an acquaintance of PAWLIK's using PAWLIK"s gun.

//

1

Michael J. Avenatti, Esq. (SBN 206929)
Damon L. Rogers, Esq. (SBN 263853)
**EAGAN AVENATTI, LLP**
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050

Attorneys for Plaintiff

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**10/13/2017** at 11:14:45 AM

Clerk of the Superior Court
By Candice Nguyen, Deputy Clerk

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

Judge Geoffrey T. Glass

AUSTIN J. NEWMAN, an individual,

Plaintiff,

vs.

CHRISTOPHER MALVIN, an individual;
JOSE LARIOS, an individual; and DOES 1
through 100, inclusive,

Defendants.

Case No.   30-2017-00949469-CU-PA-CJC

**COMPLAINT FOR DAMAGES:**

1. **NEGLIGENCE**

**DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff AUSTIN J. NEWMAN for causes of action against Defendants
CHRISTOPHER MALVIN, an individual, JOSE LARIOS, an individual, and DOES 1 through
100, complains and alleges as follows:

//

//

//

//

//

//

//

1

FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

2018 JUN 13 AM 11: 12

MIDDLE DISTRICT OF FLORIDA
ORLANDO FLORIDA

KATHRYN NOVAK,

      Plaintiff,

vs.

CASE NO. 6:18-CV-922-ORL-37-TBS

BRANDON SIMPSON, DELTA SIGMA PHI,
JACOB PELKEY, ANDRE PERALES,
JONATHAN LANDRUM, and MATT
FARLEY,

      Defendants.

## COMPLAINT

Plaintiff KATHRYN NOVAK hereby sues Defendants, BRANDON SIMPSON, DELTA SIGMA PHI, JACOB PELKEY, ANDRE PERALES, JONATHAN LANDRUM, and MATT FARLEY (collectively, "Defendants") and alleges:

## PRELIMINARY STATEMENT

1.     Defendant BRANDON SIMPSON (hereinafter, "SIMPSON") published intimate video and photos of Plaintiff engaged in private sexual activity with SIMPSON to DELTA SIGMA PHI at the UNIVERSITY OF CENTRAL FLORIDA without Plaintiff's consent, in a form of "revenge porn," which is widely recognized as cyber-harassment, that causes its victims significant psychological and other harm. See Florida Statutes Title XLVI. Crimes § 784.049. On information and belief, the images have been republished multiple times to untold parties.

1

*Novak v. Simpson, et al.*
Complaint

3.     Statutory damages under 17 U.S.C. § 504(c) and Florida Statutes Title XLVI.

Crimes § 784.049(5)(b);

4.     Punitive damages under Florida Statute 768.72;

5.     Attorney fees under Florida Statutes Title XLVI. Crimes § 784.049(5)(c);

6.     Costs of suit;

7.     Interest on the sum of the compensatory, statutory, and punitive damages; and

8.     Any other relief the Court deems just and proper.

Dated: June 12, 2018

Respectfully submitted,

SEARCY, DENNEY, SCAROLA, BARNHART
& SHIPLEY, P.A.
Edward V. Ricci, Esq.
Florida Bar No. 0039079
TRIAL COUNSEL
2139 Palm Beach Lakes Blvd.
West Palm Beach, FL 33409
Phone: (561) 686-6300
Fax:    (561) 383-9503

AVENATTI & ASSOCIATES, APC
Michael J Avenatti *(Pro Hac Vice* application forthcoming)
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Phone: (949) 706-7000
Fax:    (949) 706-7050

13

ORIGINAL



Damon Rogers, Esq. (SBN 263853)
**EAGAN AVENATTI, LLP**
520 Newport Center Dr., Suite 1400
Newport, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050

Attorneys for Plaintiff,
ROLAND PRITZKER

FILED
Superior Court Of California
County Of Los Angeles

APR 18 2017

herri R. Carter, Executive Officer/Clerk
By_____ Deputy
Gloriettu Robinson

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE**

ROLAND PRITZKER an individual,

Plaintiff,

vs.

WILLIAM RUSS MILLER, an individual;
THE MOTORSPORTS GALLERY, LLC, a
Colorado Limited Liability Company, ROBB
HOLLAND, an individual, and DOES 1
through 100, inclusive,

Defendants.

Case No. **BC 6 5 8 2 0 5**

**COMPLAINT FOR DAMAGES:**

1. **BREACH OF CONTRACT**
2. **INTENTIONAL MISREPRESENTATION**
3. **FALSE PROMISE**

**DEMAND FOR JURY TRIAL**

COMES NOW Plaintiff ROLAND PRITZKER for causes of action against Defendant
WILLIAM RUSS MILLER, THE MOTORSPORTS GALLERY, LLC, ROBB HOLLAND, and
DOES 1 through 100, complains and alleges as follows:

//
//
//
//
//
//
//

1
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

NOTICE SENT TO:

EAGAN AVENATTI, LLP
520 Newport Center Drive
Suite 1400
Newport Beach    CA   92660

