# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KESx                                      Date: October 10, 2018

Title: <u>In Re Eagan Avenatti, LLP</u>

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>CS 10/10/18</u> |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:              ATTORNEYS PRESENT FOR DEFENDANT:
James Selth                                                              Michael Avenatti
Scott H. Sims

---

**PROCEEDINGS:**                           **Hearing re Motion for Protective Order [6]**

Case is called. Counsel state their appearances.[1] Oral arguments are heard. The Court takes the motion under submission.

|  | 00 : 10 |
| Initials of Preparer | JD |

---

[1] Although no appearance was stated on the record, attorneys Peter Bowie and Hamid Rafatjoo were present by telephone.