UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | SA 18-cv-01644 VAP (KESx) | Date | 1/24/2019 |
|---|---|---|---|
| Title | *In re: Eagan Avenatti, LLP* | | |

Present: The Honorable  VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT JUDGE

| Beatrice Herrera | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Creditor(s): | Attorney(s) Present for Debtor(s): |
|---|---|
| Scott H. Sims<br>(Jason Frank Law, PLC) | Michael J. Avenatti<br>(Eagan Avenatti, LLP) |

**Proceedings:** DEBTOR'S MOTION TO DISQUALIFY SCOTT SIMS, ANDREW STOLPER, JASON FRANK AND FRANK SIMS & STOLPER, LLP AS CREDITOR JASON FRANK LAW, PLC'S COUNSEL; (DOC. NO. 36)

    Matter called.  Counsel for the parties are present as referenced above.  Court invites oral argument of counsel.  Counsel for Creditor shall lodge the transcript for the Court, as stated on the record.  The Court having heard from counsel, takes the matter under submission.  Upon ruling of the motion, the Court will order a date in which to appear before Magistrate Judge Karen Scott, for further proceedings.

    **IT IS SO ORDERED.**