1  Scott H. Sims, State Bar No. 234148
   Andrew D. Stolper, State Bar No. 205462
2  FRANK SIMS & STOLPER LLP
   19800 MacArthur Boulevard, Suite 855
3  Irvine, California 92612,
   Telephone:    (949) 201-2400
4  Facsimile:    (949) 201-2401
   astolper@lawfss.com
5  ssims@lawfss.com

6  Attorneys for Judgment Creditor
   JASON FRANK LAW, PLC
7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  In re                              Case No.  8:18-CV-01644-VAP-KES

12  EAGAN AVENATTI, LLP,                **[PROPOSED] ORDER**

13                       Debtor.

14

15

16        On January 4, 2019 Eagan Avenatti LLP and Michael Avenatti (collectively "Avenatti")

17  appeared for a judgment debtor examination.  Immediately prior to the examination commencing,

18  Avenatti made an oral motion to disqualify opposing counsel.  On February 1, 2019, the Court

19  denied Avenatti's motion to disqualify.  (CR 45).

20        Avenatti is hereby ORDERED to appear for a judgement debtor examination on February

21  5, 2019 at 9:30 a.m. in courtroom 6D.

22

23  IT IS SO ORDERED

24

25  Dated:_____          _____
                                         Hon. Karen E. Scott
26                                       United States Magistrate Judge

27

28

                                -1-                        [PROPOSED] ORDER