**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01644-VAP-KES                    Date: February 4, 2019

Title:  IN RE EAGAN AVENATTI, LLP

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order Denying Application to Resume Judgment Debtor Examination Without Prejudice (Dkt. 46)**

After 6:00 p.m. on Friday, February 1, 2019, judgment creditor Jason Frank Law, PLC ("JFL") filed an application to resume the judgment debtor examination of judgment creditor Eagan Avenatti LLP ("EA") with EA principal Michael Avenatti as the witness. (Dkt. 46.)  The application does not comply with the Court's local rules governing ex parte applications.  Local Rule 7-19.1 requires attorneys so applying to "(a) to make reasonable, good faith efforts orally to advise counsel for all other parties, if known, of the date and substance of the proposed ex parte application and (b) to advise the Court in writing and under oath of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application."  Here, JFL makes no representations at all about its efforts to notify EA and schedule a date to resume the examination.

The application (Dkt. 46) is DENIED without prejudice to JFL filing a new application supported by a declaration that complies with Local Rule 7-19.1.

Initials of Deputy Clerk JD