UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP,<br><br>Debtor. | Case No. 8:18-CV-01644-VAP-KES<br><br>**ORDER SETTING JUDGMENT DEBTOR EXAMINATION ON FEBRUARY 14, 2019** |

    The Court, having considered the parties Joint Stipulation Setting Judgment Debtor Examination on February 14, 2019 ("Stipulation"), and good cause appearing therefore, finds as follows:

    Eagan Avenatti, LLP and Michael J. Avenatti (collectively "Avenatti") are ordered to appear for a judgment debtor examination on February 14, 2019 at 9:30 a.m. in Courtroom 6D of this Court, located at 411 W. 4th Street, Santa Ana, California 92701.

    **IT IS HEREBY ORDERED.**

Dated: February 7, 2019

Hon. Karen E. Scott
Magistrate Judge

-1-