Exhibit 43

**Run Date:** 2-Nov-18
**Run Time:** 1:56 PM

**Transaction Detail Report**

**Page:** 1
**User Name:** LTAYLORM

---

**BNK:** CNB     **SND DATE:** 180105
**AMT:** $1,600,000.00
**SRC:** FED     **ADV:** LTR     **TYP:** FTR

**VAL:** 180105
**CUR:** USD
**LOC:**

**TRN:** 180105-00006073
**FOR AMT:** 1,600,000.00
**CHECK NUM:**

---

**DBT:** A/121140399
**ACC:** ▮▮▮8287
**DEPT:** 098
SILICON VALLEY BANK
SANTA CLARA, CA

**SEND:**
**SNDR REF NUM:** 20180051122100

**ORIG:** /3300963331
BROCK USA LLC
▮▮▮▮▮▮▮▮▮▮▮▮
BOULDER, CO  80301
**REF NUM:**

**ON FILE:** N
**CTRY:**

**CDT:** D▮▮▮5566
**ACC:** D▮▮▮5566
**DEPT:** 270
MICHAEL J AVENATTI
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR SUITE 1400
NEWPORT BEACH CA 92660

**BNF:**

**ORIG TO BNF INFO:**
BROCK USA 2018 SETTLEMENT PAYMENT

**ON FILE:** Y
**CTRY:**

**BK:** N

Exhibit 44



18907

JUDICIAL ARBITER GROUP, INC.
COLTAF ACCOUNT
1601 BLAKE ST STE 400
DENVER, COLORADO 80202-1328
(303) 572-1919

First National DENVER
(888) 912-BANK
www.firstnationaldenver.com
95-44/1070

Jan 4, 2018

PAY TO THE ORDER OF Eagan Avenatti LLP

$ 11,718.75

Eleven Thousand Seven Hundred Eighteen and 75/100 Dollars

DOLLARS

MEMO    151031    Barela v. Brock

Ina M Cowles
AUTHORIZED SIGNATURE

Date:01/08/18 Seq #:53145579 Account 4331 Serial #:18907 Amount:$11,718.75 Dep Seq #:53145578

Exhibit 45



Date:20180111 Check:270145566 Account: 5566 Amount:111113.22     Date:20180111 Check: 5566 Account: 5566 Amount:111113.22

Exhibit 46

Outgoing Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---------|---------------|------------------|----------------|-------------------|------------|-------------|-----------|----------|--------|
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KITSAP BANK | | Dillanos Coffee Roasters | 20180108 | 3985 | 41884.67 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | US BANK, NA | | Miller Nash Graham & Dunn LLP | 20180108 | 4107 | 16146.64 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | SUNTRUST BANK | | James R. Gailey & Associates P.A. | 20180109 | 5252 | 30000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | BANK OF AMERICA, N.A., NY | | Burke Contracting LLC | 20180109 | 1852 | 30000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust Account | 20180110 | 2195 | 60000 |
| CNB | 5566 | MICHAEL J AVENATTI | D/002102781 | DENNIS N BRAGER A PROF CORP DBA | | | 20180110 | 5871 | 27000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Richard Beada | 20180110 | 5042 | 17000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | UMPQUA BANK | | G & M Hollywood LLC | 20180112 | 8794 | 13121 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KEYBANK NATIONAL ASSOCIATION | | Alki Bakery | 20180116 | 7078 | 10588.74 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Global Baristas LLC | 20180117 | 2065 | 10000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KITSAP BANK | | Dillanos Coffee Roasters | 20180118 | 2106 | 24959 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Trust | 20180124 | 2099 | 50000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | WELLS FARGO BANK | | TD Ameritrade Clearing, Inc. Accoun | 20180124 | 4142 | 44791.45 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | PACIFIC CONTINENTAL BANK | | AssuredPartners of Washington LLC | 20180125 | 4728 | 19956 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | PACIFIC CONTINENTAL BANK | | AssuredPartners of Washington LLC | 20180125 | 5134 | 8652 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | CHASE MANHATTAN BANK | | NATIONWIDE LEGAL LLC | 20180129 | 4095 | 21321.07 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KITSAP BANK | | Dillanos Coffee Roasters | 20180130 | 2795 | 11343.81 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KEYBANK NATIONAL ASSOCIATION | | Alki Bakery | 20180130 | 2811 | 11267.79 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | WELLS FARGO BANK | | Coblentz Patch Duffy & Bass LLP | 20180131 | 10088 | 37000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | BANK OF AMERICA, N.A., NY | | Judy Kay Regnier | 20180131 | 10086 | 3867.43 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KITSAP BANK | | Dillanos Coffee Roasters | 20180205 | 4773 | 14757.74 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KEYBANK NATIONAL ASSOCIATION | | Alki Bakery | 20180205 | 4771 | 10841.99 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Trust | 20180207 | 2669 | 40000 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KITSAP BANK | | Dillanos Coffee Roasters | 20180212 | 6020 | 27241.81 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | KEYBANK NATIONAL ASSOCIATION | | Alki Bakery | 20180212 | 6019 | 10806.89 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | JPMORGAN CHASE BANK, NA | | The X-Law Group PC | 20180216 | 6890 | 46146.81 |
| CNB | 5566 | MICHAEL J AVENATTI | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Global Baristas, LLC | 20180314 | 3842 | 4000 |

Exhibit 47

🔍 Search


Ad                                                                                      ⓘ

**Reshape Manager Selection**

A solid framework can help you build portfolios with
confidence.

🔒 Fidelity   Fidelity Investments                              Learn how

**Local News**

**TRAFFIC ALERT**
I-90 at Snoqualmie Pass will remain closed today due to severe weather conditions

# Before Stormy Daniels, her attorney faced allegations of dubious business dealings at Tully's Coffee

f  ✉  🐦

*Originally published April 7, 2018 at 2:20 pm* *Updated April 7, 2018 at 3:20 pm*



⛶

>

**1 of 3**    Michael Avenatti, lawyer for Stormy Daniels. (Richard Drew/The Associated Press)





**Michael Avenatti has become a cable news celebrity for accusing Donald Trump of trying to silence his porn-star client, but his involvement with Tully's Coffee has been a source of legal headaches.**

By Lewis Kamb ✎
*Seattle Times staff reporter*

He's become famous as the brash lawyer for the porn star who purportedly bedded the future president, but before Michael Avenatti accused Donald Trump and his attorney of a payoff scheme to muzzle Stormy Daniels, he faced allegations of dubious business dealings as owner of a flailing coffee chain.

Since his investment firm bought bankrupt Tully's Coffee for $9.15 million at auction five years ago, Avenatti's company has been named in more than 50 state and federal legal complaints, including commercial lawsuits, breach of lease actions and warrants for unpaid taxes, court records show.



All the while, Tully's has shuttered store after store — from Everett to Bellevue, Tacoma to Seattle, and beyond — with employees left in limbo, landlords left unpaid and customers left holding now seemingly worthless loyalty cards.

And late last month, the list of grievances against Avenatti only intensified, with new allegations of wrongdoing.

**Featured Video**



'Dance has saved my life' *(3:14)*

**Most Read Local Stories**

| | |
|---|---|
| 1 | Updates from Seattle's snowy Monday: Rain coming as warm air moves north |
| 2 | Live updates: Another round of rain, snow hits Seattle area ▪ WATCH |
| 3 | Seattle-area snow begins transitioning to rain, but street flooding could follow, officials warn |
| 4 | The Destination's lost crew |
| 5 | Fresh snow arrives in Seattle, closing region's schools again ▪ WATCH |

In a complaint submitted to the California State Bar Association — and cc'd to the U.S. Attorney's Office in Seattle — Bellevue attorney David Nold asserts Avenatti carried out an illegal "pump and dump" scheme through his Washington state-registered Tully's ownership firm, Global Baristas US, LLC.

Nold's complaint contends that while Avenatti ran the company, he fleeced nearly $6 million in federal and state tax withholdings — money meant to be held in trust for payment of quarterly taxes — from the paychecks of Tully's employees.

The complaint also claims Avenatti fraudulently transferred $100,000 from the Tully's operation last year to retain lawyers for his California law firm's unrelated bankruptcy.

"Michael Avenatti's actions in connection with Global Baristas US, LLC have caused significant damage to the State of Washington, the federal government and numerous private entities," according to Nold, who represents Bellevue Square, Ellenos yogurt and other clients who have recently sued the Tully's firm. "And they implicate his fitness to practice law."

Officials for the California bar won't say whether they're investigating.

Avenatti, 47, an aggressive class-action litigator based in Newport Beach, California, declined to be interviewed. In an email, he generally disputed the allegations and attacked Nold's character.

ADVERTISING



IS YOUR **FIXED INCOME**
TRULY FIXED INCOME?

"Mr. Nold is widely known as an unethical 'hack' of a lawyer who routinely files baseless complaints," Avenatti's email said. "He is a disgrace to the legal profession and is consumed by jealousy of other attorneys so he makes baseless allegations. His most recent conduct is yet more of the same — I hope he gets the help he needs."

Avenatti provided no evidence for his attack against Nold, who has no record of disciplinary actions or ethical violations, according to the Washington State Bar website.

_____

Sign up

## Sign up for Morning Brief

*Delivered bright and early weekday mornings, this email provides a quick overview of top stories and need-to-know news.*

Nold brushed off the comment. "He's mad because we wouldn't be bullied," he said.

Avenatti's email also did not address questions about Tully's.

"You will have to ask your questions to the new ownership group who long ago took on responsibility for various tax liabilities etc.," he wrote, declining to specify who those owners are or when he divested his stake.

In various court filings and testimony last year, Avenatti described himself as the principal or chairman of the Tully's chain. During a July deposition, he testified his law firm wholly owned Doppio Inc., a Delaware corporation that he said controlled 80 percent of Tully's ownership firm, Global Baristas US.



LUVYLE

Current state corporate registration records also list only Avenatti among "governing persons" for the similarly named Global Baristas, LLC, which is registered as the controlling party for Global Baristas US.

Robert Sifuentez, 35, who worked for Tully's for nine years until the store he managed in Seattle's Virginia Mason Medical Center closed last month, said Avenatti's "name was the only name on my paycheck ... up until we closed."

When the last few Tully's stores closed in March, company spokeswoman Suzy Quinn described the moves as temporary under a long-term "rebranding process."

But internal memos detailed an unplanned crisis after the coffee supplier for Tully's cut it off. And in a federal lawsuit filed in January, Vermont-based coffee conglomerate Keurig Green Mountain — which actually owns the Tully's trade name — claimed Global Baristas failed to pay $500,000 in licensing fees for the past two years. The suit contends Global Baristas had to stop using the Tully's name.

Meanwhile, Tully's stores have been evicted from several locations, including its corporate offices on Western Avenue, court records show.

### Partner sued

Global Baristas' purchase of the Tully's chain drew controversy from the start. In August 2013, less than two months after the deal closed, Avenatti's business partner sued him, claiming misrepresentation.



That partner, actor Patrick Dempsey of TV's "Grey's Anatomy," contended in his suit Avenatti told him Global Baristas had enough money to operate the more than 40 Tully's stores. But Dempsey, the suit claims, soon discovered Avenatti secretly had taken out a $2 million loan with an exorbitant 15 percent interest rate, pledging all Tully's assets as security, the suit claimed. Avenatti quickly settled, and Dempsey walked away from the venture.

The case proved a harbinger of legal actions to come, including a battle against Nold's client, Bellevue Square. For years, the shopping mall's owner, Kemper Development, leased spaces for Tully's stores in the Lincoln Square, Bellevue Place and Bellevue Square shopping centers.

After Kemper Development opted not to renew leases for Tully's stores in Lincoln Square and Bellevue Place, Global Baristas vacated the Bellevue Square store amid a 10-year lease and a costly remodel.

In 2015, Bellevue Square and B-Squared Construction each sued, both claiming Global Baristas broke the lease and hadn't paid for remodeling work done at its space in the mall.

Avenatti disputed both lawsuits. He claimed his firm didn't pay the contractor due to unspecified construction defects, and contended Global Baristas only agreed to a re-up at Bellevue Square after Kemper Development assured it would renew Tully's leases at its two other shopping centers. Such promises weren't included in the lease agreement, but Avenatti claimed they were described in emails between him and his underlings.

But when a court ordered Global Baristas to produce the emails, Avenatti failed to do so. Last year, a judge granted default judgments in favor of Bellevue Square and imposed sanctions and fines against Global Baristas, ordering it to also cover Bellevue Square's legal bills.



While Nold pursued collecting more than $1 million from Global Baristas last year, he learned Avenatti's private law firm was in bankruptcy proceedings.

In March, arbitration on a former law partner's claim that Avenatti's firm owed him $14 million was about to start when a mysterious creditor filed an involuntary Chapter 11 petition against the law firm for $28,700 in unpaid services, according to court filings. The petition plunged Avenatti's firm into bankruptcy proceedings, postponing the arbitration.

A federal bankruptcy judge later commented the case had a "stench of impropriety," and the mystery creditor was never located. Avenatti later transferred $100,000 from Global Baristas to retain a Florida law firm to handle the bankruptcy, court records show.

After Nold argued the transfer was fraudulent due to Global Baristas' obligations to his client, the Florida attorneys returned Avenatti's check, records show.

Nold's firm soon began tracking down Global Barista's bank accounts to garnish for debts owed to Bellevue Square.

## Turn for the worse

By last fall, daily operations at Tully's stores took a noticeable turn for the worse, according to three former employees interviewed for this story.

Ad

CATS Special Ticket Presale On Now!

Hollywood Pantages          SEE TICKETS



Alki Bakery, Ellenos yogurt, Dillanos coffee and other vendors weren't consistently getting paid, they said, and deliveries became sporadic.

Global Baristas also wasn't keeping up with state and federal taxes, court records show. For years, the company lagged in paying quarterly taxes, leading Washington's Revenue and Labor and Industries departments to repeatedly file warrants against it. Global Baristas often took months to make good on its delinquent tax debts.

As of last week, more than $1 million of court-filed warrants for unpaid state taxes remained unresolved. The IRS also filed liens in July and August against Global Baristas and Avenatti for more than $5 million in unpaid taxes dating back to 2015. No releases have since been filed showing that debt was paid.

In September, when Boeing announced a dozen Tully's stores in its facilities around Puget Sound would close, the company issued a statement that business had "never been stronger."

But lawsuits claiming unpaid rents mounted over the next few months. Among those winning default judgments was Eisenhower Carlson, a Tacoma law firm that represented Tully's in its dispute with Bellevue Square. The firm received a $93,000 judgment against its former client.

Global Baristas often hasn't responded to recent legal actions against it, records show.



Sponsored By Panerabread.com
Sponsored Video
See More

"We have found Michael Avenatti not to be an easy person to deal with," noted Matthew Green, a Seattle lawyer who represents three Tully's landlords.

After Green won default judgments and orders to evict Tully's from its corporate office on Western Avenue and a downtown Seattle store, his clients sought to recoup some of the debts by auctioning off equipment left behind.

Shortly before a sheriff's auction was set to occur, Avenatti filed claims the property didn't belong to Global Baristas, the subject of the judgment, but to another LLC, Global Baristas US. The move delayed the auctions, Green said, forcing him to seek judgments against both LLCs.

Avenatti made a similar claim when Bellevue Square sought to auction off left behind items there, Nold said.

"He tries to use the LLCs to confuse everybody," said Nold. "Only he was telling me exactly the opposite — that his other LLC owned the equipment."

Several lawyers for clients with judgments against Global Baristas said they don't expect to collect a dime. But Nold has been relentless, collecting more than $1 million against Avenatti.

Ad ▷



CATS Special Ticket Presale On Now!

Hollywood Pantages          SEE TICKETS

"We would garnish Key Bank, then he would move the money to a different bank, then to another," Nold said. "But it didn't matter, we were finding it. He finally got tired, and just paid us."

Avenatti is now appealing the Bellevue Square case to Washington's Court of Appeals.

Outside Washington, Global Baristas faces several other thorny legal disputes. Last week, Daytona International Speedway filed papers in a federal court in Florida seeking confirmation of a $760,000 arbitration award against Global Baristas related to an undisclosed contract breach.

Unused credit on loyalty cards may seem piddling by comparison, but some longtime Tully's customers say they're upset. Nancy Nordstrand said she and her husband each recently made deposits on their cards to get a 20 percent bonus offered at their local Tully's. Now, with that store closed, the couple is out $187, she said.

"The irritation for me is they could've stopped those promotions if they thought they were going down," said Nordstrand, who complained to the state attorney general after her calls to Tully's corporate went unanswered.

Despite such Tully's turmoil, Avenatti's fame is only burgeoning.

Ad ▷



CATS Special Ticket Presale On Now!

Hollywood Pantages          SEE TICKETS

The attorney, whose website boasts of more than $1 billion in verdicts and settlements won for clients, has become a fixture on cable TV, thanks to his latest high-profile case.

Sifuentez, the former Tully's employee, said he can't help but see the irony.

"He's getting all this positive press for the Stormy Daniels thing, but at the same time, this (expletive) just cost hundreds of people their jobs," he said.

*Seattle Times business editor Rami Grunbaum and news researcher Miyoko Wolf contributed to this report. It contains material from newspaper's archive. Lewis Kamb: lkamb@seattletimes.com or (206) 464-2932. Twitter @lewiskamb*

💬 View 136 Comments

Recommended in


Record-setting snow: Just setting the table for...


Gronk Avenue is often closed because of issues...


Actress Gwyneth Paltrow sued over Utah ski crash


NO RETURN: The final voyage of the Destination

**Around the Web**


Irvine California: Stunning New Stair Lifts For 2019
Sponsored | Yahoo! Search


Teacher Makes More From Cannabis Than Teaching
Sponsored | americascashcrop.com


This Is the Best Place to Retire in All 50 States
Sponsored | Forbes


Car Comparison: Acura ILX vs. Mazda 6
Sponsored | Acura.com


US Cardiologist: It's Like a Pressure Wash for...
Sponsored | Health Headlines


[Photos] This is Not His Daughter, This is His...
Sponsored | Bob's Hideout


Car Seat Safety Tips
Sponsored | Hoag


The Virginia blackface scandal opens a window into Seattle's...
The Seattle Times


Suspended pairs skating champion John Coughlin dies at 33
The Seattle Times


Officers recognize, arrest woman who barked at police dog
The Seattle Times



Contact                                                                                    ▾

About the company                                                                          ▾

Advertise                                                                                  ▾

Subscriber Services                                                                        ▾

Today's Front Page

**f** Facebook

**🐦** Twitter

Copyright © 2019 The Seattle Times  |  Privacy statement  |  Terms of service

Exhibit 48

1  Stephen G. Larson (SBN 145225)
   Steven E. Bledsoe (SBN 157811)
2  R.C. Harlan (SBN 234279)
   LARSON O'BRIEN LLP
3  555 S. Flower Street, Suite 4400
   Los Angeles, CA 90071
4  Tel: (213) 436-4888
   Fax: (213) 623-2000
5  Email: slarson@larsonobrienlaw.com
          sbledsoe@larsonobrienlaw.com
6          rharlan@larsonobrienlaw.com

7
   Attorneys for Plaintiffs Gregory Barela and
8  Talitha Barela

9

10

11                              JAMS

12

   GREGORY BARELA, an individual, and          CASE NO.
13 TALITHA BARELA, an individual;
                                                **STATEMENT OF CLAIMS**
14              Plaintiff,

15         v.                                   **(1) Breach of Fiduciary Duty;**
                                                **(2) Intentional Misrepresentation;**
16 MICHAEL J. AVENATTI, an individual,         **(3) Negligent Misrepresentation;**
   EAGAN AVENATTI LLP, a California            **(4) Concealment;**
17 limited liability partnership, AVENATTI &   **(5) False Promise;**
   ASSOCIATES, a California Professional        **(6) Conversion;**
18 Corporation,          an                     **(7) Breach of Contract;**
   individual,          , an individual,        **(8) Unfair Business Practices;**
19 and DOES 1-100, inclusive,                   **(9) Professional Negligence; and**
                                                **(10) Accounting.**
20              Defendants.

21

22

23

24

25

26

27

28

                        STATEMENT OF CLAIMS

1  Plaintiffs, Gregory Barela and Talitha Barela (hereinafter "Plaintiffs"), by and through

2  their attorneys, on personal information and acting on information and belief, allege the following

3  against Defendants Michael J. Avenatti, an individual, Eagan Avenatti, LLP, a California limited

4  liability partnership, Avenatti & Associates, a California Professional Corporation,

5  ████ an individual ████ an individual, and DOES 1 -100 (collectively, "Defendants"):

6  **INTRODUCTION**

7  1.  Beginning in 2014, Plaintiff Gregory Barela sought legal advice from Michael

8  Avenatti and his firm regarding Mr. Barela's intellectual property dispute with an out-of-state

9  corporation[1] (hereafter "Settling Party"). (Ex. 1.) With Avenatti and his firm as his counsel of

10  record, Mr. Barela filed suit against the Settling Party alleging multiple causes of action. The

11  case was later compelled to arbitration.

12  2.  Ultimately, a settlement was reached, wherein the Settling Party agreed to pay Mr.

13  Barela ████████████████████████████████

14  ████████████████████████. (Ex. 2.) The settlement

15  agreement provided ████████████████████

16  ████████████████████████████

17  ████████████████. (*Id.*)

18  3.  Unbeknownst to Plaintiffs, however, Defendant Avenatti was operating his law

19  firm in a Ponzi scheme like manner, taking settlement proceeds received for clients to pay off

20  debts, pay the other individual Defendants' salaries and bonuses, and fund his lavish lifestyle,

21  while telling clients that the settlement proceeds had not been received or would be received at a

22  later date. As part of this scheme, Defendants falsified the payment dates in the copy of the

23  settlement agreement they provided to Mr. Barela to falsely state that the settlement payment

24  dates were March 10 of each year, ████████████████

25  ████████. (Exs. 3, 4.) They did this in order to hide when they actually received the

26

27

28  [1] The corporation is not identified by name in this Complaint due to the confidentiality of the settlement agreement.

2

1  settlement funds from the Settling Party and so they could use Mr. Barela's funds for their own

2  purposes.

3      4.      Pursuant to the terms of the actual settlement agreement, and at the express

4  direction of Avenatti, the Settling Party made the ▇▇ settlement payment ▇▇▇▇▇▇▇▇

5  ▇▇▇ on January 5, 2018 to a client trust account specified by Avenatti. (Exs. 5, 6.)  This ▇▇

6  ▇▇ payment was not reported—and still has never been reported—to Mr. Barela despite

7  Defendants' receipt of the settlement payment on January 5, 2018. (Ex. 7.)

8      5.      Beginning on March 10, 2018, the date Mr. Barela had been falsely informed by

9  Defendants that the ▇▇▇▇ settlement payment was due, and for the next eight months, Mr.

10  Barela made numerous inquiries of Defendants asking for a status update on the Settling Party's

11  ▇▇▇▇▇ settlement payment.  Yet despite having received the ▇▇ settlement payment

12  of ▇▇▇ on January 5, 2018, Defendants told Mr. Barela that the Settling Party had not

13  made the ▇▇▇▇ settlement payment and that they were working to obtain it.  To date,

14  Defendants have refused to admit that on January 5, 2018, the Settling Party made the ▇▇▇▇

15  ▇▇ settlement payment into the client trust account specified by Avenatti.

16      6.      Defendants kept Mr. Barela's settlement funds despite knowing that Plaintiffs

17  were counting on those funds to pay their expenses and that the failure to disburse the settlement

18  proceeds to Mr. Barela was causing Plaintiffs great financial and personal hardship.  Rather than

19  paying Mr. Barela the amounts he was owed, Avenatti made Mr. Barela plead with him for

20  advances against the ▇▇▇▇ settlement payment that Avenatti repeatedly and falsely

21  represented to Mr. Barela had not been made by Settling Party.  Thus, between April and

22  November 2018, Avenatti acted like he was doing Plaintiffs a huge favor by "advancing"

23  ▇▇▇ to Plaintiffs to pay their expenses despite the fact that Defendants had received the ▇▇

24  ▇▇ payment from the Settling Party and the money Avenatti was advancing to Plaintiffs was

25  only a fraction of the amount Defendants had received and owed to Mr. Barela in the first place.

