Michael J. Avenatti, State Bar No. 206929
1910 Sunset Boulevard, Suite 450
Los Angeles, CA 90026
Telephone: 949.706.7000
Facsimile: 949.706.7050

Attorneys for Eagan Avenatti, LLP and
Michael J. Avenatti

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>EAGAN AVENATTI, LLP. | CASE NO.: 8:18-cv-01644-VAP-KES<br><br>**NOTICE OF BANKRUPTCY FILING** |

**TO THE COURT AND TO ALL PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that in order to ensure the proper and orderly distribution of assets from The Trial Group (f/k/a Eagan Avenatti, LLP), as well as prevent a particular creditor from improperly leveraging their position to do permanent and irreversible harm to the ability of other creditors to be paid, on March 7, 2019 defendant/debtor The Trial Group (f/k/a Eagan Avenatti, LLP), filed a voluntary petition for relief under title 11 of the United States Code in the United States Bankruptcy Court, Central District of California, Santa Ana Division, bearing Case 8:19-bk-10822. A true and correct copy of the verification of chapter 11 filing is attached hereto as Exhibit "A" and incorporated herein by reference.

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 362(a), the filing of the petition operates as a stay of, among other things, (i) the commencement or continuation of any action or proceeding against the debtor that was commenced before the commencement of the chapter 11 case, or to recover a claim against the debtor that arose before the commencement of the chapter 11 case, (ii) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the chapter 11 case, *including the taking of any debtor examination relating thereto* (iii) any act to obtain possession of property from the estate or to exercise control over property of the estate, (iv) any act to create, perfect or enforce any lien against property of the estate, (v) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the chapter 11 case, and (vi) any act to collect, assess or recover a claim against the debtor that arose before the commencement of the chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that acts taken in violation of 11 U.S.C. § 362 are null and void and actual damages, including costs and attorneys' fees and, in

appropriate circumstances, punitive damages, may be recovered against violators of the automatic stay.

Dated: March 7, 2019  By:  /s/ Michael J. Avenatti
Michael J. Avenatti
Attorney for Eagan Avenatti, LLP and Michael J. Avenatti

-2-
**NOTICE OF BANKRUPTCY FILING**

**EXHIBIT A**

Case 8:19-bk-10822-ES1  Doc 1  Filed 03/05/19  Entered 03/07/19 20:28:51  Page 1 of 7
Case 8:19-bk-10822-DS1  Doc 1  Filed 03/05/19  Entered 03/07/19 20:28:51  Page 1 of 7
Page 1 of 4

Fill in this information to identify the case:

United States Bankruptcy Court for the:

__Central__ District of __California__
(State)

Case number (If known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | The Trial Group, LLP | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Trial Group; TRG, LLP<br>EA, LLP; EOA Law<br>Eagan O'Malley & Avenatti, LLP<br>Eagan Avenatti, LLP | |
| 3. Debtor's federal Employer Identification Number (EIN) | 3 2 - 0 2 1 0 8 2 4 | |
| 4. Debtor's address | **Principal place of business**<br><br>1910 Sunset Boulevard<br>Number    Street<br>Suite 450<br><br>Los Angeles, CA  90026<br>City                    State     ZIP Code<br><br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City                    State     ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br><br>City                    State     ZIP Code |
| 5. Debtor's website (URL) | Not Applicable | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page 1

Debtor      **The Trial Group, LLP**          Case number (if known)_____
            Name

7. **Describe debtor's business**

   A. Check one:

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   B. Check all that apply:

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

   5 4 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   Check one:

   ☐ Chapter 7
   ☐ Chapter 9
   ☑ Chapter 11. Check all that apply:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☐ No
   ☑ Yes.  District  Central California   When  03/01/2017    Case number  8:17-bk-11961-CB
                                              MM / DD / YYYY

           District _____  When _____  Case number _____
                                              MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____  Relationship _____
            District _____  When _____
                                                            MM  /  DD  / YYYY
            Case number, if known _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 2

| Debtor | The Trial Group, LLP | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district?***

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number     Street

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   **The Trial Group, LLP**                                    Case number (if known) _____
         Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/07/2019
              MM / DD / YYYY

X _____        Michael J. Avenatti
Signature of authorized representative of debtor    Printed name

Title **Attorney**

**18. Signature of attorney**

X _____        Date   03/07/2019
Signature of attorney for debtor                   MM / DD / YYYY

Michael J. Avenatti
Printed name

_____
Firm name

1901 Sunset Boulebard, Suite 450
Number    Street

Los Angeles                                  CA      90026
City                                         State   ZIP Code

949-706-7000                                 _____
Contact phone                                Email address

206929                                       CA
Bar number                                   State

Case 18-19-01-04822-APDCS1 Doc 1 Filed 03/07/19 Entered 03/07/19 20:28:51 Page 4 of 10