UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | SA 18-cv-01644 VAP (KESx) |
| Date | 3/22/2019 |
| Title | *In Re Eagan Avenatti, LLP* |

Present: The Honorable   KAREN E. SCOTT, UNITED STATES MAGISTRATE JUDGE

| Beatrice Herrera | Myra Ponce/Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney Present for Judgment Creditor | Attorney Present for Judgment Debtor |
|---|---|
| Andrew Stolper<br>Jason Frank | Ronald S. Hodges |

**Proceedings:**   **JUDGMENT DEBTOR EXAM**

Matter called.  Counsel for the respective parties are present as referenced above.  Court sets preliminary schedule.  Judgment debtor sworn and examined off the record.

Matter re-called and further judgment debtor examination conducted on the record.

**IT IS SO ORDERED.**