# **EXHIBIT A**



# INVOICE



From | **Force 10 Partners**
20341 SW Birch, Suite 220
Newport Beach, CA 92660
(949) 357-2360
www.force10partners.com

| | |
|---|---|
| Invoice For | **Eagan Avenatti, LLP Receivership** |
| Invoice ID | **974** |
| Invoice Date | 03/31/2019 |
| Due Date | 03/31/2019 (upon receipt) |
| Subject | Professional services rendered. |

| Item Type | Description | Time (in hours) | Rate | Amount |
|---|---|---|---|---|
| Service | Federal Receivership - 03/03/2019 - Information Technology Consulting / Erik Nathan: Internal discussion re data retrieval. | 0.20 | $375.00 | **$75.00** |
| Service | Federal Receivership - 03/04/2019 - Information Technology Consulting / Erik Nathan: Internal discussion. Prep for data retrieval. | 1.20 | $375.00 | **$450.00** |
| Service | Federal Receivership - 03/04/2019 - Business Operations / Brian Weiss: Telco with J. Frank re: open case list and transition of cases. | 0.70 | $495.00 | **$346.50** |
| Service | Federal Receivership - 03/04/2019 - Business Operations / Brian Weiss: Meeting with M. Avenatti including travel time. | 4.60 | $495.00 | **$2,277.00** |
| Service | Federal Receivership - 03/04/2019 - Business Operations / Brian Weiss: Telco with J. Frank re: open cases and KC appeal. | 0.80 | $495.00 | **$396.00** |
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Analyze information requests provided by M. Avenatti and update and add to control log. Send list to M. Avenatti. | 1.80 | $495.00 | **$891.00** |
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Correspondence with M. Avenatti and J. Frank re: joint meeting. | 0.10 | $495.00 | **$49.50** |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Review draft settlement term sheet between EA, MA and JF. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Meeting with MA and JF. | 4.10 | $495.00 | $2,029.50 |
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮▮▮▮▮ . | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/05/2019 - Business Operations / Brian Weiss: Read and edit term sheet between EA, JF and MA. | 1.10 | $495.00 | $544.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Meeting with JF and MA. | 3.50 | $495.00 | $1,732.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Analyze latest version of term sheet. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Telco with MA re: settlement agreement between EA, MA and JF. | 1.10 | $495.00 | $544.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Review and edit latest version of term sheet. | 0.90 | $495.00 | $445.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Telco with JF re: settlement. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Telco with MA re: settlement agreement. | 0.50 | $495.00 | $247.50 |
| Service | Federal Receivership - 03/06/2019 - Business Operations / Brian Weiss: Telco with J. Frank. | 0.90 | $495.00 | $445.50 |
| Service | Federal Receivership - 03/07/2019 - Business Operations / Brian Weiss: Read and prepare correspondence to F. Marchino re: turnover of computer servers. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/07/2019 - Business Operations / Brian Weiss: Numerous telcos with MA and JF re: settlement. Prepare settlement agreement. Negotiate terms. | 5.70 | $495.00 | $2,821.50 |
| Service | Federal Receivership - 03/07/2019 - Business Operations / Brian Weiss: Telco with J. Reitman. Read and review latest version of settlement agreement. | 0.80 | $495.00 | $396.00 |
| Service | Federal Receivership - 03/08/2019 - Business Operations / Brian Weiss: Attend court hearing re: JDE. Meeting with the Office of the US Trustee re: EA bankruptcy filing. | 3.50 | $495.00 | $1,732.50 |

