# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KES                      Date: May 22, 2019

Title: IN RE EAGAN AVENATTI, LLP

PRESENT:

**THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE**

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order re Motion to Compel (Dkt. 76)**

Judgment creditor Jason Frank Law, PLC ("JFL") has moved to compel third-party law firm Bienert Katzman, PC ("BK") to comply with a subpoena to produce documents. (Dkt. 76.) BK formerly represented judgment debtor Michael Avenatti in a criminal case currently pending in this district. See United States v. Avenatti, 8:19-cr-0061-JVS-1. Although BK served JFL with objections invoking the attorney-client privilege and Mr. Avenatti's Fifth Amendment rights (Dkt. 76-2 at 3-4), BK declined to file a substantive opposition to the motion to compel, explaining that it "does not represent Mr. Avenatti in this action" and "is not in a position to advocate for those privileges on Mr. Avenatti's behalf" (Dkt. 81 at 2). BK asks the Court to "permit Mr. Avenatti an opportunity to argue in support of his privileges." (Id.) Mr. Avenatti is currently represented in this action by separate counsel.

IT IS THEREFORE ORDERED THAT:

1. The hearing on the motion to compel noticed for May 28, 2019 at 10:00 AM is **taken off calendar**.

2. Mr. Avenatti may file an opposition to the motion to compel and/or a motion to quash **on or before Friday, May 31, 2019**. If the Court does not receive any filings from Mr. Avenatti by that date, it will consider the motion under submission.

Initials of Deputy Clerk JD