## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KESx                    Date: May 31, 2019

Title:  IN RE EAGAN AVENATTI, LLP

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Denise Vo | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|:---:|:---:|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**          **Order re Contact Information for Michael Avenatti**

Michael Avenatti is currently listed on the Court's docket as counsel for judgment debtor Eagan Avenatti, LLP.  Recently, orders sent by the Court to Mr. Avenatti's mailing and email address have been returned as undeliverable.  (Dkt. 83, 87.)  Based on underlying filings in this action, it appears that Mr. Avenatti has moved office locations and may have a new email address connected with Avenatti, LLP.

Because Mr. Avenatti is also listed as an "interested party," with counsel at Shulman Hodges & Bastian LLP appearing as counsel of record on his personal behalf, there does not appear to be any concern that Mr. Avenatti is not receiving actual notice of the filings in this action.  Nevertheless, pursuant to Local Rule 83-2.4, the Court should be kept apprised of his current mailing and email address.

The Clerk is directed to change the mailing address for Mr. Avenatti on the CM/ECF docket to the address listed for him on the California Bar website, namely: 10000 Santa Monica Blvd., Los Angeles, CA 90067.

Initials of Deputy Clerk: dv