# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KES                              Date: June 12, 2019

Title:  IN RE EAGAN AVENATTI, LLP

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**           **Order re Hearing on July 2, 2019**

    Judgment creditor Jason Frank Law, PLC ("JFL") served a subpoena on law firm Bienert Katzman, PC ("BK") to produce documents related to BK's representation of Michael Avenatti. JFL has moved to compel compliance with the subpoena (Dkt. 76), and Mr. Avenatti has moved to quash the subpoena (Dkt. 88).

    The motion to quash is currently noticed for hearing on July 2, 2019 at 10:00 a.m.  On that date, the Court will also hear argument on JFL's motion to compel.  Counsel for BK should attend the hearing, even if BK does not plan to oppose either motion.  Counsel for BK should be prepared to answer questions about how and when documents responsive to the subpoena can be produced and/or redacted, if the Court orders production and/or redaction.

    Any party wishing to appear telephonically should contact Courtroom Deputy Jazmin Dorado at <u>KES_Chambers@cacd.uscourts.gov</u> to obtain a call-in number.

Initials of Deputy Clerk <u>JD</u>