**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:18-cv-01644-VAP-KESx　　　　　　　　　　　　　Date: July 2, 2019

Title: <u>In Re Eagan Avenatti, LLP</u>

---

PRESENT:

<u>　　　THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE　　　</u>

<u>　　Jazmin Dorado　　</u>　　　　　　　　　<u>　　CS 7/2/19　　</u>
　　Courtroom Clerk　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:　　ATTORNEYS PRESENT FOR DEFENDANT:

　　　Andrew Stolper　　　　　　　　　　Ryan D. O'Dea (for Michael Avenatti)
　　　　　　　　　　　　　　　　　Michael R. Williams (for Bienert Katzman PC)

---

**PROCEEDINGS:**　　　　　　　　**Hearing re Motion to Compel (Dkt. 76)**
　　　　　　　　　　　　　　　　**and Motion to Quash (Dkt. 88)**

　　Case is called. Counsel state their appearances. Oral arguments are heard. For reasons stated on the record, the Motion to Compel is granted and the Motion to Quash is denied. A separate order will be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　<u>　00　</u> : <u>　18　</u>
　　　　　　　　　　　　　　　　　　　　Initials of Preparer　　<u>　JD　</u>