UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KESx　　　　　　　　　　　　　　　　Date: July 3, 2019

Title:  IN RE EAGAN AVENATTI, LLP

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**　　　Order Granting Motion to Compel (Dkt. 76) and Denying Motion to Quash (Dkt. 88) Subpoena to Non-Party Bienert Katzman, PC

　　　For the reasons stated on the record at the hearing on July 2, 2019, IT IS HEREBY ORDERED that:

　　　1.　　The motion to compel (Dkt. 76) is **granted** and the motion to quash (Dkt. 88) is **denied**.

　　　2.　　On or before **Friday, July 5, 2019**, Bienert Katzman, PC ("Bienert") shall produce its retainer agreement with Michael Avenatti and the check used to pay that retainer. These documents may be redacted as discussed at the hearing.

　　　3.　　On or before **Friday, July 12, 2019**, Bienert shall produce any communications discussing payment of the retainer or other fees or costs connected with Bienert's representation of Mr. Avenatti. Portions of any responsive communications that are not concerned with payment of fees or costs to Bienert may be redacted. If Bienert contends that any responsive communications are privileged, Bienert shall produce a privilege log.

　　　4.　　If there are any disputes about production, counsel for Bienert, counsel for the judgment creditor, and counsel for Mr. Avenatti should meet-and-confer in person or by

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KESx				Date: July 3, 2019
								Page 2

telephone.  If they cannot agree, they should seek resolution through the Court's informal telephonic procedure.  See Judge's Procedures ¶ 3, https://www.cacd.uscourts.gov/honorable-karen-e-scott.


						Initials of Deputy Clerk JD