D-50

FILED
Super~~FILE STAMP~~for California
County of Los Angeles

DEC 2 0 2016

Sherri R. Carter, Executive Officer/Clerk
By ____ Sally Perez ____ Deputy
Sally Perez

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| | | CASE NUMBER |
|---|---|---|
| ANDRES RAMIREZ | Plaintiff(s), | BC644094 |
| VS. | | |
| CITY OF PASADENA, ET AL | Defendant(s). | **NOTICE OF INCOMING TRANSFER** |

TO THE ABOVE NAMED PARTIES AND THEIR ATTORNEYS OF RECORD:

*CIVIL-LIMITED*

Upon receipt from another court, the within action  16K14002 , was filed on  December 20, 2016  and assigned the case number shown above. This case has been assigned to Judge  Teresa A. Beaudet .  *D-50*

Date:  December 20, 2016

Sherri R. Carter, Executive Officer/Clerk

By ____ S. Perez ____, Deputy Clerk
SALLY PEREZ

Los Angeles Superior Court
Transfer Unit, Room 102
111 N. Hill Street
Los Angeles, CA 90012

### CERTIFICATE OF SERVICE

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Incoming Transfer upon each party or counsel named above by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown above with the postage thereon fully prepaid, in accordance with standard court practices.

Date:  December 20, 2016

Sherri R. Carter, Executive Officer/Clerk

By ____ S. Perez ____, Deputy Clerk
SALLY PEREZ

1  Michael J. Avenatti, Esq. (SBN 206929)
   Carlos X. Colorado, Esq. (SBN 231031)
2  **EAGAN AVENATTI, LLP**
   520 Newport Center Drive, Suite 1400
3  Newport Beach, CA 92660
   Tel: (949) 706-7000
4  Fax: (949) 706-7050

5  Attorneys for Petitioner

FILED
Superior Court of California
County of Los Angeles

UEC 20 2016

FILED
Superior Court Of California
County Of Los Angeles

NOV 10 2016

Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy

HON. TERESA A. BEAUDET

DSO

BC 644004

9  **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10  **COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE**

12  ANDRES RAMIREZ, a minor, by and
    through his mother ELBA HERNANDEZ,

13                        Petitioner,

14

15        vs.

16  CITY OF PASADENA, a public entity;
    COUNTY OF LOS ANGELES, a public
17  entity; and DOES 1 through 10, inclusive

18                        Respondents.

Case No. 16K14002

PETITION FOR LEAVE TO FILE
ACTION AGAINST RESPONDENT
GOVERNMENT ENTITIES
[GOVERNMENT CODE 946.6]

Date: 3-14-17
Time: 8:30 AM
Dept.: 77

under $10,000.

ENTERED
NOV 15 2016
#10

23        COMES NOW Petitioner ANDRES RAMIREZ, a minor, by and through his mother

24  ELBA HERNANDEZ ("Petitioner") and, pursuant to Government Code § 946.6 files this

25  petition for judicial review of decisions by the City of Pasadena, the County of Los Angeles, and

26  DOES 1 through 10 (the "Public Entities"), denying Petitioner's request for leave to file a late

27  claim against such Public Entities.

28

1

PETITION FOR LEAVE TO FILE ACTION AGAINST
RESPONDENT GOVERNMENT ENTITIES [GOVERNMENT CODE 946.6]

ORIGINAL

1 | EAGAN AVENATTI, LLP
Michael J. Avenatti, State Bar No. 206929
2 | mavenatti@eaganavenatti.com
520 Newport Center Drive, Suite 1400
3 | Newport Beach, CA 92660
Tel:    (949) 706-7000
4 | Fax:   (949) 706-7050

5 | Attorneys for Plaintiff
CHARLES SHAVER
6

**ELECTRONICALLY FILED**
Superior Court of California,
County of Orange

**05/17/2017** at 02:33:05 PM
Clerk of the Superior Court
By Jonathan Aguilar, Deputy Clerk

7

8 | SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF ORANGE

10 | Judge Peter Wilson

11 | CHARLES SHAVER, | CA CASE NO. 30-2017-00920858-CU-MM-CJC

12 | Plaintiff | **COMPLAINT**

13 | vs. | 1. **Professional Negligence**
14 | MITCHELL D. COHEN, M.D., an individual; and DOES 1-50, inclusive; | 2. **Medical Battery**
3. **Lack of Informed Consent**

15 | Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael Avenatti, Esq. (SBN 206929)
Damon Rogers, Esq. (SBN 263853)
**EAGAN AVENATTI, LLP**
520 Newport Center Dr., Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050

Attorneys for Plaintiffs

**FILED**
Superior Court of California
County of Los Angeles

**MAR 16 2018**

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Shabnya Bolden

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE

**BC 698508**

THE ESTATE OF KATHRYN MARY MAR; SERINA LANE-CHASE, individually and on behalf of the Estate of Kathryn Mary Mar and decedent Kathryn Mary Mar,

Plaintiffs,

v.