26      7.      Even worse, in October 2018, Avenatti informed Mr. Barela that he would no

27  longer advance Plaintiffs any funds, but that he could arrange for Mr. Barela to get a ▇▇▇

28  loan in January 2019, but that the loan would have to be with interest. On information and belief,

3

the ▒ "loan" that Avenatti offered to procure for Mr. Barela was actually going to be made by Avenatti with the proceeds of the ▒ settlement payment that was ▒ ▒, but that Plaintiffs had been falsely informed by Defendants was not due until March 10, 2019.

8. After having been deceived by Avenatti and Defendants for eleven months, Mr. Barela retained new counsel and by letter dated November 17, 2018, requested an accounting from Avenatti, Eagan Avenatti, LLP, and Avenatti & Associates regarding any payment made by the Settling Party and a written copy of his fee agreement. (Ex. 10.) Specifically, the letter from Mr. Barela's new counsel stated:

> We understand that Mr. Barela has been advised by you that [Settling Party] did not make the initial ▒ payment due under the terms of the Settlement Agreement. We request that [sic] you provide written confirmation of [Settling Party's] failure to make such payment. We further ask that you promptly provide us with a true and correct copy of the Settlement Agreement and any fee agreement that you have with Mr. Barela.
>
> Finally, in the event [Settling Party] made the ▒ payment provided for by the Settlement Agreement, we ask that you provide an immediate accounting concerning such funds.

9. By separate letter dated November 19, 2018, Mr. Barela directed Avenatti, Eagan Avenatti, LLP, and Avenatti & Associates to transfer his client files and the balance of any funds paid by Settling Party pursuant to the settlement agreement to the client trust account of his new attorneys. (Ex. 11.)

10. Mr. Barela reiterated these requests in a letter dated December 3, 2018. (Ex. 13.) To date, Defendants have not responded to Mr. Barela's request for an accounting, and have refused to provide a copy of his fee agreement, transfer his files to his new counsel or to transfer the balance of any funds paid by Settling Party pursuant to the settlement agreement to the client trust account of his new attorneys.

1    11.    Defendants' conduct has caused serious financial injury to Plaintiffs, as well as

2    extensive emotional and mental distress.  Defendants acted with malice, oppression and fraud,

3    purposely taking advantage of and intentionally damaging Plaintiffs.

4                                              **PARTIES**

5    12.    Plaintiff Gregory Barela is an individual and is currently, as well as at all times

6    relevant to this Complaint, a resident of the State of California.  He resides in the city of Irvine,

7    California, County of Orange.  Mr. Barela is married to Plaintiff Talitha Barela, and has been

8    during all times relevant to this Complaint.

9    13.    Plaintiff Talitha Barela is an individual and is currently, as well as at all times

10   relevant to this Complaint, a resident of the State of California.  She also resides in the city of

11   Irvine, California, County of Orange.  Mrs. Barela is married to Plaintiff Gregory Barela, and has

12   been during all times relevant to this Complaint.

13   14.    Defendant Michael J. Avenatti is resident of the State of California.  On

14   information and belief, Avenatti now resides in the city of Los Angeles, California, County of

15   Los Angeles.

16   15.    On information and belief, Defendant Eagan Avenatti, LLP (hereafter "Eagan

17   Avenatti") is, and at all times herein mentioned was, a limited liability partnership with its

18   principal place of business in Orange County, California.

19   16.    On information and belief, Defendant Avenatti & Associates is a law firm and a

20   California Professional Corporation with its principal places of business in Newport Beach and

21   Santa Monica, California.  On information and belief, Avenatti & Associates is the successor in

22   interest to Eagan Avenatti, LLP.

23   17.    Defendant                         is an individual, and currently, as well as at all times

24   relevant to this Complaint, a resident of the State of California.

25   18.    Defendant               is an individual, and currently, as well as at all times

26   relevant to this Complaint, a resident of the State of California.

27

28

5

1                                  **JURISDICTION AND VENUE**

2         19.     Plaintiff Gregory Barela and Defendants entered into an Attorney-Client Fee

3 Contract (Ex. 1) which specified that any dispute arising under that contract or related to

4 Defendants' services thereunder, "shall be resolved by binding arbitration before JAMS located in

5 Orange County California." Accordingly, the Judicial Arbitration and Mediation Service

6 ("JAMS") office in Orange County, California has jurisdiction and is the proper venue.

7                                  **GENERAL ALLEGATIONS**

8         20.     In early 2014, Mr. Barela was referred to Avenatti and his firm Eagan Avenatti in

9 order to pursue legal action against the Settling Party. Mr. Barela entered into an engagement

10 agreement with Defendants in 2014 in Orange County, California for purposes of the legal action

11 against the Settling Party. (Ex. 1.) After initially filing a lawsuit, Mr. Barela and the Settling

12 Party subsequently entered into arbitration (the "Arbitration").

13         21.     Throughout the course of the proceedings, Mr. Barela met with Avenatti,

14                          numerous times. Avenatti and

15

16                                     Additionally,

17                       Avenatti,       , and       were very friendly with

18 Mr. Barela, meeting together often with him to discuss case related matters. Mr. Barela

19 considered Avenatti,       and       friends during the course of the Arbitration.

20         22.     On December 20, 2017, Mr. Barela and the Settling Party agreed to a final

21 compromise and settlement of the Arbitration, with the Settling Party agreeing to pay

22       to Mr. Barela,             . (Ex. 2.) The

23                                         . (*Id.*)

24         23.     The terms of the settlement were negotiated by the parties' attorneys. On

25 December 28, 2017, a week after agreeing to the       settlement at Avenatti's request,

26 Mr. Barela met with Avenatti at the Eagan Avenatti law offices to sign the settlement agreement.

27 The settlement agreement Avenatti presented to Mr. Barela on December 28, 2017 to sign

28

6

STATEMENT OF CLAIMS

1   contained payment dates of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮,

2   respectively, for the Settling Party's settlement payments to Mr. Barela.  (Exs. 2, 3.)

3       24.    After signing the settlement agreement, Mr. Barela asked how much money he

4   would receive in total after paying Defendants' contingency fee and costs.  Avenatti represented

5   that he believed that the costs were between $100,000 and $125,000, but that his ▮▮▮▮▮▮

6   and ▮▮▮▮▮, ▮▮▮▮▮▮▮▮ was conducting a final accounting of costs.  Based on those

7   representations, Avenatti told Mr. Barela that he would receive over ▮▮▮▮▮ of the settlement

8   proceeds. On January 3, 2018, Mr. Barela requested an accounting of costs.  Neither Avenatti,

9   ▮▮▮▮▮, nor any other Defendant ever provided the requested accounting.

10      25.    On information belief, on December 28, 2017, a signed confidential settlement

11   agreement was executed by both Mr. Barela and the Settling Party. (Ex. 2.) On information and

12   belief, Defendants provided Barela's signature page to the Settling Party.

13      26.    Pursuant to Paragraph 12 of the actual settlement agreement, the Settling Party was

14   required to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16   ▮▮▮▮▮▮▮▮▮▮. (Ex. 2.) Moreover, paragraph 14 of the settlement agreement

17   provided that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19   ▮▮▮▮▮▮▮▮▮▮▮▮▮ (Id.)

20      27.    Mr. Barela was unaware of the ▮▮▮▮▮▮▮▮▮ since the version of the

21   settlement agreement he was provided by Defendants included falsified payment dates of ▮▮▮

22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. (Ex. 3.) On information and

23   belief, the draft settlement agreements exchanged between the parties contained ▮▮▮▮▮

24   ▮▮▮▮▮▮▮ and the copy of the settlement agreement provided to Mr. Barela was

25   deliberately falsified by one or more of Defendants so that they could get and use the proceeds of

26   the settlement for a period of time before Mr. Barela believed that they were even due.

27      28.    On January 2, 2018, Avenatti sent an email to the Settling Party's counsel

28   specifying the client trust account and providing wire instructions for the Settling Party to make

7

1     the settlement payments according to the terms of the settlement agreement.  (Ex. 5.)  The

2     January 2, 2018 email instruction from Avenatti provided:

3          Below please find the wire instructions.  Please confirm receipt and that we are on
          track.  Thanks, Michael
4

5          City National Bank
          500 Newport Center Drive Ste. #150
6          Newport Beach, Ca 92660

7          ABA/Routing # ▮▮▮▮▮▮▮▮
          Account number # ▮▮▮▮▮▮
8

9          Account title: ▮▮▮▮▮▮▮▮
          520 Newport Center Dr. Ste. 1400
10          Newport Beach, Ca. 92660

11          29.      On January 5, 2018, Settling Party made the ▮▮▮▮▮▮▮▮ settlement

12     payment by wire transfer to the client trust account specified by Avenatti on January 2, 2018.

13     (Exs. 6, 7.)  Defendants have never informed Plaintiffs of the Settling Party's January 5, 2018

14     payment.  Plaintiffs were unaware of the ▮▮▮▮▮▮▮▮▮▮▮ provided for in the

15     final settlement agreement and were also unaware that the Settling Party had made the ▮▮▮▮

16     ▮▮▮ settlement payment by wire transfer to the client trust account specified by Avenatti on

17     January 5, 2018.

18          30.      Mr. Barela relied upon Avenatti's representations regarding the Settling Party's

19     March 10, 2018 ▮▮▮ payment date and made plans to receive the money.  Mr. Barela had

20     planned to use the settlement proceeds to help fund his business ventures, as well as provide

21     sufficient monies to pay for Plaintiffs' living expenses.

22          31.      On the morning of March 10, 2018, Mr. Barela sent a text message to Avenatti

23     stating that he "was just thinking is this a big day from our friends at [Settling Party]?"  On

24     information and belief, given that he was knowingly engaged in fraudulent conduct, Avenatti was

25     careful not to respond in writing to Mr. Barela's text message, but orally assured Mr. Barela that

26     he would follow up with counsel for the Settling Party and work to obtain the proceeds of the

27     settlement agreement.

28

8

1        32.     On March 12, 2018, Mr. Barela sent Avenatti a text message with his account

2 information for a wire transfer. On information and belief, given that he was knowingly engaged

3 in fraudulent conduct, Avenatti was careful not to respond in writing to the text message, but

4 orally assured Mr. Barela that he would follow up with counsel for the Settling Party and work to

5 obtain the proceeds of the settlement agreement.

6        33.     On March 13, 2018, Mr. Barela sent another text message to Avenatti asking if

7 there was "any word on that wire from [the Settling Party]?" Mr. Barela asked Avenatti to let

8 him know and sought an update regarding his settlement payment. On information and belief,

9 given that he was knowingly engaged in fraudulent conduct, Avenatti was careful not to respond

10 in writing to the text message, but orally assured Mr. Barela that he had discussed the matter with

11 counsel for Settling Party and that he was working to obtain the settlement payment.

12      34.     Mr. Barela had anticipated the settlement payment to occur on March 10, 2018,

13 and planned to use part of his portion of the ▌▌▌▌ for other business ventures he had

14 started. On March 14, 2018, he sent a text message to Avenatti stating: "Hi Michael[.] just

15 checking in on the [Settling Party] issue. I've been going pretty deep and credit cards and a little

16 loan to keep both businesses going. Any updates?" Again, Avenatti did not respond in writing to

17 Mr. Barela's text message.

18      35.     During this same time in March 2018, during an in-person conversation with Mr.

19 Barela, Avenatti stated that he had no idea what was going on with the settlement payment.

20 Avenatti said that he had spoken with counsel for the Settling Party, and that counsel for the

21 Settling Party was in disbelief that the Settling Party had not made the ▌▌▌▌

22 settlement payment. Avenatti informed Mr. Barela that he genuinely believed that counsel for the

23 Settling Party did not know or understand why Settling Party had not made the payment.

24      36.     Again in March 2018, Mr. Barela went to the Eagan Avenatti law office. ▌

25 ▌ congratulated Mr. Barela on the settlement, and led him to believe that the ▌

26 settlement payment had been made. During the course of that conversation, Mr. Barela saw

27 ▌'s reflection in the glass wall of the conference room and observed ▌ gesturing

28 towards ▌ by waiving ▌ hand across ▌ throat to signal to ▌ to stop discussing ▌

9

1  Barela's settlement payment.  After seeing          s gesture,          immediately

2  became quiet and stopped discussing Mr. Barela's settlement.

3       37.    Thereafter, between March 2018 and October 2018, during Mr. Barela's visits to

4  the Eagan Avenatti law offices, Mr. Barela would often attempt to discuss the Settling Party's

5  failure to make the settlement payment with          and          In response to Mr.

6  Barela's attempts to discuss the failure of Settling Party to make the          settlement

7  payment,          and          would avoid discussing the topic with Mr. Barela.  For

8  example, at one point Mr. Barela asked          whether  had heard from Settling Party, and

9          responded that Defendants had heard nothing.  Moreover, in direct contrast to their

10  friendly relationship with Mr. Barela during the Arbitration, after March 2018,          and

11          did everything they could to avoid Mr. Barela, going so far as to avoid eye contact

12  with Mr. Barela during his visits to the Eagan Avenatti offices.  On information and belief,

13          and          were aware that the Settling Party had made the

14  payment into the firm's client trust account on January 5, 2018, yet never told Mr. Barela in their

15  numerous communications with him.

16       38.    On March 19, 2018, Mr. Barela sent a text message to Avenatti telling him he

17  wanted to be "aggressive with [the Settling Party] this week" and asked Avenatti to let him know

18  if he heard anything from [the Settling Party].  Once again, Avenatti did not respond in writing to

19  the text message, but orally assured him that things would be resolved soon.

20       39.    On March 21, 2018, Mr. Barela wrote to Avenatti, "Any word from [the Settling

21  Party]?"  Again, Avenatti failed to respond in writing.

22       40.    On March 22, 2018, Mr. Barela again checked in regarding the settlement payment

23  from the Settling Party.  He sent a text to Avenatti asking "Did they step up with the transfer? If

24  not what are we doing next?"  Avenatti again avoided responding in writing.

25       41.    On March 23, 2018, facing financial burdens, Mr. Barela told Avenatti he needed

26  help and was worried.  Avenatti responded: "Greg – don't worry.  Let's chat tmrw.  We will figure

27  this out. Michael".  When Mr. Barela eventually spoke with Avenatti, Avenatti told him that

28

10

1   another lawsuit would need to be filed in order to force Settling Party to make the settlement

2   payments.

3       42.     Given that Mr. Barela had relied on receiving his portion of the ▮▮▮▮▮

4   payment by March 2018, he was facing a dire financial situation.  On April 2, 2018, Mr. Barela

5   emailed Avenatti asking for a loan.  Mr. Barela was in the early stages of setting up two

6   businesses and Mr. Barela told Avenatti that he was "out of pocket about 250k right now for both

7   businesses."  Later that day Mr. Barela asked Avenatti via text message whether there was any

8   word from the Settling Party regarding the settlement payment.  In a phone call, Avenatti

9   reiterated that he had spoken with counsel for Settling Party and that counsel for Settling Party

10  did not understand why the Settling Party had not responded to his requests for payment.

11  Avenatti assured Mr. Barela on the call that he and the other Defendants were working to make

12  sure Settling Party would make the settlement payment as soon as possible.  Avenatti also agreed

13  to provide an advance of money to Mr. Barela while Defendants were purportedly seeking

14  payment from the Settling Party.  After the call, Mr. Barela texted Avenatti, "Thanks again for the

15  call.  Whatever you can do is so appreciated."  Avenatti responded: "All good. No worries."

16      43.     On April 3, 2018, Mr. Barela asked Avenatti whether he was able to advance him

17  "any amount if at all?"  Avenatti responded that he could "probably send a wire tmrw."

18      44.     On April 5, 2018, Mr. Barela emailed Avenatti his Bank information to make a

19  wire transfer of ▮▮▮, the money Avenatti had agreed to advance Mr. Barela.  Mr. Barela also

20  stated that he would like to discuss his options for collections on the Settling Party.  Shortly

21  thereafter, Mr. Barela received a wire transfer of ▮▮▮.

22      45.     On April 15, 2018, Mr. Barela again inquired via email to Avenatti about the status

23  of the settlement money from the Settling Party. He also inquired about steps to take against the

24  Settling Party if the money is not collected.  He told Avenatti he needed a plan as soon as possible

25  as he was facing financial difficulties.  Once again, Avenatti was careful to not respond in

26  writing.  Instead, during a telephone call, Avenatti assured Mr. Barela that Defendants were filing

27  another claim against Settling Party in federal court in Los Angeles, and they were waiting for a

28  response.

11

1    46.    On April 22, 2018, Mr. Barela emailed Avenatti asking if the Settling Party

2    responded. Again, on April 25, 2018 and April 26, 2018, Mr. Barela texted Avenatti asking

3    whether there was any word from the Settling Party. Avenatti again did not respond in writing.

4    Avenatti continued to assure Mr. Barela over the phone and in-person that Defendants were

5    working to force the Settling Party to make the settlement payment.

6    47.    On May 7, 2018, Mr. Barela again asked Avenatti what the next actions were

7    against the Settling Party. Mr. Barela also told Avenatti, "If [the Settling Party] does not pay

8    soon I may need a little help in the next two weeks."

9    48.    On May 15, 2018, Mr. Barela sent an email to Avenatti expressing that since he

10   planned on collecting the settlement money in March and had not seen any of it, he was losing

11   credibility with his other business ventures and his wife, and was now facing a difficult financial

12   position. Mr. Barela asked Avenatti, "Did [the Settling Party] respond or pay? If no what are we

13   filing this week?"

14   49.    Rather than respond in writing, Avenatti and Mr. Barela had a telephone call

15   wherein Avenatti agreed to provide another advance to Mr. Barela on the settlement payment—

16   which, unbeknownst to Plaintiffs, Defendants had received five months earlier. Avenatti also

17   assured Mr. Barela that Defendants were working to force Settling Party to pay.

18   50.    On May 20, 2018, Mr. Barela sent wire instructions for an additional loan from

19   Avenatti. Avenatti responded, "Got it. Thanks."

20   51.    On May 25, 2018, Avenatti advanced Mr. Barela an additional            .

21   52.    On June 25, 2018, Mr. Barela sent Avenatti a list of reminders for the week,

22   including a reminder about filing a lawsuit against the Settling Party for failing to pay the

23        due to Mr. Barela.

24   53.    During this time frame, Avenatti assured Mr. Barela that whenever he needed an

25   advance of money, to let him know, and he would wire him money.

26   54.    On June 27, 2018, Avenatti advanced Mr. Barela an additional            .

27   55.    On June 29, 2018, Mr. Barela reached out via email to            and asked for

28   a copy of the signed settlement agreement which included the signatures from the Settling Party's

12

1  representatives. ▮▮▮▮ provided Mr. Barela with a copy of the fully executed settlement

2  agreement which contained falsified payment dates of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ for Settling Party's settlement payments to Mr.

4  Barela, when in reality the settlement agreement called for ▮▮▮▮▮▮▮▮▮▮

5  ▮▮▮▮▮▮▮▮▮▮▮. (Ex. 4.) On information and belief, ▮▮▮▮ was

6  aware that the Settling Party had made the ▮▮▮▮▮▮ payment into the firm's client trust

7  account on January 5, 2018, yet never told Plaintiffs in her numerous communications to him.

8      56.    Still unaware that the ▮▮▮▮▮▮ payment had been made in January 2018,

9  on August 15, 2018, Mr. Barela emailed Avenatti about initiating a lawsuit against the Settling

10 Party for failing to abide by the terms of the settlement agreement and failing to make the ▮▮

11 ▮▮ payment.

12     57.    At a meeting shortly thereafter, Defendants represented to Mr. Barela that they

13 were filing a motion to compel arbitration to enforce the settlement agreement, and that Settling

14 Party would have 30 days to respond.

15     58.    On September 10, 2018, Mr. Barela emailed Avenatti and ▮▮▮▮ wire

16 instructions for an additional advance. The following day, Avenatti and ▮▮▮▮ advanced

17 Mr. Barela via wire an additional ▮▮▮▮.

18     59.    On September 11, 2018, after receiving the wire, during a phone call, Avenatti told

19 Mr. Barela he had no additional updates regarding Defendants' efforts to obtain the settlement

20 payment.

21     60.    On October 10, 2018, Mr. Barela again asked for an update on the status of

22 collecting the settlement proceeds from the Settling Party. Mr. Barela also asked for more

23 financial help, requesting an additional advance to "keep moving".

24     61.    On October 14, 2018, Mr. Barela asked Avenatti in an email if the Settling Party

25 had responded and what the next steps were being taken to ensure payment. Mr. Barela stated, "It

26 will be one year in December and they will owe ▮▮▮▮▮ in March...Can we discuss a

27 go forward strategy till this is handled?" Mr. Barela also asked Avenatti for "a copy of the last

28 thing that we filed". Avenatti never responded to the email.

13

1    62.   On October 17, 2018, Mr. Barela again reached out to Avenatti expressing to him

2 that he was in a financial hardship and asked for another advance.  He again texted Avenatti on

3 October 19, 2018, asking him if he could borrow money.  Avenatti again did not respond in

4 writing.

5    63.   On October 22, 2018, Mr. Barela emailed Avenatti again stressing the financial

6 troubles he was facing.  He told Avenatti that he was working on trying to get a loan from a third-

7 party creditor and was trying to use the settlement agreement to secure it.  Mr. Barela again asked

8 for an update on the payment and what the next action steps would be.  He also asked for copies

9 of all the paperwork related to the alleged filing against the Settling Party so that he could use it

10 to secure a personal loan.  Avenatti never responded to the email.

11    64.   On October 28, 2018, Mr. Barela texted Avenatti again highlighting his dire

12 financial situation.  Once again, he asked Avenatti to forward the documents that had been filed

13 against the Settling Party so that he could use it to secure a personal loan.  Avenatti did not

14 respond.

15    65.   On October 29, 2018, Mr. Barela again reached out to Avenatti.  Avenatti wrote

16 back stating that he would call Mr. Barela shortly.  Later that same day, because Mr. Barela had

17 not heard back from Avenatti, Mr. Barela sent him another message.  Avenatti wrote back in

18 response: "Let's chat in the am. Working on a solution." Mr. Barela responded by again stressing

19 his financial difficulties.

20    66.   The following day, on October 30, 2018, Mr. Barela followed up with Avenatti to

21 check in and asked if there was "any word."  Avenatti responded in writing, stating that he was

22 "making progress."

23    67.   On October 31, 2018, Mr. Barela sent wire information for an additional advance

24 from Defendants.  Defendants made an additional and final advance of $4,000 to Mr. Barela on

25 November 5, 2018.

26    68.   In early November 2018, Mr. Barela began searching for a creditor to loan him

27 approximately ▇▇▇▇▇ in order to operate his business, using the settlement agreement and

28 promise by the Settling Party to pay as collateral.  After Avenatti heard of Mr. Barela's search for

14

1    a loan, Avenatti dissuaded Mr. Barela from seeking a loan from another third party, and instead

2    promised Mr. Barela he would be able to provide a loan of ▬▬▬ by January 15, 2019, at an

3    interest rate between 8-10%. Avenatti told Mr. Barela to "hang tight" until the 15th, and "don't

4    ask again until then."

5          69.    At the time Avenatti told Mr. Barela to "hang tight" until January 15, Mr. Barela

6    did not know that Avenatti was expecting another payment from the Settling Party of ▬▬▬

7    ▬▬▬▬▬▬▬▬▬. On information and belief, Avenatti was planning to loan to Mr. Barela the

8    very settlement funds that were due to be paid to Mr. Barela by Settling Party ▬▬▬▬▬

9    ▬▬▬, at an interest rate of between 8-10%.

10          70.    From April 5, 2018 until November 5, 2018, Avenatti advanced Mr. Barela a total

11    of ▬▬▬. During this same time period, Defendants had received ▬▬▬ from the

12    Settling Party and failed to inform Mr. Barela of the amount received or grant him access to the

13    proceeds of the settlement, despite knowing the serious financial difficulties facing Plaintiffs.

14          71.    Defendants illegal conduct in taking the ▬▬▬ settlement funds was

15    happening at the same time Avenatti was leading a lavish lifestyle. Avenatti was reportedly

16    renting a $14,000-a-month apartment at the Ten Thousand skyscraper in Los Angeles, California,

17    while also reportedly paying his ex-wife over $100,000 a month in child and spousal support

18    payments. On information and belief, Avenatti was using Mr. Barela's settlement funds to fund

19    his lavish lifestyle, pay other financial obligations, and pay salaries and bonuses to ▬▬▬ and

20    ▬▬▬.