| Service | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Service | Federal Receivership - 03/08/2019 - Business Operations / Brian Weiss: Prepare BSW declaration points re: EA bankruptcy filing. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/08/2019 - Business Operations / Brian Weiss: Telco with JF and AS re: KC case. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/08/2019 - Business Operations / Brian Weiss: Telco with MA re: unauthorized EA chapter 11 filing. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/08/2019 - Business Operations / Brian Weiss: Telcos with J. Reitman re: filing of motion to dismiss EA bankruptcy case. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/10/2019 - Business Operations / Brian Weiss: Prepare information request letter to ▇▇▇ re: inquiring on books and tax returns. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/11/2019 - Report Preparation / Brian Weiss: Prepare Receiver's report. | 1.90 | $495.00 | $940.50 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Process mail. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: correspondence from L. Shulman re: EA's bankruptcy filing. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Read and prepare reply correspondence from J. Bastian re: EA bankruptcy filing. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Telco with J. Frank and A. Stolper re: EA bankruptcy filing and EA case list. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Telco with MA re: global settlement with JF. | 1.00 | $495.00 | $495.00 |
| Service | Federal Receivership - 03/11/2019 - Business Operations / Brian Weiss: Telcos with A. Stolper re: global settlement with MA. | 1.00 | $495.00 | $495.00 |
| Service | Federal Receivership - 03/12/2019 - Business Operations / Brian Weiss: Telco with ▇▇▇ re: EA bankruptcy filing. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/12/2019 - Business Operations / Brian Weiss: Analyze documents from prior EA bankruptcy filing ▇▇▇. | 0.50 | $495.00 | $247.50 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/12/2019 - Business Operations / Brian Weiss: Telcos (2) with N. Shariff re: EA historical tax returns. | 0.40 | $495.00 | **$198.00** |
| Service | Federal Receivership - 03/12/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: information requests (servers) and serving of subpoenas. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/12/2019 - Business Operations / Brian Weiss: Telco with JF re: settlement with MA. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮▮▮▮▮. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮▮▮▮▮. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Attend bankruptcy hearing re: EA case dismissal (incl. travel time). | 2.50 | $495.00 | **$1,237.50** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Read and prepare reply correspondence to ▮▮▮▮ re: tax returns and accounting books. | 0.10 | $495.00 | **$49.50** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Prepare letter to J. Reitman re: information requests needed from M. Avenatti and request for meeting from J. Bastian. | 0.30 | $495.00 | **$148.50** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Telco with D. Golubchik re: access to X-Law and EA servers. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/13/2019 - Business Operations / Brian Weiss: Telco with J. Frank re: bankruptcy dismissal hearing. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 03/14/2019 - Business Operations / Brian Weiss: Telco with A. Stolper re: KC case proposal. | 0.40 | $495.00 | **$198.00** |
| Service | Federal Receivership - 03/15/2019 - Report Preparation / Brian Weiss: Prepare Receiver's report and exhibits. | 0.80 | $495.00 | **$396.00** |
| Service | Federal Receivership - 03/15/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. | 1.00 | $495.00 | **$495.00** |
| Service | Federal Receivership - 03/15/2019 - Preference / Avoidance Actions / Brian Weiss: Cross reference ▮ invoices with payments. | 0.40 | $495.00 | **$198.00** |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/15/2019 - Business Operations / Brian Weiss: Telcos (2) with J. Bastain and J. Reitman re: case strategies and information requests needed from MA. | 1.10 | $495.00 | $544.50 |
| Service | Federal Receivership - 03/15/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: case strategy. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/15/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare funds tracing and review of Honda Jet document production. | 1.80 | $495.00 | $891.00 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Telco with J. Reitman and ▮▮▮▮▮▮▮. | 0.50 | $495.00 | $247.50 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Perform funds tracing for sources and uses of Barella funds for meeting with counsel to Barella and J. Reitman. | 3.50 | $495.00 | $1,732.50 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Meeting with J. Reitman and counsel to Barella. | 1.40 | $495.00 | $693.00 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Analyze Passport 420 bank statements for transfers. | 0.90 | $495.00 | $445.50 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Meeting with J. Reitman re: fraudulent transfers. | 0.60 | $495.00 | $297.00 |
| Service | Federal Receivership - 03/18/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: upcoming judgment debtor examination. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/19/2019 - Business Operations / Brian Weiss: Telco with D. Golubchik and J. Reitman re: X-Law server production. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/19/2019 - Business Operations / Brian Weiss: Telco with J. Moriarty re: children's dental cases. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/19/2019 - Business Operations / Brian Weiss: Telco with J. Frank re: dental cases. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/19/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: Barella claims, dental cases and computer servers. | 0.40 | $495.00 | $198.00 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/19/2019 - Business Operations / Brian Weiss: Prepare correspondence to J. Moriarty re: dental cases. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/20/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: turnover of servers by X-Law Group. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/20/2019 - Business Operations / Brian Weiss: Analyze Barella documents and prepare for JDE. | 1.90 | $495.00 | $940.50 |
| Service | Federal Receivership - 03/21/2019 - Business Operations / Brian Weiss: Meeting with A. Stolper to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ . | 1.50 | $495.00 | $742.50 |
| Service | Federal Receivership - 03/21/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: litigation claims against EA. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/21/2019 - Business Operations / Brian Weiss: Process mail and update case list based on mail received. | 2.20 | $495.00 | $1,089.00 |
| Service | Federal Receivership - 03/21/2019 - Reporting / Financial Analysis / Brian Weiss: Prepare Receiver's report. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/22/2019 - Business Operations / Brian Weiss: Attend EA judgment debtor examination. | 11.00 | $495.00 | $5,445.00 |