BEVERLY HILLS MEDICAL CENTER FOR COSMETIC SURGERY, INC.; BEVERLY HILLS MEDICAL CENTER FOR MAXILLO-FACIAL PLASTIC SURGERY, INC.; WILLIAM W. CHOW, M.D., A PROFESSIONAL CORPORATION; PHILLIP LEVINE, M.D., A MEDICAL CORPORATION; CEDARS-SINAI MEDICAL CENTER; DR. HARRISON H. LEE, M.D.; DR. WILLIAM W. CHOW, M.D.; DR. PHILIP LEVINE, M.D. aka DR. PHILLIP LEVINE, M.D.; DR. SHOURI LAHIRI, M.D.; and DOES 1 through 100, inclusive,

Defendants.

Case No.

**PLAINTIFFS' COMPLAINT FOR WRONGFUL DEATH AND SURVIVAL DAMAGES**

**1. MEDICAL MALPRACTICE**

**DEMAND FOR JURY TRIAL**

COMES NOW Plaintiffs The Estate of Kathryn Mary Mar, as well as Serina Lane-Chase, individually and on behalf of the Estate of Kathryn Mary Mar and Kathryn Mary Mar, deceased, for causes of action against Defendants Beverly Hills Medical Center for Cosmetic Surgery, Inc., Beverly Hills Medical Center for Maxillo-Facial Plastic Surgery, Inc., William W. Chow, M.D., A Professional Corporation, Phillip Levine, M.D., A Medical Corporation; Cedars-Sinai Medical Center, Dr. Harrison H. Lee, M.D., Dr. William W. Chow, M.D., Dr. Philip Levine, M.D. aka Dr. Phillip Levine, M.D., Dr. Shouri Lahiri, M.D., and DOES 1 through 100,

1

CLERK, U.S. DISTRICT COURT

NOV - 8 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | 1 7 M J O 2 8 1 3 |
| V. Ryan Hendrix | | |
| | DEFENDANT(S). | DESIGNATION AND APPEARANCE OF COUNSEL |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint
Richard Beada / Micheal Avenatti , Esquire, as my attorney to appear for
me throughout all proceedings in this case.

_11/8/17_
Date

_____
Defendant's Signature

Los Angeles, CA
City and State

## APPEARANCE OF COUNSEL

I, Richard Beada, Michael Avenatti Attorney at law duly admitted to
practice before the United States District Court for the Central District of California, hereby consent to my designation and
appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as
defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

_11/8/17_
Date

_____
Attorney's Signature

_18410 / 206929_
California State Bar Number

100 Wilshire Blvd.
Street Address

Santa Monica, CA. 90401
City, State, Zip Code

310393-7536    310 576 7242
Telephone Number            Fax Number

crumlaw @ earthlink. net
E-mail Address

DESIGNATION AND APPEARANCE OF COUNSEL

CLOSED,FIN

## U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:16-cr-02116-WQH All Defendants

Case title: USA v. Martinez

Date Filed: 09/21/2016
Date Terminated: 01/10/2017

Assigned to: Judge William Q. Hayes

### Defendant (1)

**Jose Eduardo Martinez**
*TERMINATED: 01/10/2017*

represented by **Damon Lucas Rogers**
Eagan Avenatti LLP
520 Newport Center Drive
Suite 1400
Newport Beach, CA 92660
949-706-7000
Fax: 949-706-7050
Email: damon.rogers@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

18:1001(a)(2) - False Statement to a
Federal Officer (Felony)
(1)

### Disposition

5 years probation. No Fine. $100.00
S/A. Pay restitution in the amount of
$109,402

### Highest Offense Level (Opening)

Felony

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

None

### Disposition



Michael J. Avenatti, Esq. (SBN 206929)
Damon Rogers, Esq. (SBN 263853)
**EAGAN AVENATTI, LLP**
520 Newport Center Dr., Suite 1400
Newport Beach, CA 92660
Tel: (949) 706-7000
Fax: (949) 706-7050

Attorneys for Plaintiff,
YOUNG BLUE LLC

FILED
Superior Court of California
County of Los Angeles

FEB - 8 2018

Sherri R. Carter, Executive Officer/Clerk
By_____ Deputy
Nancy Alvarez

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF LOS ANGELES – STANLEY MOSK COURTHOUSE

YOUNG BLUE LLC a Delaware Limited Liability Company,

Plaintiff,

vs.

ELIZABETH HERRON, an individual; ELIZABETH HERRON ARCHITECT, an entity of unknown nature, KAREN PENA, an individual, and DOES 1 through 100, inclusive,

Defendants.

Case No.  **BC 693618**

**COMPLAINT FOR DAMAGES:**

1. **TRESPASS**
2. **CONVERSION – TRESPASS TO CHATTELS**

**DEMAND FOR JURY TRIAL**

BY FAX

COMES NOW Plaintiff YOUNG BLUE LLC for causes of action against Defendants ELIZABETH HERRON, ELIZABETH HERRON ARCHITECT, KAREN PENA, and DOES 1 through 100, complains and alleges as follows:

//
//
//
//
//

1
COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

EAGAN AVENATTI, LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA 92660
Tel: 949.706.7000 | Fax 949.706.7050

254