21          72.    On information and belief, Defendants were using their legal practice in a Ponzi-

22    like scheme to pay prior creditors and fund their lifestyles with the proceeds from new settlement

23    monies received on behalf of other clients, with the hope that additional monies would later be

24    received by the firm in order to pay the clients whose settlement proceeds had been wrongfully

25    used to pay prior obligations. In this case, Mr. Barela's settlement funds were used by

26    Defendants to continue to fund their lifestyles and pay creditors, all while falsely promising Mr.

27    Barela that they were working to get the Settling Party to pay the settlement proceeds—proceeds

28    which they had already received.

15

STATEMENT OF CLAIMS

73.     In November 2018, Mr. Barela hired Larson O'Brien, LLP to represent him in connection with his efforts to collect the proceeds due to him pursuant to the terms of the settlement agreement.  On November 17, 2018, Mr. Barela's new counsel sent a letter to Avenatti asking him to (1) confirm any representations Avenatti made to Mr. Barela that the Settling Party had failed to make the ███████████ payment due under the settlement agreement; (2) promptly provide a true and correct copy of the settlement agreement and any fee arrangement between Avenatti and Mr. Barela; and (3) provide an immediate accounting in the event the Settling Party made the ███████████ payment provided for in the settlement agreement. (Ex. 10.)

74.     Later that same day, Avenatti made multiple calls to Mr. Barela.  Avenatti sent an email asking Mr. Barela to call Avenatti "ASAP."  Additionally, Avenatti sent a text message to Mr. Barela asking "What is this all about? Pls call me ASAP."  Avenatti never responded to new counsel's November 17, 2018 letter.

75.     On November 18, 2018, new counsel for Mr. Barela sent an email to Avenatti requesting that Avenatti stop attempting to communicate directly or indirectly with Mr. Barela and that all future communications be made through Mr. Barela's new counsel.  Counsel also requested that Avenatti and all of his current and prior firms preserve all documents and writings relating to this matter.  Avenatti did not respond to the email.

76.     On November 19, 2018, Mr. Barela sent an email to Avenatti requesting that he transfer all paper and electronic files to Larson O'Brien LLP.  Mr. Barela also request that Avenatti transfer the balance of any funds paid by Settling Party to Larson O'Brien LLP.  (Ex. 11.)  New counsel provided Avenatti with the wire transfer information.  Avenatti did not respond to either communication.

77.     At the request of Mr. Barela, on November 21, 2018, the Settling Party provided Mr. Barela with a true and correct copy of the fully executed settlement agreement.  (Exs. 2, 12.)  The true and correct copy of the fully executed settlement agreement ███████████ ████████████████████████████████████████████████████████████ ███████████████████████████. (Ex. 2.)

16

1    78.    The Settling Party subsequently provided proof of the ▇▇▇▇ payment it

2  made on January 5, 2018 to the client trust account specified by Avenatti and confirmed that there

3  were no versions of the settlement agreement exchanged between Defendants and Settling Party

4  that included settlement payment dates in March. (Exs. 2, 6, 7, 12.)

5                              **FIRST CAUSE OF ACTION**

6                              **Breach of Fiduciary Duty**

7                    **(On Behalf of Greg Barela Against All Defendants)**

8    79.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 78 of

9  this Complaint as through fully set forth herein.

10    80.    As attorneys and counselors, each of the Defendants owe fiduciary duties of care,

11  loyalty and faith to their clients, including Plaintiff Greg Barela. Defendants' fiduciary duties

12  include an obligation to act prudently in the representation of clients, to discharge their actions in

13  good faith, to act in the best interests of the client, and to put the interests of the client before their

14  own.

15    81.    Defendants breached their fiduciary duties by, among other things,

16  misappropriating Plaintiff's settlement funds, making untruthful representations to Plaintiff,

17  misrepresenting documents to Plaintiff, and failing to inform and timely respond to Plaintiff's

18  communications.

19    82.    Defendants ▇▇ and ▇▇ knew of Avenatti's conduct and assisted him in the

20  misappropriation of client funds, making untruthful representations, and misrepresenting

21  documents. Additionally, as an employee for the Defendants' law firms, ▇▇ provided

22  Mr. Barela a falsified settlement agreement containing March payment dates. (Ex. 4.)

23    83.    Plaintiff has been damaged by the Defendants' intentional breach of their fiduciary

24  duties. Moreover, because Defendants acted maliciously, fraudulently and oppressively within

25  the meaning of those terms as set forth in California Civil Code Section 3294, Plaintiff is entitled

26  to recover punitive damages from Defendants.

27  ///

28  ///

17

STATEMENT OF CLAIMS

1    **SECOND CAUSE OF ACTION**

2    **Fraud & Deceit – Intentional Misrepresentation**

3    **(On Behalf of Greg Barela Against All Defendants)**

4        84.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 83 of

5    this Complaint as though fully set forth herein.

6        85.    On or about December 28, 2017, Avenatti falsely and fraudulently, with the

7    malicious intent to defraud and deceive Plaintiffs, made written and oral representations to

8    Plaintiffs, including but not limited to, providing Mr. Barela on December 28, 2017 with a partial

9    copy of the settlement agreement which contained falsified payment dates of

10   for the Settling Party's

11   settlement payments to Mr. Barela, and falsely representing to Mr. Barela that the settlement

12   payments were payable in March of each year, not in    as set forth in the actual settlement

13   agreement. (Ex. 3.)

14       86.    As detailed in this Complaint, from December 28, 2017 onward, Defendants

15   falsely and fraudulently, and with malicious intent to defraud and deceive Plaintiffs, made written

16   and oral representations to Plaintiffs that the Settling Party's    settlement

17   payment was never made. Avenatti also misrepresented to Plaintiffs that he was working on

18   filing and pursuing claims against the Settling Party for the alleged nonpayment of the settlement.

19       87.    As a further example of Defendants' fraud, in March 2018,

20   congratulated Mr. Barela on the settlement, and initially led him to believe that the payment had

21   been made. During the course of that conversation, Mr. Barela saw    's reflection in the

22   glass wall of the conference room and observed    gesturing towards    to stop

23   discussing Mr. Barela's settlement payment. Both    and    thereafter actively

24   deceived Mr. Barela by not disclosing that the settlement payment had been received.

25       88.    On June 29, 2018, Mr. Barela reached out via email to    , the office

26   manager and paralegal at Defendant Eagan Avenatti, LLP, and asked for a copy of the signed

27   settlement agreement which included the signatures from the Settling Party's representatives.

28   provided Mr. Barela with a falsified copy of the fully executed settlement agreement

18

1    which contained March payment dates. (Ex. 4.) At no time did ▮▮▮▮▮ inform Mr. Barela

2    that the Settling Party had paid the settlement money. Moreover, ▮▮▮▮▮ assisted Avenatti

3    in advancing funds to Mr. Barela by conducting the wire transfers to Mr. Barela, as directed by

4    Avenatti, from March 2018 through November 2018. ▮ did this despite ▮ knowledge that the

5    settlement money had been paid.

6       89.    At all times herein mentioned, Defendants were aware that the above-reference

7    misrepresentations were false and intended that Plaintiffs rely on the above-mentioned

8    misrepresentations. Plaintiffs reasonably relied on the Defendants' false and fraudulent

9    misrepresentations.

10      90.    Defendants intentionally designed and implemented the above misrepresentations

11    and fraudulent scheme maliciously, fraudulently and oppressively, with the wrongful intention of

12    injuring Plaintiffs and benefitting Defendants' own personal and individual purposes.

13      91.    Accordingly, as a result of Defendants' intentional and fraudulent

14    misrepresentation of material facts and misappropriation of funds, Plaintiffs have suffered harm.

15    Moreover, because Defendants acted maliciously, fraudulently and oppressively within the

16    meaning of those terms as set forth in California Civil Code Section 3294, Plaintiffs are entitled

17    to recover punitive damages from Defendants.

18                       **THIRD CAUSE OF ACTION**

19           **Fraud & Deceit – Negligent Misrepresentation**

20           **(On Behalf of Greg Barela Against All Defendants)**

21      92.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 91 of

22    this Complaint as though fully set forth herein.

23      93.    Beginning on or about December 28, 2017, and continuing to the present,

24    Defendants falsely and fraudulently made written and oral representations to Plaintiffs regarding

25    the Settling Party's initial settlement payment, including but not limited to, the fact that

26    Defendants provided Mr. Barela a partial copy of the settlement agreement that contained

27

28      ▮▮▮▮▮ for the Settling Party's settlement payments to Mr. Barela. (Ex. 3.) Defendants

19

1   represented to Mr. Barela that the settlement payments ███████████████████, not in

2   ████ as memorialized in the final agreement.

3       94.    As detailed in this Complaint, from December 28, 2017 onward, Defendants

4   falsely and fraudulently, and with malicious intent to defraud and deceive Plaintiffs, made written

5   and oral representations to Plaintiffs that the Settling Party's ██████████ settlement

6   payment was never made. Avenatti also misrepresented to Plaintiffs that he was working on

7   filing and pursuing claims against the Settling Party for the alleged nonpayment of the settlement.

8       95.    As a further example of Defendants' fraud, in March 2018, ████████

9   congratulated Mr. Barela on the settlement, and initially led him to believe that the payment had

10   been made. During the course of that conversation, Mr. Barela saw █████'s reflection in the

11   glass wall of the conference room and observed █████ gesturing towards █████ to stop

12   discussing Mr. Barela's settlement payment. Both Mr. █████ and █████ thereafter actively

13   deceived Mr. Barela by not disclosing that the settlement payment had been received.

14       96.    On June 29, 2018, Mr. Barela reached out via email to █████, the █████

15   ████████████ at Defendant Eagan Avenatti, LLP, and asked for a copy of the signed

16   settlement agreement which included the signatures from the Settling Party's representatives.

17   █████ provided Mr. Barela with a falsified copy of the fully executed settlement agreement

18   which contained March payment dates. At no time did █████ inform Mr. Barela that the

19   Settling Party had paid the settlement money. Moreover, █████ assisted Avenatti in

20   advancing funds to Mr. Barela by conducting the wire transfers to Mr. Barela, as directed by

21   Avenatti, from March 2018 through November 2018. █████ did this despite █████ knowledge that the

22   settlement money had been paid.

23       97.    At all times herein mentioned, Defendants were aware that the above-reference

24   representations were false and intended that Plaintiffs rely on the above-mentioned

25   misrepresentations. As a result of the above-mentioned misrepresentations, Plaintiffs have

26   suffered harm.

27   ///

28   ///

20

98.     Plaintiffs reasonably relied on the Defendants' false and fraudulent
misrepresentations.  Plaintiffs' reliance on Defendants representations regarding the settlement
proceeds were substantial factors in causing their harm.

99.     Accordingly, as a result of Defendants' fraudulent misrepresentation of material
facts and misappropriation of funds, Plaintiffs have suffered harm.  Moreover, because
Defendants acted maliciously, fraudulently and oppressively within the meaning of those terms as
set forth in California Civil Code Section 3294, Plaintiffs are entitled to recover punitive damages
from Defendants.

**FOURTH CAUSE OF ACTION**

**Fraud & Deceit – Concealment**

**(On Behalf of Plaintiffs Against All Defendants)**

100.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 99 of
this Complaint as though fully set forth herein.

101.    At all times herein mention, Plaintiffs and Defendants were in a fiduciary
relationship and Defendants failed to disclose to Plaintiffs that on January 5, 2018, the Settling
Party made the ███████████████████ to the client trust account specified to the Settling
Party by Avenatti despite their knowledge that the payment had been received.  Defendants
concealed—and continue to conceal—the fact that the payment was made and Plaintiffs were
entitled to receive their funds.  From the date the ███████████████ settlement payment was
made on January 5, 2018, Defendants repeatedly concealed the fact that the payment was made
despite Plaintiffs repeated attempts and inquiries regarding the status of the payment.

102.    Plaintiffs did not know that the Settling Party ever made payment and Defendants
made numerous oral and written misrepresentations that the settlement agreement called for
payment on March 10, 2018.  Defendants continue to misrepresent that no payment was ever
made.

103.    Defendants' misrepresentations were knowingly false.  Defendants intended to
deceive Plaintiffs by concealing the facts concerning the due date and fact of the settlement
payment with malicious intent to defraud and deceive Plaintiffs.

21

1    104.    At all times herein mentioned, Plaintiffs were unaware that the above-mentioned

2    misrepresentations were false.  Had the material information been disclosed and had Plaintiffs

3    known that payment was made by the Settling Party, Plaintiff would have reasonably behaved

4    differently and would not have been forced to take advances from Defendants.  Plaintiffs

5    reasonably relied on Defendants deception and misrepresentations.

6    105.    Accordingly, as a result of Defendants' intentional and fraudulent

7    misrepresentations of material facts, failure to disclose certain facts, and active concealment,

8    Plaintiffs have been damaged and suffered injury.  Moreover, because Defendants acted

9    maliciously, fraudulently and oppressively within the meaning of those terms as set forth in

10   California Civil Code Section 3293, Plaintiffs are entitled to recover punitive damages from

11   Defendants.

12                              **FIFTH CAUSE OF ACTION**

13                          **Fraud & Deceit – False Promise**

14            **(On Behalf of Greg Barela Against Defendants Michael J. Avenatti,**

15                  **Eagan Avenatti, LLP, and Avenatti & Associates)**

16   106.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 105 of

17   this Complaint as though fully set forth therein.

18   107.    Defendants Avenatti and/or Eagan Avenatti induced Mr. Barela to enter into an

19   engagement agreement wherein Mr. Barela agreed to Avenatti and Egan Avenatti's legal

20   representation of Mr. Barela's interests.  (Ex. 1.)  Avenatti and Eagan Avenatti were retained as

21   counsel for Mr. Barela under the impression that they would act with candor and honesty and

22   immediately make available any funds to which Mr. Barela was entitled.  Mr. Barela would not

23   have entered into such agreement had he known that Avenatti and/or Eagan Avenatti did not

24   intend to perform this promise when it was made.

25   108.    Defendants Avenatti and Eagan Avenatti made a promise that they would pay to

26   Mr. Barela his portion of any funds received on his behalf in connection with his representation of

27   Mr. Barela.  Defendants Avenatti and Eagan Avenatti also promised that they would inform Mr.

28   Barela of any funds received on his behalf from the Settling Party.

                                        22

109.    However, on information and belief, Defendants did not intend to perform this promise when it was made.  Instead, Defendants intended to use any such money for their own personal use and gain.

110.    This false promise regarding payment to Mr. Barela for any favorable judgment was material to Mr. Barela.  Moreover, Mr. Barela relied on this promise in engaging Defendants to represent him in the dispute with the Settling Party.

111.    Defendants have failed to perform this promise and instead have continually concealed the ████████ payment from the Settling Party since it was received by them in January 2018.  Defendants have failed to make Mr. Barela's portion of the settlement payment funds available to him.

112.    Accordingly, as a result of Defendants' intentional and fraudulent misrepresentations and false promises, failure to disclose certain facts, and active concealment, Plaintiffs have been damaged and suffered injury.  Moreover, because Defendants acted maliciously, fraudulently and oppressively within the meaning of those terms as set forth in California Civil Code Section 3293, Plaintiffs are entitled to recover punitive damages from Defendants.

## SIXTH CAUSE OF ACTION

### Conversion

### (On Behalf of Plaintiffs Against All Defendants)

113.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 112 of this Complaint as though fully set forth herein.

114.    Pursuant to the terms of the settlement agreement, Plaintiffs were to be paid ████ ████ from the Settling Party by ██████████.  (Ex. 2.)

115.    Defendants substantially interfered with Plaintiffs' property by knowingly or intentionally preventing Plaintiffs from having access to their portion of the ████████ that was transferred to Defendants' client trust account on January 5, 2018.  Defendants knowingly failed to inform Mr. Barela of his settlement payment and instead took steps to actively conceal that the money had been received.  Moreover, on numerous occasions, Defendants misrepresented that

23

1   settlement payment had not been received. Plaintiffs have informed Defendants numerous times

2   of their need for their portion of the settlement proceeds, yet Defendants have continually refused

3   to inform Defendants of their receipt of the money or make the settlement funds available.

4       116.   Defendants      and      knew of Avenatti's conduct and assisted him in the

5   misappropriation of client funds. Additionally,       provided Mr. Barela the settlement

6   agreement with the March payment dates as part of Defendants' scheme to mislead Mr. Barela.

7   Their actions were made as a part of a scheme to defraud Plaintiffs.

8       117.   At all times herein mentioned, Plaintiffs were and still are entitled to the

9   possession of their portion of the      that was transferred from the Settling Party to

10   Plaintiffs' client trust fund at the direction of Avenatti on January 5, 2018. Defendants

11   wrongfully and substantially interfered with Plaintiffs' right to their portion of the      of

12   settlement money. Defendants' wrongful actions proximately resulted in defendants converting

13   Plaintiffs' money for their own use.

14       118.   As a natural, reasonable, and proximate result of Defendants' wrongful conversion

15   of Plaintiffs' property, Plaintiffs have been damaged and suffered harm for which Defendants'

16   conduct was a substantial factor.

17       119.   Defendants, and each of their conduct described in this Complaint, intended to

18   cause injury to Plaintiffs with a willful and conscious disregard of Plaintiffs' rights. Moreover,

19   because Defendants acted maliciously, fraudulently and oppressively within the meaning of those

20   terms as set forth in California Civil Code Section 3293, Plaintiffs are entitled to recover punitive

21   damages from Defendants.

22                 **SEVENTH CAUSE OF ACTION**

23                     **Breach of Contract**

24       **(On Behalf of Greg Barela Against Defendants Michael Avenatti,**

25           **Eagan Avenatti, LLP, and Avenatti & Associates)**

26       120.   Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 119 of

27   this Complaint as though fully set forth herein.

28

24

STATEMENT OF CLAIMS

1        121.    A valid contractual agreement existed between Plaintiff and Defendants since

2   Plaintiff retained Defendants as counsel.

3        122.    Plaintiff has performed all conditions required to be performed in accordance with

4   the terms and conditions of the contract.

5        123.    As detailed in the previous paragraphs of this Complaint, commencing on or about

6   December 28, 2017, Defendants and each of them have breached the terms of the engagement

7   agreement by, among other things, falsifying the dates the settlement payments were due, failing

8   to notify Plaintiffs of the receipt of settlement funds, misappropriating Plaintiffs' settlement

9   funds, making untruthful representations to Plaintiff, and failing to inform and timely respond to

10  Plaintiff's communications.

11       124.    As a direct and proximate result of Defendants' conduct, Plaintiffs were harmed by

12  Defendants' breach.

13                          **EIGHTH CAUSE OF ACTION**

14   **Unfair Business Practices Under Business and Professions Code Section 17200, et seq.**

15                **(On Behalf of Plaintiffs Against All Defendants)**

16       125.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 124 of

17  this Complaint as though fully set forth herein.

18       126.    Plaintiffs allege that Defendants in doing the acts alleged hereinabove have

19  engaged in unfair and or unlawful business practices—including but not limited to the fraudulent

20  conduct and conversion detailed in the above paragraphs of this Complaint—and have thereby

21  acquired money or property rightfully belonging to Plaintiffs by engaging in such unfair business

22  practices, thereby inducing and causing Plaintiffs to suffer "injury in fact" and to lose money or

23  property as a result of such unfair acts, in violation of the Act, including but not limited to,

24  Business & Professions Code section 17200.

25       127.    As a direct and proximate result of the above-referenced acts of Defendants,

26  Plaintiffs have sustained "injury in fact" and lost money or property as a result of such unfair acts

27  and is therefore entitled to restitution of money lost as well as equitable relief in the fore of an

28  order requiring Defendants, to show cause, why they should not be enjoined from continuing their

                                              25

1 | unlawful business practices during the pendency of this action, and for a temporary restraining

2 | order, a preliminary injunction, and a permanent injunction, all enjoining defendants from

3 | engaging in the unlawful business practices described herein.

4 | **NINTH CAUSE OF ACTION**

5 | **Professional Negligence**

6 | **(On Behalf of Greg Barela Against Michael Avenatti,**

7 | **Eagan Avenatti, LLP, and Avenatti & Associates)**

8 | 128.   Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 127 of

9 | this Complaint as though fully set forth herein.

10 | 129.   Defendants have failed to provide competent representation on behalf of Mr.

11 | Barela. As Mr. Barela's attorney representatives in his dispute with the Settling Party,

12 | Defendants owed a duty to Mr. Barela to use such skill and prudence as members of the

13 | profession commonly possess.

14 | 130.   Throughout the course of their dealings with Mr. Barela, Defendants held

15 | themselves out as skilled attorneys, having superior knowledge regarding their ability to

16 | successfully recover payment from the Settling Party.  Defendants intended that Plaintiff rely, and

17 | Plaintiff did rely, on Defendants alleged expertise and advice in connection with the

18 | representation of Mr. Barela.

19 | 131.   Defendants, in the course of their representation of Mr. Barela, breached their

20 | duty, among other things, by misappropriating client funds, making numerous misrepresentations

21 | regarding the status of the funds, making numerous misrepresentations to Mr. Barela regarding

22 | the date of the payment under the terms of the settlement agreement, failing to timely respond to

23 | Mr. Barela, and misrepresenting to Mr. Barela the status of the settlement payment.

24 | 132.   On information and belief, Defendants Avenatti and Eagan Avenatti failed to

25 | adequately represent Plaintiff when negotiating the terms of the settlement agreement with the

26 | Settling Party.  Plaintiff believes and alleges that the settlement terms should have been of a

27 | significantly greater value, but in order to obtain easy access to and misappropriate Plaintiff's

28 | settlement funds, Defendants Avenatti and Eagan Avenatti persuaded Mr. Barela to settle for a

1    lesser amount.  On information and belief, Defendants Avenatti and Eagan Avenatti did not

2    represent Plaintiff with the skill and prudence as members of the profession commonly possess.

3         133.    Plaintiff is informed and believes, and on that basis alleges, that Defendants

4    Avenatti and Eagan Avenatti failed to use the skill and care that a reasonably careful attorney

5    would have used in similar circumstances.

6         134.    As a direct and proximate cause of Defendants Avenatti and Eagan Avenatti's

7    negligence, Plaintiff has suffered damages.

8                              **TENTH CAUSE OF ACTION**

9                                    **Accounting**

10                    **(On Behalf of Plaintiffs Against All Defendants)**

11        135.    Plaintiffs re-allege and incorporate each allegation in Paragraphs 1 through 134 of

12   this Complaint as though fully set forth herein.

13        136.    As attorneys, Defendants represented Mr. Barela and owed him a fiduciary duty.

14        137.    As described above, Mr. Barela is entitled to money that was received by

15   Defendants on January 5, 2018 relating to the Settling Party's payment under the terms of the

16   settlement agreement.  Mr. Barela has not received from or been made aware of the monies

17   received by Defendants.  However, the Settling Party has provided Mr. Barela with confirmation

18   that on January 5, 2018, the ███████████████████████ was transferred via wire to

19   Defendants' client trust account as specified by Avenatti on January 2, 2018.

20        138.    Accordingly, a balance due from the Defendants to the Plaintiffs can only be

21   ascertained by an accounting.