| Service | Federal Receivership - 03/23/2019 - Business Operations / Brian Weiss: Investigate Escalade documents. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/24/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: case issues and computer servers. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/25/2019 - Business Operations / Brian Weiss: Prepare letter to ▮▮▮▮▮▮▮ re: Receivership order. Telco with ▮▮▮▮▮▮ . | 0.50 | $495.00 | $247.50 |
| Service | Federal Receivership - 03/25/2019 - Business Operations / Brian Weiss: Telco with A. Stolper re: subpoenas for client trust funds issued by FSS. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/25/2019 - Business Operations / Brian Weiss: Telco with ▮▮▮▮▮▮ at CB&T. | 0.10 | $495.00 | $49.50 |
| Service | Federal Receivership - 03/25/2019 - Business Operations / Brian Weiss: Read New York and IRS indictments of MA. Develop strategy for transition of clients. Telco with various attorneys re: interest in cases. | 8.80 | $495.00 | $4,356.00 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/26/2019 - Accounting & Bookkeeping / Ellen Sprague: Review PDF court documents and convert to OCR | 0.50 | $255.00 | $127.50 |
| Service | Federal Receivership - 03/26/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with J. Frank re: ▇▇▇▇. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/26/2019 - Business Operations / Brian Weiss: Prepare correspondence to ▇▇▇ re: open cases. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/26/2019 - Business Operations / Brian Weiss: Analyze open case list for correspondence with ▇▇▇. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/26/2019 - Preference / Avoidance Actions / Brian Weiss: Analyze bank statements for litigation and avoidance actions. | 3.70 | $495.00 | $1,831.50 |
| Service | Federal Receivership - 03/26/2019 - Business Operations / Brian Weiss: Process mail. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/26/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▇▇▇. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/27/2019 - Business Operations / Brian Weiss: Telco with J. Reitman and J. Bastian. | 0.80 | $495.00 | $396.00 |
| Service | Federal Receivership - 03/27/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: client list and related matters. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/27/2019 - Asset Analysis / Brian Weiss: Telco with ▇▇▇. Prepare email correspondence and send the receivership order. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/27/2019 - Business Operations / Brian Weiss: Telco with J. Reitman and J. Frank re: motions to file with the court. | 0.50 | $495.00 | $247.50 |
| Service | Federal Receivership - 03/28/2019 - Preference / Avoidance Actions / Brian Weiss: Analyze Valid8 software payment database and name vendors and perform transaction classifications. | 4.80 | $495.00 | $2,376.00 |
| Service | Federal Receivership - 03/28/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with ▇▇▇ re: banking transaction database. | 0.50 | $495.00 | $247.50 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 03/28/2019 - Business Operations / Brian Weiss: Read and provide edits to motion to change Bahamas class counsel. | 0.80 | $495.00 | $396.00 |
| Service | Federal Receivership - 03/28/2019 - Reporting / Financial Analysis / Brian Weiss: Prepare tracing analysis of Medline payments. Send analysis to J. Reitman. | 0.80 | $495.00 | $396.00 |
| Service | Federal Receivership - 03/28/2019 - Business Operations / Brian Weiss: Telco with N. Shariff (IRS). | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 03/29/2019 - Business Operations / Brian Weiss: Meeting with ▓▓▓▓ re: medical malpractice cases. | 1.00 | $495.00 | $495.00 |
| Service | Federal Receivership - 03/29/2019 - Business Operations / Brian Weiss: Update case list based on meeting with ▓▓▓▓. | 0.90 | $495.00 | $445.50 |
| Service | Federal Receivership - 03/29/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: info requests from J. Bastain. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/29/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare classification of banking transaction in the Valid8 database. | 3.00 | $495.00 | $1,485.00 |
| Service | Federal Receivership - 03/29/2019 - Report Preparation / Brian Weiss: Prepare Receiver's report. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 03/29/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: Kimberly Clark appeal and motion for replacement counsel. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 03/31/2019 - Business Operations / Brian Weiss: Read and edits BSW declaration for removal of EA as class counsel for Bahamas. Read draft versions of the motion. | 1.30 | $495.00 | $643.50 |
| Service | Federal Receivership - 04/01/2019 - Preference / Avoidance Actions / Brian Weiss: Analyze Valid8 software payment database and name vendors and perform transaction classifications. | 5.40 | $495.00 | $2,673.00 |
| Service | Federal Receivership - 04/01/2019 - Business Operations / Brian Weiss: Telco with ▓▓▓▓. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 04/01/2019 - Business Operations / Brian Weiss: Telco with S. Simms re: replacement counsel for Alpha case, | 0.30 | $495.00 | $148.50 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 04/01/2019 - Business Operations / Brian Weiss: Telco with S. Simms re: interim class counsel motion filed for Bahamas case. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 04/01/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: motion for replacement of class counsel in Bahamas case and indictment of MA. | 0.30 | $495.00 | $148.50 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Telco with J. Gersch re: transition of Alpha case. | 0.40 | $495.00 | $198.00 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Telco with ▬▬▬▬▬▬▬▬▬▬. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 04/02/2019 - Fee & Employment Application / Brian Weiss: Review and comment on LGB contingency fee arrangement. | 0.60 | $495.00 | $297.00 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Telco with D. Weissman re: Hall of Fame case. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Telco with A. Ibrahim. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Prepare correspondence to EA's vendor storing computer servers. | 0.20 | $495.00 | $99.00 |
| Service | Federal Receivership - 04/02/2019 - Preference / Avoidance Actions / Brian Weiss: Analyze Valid8 software payment database and name vendors and perform transaction classifications. | 6.30 | $495.00 | $3,118.50 |
| Service | Federal Receivership - 04/02/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: computer servers, subpoenas and avoidance actions. | 1.00 | $495.00 | $495.00 |
| Service | Federal Receivership - 04/03/2019 - Preference / Avoidance Actions / Brian Weiss: Analyze Valid8 software payment database and name vendors and perform transaction classifications. | 3.00 | $495.00 | $1,485.00 |
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Telcos with J. Reitman re: open cases and meeting with MA. | 0.50 | $495.00 | $247.50 |
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▬▬▬▬▬▬▬▬▬▬. | 0.90 | $495.00 | $445.50 |
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Telco with JR, JB and MA re: turnover of documents. | 0.90 | $495.00 | $445.50 |