22

23

24

25

26

27

28

STATEMENT OF CLAIMS

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment and relief as follows:

1.    For compensatory damages of an amount to be proven at trial, but exceeding ▇▇▇▇▇.

2.    For general damages according to be proven at trial;

3.    For actual and/or special damages to be proven at trial;

4.    For restitution of money lost;

5.    For punitive and exemplary damages against Defendants in an amount to be determined at trial;

6.    For costs of suit, reasonable attorneys' fees as allowed by law, costs, expenses to Plaintiffs, and interest in an amount to be proven at trial;

7.    For pre-judgment and post-judgment interest;

8.    For a temporary restraining order, a preliminary injunction, and a permanent injunction, all enjoining defendants from engaging in the unlawful business practices described herein;

9.    Such other and further relief as the Arbitrator shall find just and proper.


Dated: January 14, 2019          LARSON O'BRIEN LLP


By: _____
    Stephen G. Larson
    Steven E. Bledsoe
    R.C. Harlan

Attorneys for Plaintiffs
GREG BARELA and TALITHA BARELA

28

Exhibit 49

CHUBB'

Personal Risk Services
Bankers Standard Insurance Company
One Progress Point Parkway
O'Fallon, MO 63368

BANK of AMERICA

NOT VALID AFTER SIX MONTHS

CHECK NUMBER

0931336788

51-44  119 CT   September 18, 2017

**PAY**
Five million five hundred thousand and XX/100 dollars

**\*\*$5,500,000.00\*\***

**PAY TO THE ORDER OF**
eagan avenatti llp , as attorney for Jennifer Nadjat-Haiem

0931336788
Lewis Brisbois

LOS ANGELES, CA, US, 90071

⑈⚏0931336788⚏⚏ ⑆011900445⑆ ▮▮▮▮▮0306⚏

Date:09/20/17 Seq #:53016351 Account: ▮▮▮0306 Serial #:931336788 Amount:$5,500,000.00 Dep Seq #:53016350

Exhibit 50

PRINT

## CASE INFORMATION

_Case Information_ | _Register Of Actions_ | _FUTURE HEARINGS_ | _PARTY INFORMATION_ | _Documents Filed_ | _Proceedings Held_

**Case Number:** BC590516
JENNIFER NADJAT-HAIEM VS MATTHEW JOSEPH ALHADEFF

**Filing Courthouse:** Stanley Mosk Courthouse

**Filing Date:** 08/10/2015
**Case Type:** Motor Vehicle - Personal Injury/Property Damage/Wrongful Death (General Jurisdiction)
**Status:** Dismissed - Other 09/25/2017

_Click here to access document images for this case_
If this link fails, you may go to the Case Document Images site and search using the case number displayed on this page

## FUTURE HEARINGS

_Case Information_ | _Register Of Actions_ | _FUTURE HEARINGS_ | _PARTY INFORMATION_ | _Documents Filed_ | _Proceedings Held_

None

## PARTY INFORMATION

_Case Information_ | _Register Of Actions_ | _FUTURE HEARINGS_ | _PARTY INFORMATION_ | _Documents Filed_ | _Proceedings Held_

ALHADEFF MATTHEW - Defendant

ALHADEFF MATTHEW - Defendant

ALHADEFF MATTHEW JOSEPH - Defendant

EAGAN O'MALLEY & AVENATTI - Attorney for Plaintiff

EAGAN O'MALLEY & AVENATTI - Attorney for Plaintiff

KULUVA ARMIJO & GARCIA - Attorney for Defendant

KULUVA ARMIJO & GARCIA - Attorney for Defendant

LEWIS BRISBOIS BISGAARD & SMITH LLP - Attorney for Defendant

LEWIS BRISBOIS BISGAARD & SMITH LLP - Attorney for Defendant

MARCHINO FILIPPO - Attorney for Plaintiff

MARCHINO FILIPPO - Attorney for Plaintiff

NADJAT-HAIEM JENNIFER - Plaintiff

NADJAT-HAIEM JENNIFER - Plaintiff

TYSON & MENDES AND BRAGG & KULUVA - Attorney for Defendant

TYSON ROBERT F. - Attorney for Defendant

TYSON ROBERT F. - Attorney for Defendant

Documents Filed

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Documents Filed (Filing dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
08/02/2017   05/11/2017   02/16/2017   11/09/2016

**09/28/2017** Notice of Ruling
Filed by Defendant

**09/28/2017** Notice of Ruling (AND OSC RE DISMISSAL )
Filed by Attorney for Defendant

**09/25/2017** Request for Dismissal
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/25/2017** Request for Dismissal (WITH PREJUDICE AS TO ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF
ACTION )
Filed by Attorney for Plaintiff

**09/20/2017** Stipulation and Order
Filed by MATTHEW ALHADEFF (Defendant)

**09/20/2017** Stipulation and Order (STIPULATION TO TAKE MSC AND OSC RE: CONTEMPT AND SANCTIONS OFF
CALENDAR PENDING FINAL SETTLEMENT AND ORDER, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Defendant

**09/15/2017** Notice
Filed by MATTHEW ALHADEFF (Defendant)

**09/15/2017** Notice (OF WITHDRAWAL AND TAKING OFF CALENDAR DEFENDANT'S NOTICE OF MOTION TO COMPEL
FURTHER RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO) AND FOR
MONETARY SANCIONS)
Filed by Attorney for Defendant

**09/14/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/14/2017** Notice (OF TAKING MOTIONS OFF CALENDAR WITHOUT PREJUDICE )
Filed by Attorney for Plaintiff

**09/11/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Response
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by ROBERT F. TYSON (Attorney)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Declaration (SUPPLEMENTAL OMNIBUS DECLARATION OF AHMED IBRAHIM IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT MOTIONS IN LIMINE NOS. 1-8 )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.8 TO EXCLUDE EVIDENCE OF ANY PRIOR ARRESTS OR CONVICTIONS )
Filed by Attorney for Plaintiff

**09/11/2017** Response (TO DEFENDANT'S MOTION IN LIMINE NO.7 TO PRECLUDE THE ADMISSION OF EVIDENCE OF PROFITS OR FINANCIAL CONDITION UNLESS AND UNTIL THE TRIER OF FACT MAKES A FINDING OF MALICE, OPPRESSION, OR FRAUD)
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.6 TO PRECLUDE PLAINTIFF FROM MENTIONING ANY ACTUAL OR POTENTIAL DOLLAR AMOUNT OF DAMAGES IN THIS OR ANY OTHER HYPOTHETICAL CASE TO THE JURY DURING VOIR DIRE)
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT DEFENDANT EXERCISED HIS FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.4 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING POST-ACCIDENT TEXT MESSAGES FROM DEFENDANT )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.3 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING DEFENDANT'S MEDICAL RECORDS )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.2 TO EXCLUDE EVIDENCE OF MEDICAL EXPENSES IN EXCESS OF THE LESSER OF AMOUNTS ACTUALLY PAID OR ACCEPTED AS PAID, OR THE REASONABLE VALUE OF SERVICES PROVI)
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.1 TO EXCLUDE "GOLDEN RULE" AND "REPTILE THEORY" ARGUMENTS AT TRIAL )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.5 TO PRECLUDE DUPLICATIVE EXPERT OPINIONS )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.4 TO PRECLUDE EVIDENCE REGARDING DEFENDANT'S INJURIES )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.3 TO PRECLUDE EVIDENCE REGARDING PLAINTIFF'S RECEIPT OF COLLATERAL SOURCE BENEFITS )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.2 TO PRECLUDE EVIDENCE REGARDING DEFENDANT'S INABILITY TO PAY PUNITIVE DAMAGES OR THE ABSENCE OF EVIDENCE OF DEFENDANT'S FINANCIAL CONDITION)
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.1 TO PRECLUDE EVIDENCE REGARDING PLAINTIFF'S WEALTH OR FINANCIAL RESOURCES )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES SET TWO )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS SET THREE )
Filed by Attorney for Defendant

**09/01/2017** Proof of Service (not Summons and Complaint)
Filed by MATTHEW ALHADEFF (Defendant)

**09/01/2017** Proof of Service
Filed by Attorney for Defendant

**08/31/2017** Amended Proof of Service
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/31/2017** Amended Proof of Service
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine (NO.8 TO EXCLUDE EVIDENCE OF ANY PRIOR ARRESTS OR CONVICTIONS;
DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.7 TO PRECLUDE THE ADMISSION OF EVIDENCE OF PROFITS OR FINANCIAL
CONDITION UNLESS AND UNTIL THE TRIER OF FACT MAKES A FINDING OF MALICE, OPPRESSION, OR FRAUD )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.6 TO PRECLUDE PLAINTIFF FROM MENTIONING ANY ACTUAL OR POTENTIAL
DOLLAR AMOUNT OF DAMAGES IN THIS OR ANY OTHER HYPOTHETICAL CASE TO THE JURY DURING VOIR
DIRE; DECLARATION OF KARA PAPE)
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT DEFENDANT EXERCISED HIS
FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.4 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING POST-ACCIDENT TEXT
MESSAGES FROM DEFENDANT; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.3 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING DEFENDANT'S MEDICAL
RECORDS; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.2 TO EXCLUDE EVIDENCE OF MEDICAL EXPENSES IN EXCESS OF THE LESSER OF
AMOUNTS ACTUALLY PAID OR ACCEPTED AS PAID, OR THE REASONABLE VALUE OF SERVICES PROVIDED;
DECLARATION OF KARA PAPE)
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.1 TO EXCLUDE "GOLDEN RULE" AND "REPTILE THEORY" ARGUMENTS AT TRIAL;
DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Declaration (OMNIBUS DECLARATION OF AHMED IBRAHIM IN SUPPORT OF PLAINTIFF'S MOTIONS IN
LIMINE NOS. 1-5 )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.5 TO PRECLUDE DEFENDANT FROM OFFERING DUPLICATIVE EXPERT OPINIONS )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.4 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE REGARDING
DEFENDANT'S INJURIES )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.3 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE OR ARGUMENT
ABOUT PLAINTIFF'S RECEIPT OF COLLATERAL SOURCE BENEFITS )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.2 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE OR ARGUMENT
REGARDING DEFENDANT'S ALLEGED INABILITY TO PAY ANY PUNITIVE DAMAGES AWARD OR THE ABSENCE OF
EVIDENCE OF DEFENDANT'S FINANCIAL)
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.1 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE REGARDING
PLAINTIFF'S OR PLAINTIFF'S FAMILY WEALTH AND/OR FINANCIAL RESOURCES )
Filed by Attorney for Plaintiff

**08/29/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/29/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**08/28/2017** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/28/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/28/2017** Ex-Parte Application
Filed by Attorney for Plaintiff

**08/28/2017** Stip & Order-use CSR (BRITTANY KEPLER #13970 )
Filed by Attorney for Plaintiff

**08/22/2017** Notice Re: Continuance of Hearing and Order
Filed by Plaintiff

**08/22/2017** Notice of Continuance (NOTICE OF CONTINUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT AND SANCTIONS AND MSC TO 9/21/17 )
Filed by Attorney for Plaintiff

**08/21/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**08/21/2017** Ex-Parte Application (DEFENDANT, MATTHEW ALHADEFF'S EX PARTE APPLICATION RE MOTION TO QUASH OR RECALL BENCH WARRANT )
Filed by Attorney for Defendant

**08/18/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/18/2017** Opposition (DEFENDANT MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO PLAINTIFF'S BRIEF REGARDING THE IMPOSITION OF SANCTIONS - ON: 8/25/17 AT 9:30 AM IN DEPARTMENT WE-R.)
Filed by Attorney for Defendant

**08/17/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO REQUEST FOR PRODUCTION (SET THREE) AND FOR MONETARY SANCTIONS IN THE AMOUNT)
Filed by Attorney for Plaintiff

**08/17/2017** Notice of Motion (AND MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO REQUEST FOR PRODUCTION (SET THREE) AND FOR MONETARY SANCTIONS IN THE AMOUNT OF $3,260 AGAINST DEFENDANT)
Filed by Attorney for Plaintiff

**08/17/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL FURTHER REPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO SPECIAL INTERROGATORIES (SET TWO) AND FOR MONETARY SANCTIONS IN THE AMOUNT)
Filed by Attorney for Plaintiff

**08/17/2017** Notice of Motion (AND MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEP ALHADEFF TO SPECIAL INTERROGATORIES (SET TWO) AND FOR MONETARY SANCTIONS IN THE AMOUNT OF

$5,260 AGAINST DEFENDANT)
Filed by Attorney for Plaintiff

**08/14/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/14/2017** Notice (NOTICE OF WITHDRAWAL AND TAKING OFF CALENDAR PLTFS MOTION TO QUASH DEPOSITION SUBPOENAS )
Filed by Attorney for Plaintiff

**08/11/2017** Brief (name extension)
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/11/2017** Brief (PLAINTIFF'S BRIEF REGARDING THE INPOSITION OF SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF - SEEKING MONETARY AND TERMINATING SANCTIONS; DECLARATION OF DAMON ROGERS - 8/25/17 9:30 AM DEPT "R".)
Filed by Attorney for Plaintiff

**08/08/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**08/08/2017** Ord-Appt Apprv Rptr as Rptr protem (NAREN JOHNSON #3827 )
Filed by Attorney for Defendant

**08/07/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/07/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**08/04/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/04/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: DANA SHELLEY, CSR #10177 AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/02/2017   05/11/2017   02/16/2017   11/09/2016

**08/02/2017** Miscellaneous-Other
Filed by MATTHEW ALHADEFF (Defendant)

**08/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**08/02/2017** Brief (name extension)
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/02/2017** Miscellaneous-Other (SEPARATE STATEMENT )
Filed by Attorney for Defendant

**08/02/2017** Notice of Motion (AND MOTION TO COMPEL )
Filed by Attorney for Defendant

**08/02/2017** Brief (PLAINTIFF'S SUBMISSION IN ADVANCE OF THE ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF; DECLARATION OF DAMON ROGERS - HRG: 8/4/17 AT 9:30 AM IN DEPT WE-R.)
Filed by Attorney for Plaintiff

**08/01/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/01/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/01/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/01/2017** Opposition (TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND REQUEST FOR SANCTIONS
AGAINST PLAINTIFFS COUNSEL IN THE AMOUNT OF $2,260. )
Filed by Attorney for Plaintiff

**08/01/2017** Reply to Opposition (TO DEFENDANT'S MOTION FOR RELIEF UNDEER CCP 473(B) )
Filed by Attorney for Defendant

**08/01/2017** Reply to Opposition (TO DEFENDANT'S MOTION FOR ORDER REQUIRING PLAINTIFF AND HER COUNSEL
TO RETURN MEDICAL RECORDS RECEIVED FROM CEDARS SINAI MEDICAL CENTER; )
Filed by Attorney for Defendant

**07/26/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/26/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/26/2017** Answer to First Amended Complaint
Filed by MATTHEW ALHADEFF (Defendant)

**07/26/2017** Opposition (TO MOTION FOR ORDER )
Filed by Attorney for Plaintiff

**07/26/2017** Opposition (TO MOTION FOR RELIEF )
Filed by Attorney for Plaintiff

**07/26/2017** Answer to First Amended Complaint (BEHALF OF: MATTHEW JOSEPH ALHADEFF )
Filed by Attorney for Defendant

**07/21/2017** Opposition
Filed by Defendant

**07/21/2017** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**07/21/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Opposition
Filed by Attorney for Defendant

**07/21/2017** Ex-Parte Application
Filed by Attorney for Plaintiff

**07/21/2017** Opposition
Filed by Attorney for Plaintiff

**07/21/2017** Ex-Parte Application
Filed by Attorney for Defendant

**07/21/2017** Stip & Order-use CSR (DAYNA HESTER #9970 )
Filed by Attorney for Plaintiff

**07/20/2017** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**07/20/2017** NOTICE OF CONTINUANCE
Filed by Clerk

**07/19/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/19/2017** Notice of Motion (AND MOTION FOR PROTECTIVE ORDER; REQUEST FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL IN THE AMOUNT OF $2,260; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTINA Y. MOROVATI; (PROPOSED))
Filed by Attorney for Defendant

**07/17/2017** Association of Attorney
Filed by MATTHEW ALHADEFF (Defendant)

**07/17/2017** Notice of Association of Attorneys
Filed by Attorney for Defendant

**07/14/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/14/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/14/2017** Notice of Motion (AND MOTION FOR RELIEF UNDER CODE OF CIVIL PROCEDURE 473 (B) FOR AUGUST 8, 2017; DECLARATION OF CHRISTINA Y. MOROVATI; DECLARATION OF ROBERT F. TYSON, JR (PROPOSED) ORDER)
Filed by Attorney for Defendant

**07/14/2017** Notice of Motion (AND MOTION FOR ORDER REQUIRING PLAINTIFF AND HER COUNSEL TO RETURN ALL COPIES OF DEFENDANT'S MEDICAL RECORDS RECEIVED FROM CEDARS SINAI MEDICAL CENTER; MEMORANDUM OF POINTS AND AUTHORITI)
Filed by Attorney for Defendant

**07/06/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/06/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**06/30/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**06/30/2017** Stipulation and Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/30/2017** Ord-Appt Apprv Rptr as Rptr protem (CYNTHIA LAMB #8349 )
Filed by Attorney for Defendant

**06/30/2017** Stipulation and Order (STIPULATION AND ORDER TO USE CERTIFIED SHORTHAND REPORTER: AMANDA R. TEIDEL, CSR #13129, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Plaintiff

**06/29/2017** Response
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/29/2017** Response (PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO ORDER TO SHOW CAUSE; DECLARATION OF DAMON ROGERS - 6/30/17 AT 9:30 AM IN DEPARTMENT WE-R.)
Filed by Attorney for Plaintiff

**06/28/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Declaration
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Declaration
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Opposition (OPPOSITION TO ORDER TO SHOW CAUSE )
Filed by Attorney for Defendant

**06/28/2017** Declaration (DECLARATION OF CHRISTINA Y. MOROVATI RE: ORDER TO SHOW CAUSE RE: SANCTIONS AND CONTEMPT AGAINST MATTHEW JOSEPH ALHADEFF )

Filed by Attorney for Defendant

**06/28/2017** Opposition (OPPOSITION TO ORDER TO SHOW CAUSE, IS FILED ON BEHALF OF DEFENDANT MATTHEW ALHADEFF, BY SPECIALLY APPEARING ATTORNEY CHRISTINA Y. MOROVATI, IS FILED THIS DATE.)
Filed by Attorney for Defendant

**06/28/2017** Declaration (DECLARATION OF CRISTINA Y. MOROVATI RE: ORDER TO SHOW CAUSE RE: SANCTIONS AND CONTEMPT AGAINST MATTHEW JOSEPH ALHADEFF, IS FILED THIS DATE.)
Filed by Attorney for Defendant

**06/23/2017** Notice of Lodging
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/23/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Opposition (SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AFTER CONDUCTING DEPOSITION OF EZRI NAMVAR; DECLARATION )
Filed by Attorney for Plaintiff

**06/23/2017** Reply to Opposition (TO MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF DISCOVERY REFEREE; REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENATTI AND THE FIRM)
Filed by Attorney for Defendant

**06/23/2017** Reply to Opposition (FOR ORDER TO STAY ENTIRE ACTION UNTIL MAY 19, 2018 TO ALLOW DEFENDANT'S FIFTH AMENDMENT RIGHTS TO BE PRESERVED )
Filed by Attorney for Defendant

**06/23/2017** Reply to Opposition (TO MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT )
Filed by Attorney for Defendant

**06/23/2017** Notice of Lodging (CERTIFIED DEPOSITION TRANSCRIPT OF MATTHEW J. ALHADEFF: (1) IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER)
Filed by Attorney for Plaintiff

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition (TO DEFENDANT'S MOTION TO STAY ENTIRE ACTION UNTIL MAY 19, 2018; DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**06/19/2017** Opposition (TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF DISCOVERY REFEREE AND REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENA)
Filed by Attorney for Plaintiff

**06/19/2017** Opposition (TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**06/16/2017** Order to Show Cause
Filed by Court

**06/16/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/16/2017** Order to Show Cause (ORDER TO SHOW CAUSE RE: SANCTIONS AND CONTEMPT AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF, FOR DEFTS FTA AT MSC ON 6/16/17; A BENCH WARRANT IS ISSUED & HELD UNITL 6/30/17; BAIL SET: $150,000.00)
Filed by Court

**06/16/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: NANCY K. BRINK, CSR #6501, AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Plaintiff

**06/02/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/02/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**06/01/2017** Order
Filed by MATTHEW ALHADEFF (Defendant)

**06/01/2017** ExParte Application
Filed by MATTHEW ALHADEFF (Defendant)

**06/01/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: JOSIANE B. GOLDMAN AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Defendant

**06/01/2017** ExParte Application (DEFT MATTHEW ALHADEFF'S EXPARTE APPLICATION FOR AN ORDER FOR RELIEF FROM THE COURT'S ORDER REQUIRING DEFT TO BE PHYSICALLY PRESENT AT THE MSC ON 6/16/17; DECL OF CHRISTINA Y. MOROVATI.)
Filed by Attorney for Defendant

**05/26/2017** Notice of Trial
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/26/2017** Notice of Trial (PURSUANT TO SECTION 594 OF THE CODE OF CIVIL PROCEDURE )
Filed by Attorney for Plaintiff

**05/24/2017** Objection Document Filed
Filed by MATTHEW ALHADEFF (Defendant)

**05/24/2017** Objection Document Filed (TO NOTICE TO APPEAR AT TRIAL )
Filed by Attorney for Defendant

**05/18/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/18/2017** Notice of Ruling
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   08/02/2017   05/11/2017   02/16/2017   11/09/2016

**05/11/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/11/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/11/2017** Notice of Ruling
Filed by MATTHEW ALHADEFF (Defendant)

**05/11/2017** Statement - General (SEPARATE STATEMENT OF ITEMS IN DISPUTE ON MOTION TO QUASH DEPOSITION SUBPOENAS SEEKING PRODUCTION OF BUSINESS RECORDS FROM (1) LA FITNESS-WESTWOOD; (2) ART

INSTITUTE OF CALIFORNIA -)
Filed by Attorney for Plaintiff

**05/11/2017** Notice of Motion (AND MOTION TO QUASH DEPOSITION SUBPOENAS SEEKING PRODUCTION OF
BUSINESS RECORDS FROM (1) LA FITNESS- WESTWOOD; (2) ART INSTITUTE OF CALIFORNIA- LOS ANGELES; (3)
SANTA MONICA COLL)
Filed by Attorney for Plaintiff

**05/11/2017** Notice of Ruling
Filed by Attorney for Defendant

**05/03/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/03/2017** Stip & Order-use CSR (AMANDA TEIDEL #13129 )
Filed by Attorney for Plaintiff

**05/01/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/01/2017** Notice (OF TAKING CERTAIN MOTIONS OFF CALENDAR WITHOUT PREJUDICE )
Filed by Attorney for Plaintiff

**04/27/2017** Order-Protective
Filed by MATTHEW ALHADEFF (Defendant)

**04/27/2017** Order-Protective (REGARDING CONFIDENTIAL AUDIOTAPE OF EXAMINATION; )
Filed by Attorney for Defendant

**04/26/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/26/2017** Reply to Opposition (TO PLAINTIFF'S MOTION FOR FINANCIAL DISCOVERY TO SUPPORT PLAINTIFF'S
PUNITIVE DAMAGES CLAIM DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**04/24/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**04/24/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY K. BRINK #6501 )
Filed by Attorney for Defendant

**04/20/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**04/20/2017** Opposition (TO PLAINTIFF'S MOTION FOR FINANCIAL DISCOVERY TO SUPPORT PLAINTIFF'S PUNITIVE
DAMAGES CLAIM DECLARATION OF CHRISTINA Y. MOROVATI; (PROPOSED) ORDER )
Filed by Attorney for Defendant

**04/18/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/18/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**04/18/2017** Ord-Appt Apprv Rptr as Rptr protem (JENNIFER SMITH #13577 )
Filed by Attorney for Plaintiff

**04/18/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY K. BRINK #6501 )
Filed by Attorney for Defendant

**04/17/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**04/17/2017** Reply to Opposition (TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH COURT
ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE AND REQUEST FOR SANCTIONS IN THE AMOUNT OF
$6,440.00)
Filed by Attorney for Defendant

**04/11/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Declaration (OF BEAU LEBLANC )
Filed by Attorney for Plaintiff

**04/11/2017** Notice of Motion (FOR FINANCIAL DISCOVERY )
Filed by Attorney for Plaintiff

**04/11/2017** Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**04/11/2017** Reply to Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**04/05/2017** Response
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Notice of Lodging
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Response (TO SEPARATE STATEMENT OF DISPUTED ITEMS IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE)
Filed by Attorney for Defendant

**04/05/2017** Opposition (TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AND ORDER COMPELLING DEFENDANT TO COMPLETE HIS COURT-ORDERED DEPOSITION AND FOR AN ORDER COMPELLING ANSWERS)
Filed by Attorney for Defendant

**04/05/2017** Notice of Lodging (OF DEPOSITION TRANSCRIPT OF MATTHEW JOSEPH ALHADEFF IN SUPPORT OF DEFENDANT, MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016)
Filed by Attorney for Defendant

**04/05/2017** Notice of Motion (AND MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF A DISCOVERY REFEREE; REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENATTI AND)
Filed by Attorney for Defendant

**03/30/2017** Motion to Compel
Filed by MATTHEW ALHADEFF (Defendant)

**03/30/2017** Amended Notice
Filed by MATTHEW ALHADEFF (Defendant)

**03/30/2017** Motion to Compel (COMPLLIANCE WITH COURT ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE )
Filed by Attorney for Defendant