| | | | | |
|---|---|---|---|---|
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Read ELs and case write-up for childrens' dental cases from J. Moriarty. | 0.90 | $495.00 | **$445.50** |
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Meeting and confer with KC's counsel and JR. | 0.90 | $495.00 | **$445.50** |
| Service | Federal Receivership - 04/03/2019 - Business Operations / Brian Weiss: Telco with JR and counsel to Mixinit re: computer servers. | 0.40 | $495.00 | **$198.00** |
| Service | Federal Receivership - 04/05/2019 - Business Operations / Brian Weiss: Meeting with F. Marchino and E. Karasick at X-Law office (includes travel time). | 3.30 | $495.00 | **$1,633.50** |
| Service | Federal Receivership - 04/05/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with J. Reitman re: avoidance action supporting documents. | 0.20 | $495.00 | **$99.00** |
| Service | Federal Receivership - 04/05/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare control log of all known bank accounts, legal names and account numbers. | 1.30 | $495.00 | **$643.50** |
| Expense | Federal Receivership: Meals - Working meeting with MA, JF and AS. | 1.00 | $79.01 | **$79.01** |
| Expense | Federal Receivership: Mileage | 1.00 | $166.32 | **$166.32** |
| Expense | Federal Receivership: Parking | 1.00 | $33.75 | **$33.75** |