**03/30/2017** Amended Notice (RE MTN TO STRIKE )
Filed by Attorney for Defendant

**03/24/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/24/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/24/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE)
Filed by Attorney for Plaintiff

**03/24/2017** Notice of Motion (AND MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE HIS COURT-ORDERED DEPOSITION AND FOR AN)
Filed by Attorney for Plaintiff

**03/23/2017** Motion to Strike
Filed by MATTHEW ALHADEFF (Defendant)

**03/23/2017** Motion to Strike (PORTIONS OF FIRST AMENDED COMPLAINT )
Filed by Attorney for Defendant

**03/13/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**03/13/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/13/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**03/13/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY BRINK CSR 6501 )
Filed by Attorney for Defendant

**03/13/2017** Opposition (TO DEFENDANT'S EX PARTE APPLIC,. )
Filed by Attorney for Plaintiff

**03/13/2017** Ex-Parte Application (FOR AN ORDER TO COMPEL PLTF'S COMPLIANCE WITH COURT ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE; MEMO OF POINTS AND AUTH.' DECL. OF CHRISTINA V. MOROVATI AND DR. KYLY BOONE)
Filed by Attorney for Defendant

**03/08/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/08/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**03/02/2017** First Amended Complaint
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/02/2017** First Amended Complaint (NO SUMMONS ISSUED )
Filed by Attorney for Plaintiff

**03/01/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/01/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/01/2017** Order (ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; )
Filed by Attorney for Plaintiff

**03/01/2017** Ord-Appt Apprv Rptr as Rptr protem (WIL C. WILCOX #9178 )
Filed by Attorney for Plaintiff

**02/24/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**02/24/2017** Ex-Parte Application
Filed by Attorney for Defendant

**02/21/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/21/2017** Reply to Opposition (TO MTN FOR LEAVE TO FILE A FAC )
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP　08/02/2017　05/11/2017　02/16/2017　11/09/2016

**02/16/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/16/2017** Reply to Opposition (TO MTN TO COMPEL FURTHER RESPONSES )
Filed by Attorney for Plaintiff

**02/15/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/15/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/15/2017** Opposition (TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION TO COMPEL PLAINTIFF JENNIFER
NADJAT-HAIEM TO SUBMIT TO EXAMINATION WITH DR. KYLE BOONE, PH.D. AND REQUEST FOR SANCTIONS;
DECLARATION OF)
Filed by Attorney for Plaintiff

**02/15/2017** Opposition (TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION TO COMPEL PLAINTIFF JENNIFER
NADJAT-HAIEM'S ATTENDANCE AT DEPOSITION AND FOR MONETARY SANCTIONS; DECLARATION OF DAMON
ROGERS IN OPPOSITION)
Filed by Attorney for Plaintiff

**02/14/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**02/14/2017** Opposition (TO MTN FOR LEAVE TO FILE FAC )
Filed by Attorney for Defendant

**02/10/2017** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/10/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/10/2017** Motion to Compel (FURTHER RESPONSES )
Filed by Attorney for Plaintiff

**02/10/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS )
Filed by Attorney for Plaintiff

**02/09/2017** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/09/2017** Separate Statement of Und. Facts
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/09/2017** Motion to Compel (RESPONSES TO REQUESTS FOR PROD. SET TWO AND FOR SANCTIONS )
Filed by Attorney for Plaintiff

**02/09/2017** Separate Statement of Und. Facts
Filed by Attorney for Plaintiff

**02/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**02/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**02/02/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/02/2017** Notice of Motion (AND MOTION TO COMPEL PLAINTIFF JENNIFER NADJAT-HAIEM'S ATTENDANCE AT
DEPOSITION AND FOR MONETARY SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION
OF CHRISTINA Y. MOROVATI; PP ORDER)
Filed by Attorney for Defendant

**02/02/2017** Notice of Motion (AND MOTION TO COMPEL PLAINTIFF JENNIFER NADJAT-HAIEM TO SUBMIT TO
EXAMINATION WITH DR. KYLE BOONE, PH.D AND REQUEST FOR SANCTIONS; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF;)
Filed by Attorney for Defendant

**02/02/2017** Notice of Motion (AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF
POINTS AND AUTHORITIES; DECLARATION OF DAMON ROGERS )
Filed by Attorney for Plaintiff

**01/31/2017** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/31/2017** Amended Notice (2ND AMENDED NTC RE MTN TO COMPEL )
Filed by Attorney for Plaintiff

**01/18/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/18/2017** Notice (NOTICE TO DEFENDANT MATTHEW JOSEPH ALHADEFF TO APPEAR AT TRIAL 9-25-17 9:00 AM
DEPT M )
Filed by Attorney for Plaintiff

**01/12/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/12/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**01/12/2017** Opposition
Filed by Attorney for Plaintiff

**01/12/2017** Ex-Parte Application
Filed by Attorney for Defendant

**12/30/2016** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/30/2016** Ord-Appt Apprv Rptr as Rptr protem (CHERI BULLOCK #4714 )
Filed by Attorney for Plaintiff

**12/21/2016** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**12/21/2016** Reply to Opposition (TO MTN FOR PROTECTIVE ORDER )
Filed by Attorney for Defendant

**12/14/2016** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/14/2016** Notice of Ruling
Filed by Attorney for Plaintiff

**12/13/2016** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**12/13/2016** Ord-Appt Apprv Rptr as Rptr protem (JENNY ROSENSTEIN #3160 )
Filed by Attorney for Defendant

**12/08/2016** Notice Re: Continuance of Hearing and Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/08/2016** NOTICE OF CONTINUANCE
Filed by Attorney for Plaintiff

**12/06/2016** Reply
Filed by MATTHEW ALHADEFF (Defendant)

**12/06/2016** Reply (IN SUPPORT OF MOTION TO COMPEL PLAINTIFF JENNIFER NADJATHAIEM TO SUBMIT TO INDEPENDENT MEDICAL EXAMINATIONS )
Filed by Attorney for Defendant

**11/29/2016** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/29/2016** Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**11/28/2016** Case Management Statement
Filed by MATTHEW ALHADEFF (Defendant)

**11/28/2016** Case Management Statement
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/28/2016** Statement-Case Management
Filed by Attorney for Defendant

**11/28/2016** Statement-Case Management
Filed by Attorney for Plaintiff

**11/22/2016** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/22/2016** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/22/2016** Amended Notice (OF MOTION REGARDING PLAINTIFF JENNIFER NADJAT-HAIEM'S MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S FORM INTERROGATORIES (SET ONE) AND SANC)
Filed by Attorney for Plaintiff

**11/22/2016** Amended Notice (OF MOTION REGARDING PLAINTIFF JENNIFER NADJAT-HAIEM'S MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO PLAINTIFF'S REQUEST FOR PRODUCTION (SET ONE) AND FOR SANCT)
Filed by Attorney for Plaintiff

**11/18/2016** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** Notice (NOTICE OF RESCHEDULING HEARING OF MOTION FOR PROTECTIVE ORDER 4-14-17 9:00 AM DEPT M )
Filed by Attorney for Defendant

**11/18/2016** Notice of Ruling
Filed by Attorney for Plaintiff

**11/18/2016** Ex-Parte Application
Filed by Attorney for Plaintiff

**11/15/2016** Motion to Compel
Filed by MATTHEW ALHADEFF (Defendant)

**11/15/2016** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/15/2016** Motion to Compel (PLAINTIFF JENNIFER NADJAT-HAIEM TO SUBMIT TO MULTIPLE INDEPENDENT MEDICAL EXAMINATIONS INCLUDING A NEUROLOFY EXAMINATION AND A NEUROPHYCHOLOGICAL EXAMINATION; )
Filed by Attorney for Defendant

**11/15/2016** Motion to Compel
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/02/2017   05/11/2017   02/16/2017   11/09/2016

**11/09/2016** Notice
Filed by Clerk

**11/09/2016** Notice
Filed by Clerk

**11/09/2016** Notice (NOTICE OF TRANSFER OF ACTION )
Filed by Clerk

**10/05/2016** ORDER TRANSFERRING COMPLICATED PERSONAL INJURY (PI) CASE TO AN INDEPENDENT CALENDAR (IC) COURT

**10/05/2016** NOTICE OF RULING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO COMPLY WITH DEPOSITION NOTICE AND FOR SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF IN THE AMOUNT OF $3260

**10/05/2016** Minute Order

**10/05/2016** Notice of Ruling
Filed by Plaintiff/Petitioner

**10/05/2016** Order
Filed by Court

**10/03/2016** PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF CHRISTINE V. MOROVATI ATTACHED TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

**10/03/2016** PLAINTIFF'S OPPOSITION TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION FOR PROTECTIVE ORDER; DECLARATION OF DAMON ROGERS IN OPPOSITION

**10/03/2016** Opposition Document
Filed by Plaintiff/Petitioner

**10/03/2016** Objection
Filed by Plaintiff/Petitioner

**09/28/2016** PLAINTIFF'S REPLY TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO COMPLY WITH DEPOSITION NOTICE AND FOR SANCTIONS AGAINST DEFENDANT IN THE AMOUNT OF $3,260

**09/28/2016** Reply to Opposition
Filed by Plaintiff/Petitioner

**09/22/2016** OPPOSITION TO PLAINTIFF, JENNIFER NADJAT-HAIEM'S, MOTION TO COMPEL THE DEPOSITION OF DEFENDANT, MATTHEW ALHADEFF; ETC.

**09/22/2016** Opposition Document
Filed by Matthew Joseph Alhadeff (Defendant)

**09/19/2016** Informal Discovery Conference Form for Personal Injury Courts
Filed by Plaintiff/Petitioner

**09/12/2016** NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER;ETC.

**09/12/2016** Notice of Motion
Filed by Matthew Joseph Alhadeff (Defendant)

**09/07/2016** NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO COMPLY WITH DEPOSITION NOTICE AND ETC.

**09/07/2016** Motion to Compel
Filed by Plaintiff/Petitioner

**08/31/2016** Statement of Facts
Filed by Plaintiff/Petitioner

**08/31/2016** Statement of Facts
Filed by Michael J. Esq. Avenatti (Attorney)

**08/31/2016** Motion to Compel
Filed by Plaintiff/Petitioner

**08/31/2016** Association of Attorney
Filed by Matthew Joseph Alhadeff (Defendant)

**08/31/2016** PLAINTIFF JENNIFER NADJAT-HAIEM'S SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL DEFENDANT ETC.

**08/31/2016** PLAINTIFF JENNIFER NADJATHAJEM'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S FORM INTERROGATORIES (SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $4,660.00 AGAINST DEFENDANT MATTHEW JOSE

**08/31/2016** PLAINTIFF JENNIFER NADJATHAIEM'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO PLAINTIFF'S REQUESTS FOR PRODUCTION (SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $3.260.OO AGAINST DEFENDANT MATTHEW JOSEPH

**08/31/2016** PLAINTIFF JENNIFER NADJATHAIEM'S SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO REQUESTS FOR PRODUCTION (SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $3,260.00 AGAINST DEFENDANT MATTHEW

**08/31/2016** NOTICE OF ASSOCIATION OF COUNSEL

**08/19/2016** INFORMAL DISCOVERY CONFERENCE FORM FOR PERSONAL INJURY COURTS (DEPARTMENT 91, 92, 93, 97)

**08/16/2016** Substitution of Attorney
Filed by Plaintiff/Petitioner

**08/16/2016** SUBSTITUTION OF ATTORNEY

**04/28/2016** Answer
Filed by Matthew Joseph Alhadeff (Defendant)

**04/28/2016** DEFENDANT MATTHEW ALHADEFF'S ANSWER TO COMPLAINT

**04/15/2016** Receipt
Filed by Plaintiff/Petitioner

**04/15/2016** CIVIL DEPOSIT

**04/13/2016** Notice
Filed by Plaintiff/Petitioner

**04/11/2016** NOTICE OF ACKNOWLEDGEMENT OF RECEIPT - CIVIL

**01/20/2016** Motion
Filed by MATTHEW ALHADEFF (Defendant)

**01/20/2016** Motion (FOR PROTECTIVE ORDER )
Filed by Attorney for Defendant

**12/09/2015** NOTICE OF REJECTION APPLICATION AND ORDER FOR PUBLICATION

**12/04/2015** APPLICATION FOR PUBLICATION

**12/04/2015** Application for Order to Publish
Filed by Plaintiff/Petitioner

**08/10/2015** SUMMONS

**08/10/2015** Complaint
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/10/2015** COMPLAINT FOR DAMAGES: I. NEGLIGENCE

**08/10/2015** Complaint Filed

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP    08/02/2017    05/11/2017    02/16/2017    11/09/2016

---

Proceedings Held

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Proceedings Held (Proceeding dates listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
06/30/2017    11/18/2016

**08/10/2018** at 08:30 AM in Department 97
(OSC RE Dismissal; Transferred to different departmnt) -

**07/27/2018** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/08/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/08/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/01/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**10/24/2017** at 08:30 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**10/06/2017** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**09/29/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**09/25/2017** at 09:00 AM in Department M
Jury Trial - **Not Held - Advanced and Vacated**

**09/25/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Jury Trial (5 DAYS) - **Advanced to this date & Vacated**

**09/22/2017** at 09:00 AM in Department M
Final Status Conference (Final Status Conference; Settled) -

**09/22/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Final Status Conference (JT 9/25/17COURT DARK ON 9/15/17) - **Settled**

**09/21/2017** at 09:00 AM in Department R
(Order to Show Cause Re Contemp; Advanced to this date, o/c settled) -

**09/21/2017** at 09:00 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp (OSC RE: CONTEMPT AND SANCTIONSAGAINST DEFT MATTHEW J.
ALHADEFF;AND MSC - THIS HEARING ADVANCED &VACATED (DUE TO SETTLEMENT) PERTHE STIPULATION
AND ORDER OF COURTSIGNED & FILED ON 9/20/17.) - **Advanced to this date, o/c settled**

**09/19/2017** at 08:30 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**08/29/2017** at 08:30 AM in Department M
(Motion to Strike; Advanced to this date & continued) -

**08/28/2017** at 08:30 AM in Department M
Hearing on Motion for Protective Order (Motion for Protective Order; Court Makes Order) -

**08/28/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion for Protective Order - **Court Makes Order**

**08/21/2017** at 09:00 AM in Department R
Ex-Parte Proceedings - **Held**

**08/21/2017** at 09:00 am in Department WER, Lawrence Cho, Presiding
Ex-Parte Application (DEF EX PARTE APPL RE MOTION TOQUASH OR RECALL BENCH WARRANT) - **Completed**

**08/15/2017** at 08:30 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**08/15/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

**08/08/2017** at 08:30 AM in Department M
Unknown Event Type - **Held - Taken under Submission**

**08/08/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion for Order - **Submitted**

**08/04/2017** at 09:30 AM in Department R
Unknown Event Type - **Held - Continued**

**08/04/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp - **Held-Continued**

**07/28/2017** at 09:00 AM in Department M
Hearing on Motion for Protective Order (Motion for Protective Order; Advanced to this date & continued) -

**07/21/2017** at 09:00 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Granted in Part) -

**07/21/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Granted in Part**

**07/06/2017** at 09:00 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**07/06/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   06/30/2017   11/18/2016

**06/30/2017** at 09:30 AM in Department R
Unknown Event Type - **Held - Continued**

**06/30/2017** at 09:00 AM in Department M
Unknown Event Type - **Held - Taken under Submission**

**06/30/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp (ORDER TO SHOW CAUSE RE: SANCTIONSAND CONTEMPT AGAINST
DEFENDANTMATTHEW JOSEPH ALHADEFF F0R DEFT'SKNOWINGLY FAILING TO OBEY A LAWFULCOURT ORDER
TO APPEAR FOR THE MSCON 6/16/17.) - **Held-Continued**

**06/30/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel ((2) MOTIONS TO COMPEL) - **Submitted**

**06/20/2017** at 08:30 AM in Department M
Hearing on Motion for Summary Judgment - **Not Held - Advanced and Vacated**

**06/16/2017** at 09:30 AM in Department R
Mandatory Settlement Conference (MSC) (Mandatory Settlement Conference; Not held) -

**06/16/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Mandatory Settlement Conference - **Not held**

**06/01/2017** at 08:30 AM in Department R
Ex-Parte Proceedings (Exparte proceeding; Denied) -

**06/01/2017** at 08:30 am in Department WER, Lawrence Cho, Presiding
Exparte proceeding - **Denied**

**05/03/2017** at 08:30 AM in Department M
(Motion; Continued) -

**05/03/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion (FOR FINANCIAL DISCOVERY) - **Continued**

**04/24/2017** at 08:30 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**04/24/2017** at 08:30 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**04/24/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

**04/24/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (COMPLIANCE WITH COURT ORDER) - **Motion Granted**

**04/18/2017** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**04/18/2017** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Taken under Submission**

**04/18/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Submitted**

**04/18/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (CONT. BY THE COURT TO 6/30/17) - **Advanced to this date & continued**

**04/14/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**03/13/2017** at 08:30 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Denied) -

**03/13/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Denied**

**03/01/2017** at 08:30 AM in Department M
(Motion to Compel; Court Makes Order) -

**03/01/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel ((2) MOTION TO COMPEL) - **Court Makes Order**

**02/28/2017** at 08:30 AM in Department M
Unknown Event Type

**02/24/2017** at 09:00 AM in Department M
(Motion to Compel; Continued by Court) -

**02/24/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (FURTHER RESPONSES) - **Continued by Court**

**02/17/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**02/10/2017** at 08:30 AM in Department 97
Jury Trial (Jury Trial; Transferred to different departmnt) -

**01/23/2017** at 10:00 AM in Department 97
Final Status Conference (Final Status Conference; Transferred to different departmnt) -

**01/12/2017** at 08:30 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Denied) -

**01/12/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Denied**

**12/30/2016** at 09:00 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**12/30/2016** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (AND MOTION FOR PROTECTIVE ORDER;) - **Motion Granted**

**12/13/2016** at 08:30 AM in Department M
Case Management Conference (Conference-Case Management; Trial Set) -

**12/13/2016** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Conference-Case Management (AND MOTION TO COMPEL;) - **Trial Set**

**12/09/2016** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**12/09/2016** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (DEFENDANT TO COMPLY WITHDEPOSITION NOTICE AND SANCTIONSCONTINUED TO 12/13/16) -
**Advanced to this date & continued**

**11/22/2016** at 10:00 AM in Department 97
Hearing on Motion to Compel Further Discovery Responses (MOTION - COMPEL FURTHER RESPONSES; Transferred to
different departmnt) -

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  06/30/2017  11/18/2016

**11/18/2016** at 09:00 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Denied) -

**11/18/2016** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Denied**

**10/17/2016** at 1:30 PM in Department 97
Hearing on Motion for Protective Order (Motion for Protective Order; Transferred to different departmnt) -

**10/05/2016** at 1:30 PM in Department 97
Hearing on Motion to Compel Deposition (MOTION - COMPEL DEPOSITION; Transferred to different departmnt) -

**09/19/2016** at 10:30 AM in Department 97
Informal Discovery Conference (IDC) (Informal Discovery Conference-PI; Not Resolved-PI) -

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  06/30/2017  11/18/2016

Register Of Actions

Case Information | Register Of Actions | FUTURE HEARINGS | PARTY INFORMATION | Documents Filed | Proceedings Held

Register of Actions (Listed in descending order)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
<u>08/28/2017</u>   <u>07/06/2017</u>   <u>04/18/2017</u>   <u>02/09/2017</u>   <u>10/05/2016</u>

**08/10/2018** at 08:30 AM in Department 97
(OSC RE Dismissal; Transferred to different departmnt) -

**07/27/2018** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/08/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/08/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**12/01/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**10/24/2017** at 08:30 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**10/06/2017** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**09/29/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**09/28/2017** Notice of Ruling
Filed by Defendant

**09/28/2017** Notice of Ruling (AND OSC RE DISMISSAL )
Filed by Attorney for Defendant

**09/25/2017** at 09:00 AM in Department M
Jury Trial - **Not Held - Advanced and Vacated**

**09/25/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Jury Trial (5 DAYS) - **Advanced to this date & Vacated**

**09/25/2017** Request for Dismissal
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/25/2017** Request for Dismissal (WITH PREJUDICE AS TO ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF
ACTION )
Filed by Attorney for Plaintiff

**09/22/2017** at 09:00 AM in Department M
Final Status Conference (Final Status Conference; Settled) -

**09/22/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Final Status Conference (JT 9/25/17COURT DARK ON 9/15/17) - **Settled**

**09/21/2017** at 09:00 AM in Department R
(Order to Show Cause Re Contemp; Advanced to this date, o/c settled) -

**09/21/2017** at 09:00 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp (OSC RE: CONTEMPT AND SANCTIONSAGAINST DEFT MATTHEW J.
ALHADEFF;AND MSC - THIS HEARING ADVANCED &VACATED (DUE TO SETTLEMENT) PERTHE STIPULATION
AND ORDER OF COURTSIGNED & FILED ON 9/20/17.) - **Advanced to this date, o/c settled**

**09/20/2017** Stipulation and Order
Filed by MATTHEW ALHADEFF (Defendant)

**09/20/2017** Stipulation and Order (STIPULATION TO TAKE MSC AND OSC RE: CONTEMPT AND SANCTIONS OFF
CALENDAR PENDING FINAL SETTLEMENT AND ORDER, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Defendant

**09/19/2017** at 08:30 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**09/15/2017** Notice (OF WITHDRAWAL AND TAKING OFF CALENDAR DEFENDANT'S NOTICE OF MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANT'S REQUESTS FOR PRODUCTION OF DOCUMENTS (SET TWO) AND FOR MONETARY SANCIONS)
Filed by Attorney for Defendant

**09/15/2017** Notice
Filed by MATTHEW ALHADEFF (Defendant)

**09/14/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/14/2017** Notice (OF TAKING MOTIONS OFF CALENDAR WITHOUT PREJUDICE )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition (TO MOTION TO COMPEL FURTHER RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS SET THREE )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION TO COMPEL FURTHER RESPONSES TO SPECIAL INTERROGATORIES SET TWO )
Filed by Attorney for Defendant

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.5 TO PRECLUDE DUPLICATIVE EXPERT OPINIONS )
Filed by Attorney for Defendant

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.1 TO PRECLUDE EVIDENCE REGARDING PLAINTIFF'S WEALTH OR FINANCIAL RESOURCES )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.2 TO PRECLUDE EVIDENCE REGARDING DEFENDANT'S INABILITY TO PAY PUNITIVE DAMAGES OR THE ABSENCE OF EVIDENCE OF DEFENDANT'S FINANCIAL CONDITION)
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.3 TO PRECLUDE EVIDENCE REGARDING PLAINTIFF'S RECEIPT OF COLLATERAL SOURCE BENEFITS )
Filed by Attorney for Defendant

**09/11/2017** Opposition (TO MOTION IN LIMINE NO.4 TO PRECLUDE EVIDENCE REGARDING DEFENDANT'S INJURIES )
Filed by Attorney for Defendant

**09/11/2017** Response
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.1 TO EXCLUDE "GOLDEN RULE" AND "REPTILE THEORY" ARGUMENTS AT TRIAL )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.2 TO EXCLUDE EVIDENCE OF MEDICAL EXPENSES IN EXCESS OF THE LESSER OF AMOUNTS ACTUALLY PAID OR ACCEPTED AS PAID, OR THE REASONABLE VALUE OF SERVICES PROVI)
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.3 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING DEFENDANT'S MEDICAL RECORDS )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.4 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING POST-ACCIDENT TEXT MESSAGES FROM DEFENDANT )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT DEFENDANT EXERCISED HIS FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.6 TO PRECLUDE PLAINTIFF FROM MENTIONING ANY ACTUAL OR POTENTIAL DOLLAR AMOUNT OF DAMAGES IN THIS OR ANY OTHER HYPOTHETICAL CASE TO THE JURY DURING VOIR DIRE)
Filed by Attorney for Plaintiff

**09/11/2017** Response (TO DEFENDANT'S MOTION IN LIMINE NO.7 TO PRECLUDE THE ADMISSION OF EVIDENCE OF PROFITS OR FINANCIAL CONDITION UNLESS AND UNTIL THE TRIER OF FACT MAKES A FINDING OF MALICE, OPPRESSION, OR FRAUD)
Filed by Attorney for Plaintiff