| | |
|---|---|
| **Amount Due** | **$67,707.08** |

**Notes**

Please contact Force 10 for electronic payment information.
EIN# 81-2745810

# INVOICE



|  | From | **Force 10 Partners** |
|---|---|---|
|  |  | 20341 SW Birch, Suite 220 |
|  |  | Newport Beach, CA 92660 |
|  |  | (949) 357-2360 |
|  |  | www.force10partners.com |

| Invoice For | **Eagan Avenatti, LLP Receivership** | Invoice ID | 1000 |
|---|---|---|---|
|  |  | Invoice Date | 04/30/2019 |
|  |  | Due Date | 04/30/2019 (upon receipt) |
| Subject | Professional services rendered. | | |

| Item Type | Description | Time (in hours) | Rate | Amount |
|---|---|---|---|---|
| Service | 04/08/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: ▮. Read order. | 0.40 | $495.00 | $198.00 |
| Service | 04/08/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare identification of avoidance actions. Prepare lead sheets and payment support. | 6.10 | $495.00 | $3,019.50 |
| Service | 04/08/2019 - Litigation Support / Brian Weiss: Prepare analysis of ▮ tracing of funds for ▮. Send to J. Reitman. | 2.40 | $495.00 | $1,188.00 |
| Service | 04/08/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with J. Frank re: EA payees for avoidance actions analyses. | 0.40 | $495.00 | $198.00 |
| Service | 04/09/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare identification of avoidance actions. Prepare lead sheets and payment support. | 3.70 | $495.00 | $1,831.50 |
| Service | 04/09/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: case matters, case lists, etc. | 0.50 | $495.00 | $247.50 |
| Service | 04/09/2019 - Asset Analysis / Brian Weiss: Prepare analysis of ▮ and tracing of funds ▮. | 0.30 | $495.00 | $148.50 |
| Service | 04/09/2019 - Asset Analysis / Brian Weiss: Prepare case list and send to J. Reitman. | 0.20 | $495.00 | $99.00 |

| | | | | |
|---|---|---|---|---|
| Service | 04/09/2019 - Asset Analysis / Brian Weiss: Telco with ▮ ▮ . | 0.30 | $495.00 | $148.50 |
| Service | 04/09/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with Hartford re: notice received. | 0.20 | $495.00 | $99.00 |
| Service | 04/09/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with J. Frank re: payees for analysis of avoidance actions. | 0.30 | $495.00 | $148.50 |
| Service | 04/10/2019 - Information Technology Consulting / Erik Nathan: Internal discussion. Document downloads from FSS. Upload zip files to Google Drive | 0.70 | $375.00 | $262.50 |
| Service | 04/10/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare identification of avoidance actions. Prepare lead sheets and payment support. | 3.50 | $495.00 | $1,732.50 |
| Service | 04/10/2019 - Asset Analysis / Brian Weiss: Prepare analysis of ▮ purchases and tracing of funds used to purchase ▮. | 0.80 | $495.00 | $396.00 |
| Service | 04/10/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: subpoena received. | 0.20 | $495.00 | $99.00 |
| Service | 04/10/2019 - Business Operations / Brian Weiss: Telco with Croxton re: transfer of case. | 0.30 | $495.00 | $148.50 |
| Service | 04/10/2019 - Business Operations / Brian Weiss: Telco with ▮ ▮ re: document storage. | 0.40 | $495.00 | $198.00 |
| Service | 04/11/2019 - Information Technology Consulting / Erik Nathan: Document downloads from FSS. Upload zip files to Google Drive. | 0.60 | $375.00 | $225.00 |
| Service | 04/11/2019 - Preference / Avoidance Actions / Brian Weiss: Prepare identification of avoidance actions. Prepare lead sheets and payment support. | 4.90 | $495.00 | $2,425.50 |
| Service | 04/11/2019 - Litigation Support / Brian Weiss: Read grand jury indictment. Perform funds tracing. | 1.20 | $495.00 | $594.00 |
| Service | 04/11/2019 - Asset Analysis / Brian Weiss: Telco with City National Bank re: Receivership. | 0.30 | $495.00 | $148.50 |
| Service | 04/11/2019 - Preference / Avoidance Actions / Brian Weiss: Telco with J. Reitman re: avoidance actions and MA indictment, impact to cases. | 0.70 | $495.00 | $346.50 |
| Service | 04/12/2019 - Asset Analysis / Brian Weiss: Telco with CNB. Deliver Receivership Order to CNB re: Avenatti LLP account. | 1.30 | $495.00 | $643.50 |