**09/11/2017** Opposition (TO DEFENDANT'S MOTION IN LIMINE NO.8 TO EXCLUDE EVIDENCE OF ANY PRIOR ARRESTS OR CONVICTIONS )
Filed by Attorney for Plaintiff

**09/11/2017** Declaration (SUPPLEMENTAL OMNIBUS DECLARATION OF AHMED IBRAHIM IN SUPPORT OF PLAINTIFF'S OPPOSITIONS TO DEFENDANT MOTIONS IN LIMINE NOS. 1-8 )
Filed by Attorney for Plaintiff

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by ROBERT F. TYSON (Attorney)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/11/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**09/01/2017** Proof of Service (not Summons and Complaint)
Filed by MATTHEW ALHADEFF (Defendant)

**09/01/2017** Proof of Service
Filed by Attorney for Defendant

**08/31/2017** Amended Proof of Service
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/31/2017** Amended Proof of Service
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine (NO.3 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING DEFENDANT'S MEDICAL
RECORDS; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.2 TO EXCLUDE EVIDENCE OF MEDICAL EXPENSES IN EXCESS OF THE LESSER OF
AMOUNTS ACTUALLY PAID OR ACCEPTED AS PAID, OR THE REASONABLE VALUE OF SERVICES PROVIDED;
DECLARATION OF KARA PAPE)
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.1 TO EXCLUDE "GOLDEN RULE" AND "REPTILE THEORY" ARGUMENTS AT TRIAL;
DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.1 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE REGARDING
PLAINTIFF'S OR PLAINTIFF'S FAMILY WEALTH AND/OR FINANCIAL RESOURCES )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.2 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE OR ARGUMENT
REGARDING DEFENDANT'S ALLEGED INABILITY TO PAY ANY PUNITIVE DAMAGES AWARD OR THE ABSENCE OF
EVIDENCE OF DEFENDANT'S FINANCIAL)
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.3 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE OR ARGUMENT
ABOUT PLAINTIFF'S RECEIPT OF COLLATERAL SOURCE BENEFITS )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.4 TO PRECLUDE DEFENDANT FROM OFFERING ANY EVIDENCE REGARDING
DEFENDANT'S INJURIES )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.5 TO PRECLUDE DEFENDANT FROM OFFERING DUPLICATIVE EXPERT OPINIONS )
Filed by Attorney for Plaintiff

**08/30/2017** Declaration (OMNIBUS DECLARATION OF AHMED IBRAHIM IN SUPPORT OF PLAINTIFF'S MOTIONS IN
LIMINE NOS. 1-5 )
Filed by Attorney for Plaintiff

**08/30/2017** Motion in Limine (NO.8 TO EXCLUDE EVIDENCE OF ANY PRIOR ARRESTS OR CONVICTIONS;
DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.7 TO PRECLUDE THE ADMISSION OF EVIDENCE OF PROFITS OR FINANCIAL
CONDITION UNLESS AND UNTIL THE TRIER OF FACT MAKES A FINDING OF MALICE, OPPRESSION, OR FRAUD )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.6 TO PRECLUDE PLAINTIFF FROM MENTIONING ANY ACTUAL OR POTENTIAL
DOLLAR AMOUNT OF DAMAGES IN THIS OR ANY OTHER HYPOTHETICAL CASE TO THE JURY DURING VOIR
DIRE; DECLARATION OF KARA PAPE)
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine (NO.5 TO EXCLUDE EVIDENCE OR ARGUMENT THAT DEFENDANT EXERCISED HIS
FIFTH AMENDMENT RIGHT AGAINST SELF-INCRIMINATION; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine (NO.4 TO EXCLUDE EVIDENCE OR ARGUMENT CONCERNING POST-ACCIDENT TEXT
MESSAGES FROM DEFENDANT; DECLARATION OF KARA PAPE )
Filed by Attorney for Defendant

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/30/2017** Motion in Limine
Filed by MATTHEW ALHADEFF (Defendant)

**08/29/2017** at 08:30 AM in Department M
(Motion to Strike; Advanced to this date & continued) -

**08/29/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/29/2017** Notice of Ruling
Filed by Attorney for Plaintiff

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/28/2017   07/06/2017   04/18/2017   02/09/2017   10/05/2016

**08/28/2017** at 08:30 AM in Department M
Hearing on Motion for Protective Order (Motion for Protective Order; Court Makes Order) -

**08/28/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion for Protective Order - **Court Makes Order**

**08/28/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/28/2017** Stip & Order-use CSR (BRITTANY KEPLER #13970 )
Filed by Attorney for Plaintiff

**08/28/2017** Ex-Parte Application
Filed by Attorney for Plaintiff

**08/28/2017** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/22/2017** Notice of Continuance (NOTICE OF CONTINUANCE OF ORDER TO SHOW CAUSE RE CONTEMPT AND SANCTIONS AND MSC TO 9/21/17 )
Filed by Attorney for Plaintiff

**08/22/2017** Notice Re: Continuance of Hearing and Order
Filed by Plaintiff

**08/21/2017** at 09:00 AM in Department R
Ex-Parte Proceedings - **Held**

**08/21/2017** at 09:00 am in Department WER, Lawrence Cho, Presiding
Ex-Parte Application (DEF EX PARTE APPL RE MOTION TOQUASH OR RECALL BENCH WARRANT) - **Completed**

**08/21/2017** Ex-Parte Application (DEFENDANT, MATTHEW ALHADEFF'S EX PARTE APPLICATION RE MOTION TO
QUASH OR RECALL BENCH WARRANT )
Filed by Attorney for Defendant

**08/21/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**08/18/2017** Opposition (DEFENDANT MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO PLAINTIFF'S BRIEF
REGARDING THE IMPOSITION OF SANCTIONS - ON: 8/25/17 AT 9:30 AM IN DEPARTMENT WE-R.)
Filed by Attorney for Defendant

**08/18/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/17/2017** Notice of Motion (AND MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW
JOSEPH ALHADEFF TO REQUEST FOR PRODUCTION (SET THREE) AND FOR MONETARY SANCTIONS IN THE
AMOUNT OF $3,260 AGAINST DEFENDANT)
Filed by Attorney for Plaintiff

**08/17/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL FURTHER
RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO REQUEST FOR PRODUCTION (SET THREE)
AND FOR MONETARY SANCTIONS IN THE AMOUNT)
Filed by Attorney for Plaintiff

**08/17/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/17/2017** Notice of Motion (AND MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEP
ALHADEFF TO SPECIAL INTERROGATORIES (SET TWO) AND FOR MONETARY SANCTIONS IN THE AMOUNT OF
$5,260 AGAINST DEFENDANT)
Filed by Attorney for Plaintiff

**08/17/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL FURTHER
REPSONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO SPECIAL INTERROGATORIES (SET TWO) AND
FOR MONETARY SANCTIONS IN THE AMOUNT)
Filed by Attorney for Plaintiff

**08/15/2017** at 08:30 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**08/15/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

**08/14/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/14/2017** Notice (NOTICE OF WITHDRAWAL AND TAKING OFF CALENDAR PLTFS MOTION TO QUASH
DEPOSITION SUBPOENAS )
Filed by Attorney for Plaintiff

**08/11/2017** Brief (PLAINTIFF'S BRIEF REGARDING THE INPOSITION OF SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF - SEEKING MONETARY AND TERMINATING SANCTIONS; DECLARATION OF DAMON ROGERS - 8/25/17 9:30 AM DEPT "R".)
Filed by Attorney for Plaintiff

**08/11/2017** Brief (name extension)
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/08/2017** at 08:30 AM in Department M
Unknown Event Type - **Held - Taken under Submission**

**08/08/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion for Order - **Submitted**

**08/08/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**08/08/2017** Ord-Appt Apprv Rptr as Rptr protem (NAREN JOHNSON #3827 )
Filed by Attorney for Defendant

**08/07/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/07/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**08/04/2017** at 09:30 AM in Department R
Unknown Event Type - **Held - Continued**

**08/04/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp - **Held-Continued**

**08/04/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/04/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: DANA SHELLEY, CSR #10177 AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Plaintiff

**08/02/2017** Miscellaneous-Other
Filed by MATTHEW ALHADEFF (Defendant)

**08/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**08/02/2017** Brief (name extension)
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/02/2017** Miscellaneous-Other (SEPARATE STATEMENT )
Filed by Attorney for Defendant

**08/02/2017** Notice of Motion (AND MOTION TO COMPEL )
Filed by Attorney for Defendant

**08/02/2017** Brief (PLAINTIFF'S SUBMISSION IN ADVANCE OF THE ORDER TO SHOW CAUSE RE: CONTEMPT AND SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF; DECLARATION OF DAMON ROGERS - HRG: 8/4/17 AT 9:30 AM IN DEPT WE-R.)
Filed by Attorney for Plaintiff

**08/01/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/01/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**08/01/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/01/2017** Reply to Opposition (TO DEFENDANT'S MOTION FOR ORDER REQUIRING PLAINTIFF AND HER COUNSEL TO RETURN MEDICAL RECORDS RECEIVED FROM CEDARS SINAI MEDICAL CENTER; )
Filed by Attorney for Defendant

**08/01/2017** Reply to Opposition (TO DEFENDANT'S MOTION FOR RELIEF UNDEER CCP 473(B) )
Filed by Attorney for Defendant

**08/01/2017** Opposition (TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND REQUEST FOR SANCTIONS AGAINST PLAINTIFFS COUNSEL IN THE AMOUNT OF $2,260. )
Filed by Attorney for Plaintiff

**07/28/2017** at 09:00 AM in Department M
Hearing on Motion for Protective Order (Motion for Protective Order; Advanced to this date & continued) -

**07/26/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/26/2017** Answer to First Amended Complaint
Filed by MATTHEW ALHADEFF (Defendant)

**07/26/2017** Opposition (TO MOTION FOR RELIEF )
Filed by Attorney for Plaintiff

**07/26/2017** Answer to First Amended Complaint (BEHALF OF: MATTHEW JOSEPH ALHADEFF )
Filed by Attorney for Defendant

**07/26/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/26/2017** Opposition (TO MOTION FOR ORDER )
Filed by Attorney for Plaintiff

**07/21/2017** at 09:00 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Granted in Part) -

**07/21/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Granted in Part**

**07/21/2017** Opposition
Filed by Defendant

**07/21/2017** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**07/21/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/21/2017** Ex-Parte Application
Filed by Attorney for Plaintiff

**07/21/2017** Opposition
Filed by Attorney for Defendant

**07/21/2017** Opposition
Filed by Attorney for Plaintiff

**07/21/2017** Ex-Parte Application
Filed by Attorney for Defendant

**07/21/2017** Stip & Order-use CSR (DAYNA HESTER #9970 )
Filed by Attorney for Plaintiff

**07/20/2017** Notice Re: Continuance of Hearing and Order
Filed by Clerk

**07/20/2017** NOTICE OF CONTINUANCE
Filed by Clerk

**07/19/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/19/2017** Notice of Motion (AND MOTION FOR PROTECTIVE ORDER; REQUEST FOR SANCTIONS AGAINST PLAINTIFF'S COUNSEL IN THE AMOUNT OF $2,260; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF CHRISTINA Y. MOROVATI; (PROPOSED))
Filed by Attorney for Defendant

**07/17/2017** Notice of Association of Attorneys
Filed by Attorney for Defendant

**07/17/2017** Association of Attorney
Filed by MATTHEW ALHADEFF (Defendant)

**07/14/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/14/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**07/14/2017** Notice of Motion (AND MOTION FOR ORDER REQUIRING PLAINTIFF AND HER COUNSEL TO RETURN ALL COPIES OF DEFENDANT'S MEDICAL RECORDS RECEIVED FROM CEDARS SINAI MEDICAL CENTER; MEMORANDUM OF POINTS AND AUTHORITI)
Filed by Attorney for Defendant

**07/14/2017** Notice of Motion (AND MOTION FOR RELIEF UNDER CODE OF CIVIL PROCEDURE 473 (B) FOR AUGUST 8, 2017; DECLARATION OF CHRISTINA Y. MOROVATI; DECLARATION OF ROBERT F. TYSON, JR (PROPOSED) ORDER)
Filed by Attorney for Defendant

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:

TOP   08/28/2017   07/06/2017   04/18/2017   02/09/2017   10/05/2016

**07/06/2017** at 09:00 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**07/06/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

**07/06/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**07/06/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**06/30/2017** at 09:30 AM in Department R
Unknown Event Type - **Held - Continued**

**06/30/2017** at 09:00 AM in Department M
Unknown Event Type - **Held - Taken under Submission**

**06/30/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Order to Show Cause Re Contemp (ORDER TO SHOW CAUSE RE: SANCTIONSAND CONTEMPT AGAINST DEFENDANTMATTHEW JOSEPH ALHADEFF F0R DEFT'SKNOWINGLY FAILING TO OBEY A LAWFULCOURT ORDER TO APPEAR FOR THE MSCON 6/16/17.) - **Held-Continued**

**06/30/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel ((2) MOTIONS TO COMPEL) - **Submitted**

**06/30/2017** Ord-Appt Apprv Rptr as Rptr protem (CYNTHIA LAMB #8349 )
Filed by Attorney for Defendant

**06/30/2017** Stipulation and Order (STIPULATION AND ORDER TO USE CERTIFIED SHORTHAND REPORTER: AMANDA R. TEIDEL, CSR #13129, IS SIGNED AND FILED THIS DATE. )

Filed by Attorney for Plaintiff

**06/30/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**06/30/2017** Stipulation and Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/29/2017** Response
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/29/2017** Response (PLAINTIFF'S RESPONSE TO DEFENDANT'S OPPOSITION TO ORDER TO SHOW CAUSE;
DECLARATION OF DAMON ROGERS - 6/30/17 AT 9:30 AM IN DEPARTMENT WE-R.)
Filed by Attorney for Plaintiff

**06/28/2017** Declaration
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Opposition (OPPOSITION TO ORDER TO SHOW CAUSE )
Filed by Attorney for Defendant

**06/28/2017** Declaration (DECLARATION OF CHRISTINA Y. MOROVATI RE: ORDER TO SHOW CAUSE RE: SANCTIONS
AND CONTEMPT AGAINST MATTHEW JOSEPH ALHADEFF )
Filed by Attorney for Defendant

**06/28/2017** Opposition (OPPOSITION TO ORDER TO SHOW CAUSE, IS FILED ON BEHALF OF DEFENDANT MATTHEW
ALHADEFF, BY SPECIALLY APPEARING ATTORNEY CHRISTINA Y. MOROVATI, IS FILED THIS DATE.)
Filed by Attorney for Defendant

**06/28/2017** Declaration (DECLARATION OF CRISTINA Y. MOROVATI RE: ORDER TO SHOW CAUSE RE: SANCTIONS
AND CONTEMPT AGAINST MATTHEW JOSEPH ALHADEFF, IS FILED THIS DATE.)
Filed by Attorney for Defendant

**06/28/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/28/2017** Declaration
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Notice of Lodging (CERTIFIED DEPOSITION TRANSCRIPT OF MATTHEW J. ALHADEFF: (1) IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH COURT'S DECEMBER 30,
2016 ORDER, FOR AN ORDER)
Filed by Attorney for Plaintiff

**06/23/2017** Reply to Opposition (TO MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT )
Filed by Attorney for Defendant

**06/23/2017** Reply to Opposition (FOR ORDER TO STAY ENTIRE ACTION UNTIL MAY 19, 2018 TO ALLOW DEFENDANT'S
FIFTH AMENDMENT RIGHTS TO BE PRESERVED )
Filed by Attorney for Defendant

**06/23/2017** Notice of Lodging
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/23/2017** Opposition (SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AFTER
CONDUCTING DEPOSITION OF EZRI NAMVAR; DECLARATION )
Filed by Attorney for Plaintiff

**06/23/2017** Reply to Opposition (TO MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF DISCOVERY REFEREE; REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENATTI AND THE FIRM)
Filed by Attorney for Defendant

**06/23/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**06/20/2017** at 08:30 AM in Department M
Hearing on Motion for Summary Judgment - **Not Held - Advanced and Vacated**

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/19/2017** Opposition (TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF DISCOVERY REFEREE AND REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENA)
Filed by Attorney for Plaintiff

**06/19/2017** Opposition (TO DEFENDANT'S MOTION TO STAY ENTIRE ACTION UNTIL MAY 19, 2018; DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**06/19/2017** Opposition (TO DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S FIRST AMENDED COMPLAINT; DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**06/16/2017** at 09:30 AM in Department R
Mandatory Settlement Conference (MSC) (Mandatory Settlement Conference; Not held) -

**06/16/2017** at 09:30 am in Department WER, Lawrence Cho, Presiding
Mandatory Settlement Conference - **Not held**

**06/16/2017** Order to Show Cause
Filed by Court

**06/16/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: NANCY K. BRINK, CSR #6501, AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Plaintiff

**06/16/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/16/2017** Order to Show Cause (ORDER TO SHOW CAUSE RE: SANCTIONS AND CONTEMPT AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF, FOR DEFTS FTA AT MSC ON 6/16/17; A BENCH WARRANT IS ISSUED & HELD UNITL 6/30/17; BAIL SET: $150,000.00)
Filed by Court

**06/02/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**06/02/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**06/01/2017** at 08:30 AM in Department R
Ex-Parte Proceedings (Exparte proceeding; Denied) -

**06/01/2017** at 08:30 am in Department WER, Lawrence Cho, Presiding
Exparte proceeding - **Denied**

**06/01/2017** ExParte Application
Filed by MATTHEW ALHADEFF (Defendant)

**06/01/2017** Order
Filed by MATTHEW ALHADEFF (Defendant)

**06/01/2017** Order (ORDER APPOINTING COURT APPROVED REPORTER: JOSIANE B. GOLDMAN AS OFFICIAL REPORTER PRO TEMPORE, IS SIGNED AND FILED THIS DATE. )
Filed by Attorney for Defendant

**06/01/2017** ExParte Application (DEFT MATTHEW ALHADEFF'S EXPARTE APPLICATION FOR AN ORDER FOR RELIEF FROM THE COURT'S ORDER REQUIRING DEFT TO BE PHYSICALLY PRESENT AT THE MSC ON 6/16/17; DECL OF CHRISTINA Y. MOROVATI.)
Filed by Attorney for Defendant

**05/26/2017** Notice of Trial
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/26/2017** Notice of Trial (PURSUANT TO SECTION 594 OF THE CODE OF CIVIL PROCEDURE )
Filed by Attorney for Plaintiff

**05/24/2017** Objection Document Filed
Filed by MATTHEW ALHADEFF (Defendant)

**05/24/2017** Objection Document Filed (TO NOTICE TO APPEAR AT TRIAL )
Filed by Attorney for Defendant

**05/18/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**05/18/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/11/2017** Notice of Ruling
Filed by Attorney for Defendant

**05/11/2017** Notice of Ruling
Filed by MATTHEW ALHADEFF (Defendant)

**05/11/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/11/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/11/2017** Statement - General (SEPARATE STATEMENT OF ITEMS IN DISPUTE ON MOTION TO QUASH DEPOSITION SUBPOENAS SEEKING PRODUCTION OF BUSINESS RECORDS FROM (1) LA FITNESS-WESTWOOD; (2) ART INSTITUTE OF CALIFORNIA -)
Filed by Attorney for Plaintiff

**05/11/2017** Notice of Motion (AND MOTION TO QUASH DEPOSITION SUBPOENAS SEEKING PRODUCTION OF BUSINESS RECORDS FROM (1) LA FITNESS- WESTWOOD; (2) ART INSTITUTE OF CALIFORNIA- LOS ANGELES; (3) SANTA MONICA COLL)
Filed by Attorney for Plaintiff

**05/03/2017** at 08:30 AM in Department M
(Motion; Continued) -

**05/03/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion (FOR FINANCIAL DISCOVERY) - **Continued**

**05/03/2017** Stip & Order-use CSR (AMANDA TEIDEL #13129 )
Filed by Attorney for Plaintiff

**05/03/2017** Stipulation and Order to use Certified Shorthand Reporter
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/01/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**05/01/2017** Notice (OF TAKING CERTAIN MOTIONS OFF CALENDAR WITHOUT PREJUDICE )
Filed by Attorney for Plaintiff

**04/27/2017** Order-Protective
Filed by MATTHEW ALHADEFF (Defendant)

**04/27/2017** Order-Protective (REGARDING CONFIDENTIAL AUDIOTAPE OF EXAMINATION; )
Filed by Attorney for Defendant

**04/26/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/26/2017** Reply to Opposition (TO PLAINTIFF'S MOTION FOR FINANCIAL DISCOVERY TO SUPPORT PLAINTIFF'S PUNITIVE DAMAGES CLAIM DECLARATION OF DAMON ROGERS IN OPPOSITION )
Filed by Attorney for Plaintiff

**04/24/2017** at 08:30 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**04/24/2017** at 08:30 AM in Department M
Ruling on Submitted Matter (Ruling on Submitted Matter; Court Makes Order) -

**04/24/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (COMPLIANCE WITH COURT ORDER) - **Motion Granted**

**04/24/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ruling on Submitted Matter - **Court Makes Order**

**04/24/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**04/24/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY K. BRINK #6501 )
Filed by Attorney for Defendant

**04/20/2017** Opposition (TO PLAINTIFF'S MOTION FOR FINANCIAL DISCOVERY TO SUPPORT PLAINTIFF'S PUNITIVE DAMAGES CLAIM DECLARATION OF CHRISTINA Y. MOROVATI; (PROPOSED) ORDER )
Filed by Attorney for Defendant

**04/20/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/28/2017   07/06/2017   04/18/2017   02/09/2017   10/05/2016

**04/18/2017** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**04/18/2017** at 08:30 AM in Department M
Ex-Parte Proceedings - **Held - Taken under Submission**

**04/18/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (CONT. BY THE COURT TO 6/30/17) - **Advanced to this date & continued**

**04/18/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Submitted**

**04/18/2017** Ord-Appt Apprv Rptr as Rptr protem (JENNIFER SMITH #13577 )
Filed by Attorney for Plaintiff

**04/18/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY K. BRINK #6501 )
Filed by Attorney for Defendant

**04/18/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**04/18/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/17/2017** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**04/17/2017** Reply to Opposition (TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF'S COMPLIANCE WITH COURT ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE AND REQUEST FOR SANCTIONS IN THE AMOUNT OF $6,440.00)
Filed by Attorney for Defendant

**04/14/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**04/11/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Notice of Motion (FOR FINANCIAL DISCOVERY )
Filed by Attorney for Plaintiff

**04/11/2017** Reply to Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**04/11/2017** Declaration
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/11/2017** Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**04/11/2017** Declaration (OF BEAU LEBLANC )
Filed by Attorney for Plaintiff

**04/11/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**04/05/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Notice of Lodging
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Response
Filed by MATTHEW ALHADEFF (Defendant)

**04/05/2017** Notice of Motion (AND MOTION FOR PROTECTIVE ORDER TERMINATING DEFENDANT'S DEPOSITION OR IN THE ALTERNATIVE FOR APPOINTMENT OF A DISCOVERY REFEREE; REQUEST FOR SANCTIONS AGAINST MICHAEL J. AVENATTI AND)
Filed by Attorney for Defendant

**04/05/2017** Notice of Lodging (OF DEPOSITION TRANSCRIPT OF MATTHEW JOSEPH ALHADEFF IN SUPPORT OF DEFENDANT, MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016)
Filed by Attorney for Defendant

**04/05/2017** Opposition (TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AND ORDER COMPELLING DEFENDANT TO COMPLETE HIS COURT-ORDERED DEPOSITION AND FOR AN ORDER COMPELLING ANSWERS)
Filed by Attorney for Defendant

**04/05/2017** Response (TO SEPARATE STATEMENT OF DISPUTED ITEMS IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL DEFENDANT TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE)
Filed by Attorney for Defendant

**03/30/2017** Amended Notice (RE MTN TO STRIKE )
Filed by Attorney for Defendant

**03/30/2017** Motion to Compel
Filed by MATTHEW ALHADEFF (Defendant)

**03/30/2017** Amended Notice
Filed by MATTHEW ALHADEFF (Defendant)

**03/30/2017** Motion to Compel (COMPLLIANCE WITH COURT ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE )
Filed by Attorney for Defendant

**03/24/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/24/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE)
Filed by Attorney for Plaintiff