| | | | | |
|---|---|---|---|---|
| Service | 04/12/2019 - Asset Analysis / Brian Weiss: Read correspondence from B. Hearon re: class counsel. Prepare questions and clarifications needed and telco with J. Reitman re: same. | 0.60 | $495.00 | $297.00 |
| Service | 04/12/2019 - Business Operations / Brian Weiss: Telco with J. Reitman and AUSA re: subpoena. | 1.00 | $495.00 | $495.00 |
| Service | 04/12/2019 - Business Operations / Brian Weiss: Read and reply to multiple correspondence re: EA cases (NFL Bahamas,etc.). Telcos with J. Reitman re: same. | 0.80 | $495.00 | $396.00 |
| Service | 04/12/2019 - Business Operations / Brian Weiss: Read and comment on latest draft of LGB contingency fee agreement. | 0.30 | $495.00 | $148.50 |
| Service | 04/14/2019 - Business Operations / Brian Weiss: Read and prepare correspondence to MA re: indemnification request, servers and case transfers. | 0.30 | $495.00 | $148.50 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Prepare document based on USA subpoena. | 0.90 | $495.00 | $445.50 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Telco with [redacted] re: box content reports. | 0.20 | $495.00 | $99.00 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Prepare correspondence to MA re: client files at [redacted] and read reply correspondence. | 0.20 | $495.00 | $99.00 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Review case correspondence and documents ([redacted]). | 0.50 | $495.00 | $247.50 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: EA cases. | 0.30 | $495.00 | $148.50 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Sign declaration re: support of FSS as replacement class counsel. | 0.10 | $495.00 | $49.50 |
| Service | 04/15/2019 - Business Operations / Brian Weiss: Telco with JF re: EA avoidance actions, repo of jet and USA funds tracing. | 0.40 | $495.00 | $198.00 |
| Service | 04/16/2019 - Business Operations / Brian Weiss: Telco with J. Moriarty re: dental cases. | 2.00 | $495.00 | $990.00 |
| Service | 04/16/2019 - Business Operations / Brian Weiss: Analyze tracing of airplane funds. | 0.30 | $495.00 | $148.50 |
| Service | 04/16/2019 - Business Operations / Brian Weiss: Work on case list and matters. | 0.70 | $495.00 | $346.50 |
| Service | 04/16/2019 - Business Operations / Brian Weiss: Telco with P. Engel re: case transition and documents. | 0.40 | $495.00 | $198.00 |

| | | | | |
|---|---|---|---|---|
| Service | 04/16/2019 - Business Operations / Brian Weiss: Telco with equipment liquidator. | 0.10 | $495.00 | **$49.50** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Telco with JF re: LGB contingency fee agreement. | 0.20 | $495.00 | **$99.00** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: case matters. | 0.30 | $495.00 | **$148.50** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Process mail. | 0.20 | $495.00 | **$99.00** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Prepare and reply to multiple emails from MA re: ▮ settlement payment. Review correspondence from ▮. | 0.30 | $495.00 | **$148.50** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Telco with A. Stolper re: KC replacement class counsel. | 0.30 | $495.00 | **$148.50** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Read motion and related declarations re: motion to replace class counsel. | 0.60 | $495.00 | **$297.00** |
| Service | 04/17/2019 - Business Operations / Brian Weiss: Telco with ▮ re: settlement payment. | 0.20 | $495.00 | **$99.00** |
| Service | 04/18/2019 - Business Operations / Brian Weiss: Multiple correspondence with MA re: request for indemnification. | 0.40 | $495.00 | **$198.00** |
| Service | 04/19/2019 - Business Operations / Brian Weiss: Telco with Balci re: deposit of settlement payment. | 0.20 | $495.00 | **$99.00** |
| Service | 04/22/2019 - Business Operations / Brian Weiss: Telco with FSS and JR re: KC replacement counsel. | 1.00 | $495.00 | **$495.00** |
| Service | 04/22/2019 - Business Operations / Brian Weiss: Perform tracing of Honda jet funding and related allocations. | 1.70 | $495.00 | **$841.50** |
| Service | 04/23/2019 - Information Technology Consulting / Erik Nathan: Discussion re IRS handoff of servers and data. Review project scope and planning. | 0.30 | $375.00 | **$112.50** |
| Service | 04/23/2019 - Business Operations / Brian Weiss: Meeting with IRS re: turnover of computers and imaging of servers. | 0.60 | $495.00 | **$297.00** |
| Service | 04/23/2019 - Business Operations / Brian Weiss: Analyze and scan Paychex payroll report. | 0.20 | $495.00 | **$99.00** |
| Service | 04/23/2019 - Business Operations / Brian Weiss: Telco with John Hancock re: status of 401k plan. | 0.30 | $495.00 | **$148.50** |
| Service | 04/23/2019 - Business Operations / Brian Weiss: Telco with JR re: case matters. | 0.40 | $495.00 | **$198.00** |