**03/24/2017** Notice of Motion (AND MOTION TO COMPEL DEFENDANT MATTHEW ALHADEFF TO COMPLY WITH THE COURT'S DECEMBER 30, 2016 ORDER, FOR AN ORDER COMPELLING DEFENDANT TO COMPLETE HIS COURT-ORDERED DEPOSITION AND FOR AN)
Filed by Attorney for Plaintiff

**03/24/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/23/2017** Motion to Strike
Filed by MATTHEW ALHADEFF (Defendant)

**03/23/2017** Motion to Strike (PORTIONS OF FIRST AMENDED COMPLAINT )
Filed by Attorney for Defendant

**03/13/2017** at 08:30 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Denied) -

**03/13/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Denied**

**03/13/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**03/13/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/13/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**03/13/2017** Ord-Appt Apprv Rptr as Rptr protem (NANCY BRINK CSR 6501 )
Filed by Attorney for Defendant

**03/13/2017** Opposition (TO DEFENDANT'S EX PARTE APPLIC,. )
Filed by Attorney for Plaintiff

**03/13/2017** Ex-Parte Application (FOR AN ORDER TO COMPEL PLTF'S COMPLIANCE WITH COURT ORDERED MENTAL EXAMINATION WITH DR. KYLE BOONE; MEMO OF POINTS AND AUTH.' DECL. OF CHRISTINA V. MOROVATI AND DR. KYLY BOONE)
Filed by Attorney for Defendant

**03/08/2017** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/08/2017** Notice of Ruling
Filed by Attorney for Plaintiff

**03/02/2017** First Amended Complaint (NO SUMMONS ISSUED )
Filed by Attorney for Plaintiff

**03/02/2017** First Amended Complaint
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/01/2017** at 08:30 AM in Department M
(Motion to Compel; Court Makes Order) -

**03/01/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel ((2) MOTION TO COMPEL) - **Court Makes Order**

**03/01/2017** Ord-Appt Apprv Rptr as Rptr protem (WIL C. WILCOX #9178 )
Filed by Attorney for Plaintiff

**03/01/2017** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**03/01/2017** Order (ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; )
Filed by Attorney for Plaintiff

**03/01/2017** Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/28/2017** at 08:30 AM in Department M
Unknown Event Type

**02/24/2017** at 09:00 AM in Department M
(Motion to Compel; Continued by Court) -

**02/24/2017** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (FURTHER RESPONSES) - **Continued by Court**

**02/24/2017** Ex-Parte Application
Filed by Attorney for Defendant

**02/24/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**02/21/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/21/2017** Reply to Opposition (TO MTN FOR LEAVE TO FILE A FAC )
Filed by Attorney for Plaintiff

**02/17/2017** at 09:00 AM in Department M
Unknown Event Type - **Not Held - Advanced and Vacated**

**02/16/2017** Reply to Opposition (TO MTN TO COMPEL FURTHER RESPONSES )
Filed by Attorney for Plaintiff

**02/16/2017** Reply to Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/15/2017** Opposition (TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION TO COMPEL PLAINTIFF JENNIFER
NADJAT-HAIEM'S ATTENDANCE AT DEPOSITION AND FOR MONETARY SANCTIONS; DECLARATION OF DAMON
ROGERS IN OPPOSITION)
Filed by Attorney for Plaintiff

**02/15/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/15/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/15/2017** Opposition (TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION TO COMPEL PLAINTIFF JENNIFER
NADJAT-HAIEM TO SUBMIT TO EXAMINATION WITH DR. KYLE BOONE, PH.D. AND REQUEST FOR SANCTIONS;
DECLARATION OF)
Filed by Attorney for Plaintiff

**02/14/2017** Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**02/14/2017** Opposition (TO MTN FOR LEAVE TO FILE FAC )
Filed by Attorney for Defendant

**02/10/2017** at 08:30 AM in Department 97
Jury Trial (Jury Trial; Transferred to different departmnt) -

**02/10/2017** Motion to Compel (FURTHER RESPONSES )
Filed by Attorney for Plaintiff

**02/10/2017** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/10/2017** Statement - General (SEPARATE STATEMENT OF DISPUTED ITEMS )
Filed by Attorney for Plaintiff

**02/10/2017** Statement - General
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP  08/28/2017  07/06/2017  04/18/2017  02/09/2017  10/05/2016

**02/09/2017** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/09/2017** Separate Statement of Und. Facts
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/09/2017** Separate Statement of Und. Facts
Filed by Attorney for Plaintiff

**02/09/2017** Motion to Compel (RESPONSES TO REQUESTS FOR PROD. SET TWO AND FOR SANCTIONS )
Filed by Attorney for Plaintiff

**02/02/2017** Notice of Motion (AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; MEMORANDUM OF
POINTS AND AUTHORITIES; DECLARATION OF DAMON ROGERS )
Filed by Attorney for Plaintiff

**02/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**02/02/2017** Notice of Motion
Filed by MATTHEW ALHADEFF (Defendant)

**02/02/2017** Notice of Motion
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**02/02/2017** Notice of Motion (AND MOTION TO COMPEL PLAINTIFF JENNIFER NADJAT-HAIEM TO SUBMIT TO
EXAMINATION WITH DR. KYLE BOONE, PH.D AND REQUEST FOR SANCTIONS; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF;)
Filed by Attorney for Defendant

**02/02/2017** Notice of Motion (AND MOTION TO COMPEL PLAINTIFF JENNIFER NADJAT-HAIEM'S ATTENDANCE AT
DEPOSITION AND FOR MONETARY SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION
OF CHRISTINA Y. MOROVATI; PP ORDER)
Filed by Attorney for Defendant

**01/31/2017** Amended Notice (2ND AMENDED NTC RE MTN TO COMPEL )
Filed by Attorney for Plaintiff

**01/31/2017** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/23/2017** at 10:00 AM in Department 97
Final Status Conference (Final Status Conference; Transferred to different departmnt) -

**01/18/2017** Notice (NOTICE TO DEFENDANT MATTHEW JOSEPH ALHADEFF TO APPEAR AT TRIAL 9-25-17 9:00 AM
DEPT M )
Filed by Attorney for Plaintiff

**01/18/2017** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/12/2017** at 08:30 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Denied) -

**01/12/2017** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Denied**

**01/12/2017** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**01/12/2017** Opposition
Filed by Attorney for Plaintiff

**01/12/2017** Ex-Parte Application
Filed by MATTHEW ALHADEFF (Defendant)

**01/12/2017** Ex-Parte Application
Filed by Attorney for Defendant

**12/30/2016** at 09:00 AM in Department M
Unknown Event Type - **Held - Motion Granted**

**12/30/2016** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (AND MOTION FOR PROTECTIVE ORDER;) - **Motion Granted**

**12/30/2016** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/30/2016** Ord-Appt Apprv Rptr as Rptr protem (CHERI BULLOCK #4714 )
Filed by Attorney for Plaintiff

**12/21/2016** Reply to Opposition
Filed by MATTHEW ALHADEFF (Defendant)

**12/21/2016** Reply to Opposition (TO MTN FOR PROTECTIVE ORDER )
Filed by Attorney for Defendant

**12/14/2016** Notice of Ruling
Filed by Attorney for Plaintiff

**12/14/2016** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/13/2016** at 08:30 AM in Department M
Case Management Conference (Conference-Case Management; Trial Set) -

**12/13/2016** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Conference-Case Management (AND MOTION TO COMPEL;) - **Trial Set**

**12/13/2016** Ord-Appt Apprv Rptr as Rptr protem (JENNY ROSENSTEIN #3160 )
Filed by Attorney for Defendant

**12/13/2016** Order Appointing Court Approved Reporter as Official Reporter Pro Tempore
Filed by MATTHEW ALHADEFF (Defendant)

**12/09/2016** at 08:30 AM in Department M
(Motion to Compel; Advanced to this date & continued) -

**12/09/2016** at 08:30 am in Department WEM, Mitchell L. Beckloff, Presiding
Motion to Compel (DEFENDANT TO COMPLY WITHDEPOSITION NOTICE AND SANCTIONSCONTINUED TO 12/13/16) -
**Advanced to this date & continued**

**12/08/2016** NOTICE OF CONTINUANCE
Filed by Attorney for Plaintiff

**12/08/2016** Notice Re: Continuance of Hearing and Order
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**12/06/2016** Reply (IN SUPPORT OF MOTION TO COMPEL PLAINTIFF JENNIFER NADJATHAIEM TO SUBMIT TO
INDEPENDENT MEDICAL EXAMINATIONS )
Filed by Attorney for Defendant

**12/06/2016** Reply
Filed by MATTHEW ALHADEFF (Defendant)

**11/29/2016** Opposition (TO MTN TO COMPEL )
Filed by Attorney for Plaintiff

**11/29/2016** Opposition
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/28/2016** Statement-Case Management
Filed by Attorney for Plaintiff

**11/28/2016** Case Management Statement
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/28/2016** Case Management Statement
Filed by MATTHEW ALHADEFF (Defendant)

**11/28/2016** Statement-Case Management
Filed by Attorney for Defendant

**11/22/2016** at 10:00 AM in Department 97
Hearing on Motion to Compel Further Discovery Responses (MOTION - COMPEL FURTHER RESPONSES; Transferred to different departmnt) -

**11/22/2016** Amended Notice (OF MOTION REGARDING PLAINTIFF JENNIFER NADJAT-HAIEM'S MOTION TO COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO PLAINTIFF'S REQUEST FOR PRODUCTION (SET ONE) AND FOR SANCT)
Filed by Attorney for Plaintiff

**11/22/2016** Amended Notice (OF MOTION REGARDING PLAINTIFF JENNIFER NADJAT-HAIEM'S MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S FORM INTERROGATORIES (SET ONE) AND SANC)
Filed by Attorney for Plaintiff

**11/22/2016** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/22/2016** Amended Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** at 09:00 AM in Department M
Ex-Parte Proceedings (Ex Parte Application; Motion Denied) -

**11/18/2016** at 09:00 am in Department WEM, Mitchell L. Beckloff, Presiding
Ex-Parte Application - **Motion Denied**

**11/18/2016** Notice of Ruling
Filed by Attorney for Plaintiff

**11/18/2016** Ex-Parte Application
Filed by Attorney for Plaintiff

**11/18/2016** Notice (NOTICE OF RESCHEDULING HEARING OF MOTION FOR PROTECTIVE ORDER 4-14-17 9:00 AM DEPT M )
Filed by Attorney for Defendant

**11/18/2016** Notice
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** Notice of Ruling
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/18/2016** Ex-Parte Application
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/15/2016** Motion to Compel
Filed by MATTHEW ALHADEFF (Defendant)

**11/15/2016** Motion to Compel (PLAINTIFF JENNIFER NADJAT-HAIEM TO SUBMIT TO MULTIPLE INDEPENDENT MEDICAL EXAMINATIONS INCLUDING A NEUROLOFY EXAMINATION AND A NEUROPHYCHOLOGICAL EXAMINATION; )
Filed by Attorney for Defendant

**11/15/2016** Motion to Compel
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**11/15/2016** Motion to Compel
Filed by Attorney for Plaintiff

**11/09/2016** Notice
Filed by Clerk

**11/09/2016** Notice
Filed by Clerk

**11/09/2016** Notice (NOTICE OF TRANSFER OF ACTION )
Filed by Clerk

**10/17/2016** at 1:30 PM in Department 97
Hearing on Motion for Protective Order (Motion for Protective Order; Transferred to different departmnt) -

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/28/2017   07/06/2017   04/18/2017   02/09/2017   10/05/2016

**10/05/2016** at 1:30 PM in Department 97
Hearing on Motion to Compel Deposition (MOTION - COMPEL DEPOSITION; Transferred to different departmnt) -

**10/05/2016** Order
Filed by Court

**10/05/2016** ORDER TRANSFERRING COMPLICATED PERSONAL INJURY (PI) CASE TO AN INDEPENDENT CALENDAR (IC) COURT

**10/05/2016** NOTICE OF RULING ON PLAINTIFF'S MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO COMPLY WITH DEPOSITION NOTICE AND FOR SANCTIONS AGAINST DEFENDANT MATTHEW JOSEPH ALHADEFF IN THE AMOUNT OF $3260

**10/05/2016** Notice of Ruling
Filed by Plaintiff/Petitioner

**10/05/2016** Minute Order

**10/03/2016** Opposition Document
Filed by Plaintiff/Petitioner

**10/03/2016** Objection
Filed by Plaintiff/Petitioner

**10/03/2016** PLAINTIFF'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF CHRISTINE V. MOROVATI ATTACHED TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER

**10/03/2016** PLAINTIFF'S OPPOSITION TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S MOTION FOR PROTECTIVE ORDER; DECLARATION OF DAMON ROGERS IN OPPOSITION

**09/28/2016** Reply to Opposition
Filed by Plaintiff/Petitioner

**09/28/2016** PLAINTIFF'S REPLY TO DEFENDANT MATTHEW JOSEPH ALHADEFF'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DEFENDANT TO COMPLY WITH DEPOSITION NOTICE AND FOR SANCTIONS AGAINST DEFENDANT IN THE AMOUNT OF $3,260

**09/22/2016** Opposition Document
Filed by Matthew Joseph Alhadeff (Defendant)

**09/22/2016** OPPOSITION TO PLAINTIFF, JENNIFER NADJAT-HAIEM'S, MOTION TO COMPEL THE DEPOSITION OF DEFENDANT, MATTHEW ALHADEFF; ETC.

**09/19/2016** at 10:30 AM in Department 97
Informal Discovery Conference (IDC) (Informal Discovery Conference-PI; Not Resolved-PI) -

**09/19/2016** Informal Discovery Conference Form for Personal Injury Courts
Filed by Plaintiff/Petitioner

**09/12/2016** Notice of Motion
Filed by Matthew Joseph Alhadeff (Defendant)

**09/12/2016** NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER;ETC.

**09/07/2016** Motion to Compel
Filed by Plaintiff/Petitioner

**09/07/2016** NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT MATTHEW JOSEPH ALHADEFF TO
COMPLY WITH DEPOSITION NOTICE AND ETC.

**08/31/2016** NOTICE OF ASSOCIATION OF COUNSEL

**08/31/2016** PLAINTIFF JENNIFER NADJATHAIEM'S SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO
COMPEL FURTHER RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO REQUESTS FOR
PRODUCTION (SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $3,260.00 AGAINST DEFENDANT MATTHEW

**08/31/2016** PLAINTIFF JENNIFER NADJATHAJEM'S NOTICE OF MOTION AND MOTION TO COMPEL DEFENDANT
MATTHEW JOSEPH ALHADEFF TO PROVIDE FURTHER RESPONSES TO PLAINTIFF'S FORM INTERROGATORIES
(SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $4,660.00 AGAINST DEFENDANT MATTHEW JOSE

**08/31/2016** Statement of Facts
Filed by Michael J. Esq. Avenatti (Attorney)

**08/31/2016** Motion to Compel
Filed by Plaintiff/Petitioner

**08/31/2016** PLAINTIFF JENNIFER NADJATHAIEM'S NOTICE OF MOTION AND MOTION TO COMPEL FURTHER
RESPONSES FROM DEFENDANT MATTHEW JOSEPH ALHADEFF TO PLAINTIFF'S REQUESTS FOR PRODUCTION
(SET ONE) AND FOR SANCTIONS IN THE AMOUNT OF $3.260.OO AGAINST DEFENDANT MATTHEW JOSEPH

**08/31/2016** Statement of Facts
Filed by Plaintiff/Petitioner

**08/31/2016** PLAINTIFF JENNIFER NADJAT-HAIEM'S SEPARATE STATEMENT OF DISPUTED ITEMS ON MOTION TO
COMPEL DEFENDANT ETC.

**08/31/2016** Association of Attorney
Filed by Matthew Joseph Alhadeff (Defendant)

**08/19/2016** INFORMAL DISCOVERY CONFERENCE FORM FOR PERSONAL INJURY COURTS (DEPARTMENT 91, 92, 93,
97)

**08/16/2016** Substitution of Attorney
Filed by Plaintiff/Petitioner

**08/16/2016** SUBSTITUTION OF ATTORNEY

**04/28/2016** DEFENDANT MATTHEW ALHADEFF'S ANSWER TO COMPLAINT

**04/28/2016** Answer
Filed by Matthew Joseph Alhadeff (Defendant)

**04/15/2016** Receipt
Filed by Plaintiff/Petitioner

**04/15/2016** CIVIL DEPOSIT

**04/13/2016** Notice
Filed by Plaintiff/Petitioner

**04/11/2016** NOTICE OF ACKNOWLEDGEMENT OF RECEIPT - CIVIL

**01/20/2016** Motion
Filed by MATTHEW ALHADEFF (Defendant)

**01/20/2016** Motion (FOR PROTECTIVE ORDER )
Filed by Attorney for Defendant

**12/09/2015** NOTICE OF REJECTION APPLICATION AND ORDER FOR PUBLICATION

**12/04/2015** Application for Order to Publish
Filed by Plaintiff/Petitioner

**12/04/2015** APPLICATION FOR PUBLICATION

**08/10/2015** SUMMONS

**08/10/2015** Complaint
Filed by JENNIFER NADJAT-HAIEM (Plaintiff)

**08/10/2015** Complaint Filed

**08/10/2015** COMPLAINT FOR DAMAGES: I. NEGLIGENCE

Click on any of the below link(s) to see Register of Action Items on or before the date indicated:
TOP   08/28/2017   07/06/2017   04/18/2017   02/09/2017   10/05/2016

Exhibit 51



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: September 29, 2017
Last Statement: September 18, 2017

Account ████ 3714

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0053034                    4273-06-0000-CBT-PC0023-00002

STATE BAR OF CALIFORNIA
EAGAN AVENATTI, LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ████3714 | $2,240,935.13 | |

## ATTORNEY CLIENT TRUST 5794183714                           220    2

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 5,500,176.41 | 2,850,000.00 | 409,241.28 | 2,240,935.13 |

### 2 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 09/20 | 5,500,000.00 | DEPOSIT  5353016350 |
| 09/29 | 176.41 | INTEREST PAYMENT  0344327906 |

### 1 CHARGE/DEBIT

| Date | Amount | Description |
|---|---|---|
| 09/29 | 2,850,000.00 | WIRE/OUT-2017092900003401;BNF Jennifer Nadjat-Haiem  1304401106 |

### 1 CHECK PROCESSED

| Number | Date | Amount |
|---|---|---|
| 105 | 09/22 | 409,241.28 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

### DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/20 | 5,500,000.00 | 09/22 | 5,090,758.72 | 09/29 | 2,240,935.13 |

A division of ZB, N.A. Member FDIC         EQUAL HOUSING LENDER

0053034-X0000001-0127551

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts.** The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills  • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of 5
September 29, 2017
STATE BAR OF CALIFORNIA
███████3714

................................................................................................................................................................

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $176.41 | Number Of Days This Interest Period | 11 |
| Interest Paid Year-To-Date 2017 | $176.41 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170%

Interest rate changes this interest period:

| | Date | New Interest Rate |
|---|---|---|
| | 09/19 | 0.170% |



A division of ZB, N.A. Member FDIC

0053034-0000002-0127552

**California Bank & Trust**

This page intentionally left blank

0053034-0000002-0127552

California Bank & Trust

Case 8:18-cv-01644-VAP-KES   Document 51-5   Filed 02/12/19   Page 101 of 133   Page ID #:1039

ACCOUNT ██████3714

This Statement:
September 29, 2017
Page 5 of 5



Ref# 53016350   $5500000.00



Ref# 53019005   $409241.28   Ch# 105

0053034-000000034127533

0053034-00000003-0127553

Exhibit 52

# CALIFORNIA BANK & TRUST

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of  5
This Statement: October 31, 2017
Last Statement: September 29, 2017

Account ████ 3714

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0044233          4305-06-1000-CBT-PC0023-00002

STATE BAR OF CALIFORNIA
EAGAN AVENATTI, LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

We have amended and completely rewritten our Deposit Account Agreement. We will soon mail you a copy, but you can also access it in the Agreement Center at www.calbanktrust.com. The new Agreement will become effective 30 days after our upcoming mailing. (If you have our eNotice service, we will send electronic notice rather than mail.) If you have any questions, please call customer service at (800) 400-6080.

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ████3714 | $814,980.69 | |

## ATTORNEY CLIENT TRUST 5794183714                                   220    2

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 2,240,935.13 | 200,250.90 | 1,626,205.34 | 0.00 | 814,980.69 |

### 3 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 10/11 | 100,000.00 | DEPOSIT 5353092398 |
| 10/18 | 100,000.00 | DEPOSIT 5353019669 |
| 10/31 | 250.90 | INTEREST PAYMENT  0168339536 |

### 10 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 09/29 | 176.41 | INTEREST TRANSFER  0100072101 |
| 10/04 | 95,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008621  2308401225 |
| 10/05 | 27,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008966  2308200877 |
| 10/10 | 50,000.00 | WIRE/OUT-2017101000003335;BNF The Escrow Connection;REF 4153  1305001058 |
| 10/10 | 580,000.00 | WIRE/OUT-2017101000006251;BNF Michael J. Avenatti  1305001850 |
| 10/13 | 80,000.00 | WIRE/OUT-2017101300003109;BNF Coblentz Patch Duffy & Bass;RE  1304602153 |
| 10/25 | 228,766.38 | WIRE/OUT-2017102500002218;BNF Jennifer Nadjat-Haiem  1304000612 |
| 10/31 | 301,602.30 | WIRE/OUT-2017103100008158;BNF OSBORN MACHLER TRUST ACCOUNT  1304201959 |
| 10/31 | 121,468.74 | WIRE/OUT-2017103100007949;BNF GLOBAL BARISTAS US LLC;OBI 461  1304201899 |
| 10/31 | 142,191.51 | WIRE/OUT-2017103100007948;BNF GLOBAL BARISTAS US LLC;OBI 461  1304201897 |

### 0 CHECKS PROCESSED

There were no transactions this period.



A division of ZB, N.A. Member FDIC                                   0044233-00000001-0139563

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts.** The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or if you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances  •Review posted transactions  • Pay bills  • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



October 31, 2017
STATE BAR OF CALIFORNIA
███████3714

P.O. Box 489, Lawndale, CA 90260-0489

---

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

---

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/29 | 2,240,758.72 | 10/10 | 1,488,758.72 | 10/18 | 1,608,758.72 |
| 10/04 | 2,145,758.72 | 10/11 | 1,588,758.72 | 10/25 | 1,379,992.34 |
| 10/05 | 2,118,758.72 | 10/13 | 1,508,758.72 | 10/31 | 814,980.69 |

---

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $250.90 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2017 | $427.31 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

0044233-00000002-0139564

This page intentionally left blank

0044233-0000002-0139564





Ref# 53092398     $100000.00          Ref# 53019669     $100000.00

00442233-00000003-0139565

Exhibit 53



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: November 30, 2017
Last Statement: October 31, 2017

Account ████ 3714

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0044329               4335-06-1000-CBT-PC0023-00002

STATE BAR OF CALIFORNIA
EAGAN AVENATTI, LLP
ATTORNEY CLIENT TRUST ACCOUNT
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Attorney Client Trust | ████3714 | $423,743.41 | |

## ATTORNEY CLIENT TRUST 5794183714                     220    2

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 814,980.69 | 92.66 | 321,129.94 | 70,200.00 | 423,743.41 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 11/30 | 92.66 | INTEREST PAYMENT  0066317511 |

### 12 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 10/31 | 250.90 | INTEREST TRANSFER  0100072101 |
| 11/10 | 25,000.00 | WIRE/OUT-2017111000002977;BNF Biloxi Freezing & Processing  1304600804 |
| 11/13 | 18,171.27 | WIRE/OUT-2017111300006071;BNF Alki Bakery Inc  1304401264 |
| 11/13 | 31,737.15 | WIRE/OUT-2017111300006072;BNF Dillanos Coffee Roasters  1304401266 |
| 11/14 | 2,500.00 | WIRE/OUT-2017111400005316;BNF Humberto R. Gray, APLC;REF Inv  1304301410 |
| 11/14 | 40,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000000815  2308100651 |
| 11/17 | 23,470.62 | DEBIT MEMO  5353035696 |
| 11/20 | 30,000.00 | WIRE/OUT-2017112000005602;BNF James R. Gailey & Associates P  1305801531 |
| 11/21 | 40,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000007277  2307901917 |
| 11/24 | 11,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000008467  2307400029 |
| 11/29 | 43,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000004591  2307700951 |
| 11/30 | 56,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000006742  2307900907 |

### 1 CHECK PROCESSED

| Number | Date | Amount |
|---|---|---|
| 0 | 11/15 | 70,200.00 |

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

A division of ZB, N.A. Member FDIC      0044329-00000001-0117929

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**



**CALIFORNIA BANK**
T R U S T

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
November 30, 2017
STATE BAR OF CALIFORNIA
████3714

....................................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/31 | 814,729.79 | 11/15 | 627,121.37 | 11/24 | 522,650.75 |
| 11/10 | 789,729.79 | 11/17 | 603,650.75 | 11/29 | 479,650.75 |
| 11/13 | 739,821.37 | 11/20 | 573,650.75 | 11/30 | 423,743.41 |
| 11/14 | 697,321.37 | 11/21 | 533,650.75 | | |

....................................................................................................................................................