| | | | | |
|---|---|---|---|---|
| Service | 04/23/2019 - Business Operations / Brian Weiss: Telco with C. Colorado re: ▮ case. | 0.20 | $495.00 | **$99.00** |
| Service | 04/23/2019 - Business Operations / Brian Weiss: Prepare and respond to communications from the IRS. | 0.20 | $495.00 | **$99.00** |
| Service | 04/24/2019 - Information Technology Consulting / Erik Nathan: Internal discussion. Procure 10TB drive for IRS forensic data transfer. | 0.10 | $375.00 | **$37.50** |
| Service | 04/24/2019 - Business Operations / Brian Weiss: Multiple correspondence with IRS re: imaging of servers. Meeting with E. Nathan re: same. | 0.40 | $495.00 | **$198.00** |
| Service | 04/24/2019 - Business Operations / Brian Weiss: Telco with M. ▮ re: settlement check. | 0.20 | $495.00 | **$99.00** |
| Service | 04/24/2019 - Business Operations / Brian Weiss: Meeting with M. ▮ at bank for signature guarantee for settlement check. | 0.80 | $495.00 | **$396.00** |
| Service | 04/25/2019 - Business Operations / Brian Weiss: Read and edit motion in support of FSS as class counsel. | 0.40 | $495.00 | **$198.00** |
| Service | 04/25/2019 - Business Operations / Brian Weiss: Telco with JR re: case matters. | 0.20 | $495.00 | **$99.00** |
| Service | 04/26/2019 - Business Operations / Brian Weiss: Prepare reply correspondence to JR re: EA claim for lease rights. | 0.10 | $495.00 | **$49.50** |
| Service | 04/26/2019 - Business Operations / Brian Weiss: Search for multi-years of insurance policies. Prepare correspondence to the former broker. | 0.30 | $495.00 | **$148.50** |
| Service | 04/26/2019 - Information Technology Consulting / Erik Nathan: Internal discussion re data forensic formats and processing. | 0.10 | $375.00 | **$37.50** |
| Service | 04/29/2019 - Business Operations / Brian Weiss: Prepare list of areas of MA's non-compliance with the Receivership Order. Send to JR. | 0.30 | $495.00 | **$148.50** |
| Service | 04/29/2019 - Business Operations / Brian Weiss: Telco with JR re: case matters. | 0.20 | $495.00 | **$99.00** |
| Service | 04/29/2019 - Business Operations / Brian Weiss: Prepare correspondence to and from C. Colorado. | 0.20 | $495.00 | **$99.00** |
| Service | 04/30/2019 - Business Operations / Brian Weiss: Telco with J. Hancock re: termination of 401k plan. | 0.20 | $495.00 | **$99.00** |
| Service | 04/30/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: contingency fee agreement for avoidance actions. | 0.90 | $495.00 | **$445.50** |

| | | | | |
|---|---|---|---|---|
| Service | 04/30/2019 - Business Operations / Brian Weiss: Meeting with IRS re: computer servers. | 0.20 | $495.00 | **$99.00** |
| Service | 04/30/2019 - Business Operations / Brian Weiss: Telco with J. Reitman re: case matters (███████████████ ███████████). | 0.80 | $495.00 | **$396.00** |
| Service | 04/30/2019 - Business Operations / Brian Weiss: Telco with C. Colorado re: contingency case transition. | 0.20 | $495.00 | **$99.00** |
| Expense | 04/26/2019 - Information Technology / Erik Nathan: Hard Drive for forensic imaging of servers. | 1.00 | $210.00 | **$210.00** |
| Expense | 04/30/2019 - Other / Ellen Sprague: PACER charges for Q1 2019 | 1.00 | $10.20 | **$10.20** |

**Amount Due**  **$25,744.20**

**Notes**

Please contact Force 10 for electronic payment information.
EIN# 81-2745810