**INTEREST**

| | | | |
|---|---|---|---|
| Interest Earned This Interest Period | $92.66 | Number Of Days This Interest Period | 30 |
| Interest Paid Year-To-Date 2017 | $519.97 | Annual Percentage Yield Earned | 0.17% |

Current interest rate is 0.170% with no rate change this interest period

A division of ZB, N.A. Member FDIC 

0044329-0000002-0117930

This page intentionally left blank

0044329-0000002-0117930



Ref# 53035696    $23470.62



Ref# 53038549    $70200.00

0044329-00000003-0117931

Exhibit 54

##XXH1309DPCSTM     ████████4705

```
                                    Page 1      (2)

                                    Account #: █████4705


           This statement: September 29, 2017     Contact us:
           Last statement: September 15, 2017     800 773-7100


                                                  Newport Center Office
                                                  500 Newport Center Drive
           270                       0830L        Newport Beach, CA 92660
           MICHAEL J AVENATTI ESQ
           ATTORNEY CLIENT TRUST ACCOUNT          cnb.com
           (MLP SETTLEMENT TRUST)
           520 NEWPORT CENTER DR SUITE 1400
           NEWPORT BEACH CA  92660
```

Legal Services Trust Fund Acct

| Account Summary | | Account Activity | | | |
|---|---|---|---|---|---|
| Account number | █████4705 | Beginning bal | (9/15/2017) | | $0.00 |
| Minimum balance | $0.00 | Deposits | (0) | + 0.00 | |
| Average balance | $16,949,486.72 | Electronic cr | (4) | + 29,774,214.17 | |
| Avg. collect bal | $16,949,486.00 | Other credits | (1) | + 208.96 | |
| Avg. bal for APY | $16,949,486.72 | Total credits | | + $29,774,423.13 | |
| APY earned | 0.03% | Checks paid | (2) | - 3,687,446.72 | |
| Interest earned | $208.96 | Electronic db | (3) | - 6,086,637.45 | |
| Interest-bearing days | 15 | Other debits | (8) | - 349.96 | |
| Interest paid YTD | $208.96 | Total debits | | - $9,774,434.13 | |
| | | Ending balance | (9/29/2017) | $19,999,989.00 | |

ELECTRONIC CREDITS

| Date | Description | | Credits | Control Number |
|---|---|---|---|---|
| 9-18 | Incoming Wire-Dom | | 475,000.00 | 170918000002512 |
| 9-18 | Incoming Wire-Dom | | 899,795.85 | 170918000007646 |
| 9-18 | Incoming Wire-Dom | | 984,750.00 | 170918000002517 |
| 9-18 | Incoming Wire-Dom | | 27,414,668.32 | 170918000002667 |

OTHER CREDITS

| Date | Description | Reference | Credits | Control Number |
|---|---|---|---|---|
| 9-29 | Interest Credit | | 208.96 | 000000000000000 |

CHECKS PAID

| Number | Date | Amount | Control |
|---|---|---|---|
| 5077 | 09-18 | 2,787,650.87 | 000008070076300 |
| 5079 * | 09-18 | 899,795.85 | 000008150079800 |

* Skip in check sequence

##XXH1309DPCSTM ▮▮▮▮4705

```
        MICHAEL J AVENATTI ESQ              Page 2
        September 29, 2017                  Account #: ▮▮▮4705
```

ELECTRONIC DEBITS

| Date | Description | Debits | Control Number |
|------|-------------|--------|----------------|
| 9-18 | Domestic Wire | 439,375.00 | 170918000004582 |
| 9-18 | Domestic Wire | 899,795.85 | 170918000004613 |
| 9-21 | Tnet Wire Out-Dom | 4,747,466.60 | 170921000004442 |

OTHER DEBITS

| Date | Description | Reference | Debits | Control Number |
|------|-------------|-----------|--------|----------------|
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge INCOMING WIRE-DOM | | 15.00 | 000000000000000 |
| 9-18 | Service Charge DOM OUTGOING WIRE | | 35.00 | 000000000000000 |
| 9-18 | Service Charge DOM OUTGOING WIRE | | 35.00 | 000000000000000 |
| 9-21 | Service Charge TNET WIRE OUT-DOM | | 11.00 | 000000000000000 |
| 9-29 | Interest Transfer TO ACCOUNT NO 0001338897 | | 208.96 | 000000000000000 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 09-18 | 24,747,466.60 | 09-21 | 19,999,989.00 | 09-29 | 19,999,989.00 |

Exhibit 55

Incoming Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---------|---------------|------------------|----------------|-------------------|------------|-------------|-----------|----------|--------|
| CNB | 08287 | PACIFIC WESTERN BANK | D/270144705 | MICHAEL J AVENATTI ESQ | PERSONALIZED BEAUTY DISCOVERY INC | | 20170918 | 2667 | 27414668.32 |
| CNB | 08287 | PACIFIC WESTERN BANK | D/270144705 | MICHAEL J AVENATTI ESQ | PERSONALIZED BEAUTY DISCOVERY INC | | 20170918 | 2517 | 984750 |
| CNB | 08287 | BARCLAYS BANK DELAWARE | D/270144705 | MICHAEL J AVENATTI ESQ | MICHAEL J AVENATTI ESQ | | 20170918 | 7646 | 899795.85 |
| CNB | 08287 | PACIFIC WESTERN BANK | D/270144705 | MICHAEL J AVENATTI ESQ | PERSONALIZED BEAUTY DISCOVERY INC | | 20170918 | 2512 | 475000 |
| CNB | 08287 | PACIFIC WESTERN BANK | D/270144705 | MICHAEL J AVENATTI ESQ | PERSONALIZED BEAUTY DISCOVERY INC | | 20180314 | 6707 | 8146288 |
| CNB | 08287 | PACIFIC WESTERN BANK | D/270144705 | MICHAEL J AVENATTI ESQ | PERSONALIZED BEAUTY DISCOVERY INC | | 20180314 | 6001 | 147972 |
| CNB | 08287 | ZB NA DBA CALIFORNIA BANK & TRUST | D/270144705 | MICHAEL J AVENATTI ESQ | STATE BAR OF CALIFORNIA | | 20180504 | 3217 | 46350 |

Exhibit 56

Outgoing Wires

| Bank ID | Debit Account | Debit Party Name | Credit Account | Credit Party Name | Originator | Beneficiary | Tran Date | Tran Num | Amount |
|---------|---------------|------------------|----------------|-------------------|------------|-------------|-----------|----------|--------|
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | BARCLAYS BANK DELAWARE | | LONG TRAN | 20170918 | 4613 | 899795.85 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | JPMORGAN CHASE BANK, NA | | PRATIGYA PHAN | 20170918 | 4582 | 439375 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | THE BOSTON PRIVATE BK. & TR CO | | Michelle Phan | 20170921 | 4442 | 4747466.6 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | THE BOSTON PRIVATE BK. & TR CO | | Divinium Labs, LLC | 20171002 | 9515 | 10000000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | THE BOSTON PRIVATE BK. & TR CO | | Divinium Labs, LLC | 20171003 | 6863 | 10000000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP | 20180315 | 4607 | 3000000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180320 | 1357 | 200000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti Trust | 20180322 | 3379 | 94206 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP | 20180328 | 3857 | 110000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180404 | 4490 | 189964 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP | 20180409 | 4807 | 150000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti LLP Trust | 20180411 | 2576 | 49976 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | Eagan Avenatti, LLP Trust | 20180417 | 1878 | 200000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | JPMORGAN CHASE BANK, NA | | Long Tran | 20180423 | 6696 | 147972 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | ZB NA DBA CALIFORNIA BANK & TRUST | | EAGAN AVENATI TRUST | 20180501 | 4152 | 51992 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | THE BOSTON PRIVATE BK. & TR CO | | IM&T Operations Clearing Account | 20180504 | 3320 | 4000000 |
| CNB | 4705 | MICHAEL J AVENATTI ESQ | G/098102408287 | THE BOSTON PRIVATE BK. & TR CO | | IM&T Operations Clearing Account | 20180504 | 3319 | 146288 |

Exhibit 57



Name MLP Settlement Trust

COUNTER CHECK

Account No. _____4705

9/18/17 DATE

$2,787,650.87

1 011020671 09102017

PAY TO THE ORDER OF TD operating

Two Million Sevenhundred eighty seven thousand Six fifty and 87/100 DOLLARS

CITY NATIONAL BANK

⑆122016066⑆   5077

Date:20170918 Check:5077 Account 4705 Amount:2787650.87

Date:20170918 Check:5077 Account 4705 Amount:2787650.87

1811010019

Page 1 of 1

Exhibit 58

## NOTICE OF RIGHT TO RECLAIM ABANDONED PERSONAL PROPERTY

**TENANT:**  **Eagan Avenatti, LLP, a California limited liability partnership,** *Etc.*

**PREMISES:**  **520 Newport Center Drive, 14ᵀᴴ Floor, Suite 1400 (8,371 RSF)**

 **Newport Beach, County of Orange, California  92660**

**TO:  THE TENANT EAGAN AVENATTI, LLP,** *ETC.* **AND ALL OTHERS WHO CLAIM OWNERSHIP OR POSSESSION OF THE PERSONAL PROPERTY DESCRIBED BELOW:**

 **NOTICE IS HEREBY GIVEN** pursuant to California Civil Code §1993.04 (entitled, "Written notice to former tenant by landlord; requirements"), as amended, and California Civil Code §1993.05 (entitled, "Written notice given owner of personal property; form") that when the Landlord 520 Newport Center Drive LLC evicted the former Tenant Eagan Avenatti, LLP, a/k/a "The Trial Group, LLP" (collectively, the "Tenant") and other alleged occupants from the *nonresidential* **PREMISES** described above on Wednesday November 28, 2018, the Tenant left behind at the **PREMISES** the personal property listed in the two-page Inventory – denominated a "Collateral Description" – and attached to this reclamation notice as **Appendix "A"** (collectively, the **"PERSONAL PROPERTY"**).

 **NOTICE IS FURTHER GIVEN** that the Tenant **or** any other person or entity asserting it (she/he) is the owner or is entitled to legal possession of any of the **PERSONAL PROPERTY**, as applicable, may reclaim the **PERSONAL PROPERTY** by contacting the Landlord 520 Newport Center Drive LLC's property manager, The Irvine Company, at the following address and telephone no. and e-mail address:

520 Newport Center Drive, LLC
c/o The Irvine Company
620 Newport Center Drive, Suite 150
Newport Beach, California  92660

Attn.:  Abigail Yocam, Manager of Operations
Telephone No.:  (949) 729-1471
ayocam@irvinecompany.com

**(RECLAMATION NOTICE CONTINUES ON NEXT PAGE)**

Page 1 of 2

*Unless* the Tenant **or** some other person or entity claiming ownership or asserting its (her/his) right to legal possession of the **PERSONAL PROPERTY** pays the reasonable cost of storage for the **PERSONAL PROPERTY** and takes possession of the **PERSONAL PROPERTY** claimed on or before **Thursday January 10, 2019** at **5:00 p.m. PST** (hereinafter, the "Reclamation Deadline"), time being of the essence, the **PERSONAL PROPERTY** may be disposed of pursuant to California Civil Code §1993.07 (entitled, "Property in notice not released, *etc.*"), as amended.

      **NOTICE IS FURTHER GIVEN** that, because the Tenant was a commercial Lessee <u>and</u> the Lessor 520 Newport Center Drive LLC is informed and believes that the **PERSONAL PROPERTY** is worth *less than* one month's rent (**$54,352**), if the **PERSONAL PROPERTY** is <u>not</u> reclaimed on or before the Reclamation Deadline, then the **PERSONAL PROPERTY** may be kept <u>or</u> sold <u>or</u> destroyed *without* further notice or proceedings.

      **NOTICE IS FINALLY GIVEN** that this notice is intended to be and hereby constitutes notice to the former *commercial* Tenant and/or owner of the **PERSONAL PROPERTY** of its (her/his) right to reclaim the **PERSONAL PROPERTY** under California Civil Code §1993.04 (entitled, "Written notice to former tenant by landlord; requirements"), as amended, *et seq.* or otherwise.

                     **LAW OFFICES OF MARK A. KOMPA**
                     **23113 Plaza Pointe, Suite 110**
                     **Laguna Hills, California  92653**

**Dated:  December 17, 2018**      **By:**   *Mark A. Kompa*
                             **Mark A. Kompa, Esq.**
                             **Counsel to the Landlord**
                                   **520 Newport Center Drive LLC**



*VanHorn & Auctions*
APPRAISAL GROUP, LLC

26895 Aliso Creek Road • Suite B, # 569 • Aliso Viejo, California 92656-5301
Email: vanhornauctions@cox.net • Website: www.vanhornauctions.com
Tel: (949) 206-2525 • Fax: (949) 831-1975

**COLLATERAL DESCRIPTION**
Eagan Avenatti Inventory
(Appendix A)

| Qty | Serial | Description | Model: | |
|-----|--------|-------------|--------|---|
| 10 | | KRUG SOFT SEATING RECEPTION CHAIRS | | |
| 1 | | KRUG 32"X32" COFFEE TABLE | | |
| 1 | | KRUG MILLENNIUM CONFERENCE TABLE 58"X108" | | |
| 1 | | KRUG WALL CRADENZA 24"X78" | | |
| 18 | | KRUG CREAM MANAGEMENT CHAIRS | | |
| 2 | | SOMFY REMOTE CONTROL | | |
| 1 | | DELL 34" COMPUTER MONITOR | U3415Wb | |
| 11 | | LOGITECH KEYBOARD AND MOUSE | | |
| 13 | | HP WORKSTATION COMPUTER | Z210 | |
| 15 | | HP LASER JET P4014n | | |
| 15 | | HERMAN MILLER ERGONOMIC TASK CHAIR | | |
| LOT | | ASST OFFICE SUPPLIES IN DESKS, PENS, PAPER, ETC | | |
| 1 | | WALNUT RECEPTION DESK | | |
| 2 | | CARL INDUSTRIAL 2 HOLE PUNCH | XHC-2100N | |
| 1 | | KRUG MILLENNIUM CONFERENCE TABLE 58"X154" | | |
| 1 | | KRUG WALL CRADENZA 24"X94" | | |
| 1 | | CISCO TELEVISION CONTROL | 8742HDC | |
| 1 | | SONY VIDEO CASSETTE RECORDER/DVD | | |
| LOT | | ASSORTED BERGHOFF COASTERS | | |
| 1 | | BAR HEIGHT KITCHEN TABLE 30"X72" | | |
| LOT | | ASSORTED CUPS, GLASSES AND UTENSILS | | |
| 1 | | KRUG ROUND WALNUT TABLE | | |
| 1 | | SPARTAN HAND TRUCK | | |
| 1 | | KRUG WHITE COFFEE TABLE 20"X54" | | |
| 1 | | PORSCHE EXECUTIVE HIGH BACK CHAIR | | |
| 22 | | KRUG CREAM ARM, SIDE CHAIRS | | |
| 1 | | KRUG WALNUT AND WHITE TOPPED DESK 42"X84" | | |
| 1 | | KRUG CRADENZA 24"X106" | | |
| 2 | | KRUG PRADO ROUND TABLE | | |
| 2 | | FLATFORM TRUCK CART | | |
| 5 | | KRUG WALNUT TOP TABLE WITH METAL BASE | | |
| 5 | | KRUG WALNUT "U" SHAPED DESK WITH 84" CRADENZA | | |
| 6 | | KRUG WALNUT AND WHITE TOPPED FILE 24"X36" | | |
| 1 | | CUBICLE SECTION 140"X140" | | |
| 20 | | CISCO 7945 IP PHONE | | |
| 1 | | CISCO 7965 IP PHONE | | |
| 3 | | FUJITSU SCANSNAP SCANNER | S1500 | |
| LOT | | BINDERS, BINDER CLIPS | | |
| 4 | | KRUG WALNUT "U" SHAPED DESK WITH 60" CRADENZA | | |

| | | | | |
|---|---|---|---|---|
| 2 | | PLANTRONICS BLUETOOTH HEADSETS | | |
| 1 | | SAFCO HAND TRUCK | | |
| 1 | | RUBBERMAID STEP STOOL | | |
| 20 | | WHITE BOOK SHELVES | | |
| 5 | | STEELCASE 2 DOOR CABINETS | | |
| 2 | | SILVER LOCKING CASES | | |
| 1 | | "MY WAY OR THE HIGHWAY" BUS PAINTING | | |
| 1 | C86145777 | RICOH AFICIO COPIER | MP 9002 | |
| 1 | C86139106 | RICOH COPIER | MP C8002 | |
| 1 | | GO ECO LIFE PAPER SHREDDER | | |
| 1 | | FELLOWES PAPER SHREDDER | | |
| 1 | 4716598 | PITNEY BOWES POSTAGE METER | DM125/DM225 | |
| LOT | | BOXES OF OFFICE SUPPLIES, PAPER, BINDERS, ETC | | |
| 1 | | X-ACTO PAPER CUTTER | | |
| 1 | | BOSTITCH STAPLER | | |
| 1 | | CARL INDUSTRIAL 3 HOLE PUNCH | XHC-150 | |
| 1 | | BROTHER TYPEWRITER | ML 300 | |
| 1 | | RICOH PRINTER | SUPER G3 | |
| LOT | | ASSORTED H.D. STAPLERS | | |
| LOT | | ASSORTED HP & RICOH TONER CARTIDGES | | |
| 1 | | WORLD GLOBE AND STAND | | |
| 1 | | KRUG EXECUTIVE WALNUT DESK | | |
| 1 | | KRUG CRADENZA 24"X124" | | |
| 1 | | WHITE CUBICLE SECTION 136"X196" | | |
| 1 | | SWINGLINE 3 HOLE PUNCH | | |
| 1 | | VARIDESK STANDING DESK ACCESSORY | PRO PLUS 36 | |
| 1 | | DELL MONITOR | | |
| 1 | | APC SMART UPS | 2200XL | |
| 1 | | APC BATTERY WITH DIGITAL READOUT | | |
| 1 | | ASUS MONITOR | | |
| 1 | | ARRIS MODEM | TM804 | |
| 2 | | HP PROCURVE SWITCH | | |
| 1 | | CISCO MODEM | DPC3010 | |
| 1 | | CISCO SWITCH | 500 SERIES | |
| 1 | | NETGEAR 16 PORT SWITCH | | |
| 4 | | APC BATTERY BACK UP, (1) BAD | | |
| 1 | | SWITCH GEAR CABINET/SHELF UNIT | | |
| 1 | | BOX WITH KEYBOARD AND NETWORK WIRES | | |
| LOT | | BLANK CD'S, SOFTWARE, APPLE ADAPTER, | | |
| 1 | | DIGITAL CHECK SCANNER | TELLERSCAN 215 | |
| 1 | | NEW APC BATTERY BACKUP | | |
| 2 | | 2 DOOR CABINETS 36"X18"X84 | | |
| 1 | | STAPLES PAPER SHREDDER | | |
| 1 | | BLACK SECRETARIAL ARM CHAIR | | |
| 1 | | WHITE CAOT RACK | | |
| LOT | | CALIFORNIA PRACTICE GUIDE BOOKS & ASSORTED | | |
| LOT | | BOX OF "WE'RE STILL HERE" HATS | | |

LOT      NUMEROUS BOXES OF CLIENT FILES WHICH MAY BE RECLAIMED
         BY FORMER TENANT OR PURSUANT TO FULLY-EXECUTED
         SUBSTITUTION OF ATTORNEY ONLY

1   **Proof of Service by U.S. Mail**

2

3   State of California    )
                           ) ss
4   County of Orange       )

5          I, Paula Webb, declare that:

6          I was at the time of service hereinafter mentioned at least 18 years of age and not a party to the above-captioned unlawful detainer proceeding. My business address is: 23113 Plaza Pointe, Suite
7   110, Laguna Hills, California 92653. I am employed in Orange County, California.

8          On December 17, 2018, I served copies of the following notice, entitled: **NOTICE OF**
9   **RIGHT TO RECLAIM ABANDONED PERSONAL PROPERTY and EXHIBIT A** on interested parties in this unlawful detainer proceeding by placing genuine and complete copies thereof enclosed
10  in sealed envelopes and addressed as follows:

11                         **See, attached Service List**

12

13         I personally deposited said envelopes in the mail at Laguna Hills, California. The envelopes were mailed via first-class United States mail, with postage thereon fully prepaid.

14  **XX** (State)   I declare under penalty of perjury of the laws of the State of California that the
                    above is accurate and true.
15

16  ____ (Federal)  I declare that I am employed in the office of a member of the bar of this Court at
                    whose direction the service was made.

17         Executed on December 17, 2018, at Laguna Hills, California.

18

19                                              Paula Webb

20

21

22

23

24

25

26

27

28

## SERVICE LIST

Attn:  Michael J. Avenatti, Esq.
Eagan Avenatti LLP, a/k/a The Trial Group LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA  92660
**[Former Tenant's Managing Partner at PREMISES]**


Attn:  Judy Regnier
Eagan Avenatti LLP, a/k/a The Trial Group LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA  92660
**[Former Tenant's Office Manager at PREMISES]**


Attn:  Michael J. Avenatti, Esq.
c/o The X-Law Group, P.C.
1910 Sunset Blvd., Suite 450
Los Angeles, CA  90026
**[Former Tenant E/A's Managing Partner at Last Known Address]**


Attn:  Jason Frank, Esq.
Frank Sims Stolper
19800 MacArthur Blvd., Suite 855
Irvine, CA  92612
**[Judgment Creditor]**


Attn: Scott H. Sims, Esq.
Frank Sims Stolper
19800 MacArthur Blvd., Suite 855
Irvine, CA  92612
**[Counsel to Judgment Creditor Jason Frank Law, PLC]**


Attn:  Filippo Marchino, Esq.
The X-Law Group, P.C.
1910 Sunset Blvd., Suite 450
Los Angeles, CA  90026
**[Alleged Judgment Creditor]**


The Peoples Bank of Biloxi Mississippi
Post Office Box 487
Biloxi, MS  39533-0487
**[UCC Lien Creditor]**

IRS/Ohio
Post Office Box 145595
Cincinnati, OH  45250-5595
**[Federal tax lien claimant]**


Franchise Tax Board (FTB)
Lien Program MS A456
Post Office Box 2952
Sacramento, CA  95812-2952
**[State tax lien claimant]**


Employment Development Dept. (EDD)
Post Office Box 826880
Sacramento, CA  94280-0001
**[State tax lien claimant]**


Orange County Clerk-Recorder
2677 Main Street, Suite 1050
Santa Ana, CA  92705
**[FICA tax lien claimant]**


Attn:  Michael J. Avenatti, Esq.
Avenatti & Associates, APC
520 Newport Center Drive, Suite 1400
Newport Beach, CA  92660
**[Former Unauthorized Occupant's CEO at PREMISES]**


Attn:  Michael J. Avenatti, Esq.
Nero LLP a/k/a Avenatti LLP
520 Newport Center Drive, Suite 1400
Newport Beach, CA  92660
**[Former Unauthorized Occupant's Partner at PREMISES]**


Pitney Bowes Inc. (USA)
1 Elmcroft Road
Stamford, CT  06926
**[Lessor of DM125 / DM225 postage meter, Serial No. 4716598]**


Ricoh Business Systems, Inc.
5632 Bolsa Avenue
Huntington Beach, CA  92649
**[Lessor of MP-C8002 <u>and</u> Aficio MP-9002 <u>and</u> Super G3 copiers, Equipment ID No. 47654]**