JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Plaintiff Brian Weiss,
Federal Court Appointed Receiver of Eagan Avenatti, LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>        Debtor. | Case No. 8:18-CV-01644-VAP-KES<br><br>**NOTICE OF RECEIVER'S EX PARTE APPLICATION AND RECEIVER'S EX PARTE APPLICATION TO QUASH WRIT OF EXECUTION OR TO STAY THE SHERIFF'S SALE SET FOR AUGUST 20, 2019 AT 10:00 A.M.; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF JACK A. REITMAN; EXHIBITS** |

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **TO THE HONORABLE JUDGE VIRGINIA A. PHILLIPS, ALL PARTIES,**
2  **AND THEIR ATTORNEYS OF RECORD:**

3      **PLEASE TAKE NOTICE THAT** Brian Weiss, Federal Court Appointed
4  Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP
5  ("EA") applies *ex parte* (the "Application") for an order (1) quashing the writ of
6  execution (the "Writ") issued on May 10, 2019 by the Clerk of the Superior Court of
7  California, County of Orange, for Ms. Lisa Storie-Avenatti, or in the alternative (2)
8  to stay the Orange County Sheriff's sale of the art described below levied by the
9  Writ, currently set for Tuesday, August 20, 2019 at 10:00 a.m. at All-Way's Moving
10 & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's
11 Sale").

12     **PLEASE TAKE FURTHER NOTICE** that the Receiver makes this *ex parte*
13 application on the basis that four pieces of art (the "EA Art") set to be sold at the
14 Sheriff's Sale are the property of the EA Receivership estate and may not be sold to
15 satisfy Michael Avenatti's support obligations to Ms. Storie-Avenatti.  The Receiver
16 did not receive notice of the levy or sale from Ms. Storie-Avenatti, and did not
17 receive notice of the date of the Sheriff Sale until August 13, 2019, when he
18 obtained the Notice of Sheriff's Sale directly from the Orange County Sheriff (upon
19 requesting it).  The Receiver has attempted to file a third-party claim based on
20 California Code of Civil Procedure §§ 720.110 and 720.130, but this claim was
21 rejected by the Orange County Sheriff due to the Receiver's descriptions of the EA
22 Art not exactly matching the descriptions given to the Orange County Sheriff by Ms.
23 Storie-Avenatti, which the Orange County Sheriff refused to disclose to the
24 Receiver.

25     **PLEASE TAKE FURTHER NOTICE** that there is a significant risk that the
26 EA Art (which is worth approximately $100,000 retail) will be sold at the Sheriff's
27 Sale for a significantly discounted value if this application is heard on normal
28 notice, thereby irrevocably harming the EA Receivership estate.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that the Receiver has already made an *ex parte* application for the same purpose before the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court") on August 16, 2019 (Attached to the accompanying Declaration of Jack A. Reitman as Exhibit 1).  The hearing on that *ex parte* application was continued to August 19, 2019, for further briefing on the issue of whether or not the Family Law Court has jurisdiction to adjudicate that *ex parte* application.  The Family Law Court stated that it was uncertain as to whether it had such jurisdiction. Out of an abundance of caution, due to the potential loss of the EA Art as the result of the still scheduled Sheriff's Sale on Tuesday, August 20, 2019, the Receiver applies to this Court to halt the sale the EA Art in which the Receivership Estate has claimed an ownership interest.

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this notice, the attached Memorandum of Points and Authorities, the attached Declaration of Jack A. Reitman (with exhibits), the files and records in this case, and any additional evidence and argument that may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that counsel for the involved parties have been notified of this Application per Local Rule 7-19.1, as indicated in the accompanying Declaration of Jack A. Reitman.

**WHEREFORE** the Receiver requests that the Court grant the Application and (1) quash the Writ or (2) stay the Sheriff's Sale until further order of the Court.

Dated:  August 16, 2019                    Respectfully submitted,
                                           LANDAU GOTTFRIED & BERGER LLP


                                           By:_____/s/ Jack A. Reitman_____
                                                      Jack A. Reitman
                                           Attorneys for Brian Weiss, Federal Court
                                           Appointed Receiver of Eagan Avenatti, LLP

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## MEMORANDUM OF POINTS AND AUTHORITIES

Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") applies *ex parte* (the "Application") for an order (i) quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (ii) staying the Orange County Sheriff's (the "Sheriff") sale of the art described below levied by the Writ, currently set for Tuesday, August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale"). Also submitted is the Declaration of Jack A. Reitman (the "Reitman Dec."), with exhibits.

## I.   INTRODUCTION

The Receiver brings this Application due to the significant risk that four pieces of fine art that are the property of the EA Receivership estate (the "EA Art") will be sold at the Sheriff's Sale scheduled for August 20, 2010 at 10:00 a.m. The Receiver was not provided any notice of the Writ, the execution carried out due to the Writ, or the Sheriff's Sale by Ms. Storie-Avenatti – the Receiver only learned of these events through his discussions with third-parties. Reitman Dec., Ex. 1, ¶¶ 4-5 of the Declaration of Jack A. Reitman (the "Family Court Application"). The Receiver only learned of the date of the Sheriff Sale on August 13, 2019. *Id.*, ¶ 6.

The Receiver has attempted to submit a third-party claim with the Sheriff as contemplated in California Code of Civil Procedure §§ 720.110 and 720.130, but this claim was rejected by the Sheriff because the description provided by the Receiver did not exactly match the description provided by Ms. Storie-Avenatti. Family Court Application, Reitman Dec., ¶ 8, Ex. 4. There is no provision in California Code of Civil Procedure §720.110, *et seq.,* that (i) requires this "match" or (ii) gives the Sheriff the authority to refuse the Receiver's third-party claim so long as it complies with California Code of Civil Procedure § 720.130. The Receiver has determined that those pieces of art were purchased with EA funds.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Family Court Application, Reitman Dec., Ex. 4.

On August 19, 2019, the Receiver brought the Family Court Application for the same purpose before the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court") on August 16, 2019.  Reitman Dec., ¶ 2, Family Court Application.  The hearing on the Family Court Application was continued to August 19, 2019, for further briefing on the issue of whether or not the Family Law Court has jurisdiction to adjudicate the Family Court Application, as the Family Law Court was uncertain as to whether it had such jurisdiction.  *Id.,* ¶ 3.  Out of an abundance of caution, and due to the potential loss of the EA Art as a result of the currently scheduled Sheriff's Sale on Tuesday, August 20, 2019, the Receiver applies to this Court to halt the sale the EA Art in which the EA Receivership Estate claims an ownership interest.

The Receiver is responsible to the creditor body of EA, which includes a long list of former EA clients and other alleged victims of attorney Michael Avenatti, the defendant in three separate Federal criminal indictments.  The EA Art was paid for with EA funds, some or all of which may have been stolen from former EA clients by Mr. Avenatti.[1]  Family Court Application, Reitman Dec., Ex. 4.  Those victims have a right to the value of the EA Art, which will be mostly lost if the EA Art is sold at the Sheriff's Sale, which is taking place at a storage unit facility.

## II.   STATEMENT OF FACTS

The majority of the facts and the supporting evidence for this Application are contained in the Family Court Application, attached as Exhibit 1 to the Declaration of Jack A. Reitman, and incorporated herein by reference.  The most critical points are restated below.

---

[1] *See United States v. Michael Avenatti*, SA-CR-19-61-JVS, United States District Court for the Central District of California.

The Receiver was appointed by this Court pursuant to a Stipulation and Order agreed to by Avenatti, individually and for EA, entered on February 13, 2019 (the "Receivership Order").  Docket No. 53.  Pursuant to the Receivership Order, Avenatti voluntarily agreed to turn over possession of all EA property, which included the EA Art.

In mid-March, the Receiver discovered that Avenatti had caused EA to purportedly sell the EA Art and other property to a law firm known as The X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018."  Family Court Application, Reitman Dec., ¶¶ 3, Ex. 2.  The Receiver contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken possession of the EA Art.  The Receiver arranged to inspect the EA Art, but upon his arrival he discovered that the EA Art had been placed in storage with Orange County Fine Art Storage ("OCFAS").  *Id.*, Declaration of Brian Weiss (the "Weiss Dec."), ¶ 3.  OCFAS then separately confirmed its possession of the EA Art with the Receiver, who then began the process of preparing a motion before the District Court to sell the EA Art.  *Id.*, ¶ 3, Ex. 6; Reitman Dec., ¶ 3.  This fact was communicated to counsel for Ms. Storie-Avenatti.  *Id.*, Declaration of John P. Reitman (the "JPR Dec."), ¶ 3.

On May 10, 2019, Ms. Storie-Avenatti obtained the Writ to levy on, among other things, the EA Art.  *Id.*, Reitman Dec., ¶ 4.  In early August 2019, the Receiver was informed by OCFAS that the Sheriff had levied pursuant to the Writ and seized the EA Art.  The Receiver was provided no formal notice of the Writ or the subsequent levy at OCFAS. Instead, he learned of the Writ and the seizure of the EA Art, after the fact, from OCFAS in early August  *Id.*, Reitman Dec., ¶ 5, Weiss Dec., ¶ 4.

On or about August 9, 2019, the Receiver filed a third-party claim (the "Third-Party Claim") with the Sheriff, complying with the requirements of California Civil Code § 720.130.  *Id.*, Reitman Dec., ¶ 6, Ex. 4.  On August 13,

2019, the Receiver was notified by the Sheriff that the Third-Party Claim was rejected because "only one piece of art claimed" had been taken into custody by the Sheriff. *Id.,* Reitman Dec., ¶ 7. That same day, the Receiver, at his request, was provided with a copy of the Notice of Sale and learned that the Sheriff's Sale was to be conducted in seven days, on August 20, 2019. After reviewing the Notice of Sale and the attached Bill of Lading from OCFAS, the Receiver determined that the Sheriff was incorrect – four pieces of EA Art with a total value of approximately $100,000 was being held by the Sheriff. *Id.,* Reitman Dec., ¶ 7.

Upon conveying this information to the Sheriff, the Receiver was also informed that the Sheriff would not accept the Third-Party Claim because it did not "exactly match" the descriptions given to the Sheriff by Ms. Storie-Avenatti; the Sheriff refused to provide a copy of this list/descriptions to the Receiver, and refused to allow the Receiver to inspect the art that had been levied from OCFAS. *Id.*, Reitman Dec., ¶ 8. The Sheriff suggested that the Receiver ask counsel for Ms. Storie-Avenatti for a copy of this list. Counsel for the Receiver contacted Ronn Bisbee, Ms. Storie's attorney who obtained the Writ, for this information, but he has not provided this list. *Id.* The Sheriff's seizure of the EA Art violated California Code of Civil Procedure § 700.040.

As a result, the Receiver brought the Family Court Application before the Family Law Court on August 19, 2019, out of concern that (i) the EA Art will be sold despite his valid Third-Party Claim that the Sheriff has wrongfully rejected; (ii) a significant portion of the value of the EA Art will be lost at the Sheriff Sale, irrevocable harming the EA Receivership estate and the victims of Michael Avenatti; and (iii) Ms. Storie-Avenatti will reap the profits of her former husband's misuse of EA assets and alleged fraudulent conduct. Reitman Dec., ¶ 3. At the hearing on the Family Law Application, the Family Law Court continued the hearing to Monday, August 19, 2019 at 10:00 a.m. and asked the parties to submit a briefs whether or not the Family Law Court had jurisdiction to hear the Family

7

1    Court Application; the Family Law Court stated it was uncertain it had that

2    jurisdiction because of the Receivership case pending before this Court.  Out of an

3    abundance of caution, the Receiver has filed this Application for the same purpose:

4    to halt the sale of the EA Art.

5    **III.**   **ARGUMENT**

6        **A.**   **Good Cause Exists to Quash the Writ of Execution and the Levy on**

7                 **OCFAS.**

8        Ms. Storie-Avenatti applied for the Writ and directed the Sheriff to levy on

9    OCFAS, even though her legal counsel had previously been given notice on April

10   12, 2019 that some of the art which formed part of the marital distribution to her

11   was paid for by EA, and those payments are potential fraudulent transfers.[2]  Family

12   Court Application, Reitman Dec., ¶ 4, Ex. 3.  Ms. Storie-Avenatti made no attempt

13   to notify the Receiver of any of these actions.

14       Moreover, the Sheriff improperly levied upon OCFAS.  The California Code

15   of Civil Procedure states the following:

16       (a) Unless another method of levy is provided by this article, to levy upon

17       tangible personal property in the possession or under the control of a third

18       person, the levying officer shall personally serve a copy of the writ of

19       execution and a notice of levy on the third person.

20       **(b) If goods are in the possession of a bailee who has issued a**

21       **negotiable document of title therefor, the goods may not be levied**

22

23   [2] Ms. Storie-Avenatti also asked the Family Law Court to sanction the Receiver and

24   his counsel John P. Reitman should the Receiver move to "avoid the execution" of

25   EA property (including the EA Art) as a result of this Court's April 4, 2019 order.

26   Family Court Application, Reitman Dec., Ex. 3. The Barton Doctrine prohibits such

27   a request before the Family Law Court.

28

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**upon but the negotiable document of title may be levied upon in the manner provided by Section 700.120**. If goods are in the possession of a bailee other than one who has issued a negotiable document of title therefor, the goods may be levied upon in the manner provided by Section 700.060. As used in this subdivision, "bailee" means "bailee" as defined in Section 7102 of the Commercial Code.

California Code of Civil Procedure § 700.040 (emphasis added).

OCFAS is a bailee as defined by California Commercial Code § 7102(a), and sent several communications to the Receiver which heavily suggests that a bill of lading was issued.[3]  Family Court Application, Weiss Dec., Ex. 6.  That being the case, the Sheriff was not permitted to take possession of the EA Art, but did so anyway.  For this reason, the Writ should be quashed because the levy on OCFAS was improper; the EA Art (and all other items seized from it) should be returned to OCFAS.

## B.   Good Cause Exists to Stay the Sheriff's Sale.

California Code of Civil Procedure §720.110, *et seq.*, provides the procedure for a third-party making a claim against levied property.  Specifically, § 720.130 provides the following:

(a) The third-party claim shall be executed under oath and shall contain all of the following:

(1) The name of the third person and an address in this state where

---

[3] Not only that, but OCFAS issued a separate bill of lading to the Sheriff, which suggests that there was an original bill of lading on intake to OCFAS.  Family Court Application, Reitman Dec., Ex. 5.  Given exigent circumstances, the Receiver has not had the time to separately subpoena OCFAS to obtain the original bill of lading, but offers to do so if the Court wishes to review it directly.

service by    mail may be made on the third person.

(2) A description of the property in which an interest is claimed.

(3) A description of the interest claimed, including a statement of the facts       upon which the claim is based.

(4) An estimate of the market value of the interest claimed.

(b) A copy of any writing upon which the claim is based shall be attached to the third-party claim. At a hearing on the third-party claim, the court in its discretion may exclude from evidence any writing a copy of which was not attached to the third-party claim.

California Code of Civil Procedure, § 720.130.

The Receiver submitted the Third-Party Claim in compliance with the Code on or about August 9, 2019.  Family Court Application, Reitman Dec., ¶ 6, Ex. 4. Despite this, the Sheriff rejected the Third-Party Claim on the basis that (i) not all of the art claimed was in possession of the Sheriff (an incorrect conclusion) and (ii) the description provided by the Receiver did not "exactly match" the description given to the Sheriff by Ms. Storie-Avenatti (which the Sheriff would not show the Receiver).  *Id.*, ¶ 7.  The Sheriff does not have the discretion under the Code of Civil Procedure to reject a third-party claim for these reasons; so long as the third-party claim contains the elements required in § 720.130, the claim is valid and must be accepted.

As the Sheriff's Sale is set for Tuesday, August 20, 2019 and the Receiver was not provided with proper notice, and the Family Law Court has so far declined to act of the Receiver's *ex parte* application to it, the Receiver has no choice but to seek this Court's intervention  as the only other way to stop the sale as to the EA Art is to file a third-party claim, which the Sheriff has made effectively impossible.  *See* California Code of Civil Procedure § 720.150.

/ / /

/ / /

## IV.    CONCLUSION

For all the foregoing reasons, the Receiver respectfully requests that the Court issue an order (1) quashing the Writ issued on May 10, 2019 by the Clerk of the Family Law Court for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Sheriff's Sale of the property levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653.

Dated:  August 16, 2019

Respectfully submitted,
LANDAU GOTTFRIED & BERGER LLP


By:_____/s/ Jack A. Reitman_____
          Jack A. Reitman
Attorneys for Brian Weiss, Federal Court
Appointed Receiver of Eagan Avenatti, LLP

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## <u>DECLARATION OF JACK A. REITMAN</u>

I, Jack A. Reitman, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.  I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court.  I am an associate with the law firm of Landau Gottfried & Berger LLP, counsel for Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA").  I make this declaration in support of the Receiver's *Ex Parte* Application for an order (1) quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk of the Orange County Superior Court (Family Law Division) for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Orange County Sheriff's (the "Sheriff") sale of the property levied by the Writ, currently set for Tuesday, August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale").

2.      On August 16, 2019, I brought a similar application before the Honorable Judge Nathan Vu, Superior Court of California, County of Orange, Family Law Division (the "Family Law Court").  A true and correct copy of that application (the "Family Court Application") that I personally prepared and filed with the Family Law Court is attached as Exhibit 1.

3.      At the hearing on the Family Court Application, the Family Law Court expressed concern that the District Court was the court that had jurisdiction over this issue.  The Family Law Court requested further briefing on the matter and continued the hearing to Monday, August 19, 2019 at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

4.      Pursuant to Local Rule 7-19.1, I provided oral (by voicemail as indicated) and email notice of the Application by no later than 4:00 p.m. on August 16, 2019, to the following parties:

      i.      Saul M. Gelbart
              Douglas A. Hatherly
              Stegmeier, Gelbart, Schwartz, Benavente,
              Attorneys for Michael Avenatti
              19762 MacArthur Boulevard
              Irvine, CA 92612
              (949) 337-4050

      ii.     James C. Bastian, Jr. (voicemail)
              Shulman, Hodges & Bastian LLP
              Attorneys for Michael Avenatti
              100 Spectrum Center Drive, Suite 600
              Irvine, CA 92618
              949-340-3400

      iii.    Ronn Bisbee
              Bisbee Law Group, PC
              Attorneys for Lisa Storie-Avenatti
              24040 Camino Del Avion, Suite A-109
              Monarch Beach, CA 92629
              949-481-9664

      iv.    Scott H. Simms (voicemail)
              Andrew D. Stolper
               Frank Sims & Stolper LLP
              Attorneys for Jason Frank and Jason Frank Law, PLC
              19800 MacArthur Boulevard, Suite 855
              Irvine, California 92612,
              (949) 201-2400

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2019, at Los Angeles, California

                    /s/ Jack A. Reitman
                    Jack A. Reitman

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT 1

1   JOHN P. REITMAN (State Bar No. 80579)
    jreitman@lgbfirm.com
2   JACK A. REITMAN (State Bar No. 283746)
    jareitman@lgbfirm.com
3   LANDAU GOTTFRIED & BERGER LLP
    1880 Century Park East, Suite 1101
4   Los Angeles, California 90067
    Telephone: (310) 557-0050
5   Facsimile: (310) 557-0056

6   Attorneys for Plaintiff Brian Weiss,
    Federal Court Appointed Receiver of Eagan Avenatti, LLP

7

8                    **SUPERIOR COURT OF CALIFORNIA**

9                        **COUNTY OF ORANGE**

10  MICHAEL AVENATTI,                        Case No.: 17D009930

11                      Petitioner,
                                             **NOTICE OF RECEIVER'S EX PARTE**
12         v.                                **APPLICATION AND RECEIVER'S EX**
                                             **PARTE APPLICATION TO QUASH**
13  LISA STORIE-AVENATTI,                    **WRIT OF EXECUTION OR TO STAY**
                                             **THE SHERIFF'S SALE SET FOR**
14                      Respondent.          **AUGUST 20, 2019 AT 10:00 A.M.;**
                                             **MEMORANDUM OF POINTS AND**
15                                           **AUTHORITIES; DECLARATIONS OF**
                                             **JACK A. REITMAN, JOHN P.**
16                                           **REITMAN, AND BRIAN WEISS;**
                                             **EXHIBITS**
17

18                                           <u>**Hearing Date, Time, and Location:**</u>
                                             Date:        August 16, 2019
19                                           Time:        8:30 a.m.
                                             Place:       Courtroom L67
20                                                        341 The City Drive South
                                                          Orange, CA 92868
21

22

23

24

25

26

27

28

*LANDAU GOTTFRIED & BERGER LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

**TO THE HONORABLE JUDGE NATHAN YU, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California, applies *ex parte* (the "Application") for an order (1) quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Orange County Sheriff's sale of the art described below levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale").

**PLEASE TAKE FURTHER NOTICE** that the Receiver makes this *ex parte* application on the basis that four pieces of art (the "EA Art") set to be sold at the Sheriff's Sale are the property of the EA Receivership estate and may not be sold to satisfy Michael Avenatti's support obligations to Ms. Storie-Avenatti. The Receiver did not receive notice of the levy or sale from Ms. Storie-Avenatti, and did not receive notice of the date of the Sheriff Sale until August 13, 2019, when he obtained the Notice of Sheriff's Sale directly from the Orange County Sheriff (upon requesting it). The Receiver has attempted to file a third-party claim based on California Code of Civil Procedure §§ 720.110 and 720.130, but this claim was rejected by the Orange County Sheriff due to the Receiver's descriptions of the EA Art not exactly matching the descriptions given to the Orange County Sheriff by Ms. Storie-Avenatti, which the Orange County Sheriff refused to disclose to the Receiver.

**PLEASE TAKE FURTHER NOTICE** that there is a significant risk that the EA Art (which is worth approximately $100,000 retail) will be sold at the Sheriff's Sale for a significantly discounted value if this application is heard on normal notice, thereby irrevocably harming the EA Receivership estate.

**PLEASE TAKE FURTHER NOTICE** that the Application is based on this notice, the attached Memorandum of Points and Authorities, the attached Declarations of Jack A. Reitman, John P. Reitman, and Brian Weiss (with exhibits), the files and records in this case, and any

2

1  additional evidence and argument that may be presented to the Court.

2       **WHEREFORE** the Receiver requests that the Court grant the Application and (1) quash

3  the Writ or (2) stay the Sheriff's Sale until further order of the Court.

4

5  Dated:  August 15, 2019            Respectfully submitted,

6                              LANDAU GOTTFRIED & BERGER LLP

7

8                              By:_____

9                                  Jack A. Reitman
                   Attorneys for Brian Weiss, Federal Court Appointed

10                     Receiver of Eagan Avenatti, LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Vertical left margin:* LANDAU GOTTFRIED & BERGER LLP  ATTORNEYS AT LAW  LOS ANGELES, CALIFORNIA

3

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California (the "District Court"), applies *ex parte* (the "Application") for an order (i) quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (ii) staying the Orange County Sheriff's (the "Sheriff") sale of the art described below levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale").  Also submitted is the Declaration of Jack A. Reitman (the "Reitman Dec."), John P. Reitman (the "JPR Dec.") and Brian Weiss (the "Weiss Dec.") with exhibits.

**I.    INTRODUCTION**

The Receiver brings this Application due to the significant risk that four pieces of fine art that are the property of the EA Receivership estate (the "EA Art") will be sold at the Sheriff's Sale scheduled for August 20, 2010 at 10:00 a.m.  The Receiver was not provided any notice of the Writ, the execution carried out due to the Writ, or the Sheriff's Sale by Ms. Storie-Avenatti – the Receiver only learned of these events through his discussions with third-parties.  Reitman Dec., ¶¶ 4-5.  The Receiver only learned of the date of the Sheriff Sale on August 13, 2019.  *Id.*, ¶ 6.

The Receiver has attempted to submit a third-party claim with the Sheriff as contemplated in Code of Civil Procedure §§ 720.110 and 720.130, but this claim was rejected by the Sheriff because the description provided by the Receiver did not exactly match the description provided by Ms. Storie-Avenatti.  Reitman Dec., ¶ 8, Ex. 4.  There is no provision in California Code of Civil Procedure §720.110 *et seq* that (i) requires this "match" or (ii) gives the Sheriff the authority to refuse the Receiver's third-party claim so long as it complies with California Code of Civil Procedure § 720.130.  The Receiver has determined that those pieces of art were purchased with EA funds.

Additionally, the Receiver is responsible to the creditor body of EA, which includes a long list of clients and other victims of attorney Michael Avenatti, the defendant in three separate

4

Federal criminal indictments.  The EA Art was paid for with EA funds, some or all of which may have been stolen from former EA clients by Mr. Avenatti.[1]  Those victims have a right to the value of the EA Art, not Ms. Storie-Avenatti.

## II.      **STATEMENT OF FACTS**

The Receiver was appointed by the District Court in *In re Eagan Avenatti, LLP* (Central District of California, 8:18-CV-01644-VAP-KES) pursuant to a Stipulation and Order agreed to by Avenatti, individually and for EA, entered on February 13, 2019 (the "Receivership Order"). Reitman Dec., Ex. 1.  Pursuant to the Receivership Order, Avenatti voluntarily agreed to turn over possession of all EA property, which included the EA Art.

In mid-March, the Receiver discovered that Avenatti had caused EA to purportedly sell the EA Art and other property to a law firm known as X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018." Reitman Dec., ¶¶ 3, Ex. 2.  The Receiver contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken possession of the EA Art.  The Receiver arranged to inspect the EA Art, but upon his arrival he discovered that the EA Art had been placed in storage with Orange County Fine Art Storage ("OCFAS").  Weiss Dec., ¶ 3.  OCFAS then separately confirmed its possession of the EA Art with the Receiver, who then began the process of preparing a motion before the District Court to sell the EA Art.  *Id.*, ¶ 3, Ex. 6; Reitman Dec., ¶ 3.  This fact was communicated to counsel for Ms. Storie-Avenatti.  JPR Dec., ¶ 3.

On May 10, 2019, Ms. Storie-Avenatti obtained the Writ to levy on, among other things, the EA Art.  Reitman Dec., ¶ 4.  In early August 2019, the Receiver was informed by OCFAS that the Sheriff had levied pursuant to the Writ and seized the EA Art.  The Receiver was provided no formal notice of the Writ or the subsequent levy at OCFAS.  *Id.*, ¶ 5, Weiss Dec., ¶ 4.

On or about August 9, 2019, the Receiver filed a third-party claim (the "Third-Party Claim") with the Sheriff, complying with the requirements of California Civil Code § 720.130.

---

[1] *See United States v. Michael Avenatti*, SA-CR-19-61-JVS, United States District Court for the Central District of California.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

Reitman Dec., ¶ 6, Ex. 4.  On August 13, 2019, the Receiver was notified that the Third-Party Claim was rejected because "only one piece of art claimed" was taken into custody by the Sheriff.  *Id.*, ¶ 7.  That same day, the Receiver, at his request, was provided with a copy of the Notice of Sale and learned that the Sheriff's Sale was to be conducted in seven days, on August 20, 2019.  After reviewing the Notice of Sale and the attached Bill of Lading from OCFAS, the Receiver determined that the Sheriff was incorrect – four pieces of EA Art with a total value of approximately $100,000 was being held by the Sheriff.  *Id.*

Upon conveying this information to the Sheriff, the Receiver was also informed that the Sheriff would not accept the Third-Party Claim because it did not exactly match the descriptions given to the Sheriff by Ms. Storie-Avenatti; the Sheriff refused to provide a copy of this list/descriptions to the Receiver, and refused to allow the Receiver to inspect the art that had been levied from OCFAS.  Reitman Dec., ¶ 8.  The Sheriff suggested that the Receiver ask counsel for Ms. Storie-Avenatti for a copy of this list.  Counsel for the Receiver contacted Mr. Bisbee for this information, but to date, he has not responded or provided this list.  *Id.*  The Sheriff's seizure of the EA Art violated California Code of Civil Procedure § 700.040.

As a result, the Receiver has filed the instant Application out of concern that (i) the EA Art will be sold despite his valid Third-Party Claim that the Sheriff has wrongfully rejected; (ii) a significant portion of the value of the EA Art will be lost at the Sheriff Sale, irrevocable harming the EA Receivership estate and the victims of Michael Avenatti; and (iii) Ms. Storie-Avenatti will reap the profits of her former husband's fraud.

## III.   ARGUMENT

### A.     Good Cause Exists to Quash the Writ of Execution and the Levy on OCFAS.

Ms. Storie-Avenatti applied for the Writ and directed the Sheriff to levy on Orange County Fine Art Storage, even though she was given notice on April 12, 2019 that some of the art which formed part of the marital distribution to her was paid for by EA, and those payments are potential fraudulent transfers.[2]  Reitman Dec., ¶ 4, Ex. 3.  Ms. Storie-Avenatti made no attempt to notify the

---

[2] Ms. Storie-Avenatti also asked the Court to sanction the Receiver and his counsel John P. Reitman should the Receiver move to "avoid the execution" of EA property (including the EA Art) as a result of this Court's April 4,

1  Receiver of any of these actions.

2  Moreover, the Sheriff improperly levied upon OCFAS.  The California Code of Civil

3  Procedure states the following:

4  (a) Unless another method of levy is provided by this article, to levy upon tangible

5  personal property in the possession or under the control of a third person, the levying

6  officer shall personally serve a copy of the writ of execution and a notice of levy on

7  the third person.

8  (b) **If goods are in the possession of a bailee who has issued a negotiable**

9  **document of title therefor, the goods may not be levied upon but the negotiable**

10  **document of title may be levied upon in the manner provided by Section 700.120**.

11  If goods are in the possession of a bailee other than one who has issued a negotiable

12  document of title therefor, the goods may be levied upon in the manner provided by

13  Section 700.060. As used in this subdivision, "bailee" means "bailee" as defined in

14  Section 7102 of the Commercial Code.

15  California Code of Civil Procedure § 700.040 (emphasis added).

16  OCFAS is a bailee as defined by California Commercial Code § 7102(a), and sent several

17  communications to the Receiver which heavily suggests that a bill of lading was issued.[3]  Weiss

18  Dec., Ex. 6.  That being the case, the Sheriff was not permitted to take possession of the EA Art,

19  but did so anyway.  For this reason, the Writ should be quashed because the levy on OCFAS was

20  improper; the EA Art (and all other items seized from it) should be returned to OCFAS.

21  **B.    Good Cause Exists to Stay the Sheriff's Sale.**

22  California Code of Civil Procedure §720.110, *et seq.*, provides the procedure for a third-

23  party making a claim against levied property.  Specifically, § 720.130 provides the following:

---

25  2019 order.  Reitman Dec., Ex. 3. The Receiver anticipates that Ms. Storie-Avenatti will ask for such sanctions at the hearing on this Application.

26  [3] Not only that, but OCFAS issued a separate bill of lading to the Sheriff, which suggests that there was an original

27  bill of lading on intake to OCFAS.  Reitman Dec., Ex. 5.  Given exigent circumstances, the Receiver has not had the time to separately subpoena OCFAS to obtain the original bill of lading, but offers to do so if the Court wishes to

28  review it directly.

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(a) The third-party claim shall be executed under oath and shall contain all of the following:

    (1) The name of the third person and an address in this state where service by mail may be made on the third person.

    (2) A description of the property in which an interest is claimed.

    (3) A description of the interest claimed, including a statement of the facts upon which the claim is based.

    (4) An estimate of the market value of the interest claimed.

(b) A copy of any writing upon which the claim is based shall be attached to the third-party claim. At a hearing on the third-party claim, the court in its discretion may exclude from evidence any writing a copy of which was not attached to the third-party claim.

California Code of Civil Procedure, § 720.130.

The Receiver submitted the Third-Party Claim in compliance with the Code on or about August 9, 2019. Reitman Dec., ¶ 6, Ex. 4. Despite this, the Sheriff rejected the Third-Party Claim on the basis that (i) not all of the art claimed was in possession of the Sheriff and (ii) the description provided by the Receiver did not "exactly match" the description given to the Sheriff by Ms. Storie-Avenatti (which the Sheriff would not show the Receiver). *Id.*, ¶ 7. The Sheriff does not have the discretion under the Code of Civil Procedure to reject a third-party claim for these reasons; so long as the third-party claim contains the elements required in § 720.130, the claim is valid and must be accepted.

As the Sheriff's Sale is set for August 20, 2019 and the Receiver was not provided with proper notice, he has no choice but to seek this Court's intervention as the only other way to stop the sale as to the EA Art is to file a third-party claim, which the Sheriff has made effectively impossible. *See* California Code of Civil Procedure § 720.150.

/ / /

/ / /

/ / /

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

IV.     **CALIFORNIA RULE OF COURT 3.1202 DISCLOSURES**

Pursuant to California Rule of Court 3.1202, the Receiver makes the following identification of Lisa Storie-Avenatti and Mr. Ronn Bisbee in support of the Application:

> Ronn Bisbee, Attorney for Ms. Lisa Storie-Avenatti
> Bisbee Law Group, PC
> 24040 Camino Del Avion, Suite A-109
> Monarch Beach, California 92629

The Receiver has not bought an application of the same character, or requesting the same relief, as the instant Application.

V.     **CONCLUSION**

For all the foregoing reasons, the Receiver respectfully requests that the Court issue an order (1) quashing the Writ issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Sheriff's Sale of the property levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653.

Dated:  August 15, 2019

Respectfully submitted,

LANDAU GOTTFRIED & BERGER LLP

By: _____
Jack A. Reitman
Attorneys for Brian Weiss, Federal Court Appointed
Receiver of Eagan Avenatti, LLP

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

9

**DECLARATION OF JACK A. REITMAN**

I, Jack A. Reitman, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.  I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court.  I am an associate with the law firm of Landau Gottfried & Berger LLP, counsel for Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California (the "District Court").  I make this declaration in support of the Receiver's Ex Parte Application for an order (1) quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Orange County Sheriff's (the "Sheriff") sale of the property levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale").

2.      The Receiver was appointed via stipulation and order before the District Court on February 13, 2019.  A true and correct copy of that order (the "Receivership Order") that I obtained from the District Court's online docket is attached as Exhibit 1.

3.      In mid-March 2019, the Receiver discovered that Avenatti had caused EA to sell the fine art purchased by EA (the "EA Art") and other property to a law firm known as the X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018."  A true and correct copy of this Asset Purchase Agreement that I obtained from the Receiver is attached as Exhibit 2.  The Receiver contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken possession of the EA Art.  The Receiver arranged to inspect the EA Art, but discovered that the EA Art had already been moved to Orange County Fine Art Storage ("OCFAS"), who separately confirmed their intake of the EA Art, among other items.  I then began to prepare a motion before the District Court to sell the EA Art.

4.      On May 10, 2019, Ms. Storie-Avenatti obtained the Writ to levy on, among other things, the EA Art.  The Writ contains an email communication between counsel for the Receiver

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1   and Mr. Bisbee, counsel for Ms. Storie-Avenatti, in which Ms. Storie-Avenatti was given notice

2   that the EA Art and other items are either (i) property of EA or (ii) were or were the proceeds of

3   fraudulent transfers, and that the Receiver would move to set aside those transfers.  A true and

4   correct copy of the Writ, which I obtained from OCFAS, is attached as Exhibit 3.  The Receiver

5   was given no notice of the Writ.

6        5.     In early August 2019, the Receiver was informed by OCFAS that the Sheriff had

7   levied pursuant to the Writ and the EA Art was taken.  The Receiver was provided no notice of the

8   levy at OCFAS by Ms. Storie-Avenatti.

9        6.     On or about August 9, 2019, I caused to be filed a third-party claim (the "Third-

10  Party Claim") with the Sheriff.  A true and correct copy of the Third-Party Claim which I

11  personally drafted is attached as Exhibit 4.

12       7.     On August 13, 2019, I was notified by the Sheriff that the Third-Party Claim was

13  rejected because only one piece of art claimed was taken into custody by the Sheriff; the Sheriff

14  confirmed their possession of the art levied from OCFAS.  That same day, at my request, the

15  Sheriff provided me with a copy of the Notice of Sale and I learned that the Sheriff's Sale was to

16  be conducted in seven days, on August 20, 2019.  A true and correct copy of the Notice of Sale

17  that I obtained from the Sheriff is attached as Exhibit 5.  After reviewing the Notice of Sale and

18  the attached Bill of Lading from OCFAS, I determined (after a discussion with the Receiver) that

19  the Sheriff was incorrect – four pieces of EA Art with a total value of approximately $100,000 was

20  being held by the Sheriff.

21       8.     I conveyed this information to the Sheriff, who then informed me that the Sheriff

22  would not accept the Third-Party Claim because it did not exactly match the descriptions given to

23  the Sheriff by Ms. Storie-Avenatti.  I requested a copy of these descriptions, but the Sheriff

24  refused to provide a copy and refused to allow me or the Receiver to inspect the art that had been

25  levied from OCFAS.  The Sheriff suggested that I ask counsel for Ms. Storie-Avenatti for a copy

26  of this list.  I contacted Mr. Bisbee via telephone for this information and left a voice message, but

27  to date, he has not responded or provided this list.

28       9.     Pursuant to California Rules of Court 3.1203, 3.1204, I provided written notice of

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  the Application (by email) to Mr. Ronn Bisbee on August 14, 2019 at 5:53 p.m.  I explained the

2  relief sought by the Application, and informed Mr. Bisbee that the Application would be heard on

3  Friday, August 16 at 8:30 a.m. before this Court.  Mr. Bisbee has not responded to my notice, but I

4  expect Ms. Storie-Avenatti to oppose the Application.

     I declare under penalty of perjury that the foregoing is true and correct.

     Executed on August 15, 2019, at Los Angeles, California

_____  Jack A. Reitman

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

12

## **DECLARATION OF JOHN P. REITMAN**

I, John P. Reitman, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.  I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court.  I am a limited liability partner at the law firm of Landau Gottfried & Berger LLP, counsel for Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California (the "District Court").  I make this declaration in support of the Receiver's Ex Parte Application for an order (1) quashing the writ of execution issued on May 10, 2019 by the Clerk for Ms. Lisa Storie-Avenatti, or in the alternative (2) to stay the Orange County Sheriff's sale of the property levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653.

2.      In mid-March 2019, the Receiver discovered that Avenatti had caused EA to purportedly sell the fine art purchased by EA (the "EA Art") and other property to a law firm known as the X-Law Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018."  The Receiver contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken possession of the EA Art.  The Receiver arranged to inspect the EA Art, but discovered that the EA Art had already been moved to Orange County Fine Art Storage ("OCFAS"), who separately confirmed their intake of the EA Art, among other items.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    3.    Subsequently, my associate Jack A. Reitman began to prepare a motion before the

2    District Court to sell the EA Art.  On or about April 12, 2019, I had a telephone call with Ronn

3    Bisbee, counsel for Ms. Storie-Avenatti.  I informed Mr. Bisbee that the Receiver was claiming an

4    interest in the EA Art and was preparing a motion to take possession and sell the EA Art before

5    the District Court.  I also told Mr. Bisbee that the proceeds from that proposed sale of the EA Art

6    would be held pending the District Court's determination of who (including the Receiver, Ms.

7    Storie-Avenatti, and other claimants) was entitled to the proceeds of that sale.

8        I declare under penalty of perjury that the foregoing is true and correct.

9        Executed on August 15, 2019, at Los Angeles, California

10

11    _____

12                    John P. Reitman

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LANDAU GOTTFRIED & BERGER
LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

14

1

## DECLARATION OF BRIAN WEISS

2  I, Brian Weiss, declare as follows:

3          1.      I am the Federal Court Appointed Receiver (the "Receiver") of the Receivership

4  Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-

5  KES, pending in the United States District Court, Central District of California (the "District

6  Court").  I make this declaration in support of the my Ex Parte Application for an order (1)

7  quashing the writ of execution (the "Writ") issued on May 10, 2019 by the Clerk for Ms. Lisa

8  Storie-Avenatti, or in the alternative (2) to stay the Orange County Sheriff's (the "Sheriff") sale of

9  the property levied by the Writ, currently set for August 20, 2019 at 10:00 a.m. at All-Way's

10  Moving & Storage 22962 El Pacifico Dr., Laguna Hills, California 92653 (the "Sheriff's Sale").

11          2.      I was appointed as Receiver via stipulation and order before the District Court on

12  February 13, 2019.

13          3.      In mid-March 2019, I discovered that Avenatti had caused EA to purportedly sell

14  the fine art purchased by EA (the "EA Art") and other property to a law firm known as the X-Law

15  Group PC, pursuant to an Asset Purchase Agreement "entered into as of August 1, 2018."  I

16  contacted X-Law Group's principal, Filippo Marchino, who stated that the firm had taken

17  possession of the EA Art.  I arranged to inspect the EA Art, but discovered that the EA Art had

18  already been moved to Orange County Fine Art Storage ("OCFAS"), who separately confirmed

19  their intake of the EA Art, among other items.  A true and correct copy of the email exchanges I

20  had with OCFAS and other parties confirming OCFAS' possession of the EA Art (and other

21  items) is attached as Exhibit 6.  I then directed my counsel to prepare a motion before the District

22  Court to take possession of and sell the EA Art.

23          4.      In early August 2019, I was informed by OCFAS that the Sheriff had levied

24  pursuant to the Writ and the EA Art was seized.  I was provided no notice of the Writ or the levy

25  at OCFAS by Ms. Storie-Avenatti.

26          5.      As the Receiver of the EA Receivership estate, I have serious concerns about the

27  EA Art being sold at a Sheriff's sale.  First and foremost, the EA Art was purchased with EA

28  funds, which are likely to have come from one or more of Michael Avenatti's former clients

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

15

1  and/or victims as alleged in one of the three Federal criminal indictments currently pending

2  against him.  Second, the EA Art is EA property and should be liquidated by the Receivership

3  Estate to help pay the creditors of EA, which include the many victims of Michael Avenatti.

4  Third, a Sheriff's sale of the EA Art is likely to realize only pennies on the dollar for pieces of art

5  which are worth (in some cases) as much as $25,000 at retail.  The EA Art should be sold pursuant

6  to District Court order at a proper art auction (Christies), not a storage unit Sheriff's sale.  The loss

7  of value for such a sale would irreparably harm the EA Receivership estate and its creditors/the

8  victims of Michael Avenatti.

9          I declare under penalty of perjury that the foregoing is true and correct.

10         Executed on August 15, 2019, at Kaanapali, Hawaii

11

12  _____

13                           Brian Weiss

EXHIBIT 1

1   Scott H. Sims, State Bar No. 234148
    Andrew D. Stolper, State Bar No. 205462
2   FRANK SIMS & STOLPER LLP
    19800 MacArthur Boulevard, Suite 855
3   Irvine, California 92612,
    Telephone:     (949) 201-2400
4   Facsimile:     (949) 201-2401
    astolper@lawfss.com
5   ssims@lawfss.com
6
    Attorneys for Judgment Creditor
7   JASON FRANK LAW, PLC

8

9

10              UNITED STATES DISTRICT COURT

11             CENTRAL DISTRICT OF CALIFORNIA

12

13  In re                              Case No.  8:18-CV-01644-VAP-KES

14  EAGAN AVENATTI, LLP,               **JOINT STIPULATION AND ORDER RE
                                       APPOINTMENT OF RECEIVER AND
15  Debtor.                            RESTRAINING ORDER**

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION**

This Stipulation is entered into by and between Judgment Debtor Eagan Avenatti, LLP ("EA") and Michael Avenatti ("Avenatti"), on the one hand, and Judgment Creditor Jason Frank Law, PLC ("JFL"), on the other hand (collectively, the "Parties").

WHEREAS, JFL has a judgment against EA in the amount of $10,000,000.00, plus accruing interest at $564.38 per day (since May 22, 2018) and reasonable attorney fees and costs incurred by JFL in enforcing the judgment (the "Judgment");

WHEREAS, on February 7, 2019, this Court ordered EA and Avenatti to appear for a judgment debtor examination on February 14, 2019 at 9:30 a.m. in Courtroom 6D of this Court (Doc. 50);

WHEREAS, on February 12, 2019, JFL filed a Motion for Appointment of Receiver and Restraining Order ("Motion") (Doc. No. 51);

WHEREAS, EA and Avenatti have stipulated and agreed to the relief requested in the Motion and have further agreed that the Magistrate Judge Karen E. Scott shall have the jurisdiction and authority to enter the attached [Proposed] Order Appointing Receiver and Issuing Restraining Order (the "Order"); and

WHEREAS, upon entry of the Order, JFL has agreed to withdraw the Motion and all pleadings and exhibits relating thereto and consent to the rescheduling of the judgment debtor exam to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court.

ACCORDINGLY, the Parties stipulate and agree as follows:

1.  The Parties, and each of them, stipulate to the terms of the Order;

2.  The Parties, and each of them consent to the jurisdiction of the Magistrate Judge Karen E. Scott to enter the Order and to supervise the Receivership;

3.  Upon entry of the Order, the Motion is deemed withdrawn without prejudice; and

4.  Upon entry of the Order, the judgment debtor exam of EA and Avenatti is continued to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court, located at 411 W. 4th Street, Santa Ana, California 92701.

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
2

1    IT IS SO STIPULATED

2

3    Dated: February 13, 2019                    FRANK SIMS & STOLPER LLP

4

5                                                By:   /s/ Scott H. Sims
                                                       Scott Sims, Esq.
6                                                      Attorneys for Judgment Creditor
                                                       Jason Frank Law, PLC
7

8    Dated: February 13, 2019                    EAGAN AVENATTI, LLP

9

10                                               By:_____
                                                       Managing Partner
11                                                     Judgment Debtor Eagan Avenatti, LLP

12

13

14   Dated: February 13, 2019                    MICHAEL J AVENATTI

15

16                                               By:_____
                                                       Michael J. Avenatti
17                                                     In his Personal Capacity

18

19

20

21

22

23

24

25

26

27

28

-3-

## ORDER APPOINTING RECEIVER AND ISSUING RESTRAINING ORDER

Pursuant to the Joint Stipulation between Judgment Debtor Eagan Avenatti, LLP ("EA") and Michael Avenatti ("Avenatti"), on the one hand, and Judgment Creditor Jason Frank Law, PLC ("JFL"), on the other hand (collectively, the "Parties") and for good cause shown:

IT IS HEREBY ORDERED:

1. **The Motion.** JFL's Motion for Appointment of Receiver and Restraining Order (Doc. 51) and all pleadings and exhibits related thereto are deemed withdrawn without prejudice.

2. **Judgment Debtor Exam.** The judgment debtor exam of EA and Avenatti currently scheduled for February 14, 2019 is hereby continued to March 8, 2019 at 9:30 a.m. in Courtroom 6D of this Court, located at 411 W. 4th Street, Santa Ana, California 92701.

3. **The Amount of Indebtedness.** The principal amount of EA's indebtedness to JFL under the Judgment is $10 million, plus accruing interest at $564.38 per day since May 22, 2018, reasonable attorney fees and costs incurred by JFL in enforcing the judgment, as well as all costs associated with the receivership (the "Total Indebtedness to JFL").

4. **Appointment of Receiver.** It is hereby ordered that Brian Weiss is appointed as Receiver of EA pending further Order of this Court.

5. **Receiver's Oath and Bond.** The Receiver shall immediately, and before performing any duties (a) execute and file a Receiver's oath; and (b) the Receiver shall not be required to file the bond required by Code of Civil Procedure section 567(b) pursuant to consent and agreement of EA and Avenatti.

6. **Receiver's Fees.** The Receiver may charge for the Receiver's services no more than $495.00 per hour.

7. **Management Company.** The Receiver may employ Force Ten Partners, LLC ("Force 10"), where the Receiver is employed, to assist with the Receiver's duties at the Receiver's direction, including but not limited to accounting, reporting, asset

investigation and other tasks.  The members of Force 10, other than the Receiver, shall be compensated at hourly rates ranging from $225 to $495 per hour.

8. **Disclosure.**  The Receiver shall immediately disclose to all parties any financial relationship between the Receiver and any company hired to assist in the management of the Receivership property.

9. **General Duties.**  After qualifying, the Receiver shall have the power to take possession of and manage the business of EA and its tangible and intangible property with all the usual powers, rights and duties of receivers appointed by this Court or otherwise defined by statute, including but not limited to the power to operate and conduct EA in the ordinary course of its business and collect fees, costs and income owed to EA, except that the Receiver will not be authorized to provide legal services on behalf of EA's clients.

10. **Inventory.**  Within 45 days after qualifying, the receiver shall file an inventory of all property possessed under this Order.  The Receiver shall file a supplemental inventory of all subsequently obtained property

11. **Expenditures.**  The Receiver shall expend money coming into his possession to operate and preserve EA's business and only for the purposes authorized in this Order.  Unless the Court orders otherwise, the Receiver shall to the extent practical hold the balance in interest-bearing accounts in accordance with California Code of Civil Procedure section 569.

12. **Monthly Accounting of Receiver's Income, Expenses and Fees.**

    a.  The Receiver shall each month prepare and serve on the parties, but not file, an accounting of the income and expenses incurred in the administration of EA, including the Receiver's fees and expenses.  The monthly reports shall provide a narrative of the material events, a financial report and a statement of all fees paid or due to the Receiver, Force 10 and any other professionals retained, showing the itemized services, broken down in $1/10^{th}$ hour increments.  The report shall state the hourly fees and any other basis for the fees.

b. The Receiver may pay the Receiver's and Management Company's own fees and expenses only by the following procedures:

    i. By serving on all parties a notice of intent to pay to which no objection is served on the Receiver within 20 days of the date the notice is served.

    ii. By serving and filing a request for interim payment, which the Court then approves.

    iii. By obtaining and filing an agreement among all the parties approving the payment, which the Court then approves.

    iv. By filing the Receiver's final accounting and report, which the Court then approves.

c. The Receiver shall not reimburse the Receiver for the Receiver's general office administration expenses or overhead without Court approval.  These expenses include, for example, office supplies and employee payroll, benefits and taxes.

12. **Management.**

a. The Receiver shall operate EA and take possession of all accounts relating to EA and its property.

b. The Receiver may hire legal counsel, accounting and tax professionals at normal and customary rates to represent the Receiver in his duties, provided however, legal counsel retained to pursue fraudulent and avoidable actions shall be on a contingency basis.

c. The Receiver may do all the things, and incur the risks and obligations, ordinarily done or incurred by owners, managers and operators of businesses and property similar to that possessed by the Receiver, except that the Receiver shall not make any capital improvements to property without prior Court approval and the Receiver shall not provide legal services to EA's clients.

13. **Bank Accounts.**

a. The Receiver may establish accounts at any financial institution insured by an agency of the United States government that are not parties to this proceeding and

STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

EXHIBIT 1
6

shall deposit in those accounts any funds received in connection with EA's business.

    b.   The Receiver shall have control of, and be the sole authorized signatory for all accounts of EA and client trust accounts or IOLTA accounts, including all accounts at any bank, title company, escrow agent, financial institution or brokerage firm which has possession, custody or control of any assets or funds of EA, or which maintains accounts of the Receiver, or which maintains accounts where EA's employees and agents in such capacity have signatory authority, including but not limited to Michael Avenatti and Judy Regnier.

    c.   The Receiver is authorized to open and close bank accounts, including client trust accounts or IOLTA accounts.  For the avoidance of doubt, no other parties are permitted to open and close bank accounts in the name of EA.

14.  **Additional Powers and Duties of the Receiver.**  The Receiver shall be authorized to and shall perform the following duties and functions:

    a.   Take possession of all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets without limitation;

    b.   Provide a copy of the signed receivership order to any party the Receiver deems necessary in order to direct payment to the Receiver, manage the Receivership Assets, and to perform investigations;

    c.   Be the sole signatory to any contract of EA during the receivership;

    d.   The ability to investigate fraudulent transfers and avoidance actions and to pursue litigation;

    e.   The power to sell assets upon Court approval;

    f.   Make payments toward the Judgment upon Court approval;

    g.   Make all inquiries EA might have made;

    h.   Bring and defend actions in his own name, as Receiver;

STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

EXHIBIT 1
7

1       i.   Endorse and deposit any checks, money, negotiable instruments or commercial

2             paper through which EA is compensated in any manner whatsoever into the

3             Receivership account;

4       j.   Pay all necessary costs and expenses to operate EA in order to maximize its

5             assets;

6       k.   Manage the business affairs of EA, including monitoring and approving

7             necessary expenses needed to operate the business and accepting new business

8             contracts;

9       l.   Have access to and become the "administrative user" for all of EA's software

10            programs, servers and website;

11      m.  Maintain detailed accounting records of all deposits to and all expenditures

12            from the Receiver's bank account until the termination of the Receivership;

13      n.   Disburse funds to JFL and/or EA, or any creditor of EA as ordered by this

14            Court;

15      o.   Conduct investigation and discovery, as may be necessary to locate and

16            account for all of the assets of or managed by EA, including receiving,

17            collecting and reviewing all mail addressed to EA, wherever directed;

18      p.   Take such action as is necessary and appropriate to preserve and take control

19            of and to prevent the waste, dissipation, loss of value, concealment, or

20            disposition of any assets of or managed by EA;

21      q.   Enter into settlements on behalf of EA with the approval of the Court; and

22      r.   Hire counsel to represent EA's interests in any application for fees and costs in

23            any case in which EA may be entitled to reimbursement of fees and costs,

24            including but not limited to those cases in which EA attorneys or resources

25            where provided; and

26      s.   Have the sole authority regarding whether to file a petition for bankruptcy.

27  **15. Insurance.**

28      a.   The Receiver shall determine whether there is sufficient insurance coverage.

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
8

b. The Receiver shall notify the insurer that the Receiver is to be named as an additional insured on each insurance policy on the property.

c. If the Receiver determines that the property does not have sufficient insurance coverage, the Receiver shall immediately notify the parties and shall procure sufficient insurance.

d. If the Receiver does not have sufficient funds to obtain insurance, the Receiver shall seek instructions from the Court on whether to obtain insurance and how it is to be paid for.

e. The Receiver shall not be liable for EA's failure to carry or obtain adequate insurance.

16. **Taxpayer ID Numbers.**  The Receiver may use any federal taxpayer identification numbers relating to EA and its property for any lawful purpose.

17. **Court instructions.**  The Receiver and the parties may at any time apply to this Court for further instructions and order and for additional powers necessary to enable the Receiver to perform his duties properly.  Nothing in this order shall be deemed a waiver of or preclude any party from requesting on notice to all other parties, modification of the order and all other parties shall be entitled to oppose such request.

18. **EA Responsible for Fees and Expenses of the Receivership.**  EA shall be responsible for all fees and expenses associated with the receivership and such costs will be added to the Judgment pursuant to California Code of Civil Procedure section 685.070(a)(5).

19. **Termination of the Receivership.**  The receivership shall not terminate until the Total Indebtedness to JFL is fully satisfied and/or the Court has determined the receivership shall end.

20. **Notification of Termination.**  JFL shall notify the Receiver in writing within 48 hours of any event within JFL's knowledge that terminates the receivership.

21. **Receiver's Final Report and Account and Discharge.**

STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

EXHIBIT 1
9

a.  *Motion required.*  Discharge of the Receiver shall require a Court order upon noticed motion for approval of the Receiver's final report and account and exoneration of the Receiver's bond, if any.

b.  *Time.*  Not later than 60 days after the receivership terminates, the Receiver shall file, serve and obtain a hearing date on a motion for discharge and approval of the final report and account.

c.  *Notice.* The Receiver shall give notice to all persons of whom the Receiver is aware who have potential claims against EA.

d.  *Contents of Motion.*  The motion to approve the final report and account and for discharge of the Receiver shall contain the following.

   i.  *Declaration(s).*  Declaration(s) (1) stating what was done during the receivership, (2) certifying the accuracy of the final accounting, (3) stating the basis for the termination of the receivership, and (4) stating the basis for an order for the distribution of any surplus or payment of any deficit.

   ii.  *Accounting summary.*  A summary of the receivership accounting, which shall include (1) the total revenues received, (2) the total expenditures identified and enumerated by major categories, (3) the net amount of any surplus or deficit and (4) evidence of necessary supporting facts.

22.  **Notice to Receiver.**  JFL shall promptly notify the Receiver in writing of the names, addresses, and telephone numbers of all parties who appear in the action and their counsel.  The parties shall give notice to the Receiver of all events that affect the receivership.

23.  **Consent to Convert Receiver to Bankruptcy Trustee.**  In the event of a bankruptcy, EA, Avenatti and JFL agree and stipulate that Receiver shall serve as the Chapter 11 Trustee pending confirmation by the Bankruptcy Court, or as the Chapter 7 Trustee if permitted by the Bankruptcy Court.

24.  **Bankruptcy Receiver's Duties.**  If the Receiver receives notice that an involuntary bankruptcy has been filed and part of the bankruptcy estate includes property that is the subject of this Order, the Receiver shall have the following duties:

-10-

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

a.  *Turn over property if no relief from stay will be sought.*  The Receiver shall immediately contact the parties who stipulated to the appointment of the Receiver and determine whether either party intends to move in the bankruptcy court for an order for (i) relief from the automatic stay, and (ii) relief from the Receiver's obligations to turn over the property (11 U.S.C. § 543).  If neither party  intends to make such a motion, the Receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed that is not the Receiver and otherwise comply with 11 United States Code section 543.

b.  *Remain in possession pending resolution.*  If either of the parties who stipulated to the receivership intend to seek relief immediately from both the automatic stay and the Receiver's obligation to turn over the property, the Receiver may remain in possession and preserve the property pending the ruling on those motions (11 U.S.C. § 543(a)).  The Receiver's authority to preserve the property shall be limited as follows:

   i.  The Receiver may continue to collect rents and other income;

   ii.  The Receiver my make only those disbursements necessary to preserve and protect the property; and

   iii.  The Receiver shall not execute any new leases or other long-term contracts without Court approval.

c.  *Turn over property if no motion for relief is filed within 10 days after notice of the bankruptcy.*   If the parties who stipulate to the receivership fail to file a motion within 10 court days after their receipt of notice of the involuntary bankruptcy filing, the Receiver shall immediately turn over the property to the appropriate entity either to the trustee in bankruptcy if one has been appointed or, if not, to the debtor in possession and otherwise comply with 11 United States Code section 543.

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
11

Case 8:18-cv-01644-VAP-KES   Document 53   Filed 02/13/19   Page 12 of 14   Page ID #:1777

d. *Retain bankruptcy counsel.* The Receiver may petition the Court to retain legal counsel to assist the Receiver with issues arising out of the bankruptcy proceedings that affect the receivership.

25. **Failure to Turn Over Property.** A receiver who fails to turn over property in accordance with this Order shall not be paid for time and expenses after the date the Receiver should have turned the property over.

26. **Liability of the Receiver.** Except for an act of gross negligence or intentional misconduct, the Receiver shall not be liable for any loss or damages incurred by EA, its officers, shareholders, agents, servants, partners, employees, contractors, creditors, counsel or any other persons or entities by reason of any act performed or omitted to be performed by the Receiver in connection with the discharge of his duties.

<u>**RESTRAINING ORDER / INJUNCTION**</u>

27. **The Court orders EA and Avenatti** to do the following:

a. **Turn Over Property.** Immediately turn over possession of all property of EA to the Receiver when the appointment becomes effective, including but not limited to all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets and all funds in EA accounts, including client trust accounts.

b. **Access to EA's offices and computer systems.** Immediately turn over to the Receiver all keys and passwords relating to the property and grant the Receiver unfettered access to EA and all premises related thereto, and all EA computer systems.

c. **Insurance.**

i. Immediately advise the Receiver about the nature and extent of EA's insurance;

ii. Immediately name the receiver as an additional insured on each insurance policy; and

iii. DO NOT cancel, reduce or modify the insurance coverage.

-12-

STIPULATION AND ORDER RE APPOINTMENT OF RECEIVER AND RESTRAINING ORDER

EXHIBIT 1
12

d.   **Notify Receiver of Clients and Cases.**  Within 7 days after the appointment of the Receiver, EA and Avenatti, and office manager Judy Regnier must meet with the Receiver and JFL and disclose all current clients and cases being managed by EA and all cases in which the services of an EA attorney or EA resources were provided, whether the case was filed in the name of EA or another law firm.

e.   **Respond to Inquiries.**  Immediately respond to all inquiries of the Receiver pertaining to EA.

f.   **Disclosure of Bank Accounts.**  Immediately disclose to the Receiver all accounts of EA and client trust accounts, including all accounts at any bank, title company, escrow agent, financial institution or brokerage firm which has possession, custody or control of any assets or funds of EA, or which maintains accounts of the Receiver, or which maintains accounts where EA's employees and agents in such capacity have signatory authority, including but not limited to Michael Avenatti and Judy Regnier.

g.   **Payment.**  Pay all amounts due to the Receiver.

h.   **Cooperation.**  Avenatti shall fully cooperate with the Receiver for the duration of the receivership, regardless of whether he is employed by or affiliated with EA, including but not limited to directing Judy Regnier and any other former employees of EA to likewise cooperate with the Receiver.

28. **Enjoinment.**  EA, and its owners, partners, employees, agents, managers, attorneys and all persons and entities acting in concert with EA are hereby enjoined and cannot:

a.   Expend, disburse, remove, transfer, assign, sell, convey, devise, pledge, mortgage, create a security interest in, encumber, conceal or in any manner whatsoever deal in or dispose of the whole or any portion of EA's assets, including but not limited to its rights to attorney fees and costs from any client or in connection with any cases in which EA attorneys or resources were used;

-13-

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
13

b.    Interfere in any way, directly or indirectly, with the Receiver's performance of his/her duties and responsibilities and the exercise of his/her powers and/or doing any act which may impair, defeat, divert, prevent or prejudice the preservation of EA's assets or the proceeds thereof;

c.    Commit or permit any waste of EA's assets or any portion thereof, or suffer or commit or permit any act on EA's assets or any part thereof in violation of law;

d.    Conceal or withhold from the Receiver any EA assets, including any client trust funds, real property, physical property, indirect or beneficial ownership interests, or funds;

e.    Do any act which will, or which will tend to, impair, defeat, divert, prevent or prejudice the preservation of EA's assets;

f.    Demand, collect, compromise, trade, receive or spend any portion or proceeds of EA's assets; and

g.    Fail to pay over to the Receiver any monies whenever received, presently in the possession, custody or control of EA, its owners, agents, representatives, servants, assigns and all those acting in concert therewith.

29. Nothing in this order excuses or alters any ethical duties that EA and/or EA's attorneys may have to their clients.

Dated: 2/13/2019

*Karen E. Scott*

U.S District Court Magistrate Judge

-14-

STIPULATION AND ORDER RE
APPOINTMENT OF RECEIVER AND
RESTRAINING ORDER

EXHIBIT 1
14

EXHIBIT 2

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement (the "Agreement") is entered into as of August 1, 2018 (the "Closing Date") by and between Eagan Avenatti LLP, a California Limited Liability Partnership ("Seller"), and The X-Law Group PC, a California Professional Corporation ("Purchaser"). The Seller and the Purchaser shall each be referred to individually as a "Party" and collectively as the "Parties."

### RECITALS

WHEREAS, the Seller is the owner of the assets described on Exhibit A (the "Assets");

WHEREAS, the Seller currently has an outstanding obligation due to the Purchaser that is in excess of the value of the Assets;

WHEREAS, the Seller acknowledges the outstanding obligation due to the Purchaser;

WHEREAS, the Seller believes that selling the Assets in exchange for the extinguishment of set amounts owed to the Purchaser equal to the value of the Assets is in the best interest of the Seller in order to avoid legal actions by the Purchaser;

WHEREAS, the Purchaser believes that acquiring the Assets in exchange for the extinguishment of set amounts owed to it by the Seller is in the best interest of the Purchaser in order to partially recover an outstanding debt and avoid legal actions against the seller;

WHEREAS, the Seller desires to sell to Purchaser, and the Purchaser desires to purchase and acquire from the Seller, Seller's interest in the Assets according to the terms set forth herein.

NOW, THEREFORE, in consideration of the mutual promises herein contained, the Parties hereby agree as follows:

### I. *Purchase and Sale of the Assets*

1.1 Purchase and Sale of Assets. The Seller hereby sells, transfers, assigns, and delivers to the Purchaser, free and clear of any liens or encumbrances of any kind, all of the Seller's right, title, and interest in the Assets.

1.2 Assumption of Liabilities. The Purchaser will not assume any liabilities or obligations related to the Assets, and Seller represents that there are no liabilities or obligations related to the Assets.

1.3 Closing. The closing shall be deemed to have taken place on the Closing Date.

1.4 Post-Closing Activities. At any time after the Closing Date, upon any Party's written request and without further consideration, the other Party shall take such other actions as the requesting Party may reasonably deem necessary or desirable in order to consummate the terms, and recognize the benefits, of obligations under and transactions contemplated by this Agreement.

1.5 Planned Lease Back. The Seller, as a material term of this sale, requests, and Purchaser hereby grants, a lease back of the items for the period, amount and conditions set forth in the ancillary "Lease Back Agreement."

1

EXHIBIT 2
54
EXHIBIT 2
15

## II. *Purchase Price*

In consideration of the Seller's sale, transfer, and assignment of the Assets, the Purchaser shall issue the Seller the following:

2.1 <u>Forgiveness of Debt</u>. The Seller currently owes the Purchaser in excess of $2,000,000.00 (Two Million United States Dollars, the "Debt"). In exchange for the Assets, the Purchaser is forgiving $500,000.00 (five hundred thousand United States Dollars and no cents) of the Debt (the "Purchase Price").

## III. *Representations and Warranties of the Seller*

The Seller represents and warrants to the Purchaser, as of the date of this Agreement and again as of the Closing, as follows:

3.1 <u>Organization</u>. The Seller is a Limited Liability Partnership, duly organized, validly existing, and in good standing under the laws of California, and has all requisite power and authority to carry on its business as now conducted by it and to own and operate its assets as now owned and operated by it.

3.2 <u>Authority; Enforceability</u>.

(a) The Seller has the right, power, and authority to execute and deliver this Agreement and all other documents executed or to be executed by the Seller pursuant to this Agreement (the "Transaction Documents"), and to perform its obligations thereunder. The Transaction Documents, to which the Seller is a Party, constitute (or will, when executed and delivered as contemplated herein, constitute) the legally binding obligations of the Seller, enforceable in accordance with their respective terms.

(b) The execution, delivery, and performance of the Transaction Documents by the Seller, and the consummation of the transactions contemplated thereby, do not and will not: (i) require the consent, waiver, approval, license, or other authorization of any Person, except as provided for herein; (ii) violate any of provision of applicable law; (iii) contravene, conflict with, or result in a violation of any provision of the Seller's Organizational Documents; (iv) conflict with, require a consent or waiver under, result in the termination of any provisions of, constitute a default under, accelerate any obligations arising under, trigger any payment under, result in the creation of any lien pursuant to, or otherwise adversely affect, any contract to which the Seller is a party or by which any of its assets are bound, in each such case whether with or without the giving of notice, the passage of time, or both.

(c) All requisite corporate action has been taken by the Seller to authorize and approve the execution and delivery of the Transaction Documents, the performance by the Seller of its obligations thereunder, and of all other acts necessary or appropriate for the consummation of the transactions contemplated by this agreement and the Transaction Documents, if any.

3.3 <u>Legal Actions</u>. There is no demand, action, suit, claim, proceeding, complaint, grievance, charge, inquiry, hearing, arbitration, or governmental investigation of any nature, public or private, (each, a "Proceeding") pending or, to the knowledge of the Seller, threatened by or against the Seller (or any of its officers, directors, partners, or employees) related to the Assets, or involving any of the Assets, nor is there any basis for any such legal proceeding.

3.4 <u>Personal Property, Inventory, and Title of Assets</u>. The Assets were acquired by the Seller in bona fide, arms-length transactions entered into in the ordinary course of business. The Seller owns, and at the Closing, the Purchaser shall be vested with, all right, title, and interest in and to all of the Assets

2

EXHIBIT 2
55
EXHIBIT 2
16

free and clear of any and all liens.

3.5 Material Contracts.

(a)    The Seller has previously delivered to the Purchaser true and correct copies of all such material contracts (or accurate written summaries of any oral material contract) related to the Assets, each as currently in effect. If none are delivered, then the Seller represents that none exist.

(b)    The Seller has not breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under), or received notice alleging that the Seller has breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under) any contract included in the Assets, or for the benefit of the Assets. No other party obligated to the Seller pursuant to any such contract has breached, violated, or defaulted under (or taken or failed to take any action that, with the giving of notice, the passage of time, or both would constitute a breach, violation, or default under) any such contract.

3.6 Brokers. Neither the Seller nor any other person acting on its behalf has incurred any obligation or liability to any person for any brokerage fees, agent's commissions, or finder's fees in connection with the execution or delivery of the

## IV. *Representations and Warranties of the Purchaser*

4.1 Organization. The Purchaser is a Professional Corporation duly organized, validly existing, and in good standing under the laws of the State of California.

4.2 Authority; Enforceability. The Purchaser has full corporate power and authority to execute and deliver this Agreement, and the performance by the Purchaser of its duties and obligations thereunder, and the taking of all other acts necessary and appropriate for the consummation of the transactions contemplated thereby.

4.3 Brokers. The Purchaser has not incurred any obligation or liability to any Person for any brokerage fees, agent's commissions, or finder's fees in connection with the execution or delivery of the Transaction Documents or the transactions contemplated hereby.

4.4 Purchase for Own Account. The Purchaser represents that it is acquiring the Assets solely for its own account and beneficial interest.

## V. *Consents*

The Seller will use its reasonable best efforts to obtain or cause to be obtained any consents required in connection with the transactions contemplated by any of the Transaction Documents that are requested by the Purchaser and that have not been previously obtained prior to or at the Closing. Notwithstanding anything to the contrary set forth herein, this Agreement shall not constitute an assignment or attempt to assign or transfer any interest in any contract or permit otherwise included in the Assets, or any claim, right or benefit arising thereunder or resulting therefrom, if such assignment or transfer is without the consent of a third party and would constitute a breach or violation thereof or adversely affect the rights of the Purchaser or the Assets.

Until all such consents are obtained, the Seller shall cooperate in any arrangement reasonably satisfactory to the Purchaser designed to fulfill the Seller's obligations thereunder and to afford the

3

EXHIBIT 2
56
EXHIBIT 2
17

Purchaser the continued full benefits thereof.

## VI. *Covenants*

6.1 <u>Further Assurances</u>. Where necessary, from time to time (including after the Closing), the Parties will execute and deliver such other documents, certificates, agreements, and other writings and take such other actions as may reasonably be necessary or requested by another Party in order to consummate, evidence or implement expeditiously the transactions contemplated by this Agreement.

6.2 <u>Fulfillment of Conditions</u>. The Parties hereto agree to take and to cause to be taken in good faith commercially reasonable efforts to fulfill, as soon as reasonably practicable, the conditions to Closing.

6.3 <u>Transfer of assets</u>. The Parties hereto shall cooperate with one another in determining how to best transfer, store, preserve and safeguard the Assets. Seller will cooperate with Purchaser to expeditiously resolve any problems with the transfer of the tangible Assets.

## VII. *Survival of Representations, Warranties, and Covenants.*

Section 7.1 <u>Survival of Representations, Warranties, and Covenants</u>.

(a)        Except as otherwise provided in this Section 7.1, all representations and warranties contained herein, and the right to assert claims in respect of any breach thereof, shall survive the Closing and any investigation heretofore or hereafter conducted by or on behalf of the Party entitled to benefit thereof, and shall expire on the third (3rd) anniversary of the Closing Date.

(b)        Notwithstanding anything to the contrary herein, the survival period in respect of any representation or warranty in this Agreement, or any related claim, shall be extended automatically to include any time period necessary to resolve a claim which was asserted but not resolved before expiration of such survival period. Liability for any such item shall continue until such claim shall have been finally settled, decided, or adjudicated.

(c)        Notwithstanding anything herein to the contrary, all covenants, agreements and obligations contained herein shall survive the Closing and not expire unless otherwise specifically provided in this Agreement.

Section 7.2 <u>No Other Representations; Express Negligence</u>.

(a)        THE REPRESENTATIONS AND WARRANTIES OF THE SELLER AND PURCHASER CONTAINED IN THIS AGREEMENT AND THE OTHER TRANSACTION DOCUMENTS, IF ANY, CONSTITUTE THE SOLE AND EXCLUSIVE REPRESENTATIONS AND WARRANTIES OF SUCH PARTIES, RESPECTIVELY, IN CONNECTION WITH THE TRANSACTIONS CONTEMPLATED HEREBY. EXCEPT FOR SUCH REPRESENTATIONS AND WARRANTIES, NONE OF SELLER, PURCHASER OR ANY OTHER PERSON MAKES ANY OTHER EXPRESS OR IMPLIED REPRESENTATION OR WARRANTY WITH RESPECT TO SUCH PARTIES OR THE TRANSACTIONS CONTEMPLATED BY THIS AGREEMENT, AND EACH PARTY DISCLAIMS ANY OTHER REPRESENTATIONS OR WARRANTIES, WHETHER MADE BY SUCH PARTIES OR ANY OF THEIR OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, OR REPRESENTATIVES. PURCHASER ACKNOWLEDGES AND AGREES THAT IT HAS NOT RELIED ON ANY REPRESENTATIONS AND WARRANTIES OTHER THAN THE EXPRESS REPRESENTATIONS AND WARRANTIES SET FORTH IN THIS AGREEMENT OR THE OTHER

4

EXHIBIT 2
57
EXHIBIT 2
18

TRANSACTION DOCUMENTS IN MAKING ITS INVESTMENT DECISION WITH RESPECT TO THE ASSETS.

**VIII.** *Miscellaneous*

8.1 <u>Assignment</u>. Neither this Agreement nor any interest hereunder will be assignable in part or in whole by either Party without the prior written consent of the non-assigning Party, which consent will not be unreasonably withheld, conditioned, or delayed.

8.2 <u>Governing Law and Venue</u>. This Agreement is executed pursuant to and shall be interpreted and governed for all purposes under the laws of the State of California. Any cause of action brought to enforce any provision of this Agreement shall be brought in Los Angeles, California pursuant to section 8.3 below. If any provision of this Agreement is declared void, such provision shall be deemed severed from this Agreement, which shall otherwise remain in full force and effect. This Agreement shall supersede any previous agreements, written or oral, expressed or implied, between the parties relating to the subject matter hereof.

8.3 <u>Dispute Resolution</u>. In the event of any controversy, dispute, or claim arising out of or related to this Agreement or the breach thereof, the Purchaser and the Seller agree to meet and confer in good faith to attempt to resolve the controversy, dispute, or claim without an adversary proceeding. If the controversy, dispute, or claim is not resolved to the mutual satisfaction of the Purchaser and the Seller within ten (10) business days of notice of the controversy, dispute, or claim, the Purchaser and the Seller agree to waive their rights, if any, to a jury trial, and to submit the controversy, dispute, or claim to a retired judge or justice for binding, confidential arbitration in accordance with the Commercial Arbitration Rules of the American Arbitration Association. The Purchaser and the Seller agree that the only proper venue for the submission of claims shall be the Los Angeles County, California. Judgment on the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. Any dispute resolution proceedings contemplated by this provision shall be as confidential and private as permitted by law.

8.4 <u>Notices</u>. Any notice, request, demand, or other communication given pursuant to the terms of this Agreement shall be deemed given upon delivery, and may only be delivered or sent via hand delivery, facsimile, or by overnight courier, correctly addressed to the addresses of the parties indicated below or at such other address as such Party shall in writing have advised the other Party.

| If to the Seller: | Michael Avenatti / Eagan Avenatti LLP<br>520 Newport Center Drive, Ste, 1400, Newport Beach, CA<br>E-mail: MAvenatti@eaganavenatti.com<br>Fax: 949-706-7050 |
| If to the Purchaser: | Filippo Marchino / The X-Law Group PC<br>1910 W. Sunset Blvd, Suite 450, Los Angeles, CA 90026<br>E-mail: FM@xlawx.com<br>Fax: 213-599-3370 |

5

EXHIBIT 2
58
EXHIBIT 2
19

8.5 <u>Amendment</u>. No amendment, modification, or supplement of any provision of this Agreement will be valid or effective unless made in writing and signed by a duly authorized officer of each Party.

8.6 <u>Waiver</u>. No provision of this Agreement will be waived by any act, omission, or knowledge of a Party or its agents or employees except by an instrument in writing expressly waiving such provision and signed by a duly authorized officer of the waiving Party.

8.7 <u>Severability</u>. Whenever possible, each provision of this Agreement will be interpreted in such manner as to be effective and valid under the applicable law, but if any provision of this Agreement is held to be prohibited by or invalid under applicable law, such provision will be in effective only to the extent of such prohibition or invalidity, without invalidating the remainder of this Agreement.

8.8 <u>Attorneys' Fees</u>. In the event that any suit, arbitration, legal action, proceeding, or dispute between the Parties arises in connection with this Agreement, the prevailing Party shall be entitled to recover all expenses, costs, and fees, including reasonable attorney's fees, actually incurred in association with such action.

8.9 <u>Entire Agreement</u>. This Agreement, including all exhibits, is the complete, final, and exclusive understanding and agreement of the Parties and cancels and supersedes any and all prior negotiations, correspondence, and agreements, whether oral or written, between the Parties respecting the subject matter of this Agreement.

IN WITNESS WHEREOF, the Parties hereto have executed this Agreement as of the date first written hereinabove.

"Seller"

Eagan Avenatti, LLP
By: Michael Avenatti, Managing Partner

"Purchaser"

X-Law Group, P.C.
By: Filippo Marchino, President

6

EXHIBIT 2
59
EXHIBIT 2
20

**Exhibit A**

**Included Assets**

1. All art presently located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to:
   a. All Frank Stella prints
   b. "Mask" bike chain sculpture hanging in the main conference room
   c. "Finger Print" metal hanging sculptures
   d. Wax paintings hanging in suite hallway
   e. Oil painting hanging in Avenatti office
   f. Metal sculpture at end of hallway by window
   g. Porsche print in Avenatti office
   h. Prints in copy room and small conference room

2. All computer servers located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to: the print server, the software server, the document server and email server, together with all server racks.

3. All furniture located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660, including but not limited to:
   a. Three conference room tables with chairs, together with two credenzas
   b. Desk in Avenatti office, together with credenza, coffee table and chairs
   c. 4 Cubicles and chairs
   d. Seven desks in offices, together with small credenzas and chairs
   e. Shelving in storage room and closet off of reception area
   f. Reception desk

4. All desktop computers and monitors located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660.

5. All software and associated licenses, whether stored on the servers or desktops located at 520 Newport Center Dr., Suite 1400, Newport Beach 92660.

7

EXHIBIT 2
60
EXHIBIT 2
21

EXHIBIT 3

| Name, Address and Telephone Number of Attorney(s) or Party without Attorney<br>BISBEE LAW GROUP, PC \| RONN BISBEE, SBN 207071<br>24040 Camino del Avion, Ste. A-109<br>Monarch Beach, CA 92629<br>TELEPHONE NO. (949) 481-9664<br>ATTORNEY FOR (Name) Respondent          Attorney Bar # | F I L E D<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>LAMOREAUX JUSTICE CENTER<br><br>MAY 1 0 2019<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:____A. WEST____,DEPUTY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☑ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205

PETITIONER: MICHAEL AVENATTI

RESPONDENT: LISA STORIE-AVENATTI

| **DECLARATION FOR WRIT OF EXECUTION** ☐ **AND ORDER** | CASE NUMBER:<br>17D009930 |
|---|---|

1. The undersigned declares under penalty of perjury under the laws of the State of California:

That declarant is _Ronn Bisbee, Attorney for Lisa Storie-Avenatti, Support Obligee_ ;in the above-entitled

action; that the following ☐ judgment ☑ order was made and entered on (date) _04/23/18 & 10/22/18_ :

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

| JUDGMENT DEBTOR(S) | |
|---|---|
| NAME(S) | ADDRESS(ES) |
| MICHAEL AVENATTI | 10000 Santa Monica Blvd. No 2205<br>Los Angeles, CA 90024 |
| | |

☐ Additional names and addresses of Judgment Debtors on attached sheet.

| L-0015<br>Revised 9/4/14 | **DECLARATION AND/OR ORDER FOR WRIT OF EXECUTION**<br>**FAMILY LAW** | Page 1 of 2 |
|---|---|---|

EXHIBIT 3<br>22

Where payments are ordered to be paid at different times, fill in date below; in other cases, strike out inapplicable portions.

Failure to claim interest shall be deemed a waiver thereof.

The installments ordered and interest thereon, and the installments paid and interest thereon, are as follows:

| INSTALLMENTS ORDERED PAID | | | INSTALLMENTS ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| DATE DUE | AMOUNT | INTEREST | DATE PAID | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST |
| | | | PLEASE SEE ATTACHED:<br>(1) DECLARATION<br>(2) SUMMARY OF DEBT<br>(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED. | | | | |

I, the undersigned do hereby declare:

That there is actually due on said ☑ judgment ☑ order the sum of $ 2,379,720.00        principal,
$_____ costs, $_____ attorney fees and $ 104,649.92        interest, for which sum
declarant requests that a writ of execution issue in favor of Lisa Storie-Avenatti
to the Sheriff or any Marshal or Constable of the County of Orange

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 5/3/19

**BY FAX**

(Signature of Declarant)

---

*FOR COURT USE:*

☑ Issued by Clerk   ☐ Order of the Court

Writ of Execution shall issue

Date: MAY 10 2019

DAVID H. YAMASAKI                    APRIL WEST

Signature ☐ Judicial Officer ☑ Clerk, Deputy

---

L-0015
Revised: 9/4/14

**DECLARATION AND/OR ORDER FOR WRIT OF EXECUTION
FAMILY LAW**

Page 2 of 2

EXHIBIT 3
23

**FL-420**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state Bar number, and address)* OR GOVERNMENTAL AGENCY *(under Family Code, §§ 17400, 17406)*: | FOR COURT USE ONLY |
|---|---|
| BISBEE LAW GROUP, PC<br>RONN BISBEE, SBN 207071<br>24040 Camino Del Avion, A-109<br>Monarch Beach, CA 92629<br>TELEPHONE NO.: (949) 481-9664    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: info@enforcemyorder.com<br>ATTORNEY FOR *(Name)*: Lisa Storie-Avenatti | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | |
|---|---|
| STREET ADDRESS: 341 The City Drive<br>MAILING ADDRESS: PO Box 14170<br>CITY AND ZIP CODE: Orange, CA 92868-3205<br>BRANCH NAME: Lamoreaux Justice Center | **ATTACHMENT** |

PETITIONER/PLAINTIFF: MICHAEL AVENATTI

RESPONDENT/DEFENDANT: LISA STORIE-AVENATTI

OTHER PARENT:

| DECLARATION OF PAYMENT HISTORY | CASE NUMBER: | 17D009930 |
|---|---|---|

1. Declaration of *(name)*: Lisa Storie-Avenatti

2. Based on my records or my recollection, I declare that the information on the attached pages showing the amounts ordered and the amounts paid are true and correct for the following obligations *(check all that apply)*:

   a. [X] Child support
   b. [X] Spousal support
   c. [ ] Family support
   d. [ ] Medical support
   e. [ ] Unreimbursed medical expenses
   f. [ ] Unreimbursed child care expenses
   g. [X] Other *(specify)*: Attorney fee and accounting fee awards.

3. Number of pages attached: 06

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/03/2019

Lisa Storie-Avenatti
(TYPE OR PRINT NAME)                    ▶                (SIGNATURE OF DECLARANT)

**SUPPORT ARREARAGE SUMMARY**

This summary is for arrearage for the periods specified in the attached pages.
Interest is calculated through *(specify date)*: April 15, 2019

| | Principal: | Interest *(optional)*: | Total Arrearage: |
|---|---|---|---|
| CHILD SUPPORT: | $ 343,353.00 | $ 14,909.58 | $ 358,262.58 |
| SPOUSAL SUPPORT: | $ 1,801,367.00 | $ 77,210.39 | $ 1,878,577.39 |
| FAMILY SUPPORT: | $ | $ | $ 0.00 |
| MEDICAL SUPPORT: | $ | $ | $ 0.00 |
| UNREIMBURSED MEDICAL EXPENSES: | $ | $ | $ 0.00 |
| UNREIMBURSED CHILD CARE EXPENSES: | $ | $ | $ 0.00 |
| OTHER *(specify)*: Attorney fee & Accounting fee awards | $ 235,000.00 | $ 12,499.95 | $ 247,499.95 |

NOTICE: Interest that is not calculated is not waived

Date: 5/03/2019

Submitted by: ▶

Ronn Bisbee, Attorney for Lisa Storie-Avenatti
(TYPE OR PRINT NAME)                         (SIGNATURE)

Details of the arrearage statement, consisting of *(specify number)* 06 pages, are attached.

Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-420 [Rev. January 1, 2003]  **DECLARATION OF PAYMENT HISTORY**<br>(Family Law—Governmental—Uniform Parentage Act)   CEB   www.ceb.com   Family Code, §§ 5230.5, 17524(d), 17526(c)<br>www.courtinfo.ca.gov

Page 1 of 1

EXHIBIT 3<br>24

**BISBEE LAW GROUP, PC**

**CHILD SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

| Support Obligor | Michael Avenatti | | Order Type | Child | | | | County Orange |
| Support Obligee | Lisa Storie-Avenatti | | Arrears Type | NEV | Never Assigned | | | Court Case No. 17 D 009930 |

| Child | DOB | Emer. |
|---|---|---|
| Agostino | 08/26/14 | 08/30/52 |

Totals row (top): Total Amt Paid $606,352.00 | Total Charges Principal $606,352.00 | Interest $14,909.58 | Total Payments Principal $252,999.00 | Interest $0.00 | Total Paid $0.00 | Interest Charges $343,353.00 | Balance Due Interest $14,909.58 | Total Owed $358,262.58

| Month/ Year | Int Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | TC Principal | TC Interest | Current Paid | Interest Paid | Arrears Paid | TP Principal | TP Interest | TP Arrears Paid | Interest Rate | Total Paid | Interest Charges | BD Principal | BD Interest | EOM Principal Balance | EOM Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $37,897.00 | $0.00 | $37,897.00 |
| Feb-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $75,794.00 | $0.00 | $75,794.00 |
| Mar-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $113,691.00 | $0.00 | $113,691.00 |
| Apr-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $151,588.00 | $0.00 | $151,588.00 |
| May-2018 | 0.00 | $37,897.00 | $108,102.00 | $108,102.00 | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $81,383.00 | $0.00 | $81,383.00 |
| Jun-2018 | 0.00 | $37,897.00 | $19,000.00 | $19,000.00 | $19,000.00 | | $0.00 | $70,205.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $70,205.00 | | $0.00 | $0.00 | $100,280.00 | $0.00 | $100,280.00 |
| Jul-2018 | 0.00 | $37,897.00 | $20,000.00 | $20,000.00 | $20,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $118,177.00 | $0.00 | $118,177.00 |
| Aug-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $156,074.00 | $0.00 | $156,074.00 |
| Sep-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $193,971.00 | $0.00 | $193,971.00 |
| Oct-2018 | 0.00 | $37,897.00 | | $0.00 | $0.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | | $0.00 | $0.00 | $231,868.00 | $0.00 | $231,868.00 |
| Nov-2018 | | $37,897.00 | $24,000.00 | $24,000.00 | $24,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,048.04 | $2,861.28 | $2,048.04 | $245,795.00 | $2,048.04 | $247,813.04 |
| Dec-2018 | | $37,897.00 | $36,000.00 | $36,000.00 | $36,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,063.85 | $2,861.28 | $4,111.89 | $247,662.00 | $4,111.89 | $251,773.89 |
| Jan-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,379.68 | $2,861.28 | $6,491.55 | $285,559.00 | $6,491.55 | $292,050.55 |
| Feb-2019 | | $37,897.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,695.47 | $2,861.28 | $9,187.02 | $323,456.00 | $9,187.02 | $332,943.02 |
| Mar-2019 | | $37,897.00 | $18,000.00 | $18,000.00 | $18,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,861.28 | $2,861.28 | $12,048.30 | $343,353.00 | $12,048.30 | $355,401.30 |
| Apr-2019 | | $37,897.00 | $37,897.00 | $37,897.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,861.28 | $2,861.28 | $14,909.58 | $343,353.00 | $14,909.58 | $358,262.58 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $2,861.28 | $2,861.28 | $17,770.86 | $343,353.00 | $17,770.86 | $381,123.86 |

Remaining rows (repeating): $0.00 amounts with Interest Charges $2,861.28, Principal Balance $343,353.00 and increasing balances:

| $2,861.28 | $20,632.14 | $343,353.00 | $363,985.14 |
| $2,861.28 | $23,493.42 | $343,353.00 | $366,846.42 |
| $2,861.28 | $26,354.70 | $343,353.00 | $369,707.70 |
| $2,861.28 | $29,215.98 | $343,353.00 | $372,568.98 |
| $2,861.28 | $32,077.26 | $343,353.00 | $375,430.26 |
| $2,861.28 | $34,938.54 | $343,353.00 | $378,291.54 |
| $2,861.28 | $37,799.82 | $343,353.00 | $381,152.82 |
| $2,861.28 | $40,661.10 | $343,353.00 | $384,014.10 |
| $2,861.28 | $43,522.38 | $343,353.00 | $386,875.38 |
| $2,861.28 | $46,383.66 | $343,353.00 | $389,736.66 |
| $2,861.28 | $49,244.94 | $343,353.00 | $392,597.94 |
| $2,861.28 | $52,106.22 | $343,353.00 | $395,459.22 |
| $2,861.28 | $54,967.50 | $343,353.00 | $398,320.50 |
| $2,861.28 | $57,828.78 | $343,353.00 | $401,181.78 |
| $2,861.28 | $60,690.06 | $343,353.00 | $404,043.06 |
| $2,861.28 | $63,551.34 | $343,353.00 | $406,904.34 |
| $2,861.28 | $66,412.62 | $343,353.00 | $409,765.62 |
| $2,861.28 | $69,273.90 | $343,353.00 | $412,626.90 |
| $2,861.28 | $72,135.18 | $343,353.00 | $415,488.18 |

**Notes / Summary (right side):**

$232,500 pd. In May 2018. Allocation per Fam.C. 5238:

$232,500 Total pd
+$ 37,892 to current CS
$194,603 remaining
$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.

SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS
APRIL - $102,500 collected ($90K for Pergusa III and Talladega
IIIX, and $12,500 for Frank Stella Timok FIVE),
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 = $18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and
remaining bal of $64,603 applied to current SS

EXHIBIT 3
25

**BISBEE LAW GROUP, PC**
**SPOUSAL SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

| Support Obligor | Michael Avenatti | Order Type | Spousal | | County | Orange |
|---|---|---|---|---|---|---|
| Support Obligee | Lisa Storie | Arrears Type | NEW / Never Assigned | | Court Case No. | 17 D 009930 |

| Month/Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Dist: Principal | Dist: Interest | Current Paid | Interest Paid | Arrears Paid | Tot: Principal | Tot: Interest | Total Paid | Interest Rate | Interest Charges | Interest Balance | Balance Due Interest | Total Owed | EOM Principal Balance | EOM Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | $1,990,368.00 | $77,210.39 | $77,210.39 | $189,001.00 | $189,001.00 | $0.00 | | $189,001.00 | | | | $77,210.39 | $1,678,577.39 | | | |
| Jan-2018 | 0.00 | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $124,398.00 | $124,398.00 | $0.00 | $124,398.00 |
| Feb-2018 | 0.00 | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $248,796.00 | $248,796.00 | $0.00 | $248,796.00 |
| Mar-2018 | 0.00 | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $373,194.00 | $373,194.00 | $0.00 | $373,194.00 |
| Apr-2018 | 0.00 | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| May-2018 | 0.00 | $124,398.00 | $124,398.00 | $124,398.00 | $0.00 | $124,398.00 | $124,398.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| Jun-2018 | 0.00 | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 0.00% | $0.00 | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| Jul-2018 | 0.00 | $124,398.00 | | | | | | | | | | | 0% | $0.00 | $0.00 | $0.00 | $621,990.00 | $621,990.00 | $0.00 | $746,388.00 |
| Aug-2018 | 0.00 | $124,398.00 | | | | | | | | | | | 0% | $0.00 | $0.00 | $0.00 | $746,388.00 | $746,388.00 | $0.00 | $870,786.00 |
| Sep-2018 | 0.00 | $124,398.00 | | | | | | | | | | | 0% | $0.00 | $0.00 | $0.00 | $870,786.00 | $870,786.00 | $0.00 | $995,184.00 |
| Oct-2018 | 0.00 | $124,398.00 | | | | | | | | | | | 0% | $0.00 | $0.00 | $0.00 | $995,184.00 | $995,184.00 | $0.00 | $1,119,582.00 |
| Nov-2018 | | $124,398.00 | | | | | | | | | | | 0% | $10,366.50 | $10,366.50 | $0.00 | $1,119,582.00 | $1,119,582.00 | $10,366.50 | $1,254,346.50 |
| Dec-2018 | | $124,398.00 | | | | | | | | | | | 0% | $11,403.15 | $21,769.65 | $0.00 | $1,243,980.00 | $1,243,980.00 | $21,769.65 | $1,380,147.66 |
| Jan-2019 | | $124,398.00 | | | | | | | | | | | 0% | $12,439.80 | $34,209.45 | $0.00 | $1,368,378.00 | $1,368,378.00 | $34,209.45 | $1,380,147.66 |
| Feb-2019 | | $124,398.00 | | | | | | | | | | | 0% | $13,476.45 | $62,199.00 | $0.00 | $1,492,776.00 | $1,492,776.00 | $62,199.00 | $1,526,885.46 |
| Mar-2019 | | $124,398.00 | | | | | | | | | | | 10.00% | $14,513.10 | $77,210.39 | $0.00 | $1,617,174.00 | $1,617,174.00 | $77,210.39 | $1,684,869.90 |
| Apr-2019 | | $124,398.00 | $84,603.00 | $84,603.00 | $84,603.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $92,221.78 | $0.00 | $1,741,572.00 | $1,741,572.00 | $82,199.00 | $1,803,771.00 |
| May-2019 | | $124,398.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $77,210.39 | $0.00 | $1,801,367.00 | $1,801,367.00 | $92,221.78 | $1,878,577.39 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $92,221.78 | $0.00 | $1,801,367.00 | $1,801,367.00 | $107,233.17 | $1,893,588.78 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $107,233.17 | $0.00 | $1,801,367.00 | $1,801,367.00 | $122,244.56 | $1,908,600.17 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $122,244.56 | $0.00 | $1,801,367.00 | $1,801,367.00 | $137,255.95 | $1,923,611.56 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $137,255.95 | $0.00 | $1,801,367.00 | $1,801,367.00 | $152,267.34 | $1,938,622.95 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $152,267.34 | $0.00 | $1,801,367.00 | $1,801,367.00 | $167,278.73 | $1,953,634.34 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $167,278.73 | $0.00 | $1,801,367.00 | $1,801,367.00 | $182,290.12 | $1,966,645.73 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $182,290.12 | $0.00 | $1,801,367.00 | $1,801,367.00 | $197,301.51 | $1,983,657.12 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $197,301.51 | $0.00 | $1,801,367.00 | $1,801,367.00 | $212,312.90 | $1,998,668.51 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $212,312.90 | $0.00 | $1,801,367.00 | $1,801,367.00 | $227,324.29 | $2,013,679.90 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $227,324.29 | $0.00 | $1,801,367.00 | $1,801,367.00 | $242,336.68 | $2,028,691.29 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $242,336.68 | $0.00 | $1,801,367.00 | $1,801,367.00 | $257,347.07 | $2,043,702.68 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $257,347.07 | $0.00 | $1,801,367.00 | $1,801,367.00 | $272,358.46 | $2,058,714.07 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $272,358.46 | $0.00 | $1,801,367.00 | $1,801,367.00 | $287,369.85 | $2,073,725.46 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $287,369.85 | $0.00 | $1,801,367.00 | $1,801,367.00 | $302,381.24 | $2,088,736.85 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $302,381.24 | $0.00 | $1,801,367.00 | $1,801,367.00 | $317,392.63 | $2,103,748.24 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $317,392.63 | $0.00 | $1,801,367.00 | $1,801,367.00 | $332,404.02 | $2,118,759.63 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $332,404.02 | $0.00 | $1,801,367.00 | $1,801,367.00 | $347,415.41 | $2,133,771.02 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $347,415.41 | $0.00 | $1,801,367.00 | $1,801,367.00 | $362,426.80 | $2,148,782.41 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $362,426.80 | $0.00 | $1,801,367.00 | $1,801,367.00 | $377,438.19 | $2,163,793.80 |
| | | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | | | 10.00% | $15,011.39 | $377,438.19 | $0.00 | $1,801,367.00 | $1,801,367.00 | | | $2,178,805.19 |

**Notes (Distribution of Payments):**

$232,500 pd. In May 2018. Allocation per Fam.C. 5238:
$232,500 Total pd
$ 37,897 to current CS
$194,603 remaining
$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.

SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102
TOT. PD TO SS AUDIT IN MAY 2018= $124,398.

Artwork liquidated to satisfy support orders:
MARCH - $18K collected for sculpture - applied to current CS.
APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella 'Imola FIVE').
Allocation per Fam.C. 5238:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

5/6/2019

Bisbee Law Group, PC

EXHIBIT 3
26

BISBEE LAW GROUP, PC

ATTORNEY FEES & COSTS AWARD $185,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018

| Support Obligor | Michael Avenatti | | Order Type | NEV | | | | Never Assigned | | | | County Orange |
| Support Obligee | Lisa Storie | | Arrears Type | NEV | | | | | | | | Court Case No. 17 D 009930 |

| | Interest Rate (10%) | Current Support DUE | | Total Charges | | Payments | | Distribution of Payments | | | | | | Balance Due | | END OF MONTH | |
| Month/ Year | | | | Principal | Interest | Monthly Pymt | Total Amt Paid | Current Paid | Interest Paid | Arrears Paid | Total Paid | Interest Rate | Interest Charges | Interest Balance | Principal Balance | Total Balance |
| | | | | $185,000.00 | $9,250.02 | | | | | | | $0.00 | $185,000.00 | | Total Owed | |
| | | | | | | | | | | | | | | | $185,000.00 | $194,250.02 |
| | | | | Total Changes | | Total Payments | | | | | | | | $9,250.02 | Total Owed | |
| | | | | $185,000.00 | $9,250.02 | $0.00 | $0.00 | | | | | | | | $185,000.00 | $194,250.02 |
| Oct-2018 | 0.00 | $185,000.00 | | $185,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.0% | $0.00 | $0.00 | $185,000.00 | $185,000.00 |
| Nov-2018 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $1,541.67 | $185,000.00 | $186,541.67 |
| Dec-2018 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $3,083.34 | $185,000.00 | $188,083.34 |
| Jan-2019 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $4,625.01 | $185,000.00 | $189,625.01 |
| Feb-2019 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $6,166.68 | $185,000.00 | $191,166.68 |
| Mar-2019 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $7,708.35 | $185,000.00 | $192,708.35 |
| Apr-2019 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $9,250.02 | $185,000.00 | $194,250.02 |
| May-2019 | | | | | $1,541.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $10,791.69 | $185,000.00 | $195,791.69 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $12,333.36 | $185,000.00 | $197,333.36 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $13,875.03 | $185,000.00 | $198,875.03 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $15,416.70 | $185,000.00 | $200,416.70 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $16,958.37 | $185,000.00 | $201,958.37 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $18,500.04 | $185,000.00 | $203,500.04 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $20,041.71 | $185,000.00 | $205,041.71 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $21,583.38 | $185,000.00 | $206,583.38 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $23,125.05 | $185,000.00 | $208,125.05 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $24,666.72 | $185,000.00 | $209,666.72 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $26,208.39 | $185,000.00 | $211,208.39 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $27,750.06 | $185,000.00 | $212,750.06 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $29,291.73 | $185,000.00 | $214,291.73 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $30,833.40 | $185,000.00 | $215,833.40 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $32,375.07 | $185,000.00 | $217,375.07 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $33,916.74 | $185,000.00 | $218,916.74 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $35,458.41 | $185,000.00 | $220,458.41 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $37,000.08 | $185,000.00 | $222,000.08 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $38,541.75 | $185,000.00 | $223,541.75 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $40,083.42 | $185,000.00 | $225,083.42 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $41,625.09 | $185,000.00 | $226,625.09 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $43,166.76 | $185,000.00 | $228,166.76 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $44,708.43 | $185,000.00 | $229,708.43 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $46,250.10 | $185,000.00 | $231,250.10 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $47,791.77 | $185,000.00 | $232,791.77 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $49,333.44 | $185,000.00 | $234,333.44 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $50,875.11 | $185,000.00 | $235,875.11 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $52,416.78 | $185,000.00 | $237,416.78 |
| | | | | | $1,541.67 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $1,541.67 | $53,958.45 | $185,000.00 | $238,958.45 |

Notes (in payment area):
- $185,000.00 attorney fee award entered in 10/22/2018 Findings and OAH payable forthwith to Respondent directly.
- Avenatti acknowledged service & receipt of 10/22/18 Findings & OAH by his 11/30/18 signature on Stip & Order filed 12/04/18.

5/3/2019

Bisbee Law Group, PC

Page 1

EXHIBIT 3
27

**BISBEE LAW GROUP, PC**

**ACCOUNTING FEES AND COSTS AWARD $30,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018**

| Support Obligor | Michael Avenatti | | | | | | | | | County | Orange |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Support Obligee | Lisa Storie | | | | | | | | | Court Case No. | 17 D 009930 |
| | | Order Type | | NEV | | Never Assigned | | | | | |
| | | Arrears Type | | | | | | | | | |

| | | | | | Total Charges | | Total Payments | | | Balance Due | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Principal | Interest | Principal | Interest | Total Paid | Principal | Interest | Total Owed | |
| | | | | | $30,000.00 | $1,500.00 | $30,000.00 | $0.00 | $0.00 | $30,000.00 | $1,500.00 | $31,500.00 | |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Current Paid | Principal Paid | Interest Paid | Arrears Paid | Principal | Interest | Total Paid | Interest Rate | Interest Charges | Principal Balance | Interest Balance | End of Month Principal Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $30,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $30,000.00 | $0.00 | $30,000.00 | $30,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $250.00 | $30,000.00 | $30,250.00 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $500.00 | $30,000.00 | $30,500.00 |
| Jan-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $750.00 | $30,000.00 | $30,750.00 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,000.00 | $30,000.00 | $31,000.00 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,250.00 | $30,000.00 | $31,250.00 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,500.00 | $30,000.00 | $31,500.00 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,750.00 | $30,000.00 | $31,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $2,000.00 | $30,000.00 | $32,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $2,250.00 | $30,000.00 | $32,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $2,500.00 | $30,000.00 | $32,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $2,750.00 | $30,000.00 | $32,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $3,000.00 | $30,000.00 | $33,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $3,250.00 | $30,000.00 | $33,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $3,500.00 | $30,000.00 | $33,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $3,750.00 | $30,000.00 | $33,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $4,000.00 | $30,000.00 | $34,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $4,250.00 | $30,000.00 | $34,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $4,500.00 | $30,000.00 | $34,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $4,750.00 | $30,000.00 | $34,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $5,000.00 | $30,000.00 | $35,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $5,250.00 | $30,000.00 | $35,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $5,500.00 | $30,000.00 | $35,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $5,750.00 | $30,000.00 | $35,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $6,000.00 | $30,000.00 | $36,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $6,250.00 | $30,000.00 | $36,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $6,500.00 | $30,000.00 | $36,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $6,750.00 | $30,000.00 | $36,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $7,000.00 | $30,000.00 | $37,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $7,250.00 | $30,000.00 | $37,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $7,500.00 | $30,000.00 | $37,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $7,750.00 | $30,000.00 | $37,750.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $8,000.00 | $30,000.00 | $38,000.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $8,250.00 | $30,000.00 | $38,250.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $8,500.00 | $30,000.00 | $38,500.00 |
| | | | | $0.00 | | | | | | | | 10.00% | $250.00 | $30,000.00 | $8,750.00 | $30,000.00 | $38,750.00 |

$30,000.00 acctg fees & costs award entered in 10/22/2018 Findings and OAH as and for further support, payable forthwith directly to Respondent.

NOTE: Avenatti acknowledged service & receipt of 10/22/18 Findings & Order After Hearing by his 11/30/18 signature on Stip & Order filed on 12/04/18.

Bisbee Law Group, PC

5/3/2019

EXHIBIT 3
28

**BISBEE LAW GROUP, PC**
**ACCOUNTING COSTS AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

| | | |
|---|---|---|
| Support Obligor: Michael Avenatti | Order Type: I | Never Assigned — County Orange |
| Support Obligee: Lisa Storie | Arrears Type: NEV | Court Case No. 17 D 009930 |

Total Charges — Total Owed: $10,916.63

| | Principal | Interest | Total Owed |
|---|---|---|---|
| Total Charges | $10,000.00 | $916.63 | $10,916.63 |

Note: $10,000.00 acctg costs award entered in 04/23/2018 Findings and OAH payable to Respondent on or before May 1, 2018. Avenatti signed 04/23/18 Stip & Order.

| Month/Year | Int Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Charges Principal | Charges Interest | Current Paid | Interest Paid | Pmt Principal | Pmt Interest | Arrears Paid | Interest Rate | Total Paid | Interest Charges | Bal Due Principal | Interest Balance | Principal Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0.00 | $10,000.00 | | | | | | | | | | | | | | | | |
| May-2018 | | | | $10,000.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $10,000.00 | $10,000.00 |
| Jun-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $83.33 | $10,000.00 | $10,083.33 |
| Jul-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $166.66 | $10,000.00 | $10,166.66 |
| Aug-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $249.99 | $10,000.00 | $10,249.99 |
| Sep-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $333.32 | $10,000.00 | $10,333.32 |
| Oct-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $416.65 | $10,000.00 | $10,416.65 |
| Nov-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $499.98 | $10,000.00 | $10,499.98 |
| Dec-2018 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $583.31 | $10,000.00 | $10,583.31 |
| Jan-2019 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $666.64 | $10,000.00 | $10,666.64 |
| Feb-2019 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $749.97 | $10,000.00 | $10,749.97 |
| Mar-2019 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $833.30 | $10,000.00 | $10,833.30 |
| Apr-2019 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $916.63 | $10,000.00 | $10,916.63 |
| May-2019 | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $999.96 | $10,000.00 | $10,999.96 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,083.29 | $10,000.00 | $11,083.29 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,166.62 | $10,000.00 | $11,166.62 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,249.95 | $10,000.00 | $11,249.95 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,333.28 | $10,000.00 | $11,333.28 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,416.61 | $10,000.00 | $11,416.61 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,499.94 | $10,000.00 | $11,499.94 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,583.27 | $10,000.00 | $11,583.27 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,666.60 | $10,000.00 | $11,666.60 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,749.93 | $10,000.00 | $11,749.93 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,833.26 | $10,000.00 | $11,833.26 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,916.59 | $10,000.00 | $11,916.59 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $1,999.92 | $10,000.00 | $11,999.92 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,083.25 | $10,000.00 | $12,083.25 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,166.58 | $10,000.00 | $12,166.58 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,249.91 | $10,000.00 | $12,249.91 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,333.24 | $10,000.00 | $12,333.24 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,416.57 | $10,000.00 | $12,416.57 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,499.90 | $10,000.00 | $12,499.90 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,583.23 | $10,000.00 | $12,583.23 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,666.56 | $10,000.00 | $12,666.56 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,749.89 | $10,000.00 | $12,749.89 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,833.22 | $10,000.00 | $12,833.22 |
| | | | | $0.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $83.33 | $2,916.55 | $10,000.00 | $12,916.55 |

5/3/2019 — Bisbee Law Group, PC — Page 1

EXHIBIT 3
29

**BISBEE LAW GROUP, PC**
**ATTORNEY FEE AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie

Order Type
Arrears Type: NEV      Never Assigned

County Orange
Court Case No. 17 D 009930

|  | | Total Charges | | | Total Payments | | |
|---|---|---|---|---|---|---|---|
|  | | Principal | Interest | | Principal | Interest | Total Paid |
|  | | $10,000.00 | $333.30 | | $0.00 | $0.00 | $0.00 |

| Month/Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Current Paid | Interest Paid | Principal | Interest | Arrears Paid | Interest Rate | Total Paid | Principal | Interest Charges | Balance Due Interest Balance | END OF MONTH Principal Balance | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $10,000.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $83.33 | $10,000.00 | $83.33 | $10,083.33 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $166.66 | $10,000.00 | $166.66 | $10,166.66 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $249.99 | $10,000.00 | $249.99 | $10,249.99 |
| Oct-2018 | | | | $0.00 $10,000.00 attorney fee award entered in 04/23/2018 Findings and OAH | | | | | | 10.00% | $0.00 | | $83.33 | $333.32 | $10,000.00 | $333.32 | $10,333.32 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $416.65 | $10,000.00 | $416.65 | $10,416.65 |
| Dec-2018 | | | | $0.00 Avenatti signed 04/23/18 Stip & Order requiring $10k order be paid in | | | | | | 10.00% | $0.00 | | $83.33 | $499.98 | $10,000.00 | $499.98 | $10,499.98 |
| Jan-2019 | | | | $0.00 full on or before June 1, 2018. | | | | | | 10.00% | $0.00 | | $83.33 | $583.31 | $10,000.00 | $583.31 | $10,583.31 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $666.64 | $10,000.00 | $666.64 | $10,666.64 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $749.97 | $10,000.00 | $749.97 | $10,749.97 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $833.30 | $10,000.00 | $833.30 | $10,833.30 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $916.63 | $10,000.00 | $916.63 | $10,916.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $999.96 | $10,000.00 | $999.96 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,083.29 | $10,000.00 | $1,083.29 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,166.62 | $10,000.00 | $1,166.62 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,249.95 | $10,000.00 | $1,249.95 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,333.28 | $10,000.00 | $1,333.28 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,416.61 | $10,000.00 | $1,416.61 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,499.94 | $10,000.00 | $1,499.94 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,583.27 | $10,000.00 | $1,583.27 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,666.60 | $10,000.00 | $1,666.60 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,749.93 | $10,000.00 | $1,749.93 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,833.26 | $10,000.00 | $1,833.26 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,916.59 | $10,000.00 | $1,916.59 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $1,999.92 | $10,000.00 | $1,999.92 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,083.25 | $10,000.00 | $2,083.25 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,166.58 | $10,000.00 | $2,166.58 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,249.91 | $10,000.00 | $2,249.91 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,333.24 | $10,000.00 | $2,333.24 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,416.57 | $10,000.00 | $2,416.57 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,499.90 | $10,000.00 | $2,499.90 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,583.23 | $10,000.00 | $2,583.23 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,666.56 | $10,000.00 | $2,666.56 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,749.89 | $10,000.00 | $2,749.89 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,833.22 | $10,000.00 | $2,833.22 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | | $83.33 | $2,916.55 | $10,000.00 | $2,916.55 | $12,916.55 |

5/3/2019          Bisbee Law Group, PC          Page 1

EXHIBIT 3
30

Matthew S. DeArmey, SBN 199294
Sandra Shapiro, SBN 299589
**THE LAW OFFICES OF MILO F. DE ARMEY**
950 West 17ᵗʰ Street, Suite A
Santa Ana, CA 92706
Telephone: (714) 558-7744
Facsimile: (714) 558-0925
Email: matt@dearmeylaw.com

Associate Attorneys for Respondent
Lisa Storie-Avenatti

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
LAMOREAUX JUSTICE CENTER

APR 04 2019

DAVID H. YAMASAKI, Clerk of the Court

BY: S. GUSTAFSON, DEPUTY

## THE SUPERIOR COURT OF CALIFORNIA

### FOR THE COUNTY OF ORANGE

MICHAEL AVENATTI,

Petitioner,

v.

LISA STORIE-AVENATTI

Respondent.

Case No.: 17D009930

~~[PROPOSED]~~ ORDER TO DELIVER
SPECIFIC PROPERTY

*Assigned for all purposes to The Honorable
Nathan Vu, Department L-67*

On April 23, 2018 and October 22, 2018, Respondent Lisa Storie-Avenatti, the judgment

creditor in this matter, obtained orders in this court against Petitioner Michael Avenatti, the

approximately

judgment debtor for the sum of $2,053,332, including principal, interest accrued as of January

9, 2019, and costs incurred as of January 17, 2019. These orders are for child support, spousal

support, and attorney's fees and costs made in the nature of support.

1

~~[PROPOSED]~~ ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 3
31

1  Respondent
2      alleges that from the examination of Michael Avenatti that he, the judgment debtor, has an
3  interest in the following property in his possession, custody, or under his control that is not
4  exempt from enforcement of the money judgment:
5      1.    100% of the Eagan Avenatti, LLP partnership interest titled in the name of
6  Michael Avenatti.
7      2.    100% of the shares in the corporation Avenatti & Associates, A Professional
8  Corporation, California Corporation Number C2874165, which has a titled partnership interest
9  in Eagan Avenatti, LLP.
10      3.    100% of the shares owned by Michael Avenatti in the company Seek Thermal,
11  Inc, a Delaware corporation, registered in the State of California, SOS Number 3474177,
12  formerly known as Tyrian Systems, Inc.
13
14      4.    100% of the funds due and owing to Michael Avenatti from The Fight PAC,
15  FEC Committee ID # C00685966
16      5.    100% of the shares owned by Michael Avenatti in the company Desert Harvest,
17  LLC, a Delaware LLC, registered in the State of California, SOS Number 201032010071.
18
19      6.    Patek Phillipe Watch Model Number 5035, 18k White Gold, Movement Number
20  3.134.531, Case Number 4.208.344.
21      7.    Patek Phillipe Watch Model Number 5270
22
23      8.    Patek Phillip Watch Model Number 5055
24      9.    All artwork in the name of Michael Avenatti in the possession of Orange County
25  Fine Art Storage.
26      10.   All artwork in the name Avenatti & Associates, A Professional Corporation in
27  the possession of Orange County Fine Art Storage.
28

2

~~[PROPOSED]~~ ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 3
32

11. All artwork in the name Eagan Avenatti, LLP in the possession of Orange County Fine Art Storage.

12. One hundred percent (100%) of the member interest in Passport 420, LLC, that is titled in the name of Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165A, which owns as its principal asset a 2016 Honda Jet, Model HA-420 serial number 42000029, FAA Registry number N227WP, titled in the name of Passport 420 LLC.

13. Ownership of the Northwestern Mutual Life Insurance Policy #18441100.

IT IS HEREBY ORDERED that Michael Avenatti immediately deliver to the Levying Officer, the property set forth above, which shall be applied toward the satisfaction of the judgment.

Dated: APR 0 4 2019

HONORABLE NATHAN YU
Superior Court Judge

3

ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 3
33

**From:** John Reitman <jreitman@lgbfirm.com>
**Sent:** Friday, April 12, 2019 1:29 PM
**To:** Matthew DeArmey <matt@dearmeylaw.com>
**Cc:** Brian Weiss <bweiss@force10partners.com>; Jack Reitman <jareitman@lgbfirm.com>
**Subject:** Eagan Avenatti Receivership Assets

Matt, I'm writing to confirm the our telephone conversation yesterday.  Mr. Weiss has determined that some of the art and watches which are part of the marital distribution of assets to Ms. Storie was directly paid for by Eagan Avenatti, LLP ("EA"); EA also directly made payments for the acquisition of the Ferrari.  Mr. Weiss also believes that EA funds were transferred to other Avenatti accounts to purchase additional art and watches that are part of the marital distribution to Ms. Storie. **Those transfers (or the proceeds of the sale of those assets) are avoidable and recoverable by Mr. Weiss, as the Receiver, under the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). Mr. Weiss intends to file a motion authorizing him to sell all of the artwork in issue and hold the sale proceeds pending resolution of the EA estate's entitlements. The transfer of the ownership interests in EA and Avenatti & Associates also are avoidable and recoverable under that Act.** Mr. Weiss and I would like to meet with Ms. Storieand counsel of her choosing to attempt to informally resolve her claims in those assets.

You told me that the Ferrari has been consigned to a Ferrari dealership for sale but did not recall the name of the dealer. I would appreciate your sending that information to me.  Please also determine from Ms. Storie if you will be representing her with respect to the marital dissolution transfers.

We look forward to hearing from you or Ms. Storie.

John Reitman
Attorney

**Landau Gottfried & Berger LLP**
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Main: 310-557-0050
Direct:  310-691-7377
Fax: 310-557-0056
E-mail:  jreitman@lgbfirm.com
Web:  www.lgbfirm.com

Please consider the environment before printing

This e-mail is a confidential communication and may also be legally privileged  If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT 3
34

1   **BISBEE LAW GROUP, PC**
    RONN BISBEE, SBN 207071
2   24040 Camino Del Avion, Suite A-109
    Monarch Beach, California 92629
3   Web www.orangecountychildsupport.com
    Email info@enforcemyorder.com
4   Phone (949) 481-9664

**ATTACHMENT**

5   Attorney for Lisa Storie-Avenatti.
    Support Lien Claimant
6

7

8                          **SUPERIOR COURT OF CALIFORNIA**

9                                  **COUNTY OF ORANGE**

10

11  MICHAEL AVENATTI,                    )   CASE NO. 17 D009930
                                         )
12              Petitioner,              )   AFFIDAVIT IN SUPPORT OF WRIT OF
                                         )   EXECUTION. CCP §§685.040, 685.050,
13        v.                             )   685.090.
                                         )
14  LISA STORIE-AVENATTI,                )
                                         )
15              Respondent.              )
                                         )
16                                       )
                                         )
17

18  I, Lisa Storie-Avenatti, declare as follows:

19        I am the Respondent in the above-entitled matter.  If called upon to testify, I could and

20  would testify competently to the following facts, which are all within my personal knowledge,

21  except as to those matters which are stated on information and belief, and as to those matters, I

22  believe them to be true.  I offer this Declaration in lieu of personal testimony pursuant to

23  Sections 2009 and 2015.5 of the *California Code of Civil Procedure*, Rule 5.118, *California*

24  *Rules of Court*, *Reifler v. Superior Court* (1994) 39 Cal.App.3d 479. and *Marriage of Stevenot*

25  (1984) Cal.App.3d 1051.

26        In court orders filed on 04/23/2018 and 10/22/2018, Michael Avenatti to pay me child

28  support, spousal support, attorney fee awards and accounting fee awards as follows:

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
Page 1

EXHIBIT 3
35

1    In the Stipulation and Order filed on 04/23/2018, Michael Avenatti was ordered to pay

2    me Accounting costs of $10,000.00 to be paid in full on or before May 1, 2018.  (Section 35,

3    Page 9)

4    In the Stipulation and Order filed on 04/23/2018, the Court ordered Michael Avenatti to

5    pay me attorney fees in the amount of $10,000.00 to be paid in full on or before June 1, 2018.

6    (Section 36, Page 9)

7    In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

8    ordered to pay me child support in the amount of $31,897.00/mo. plus $12,000.00/mo. for child

9    care for a total of $37,897.00/mo. commencing retroactively to 01/01/2018.  (Section 6, Page 8)

10    In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

11    ordered to pay me spousal support in the amount of $124,398.00/mo. commencing retroactively

12    to 01/01/2018. (Section 12, Page 7)

13    In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

14    ordered to pay me as further support $185,000.00 for attorney fees already incurred, payable

15    forthwith. (Section 15, Page 8)

16    In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

17    ordered to pay me as further support $30,000.00 for accounting fees and costs, payable

18    forthwith. (Section 16, Page 8)

19    In the Findings and Order After Hearing filed on 10/22/2018, the amounts ordered to be

20    paid are characterized as "a necessary function of support for the Respondent."

21    The attached "*Summary of Court Orders payable from Michael Avenatti to Lisa Storie-*

22    *Avenatti"* itemizes each of these individual debts, including the principal amount ordered, the

23    principal amount paid, the interest which continues to accrue by operation of law, and the

24    remaining amounts owed.

25    The FL-420 Declaration of Payment History with individual audits filed concurrently

26    herewith confirms that Michael Avenatti owes me a total of $2,484,369.92 through April 30,

28    2019.

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
Page 2

EXHIBIT 3
36

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

1    I have attached the "Order to Deliver Specific Property" filed on April 4, 2019 that Orders

2  Michael Avenatti to immediately deliver to the Levying Officer the property set forth in the order

3  which shall be applied toward the satisfaction of the judgment owed by Michael Avenatti.

4    Among other things, the "Order to Deliver Specific Property" specifically states that I am

5  entitled to 100% of the assets of Eagan Avenatti, LLP (titled in the name of Michael Avenatti),

6  100% of the shares owned by Michael Avenatti in the corporation Avenatti & Associates which

7  has a titled partnership interest in Eagan Avenatti, LLP, all artwork in the name of Michael

8  Avenatti in the possession of Orange County Fine Art Storage, and all artwork in the name of

9  Avenatti & Associates, APC in the possession of Orange County Fine Art Storage.

10   Despite the specificity of this court order, Attorney Reitman, representing Brian Weiss,

11  the Receiver appointed over Eagan Avenatti (as nominated by judgment creditor Jason Frank)

12  has threatened to file a motion to avoid my execution of this Court's order in accordance with

13  the terms specified in the "Ruling on Submitted Matter" filed April 4, 2019.  He threatened to set

14  aside any transfer of property this Court has already authorized under the guise of the

15  California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). (Please see copy of

16  email attached).  I am concerned about this threat and would ask the court to enter an order for

17  sanctions and attorney fees against Mr. Weiss and Attorney Reitman should such a motion be

18  filed in attempt to thwart this Court's order.

19   I declare, under penalty of perjury, under the laws of the State of California that the

20  above is true and correct.

21  Dated: May 3, 2019                                                **BY FAX**

22  _____

23  Lisa Storie-Avenatti, Respondent and Support Obligee

24

25

26

28

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
Page 3

EXHIBIT 3
37

## Summary of Court Orders Payable from Michael Avenatti to Lisa Storie-Avenatti

| Debt | Date Order | Amt. Order | Prin. Charged | Int. Charged | Prin. Paid | Int. Paid | Tot. Amt. Owed |
|---|---|---|---|---|---|---|---|
| Child Support | 10/22/2018 | $37,897/mo. | $606,352.00 | $14,909.58 | -$262,999.00 | $0.00 | $358,262.58 |
| Spousal Support | 10/22/2018 | $124,398/mo. | $1,990,368.00 | $77,210.39 | -$189,001.00 | $0.00 | $1,878,577.39 |
| Atty fees & Costs | 10/22/2018 | $185,000.00 | $185,000.00 | $9,250.02 | $0.00 | $0.00 | $194,250.02 |
| Acctg. Fees & Costs | 10/22/2018 | $30,000.00 | $30,000.00 | $1,500.00 | $0.00 | $0.00 | $31,500.00 |
| Accounting Costs | 4/23/2018 | $10,000.00 | $10,000.00 | $946.63 | $0.00 | $0.00 | $10,946.63 |
| Attorney Fees | 4/23/2018 | $10,000.00 | $10,000.00 | $833.30 | $0.00 | $0.00 | $10,833.30 |
| TOTALS | | | $2,831,720.00 | $104,649.92 | -$452,000.00 | $0.00 | $2,484,369.92 |

| Debt | Mo. Int. | Daily Int. | | |
|---|---|---|---|---|
| Child Support | $2,861.28 | $94.07 | Prin. Charged | $2,831,720.00 |
| Spousal Support | $15,011.39 | $493.53 | Prin Paid | -$462,000.00 |
| Attorney fees & Costs | $1,541.67 | $50.69 | Prin Bal. Owed | $2,378,720.00 |
| Acctg. Fees & Costs | $250.00 | $8.22 | Int. Bal. Owed | $104,649.92 |
| Accounting Costs | $83.33 | $2.74 | TOTAL | $2,484,369.92 |
| Attorney Fees | $83.33 | $2.74 | | |
| TOTALS | $19,831.00 | $651.98 | | |

EXHIBIT 3
38

EXHIBIT 4

1   JOHN P. REITMAN (State Bar No. 80579)
    jreitman@lgbfirm.com
2   JACK A. REITMAN (State Bar No. 283746)
    jareitman@lgbfirm.com
3   LANDAU GOTTFRIED & BERGER LLP
    1880 Century Park East, Suite 1101
4   Los Angeles, California 90067
    Telephone: (310) 557-0050
5   Facsimile: (310) 557-0056

6   Attorneys for Plaintiff Brian Weiss,
    Federal Court Appointed Receiver of Eagan Avenatti, LLP
7

8                    **SUPERIOR COURT OF CALIFORNIA**

9                          **COUNTY OF ORANGE**

10  MICHAEL AVENATTI,                        Case No.: 17D009930

11                      Petitioner,          Levying Officer File No.:

12          v.                               **DECLARATION OF JACK A.**
                                             **REITMAN RE: THIRD PARTY CLAIM**
13  LISA STORIE-AVENATTI,                    **(CCP §§ 720.110, 720.130); EXHIBITS**

14                      Respondent.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*LANDAU GOTTFRIED & BERGER LLP*
*ATTORNEYS AT LAW*
*LOS ANGELES, CALIFORNIA*

EXHIBIT 4
39

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

I, Jack A. Reitman, declare as follows:

1.      I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify competently thereto under oath.  I am an attorney at law licensed to practice in the State of California and admitted to practice before this Court.  I am an associate with the law firm of Landau Gottfried & Berger LLP, counsel for Brian Weiss, Federal Court Appointed Receiver (the "Receiver") of the Receivership Estate of Eagan Avenatti, LLP ("EA") in *In re Eagan Avenatti*, Case No. 8:18-cv-01644-VAP-KES, pending in the United States District Court, Central District of California.  I make this declaration in support of the Receiver's Third-Party Claim (pursuant to California Code of Civil Procedure §§ 720.110 and 720.130) on certain of the personal property (the "Property") purportedly owned by judgment debtor Michael Avenatti ("Mr. Avenatti") levied upon at the direction of judgment creditor Ms. Lisa Storie-Avenatti ("Ms. Storie") pursuant to the Declaration for Writ of Execution, attached hereto as Exhibit 1.

2.      The Receiver has an interest in the following described Property:

i.      Artist: Frank Stella. Relief Print known as IMOLA Three I, Circuit Series, dated 1982, annotated "PP 2" (printer's proof), approx. 65 7/8 x 51 ¼ inches, framed;

Market Value: $14,375.00

ii.      Artist: Frank Stella. Relief Print known as IMOLA Three II, Circuit Series, dated 1984, edition 16 of 30, approx. 65 1/2 x 51 1/2 inches, framed;

Market Value: $20,000.00

iii.      Artist: Frank Stella. Relief Print known as IMOLA Five II, Circuit Series, dated 1983, edition 16 of 30, approx. 66 x48 inches, framed;

Market Value: $40,000

iv.      Artist: Frank Stella. Relief Print known as Talladega Three III, Circuit Series, dated 1982, edition 12 of 30, approx. 78 x 66 inches, framed.

Market Value: $25,000

v.      Artist: Frank Gehry.  Relief Print known as Memory of Sophie Calle's Flower, dated 2012, edition 8 of 28;

Market Value: $25,000.

2

EXHIBIT 4
40

Market Value: $25,000.

3.      The Receiver makes this claim based on the fact that the Property described in ¶¶ 2 i-v above was purchased using funds of EA and each such item is owned by EA's lawful successor-in-interest the Eagan Avenatti, LLP Receivership Estate, which is not a judgment debtor of Ms. Storie.  Therefore, Ms. Storie is not entitled to sell the EA Property to satisfy her judgment against Mr. Avenatti.

4.      The Receiver's address where he can be served with legal papers by mail is c/o John P. Reitman or Jack A. Reitman, Landau Gottfried & Berger LLP, 1880 Century Park East, Suite 1101, Los Angeles, California 90067.

5.      The estimated market value of the EA Property interest is at least $124,275.

6.      The EA Receivership Estate's ownership of the EA Property levied by Ms. Storie is evidenced by the attached receipts and wire transfers (Exhibit 2) for art purchased by EA and its owner Avenatti & Associates, using EA funds.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2019, at Los Angeles, California

_____
Jack A. Reitman

3

EXHIBIT 4
41

# EXHIBIT 1

EXHIBIT 4
42

| Name, Address and Telephone Number of Attorney(s) or Party without Attorney | | |
|---|---|---|
| BISBEE LAW GROUP, PC \| RONN BISBEE, SBN 207071<br>24040 Camino del Avion, Ste. A-109<br>Monarch Beach, CA 92629<br>TELEPHONE NO. (949) 481-9664<br>ATTORNEY FOR (Name) Respondent                                   Attorney Bar # | | **FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br>LAMOREAUX JUSTICE CENTER<br><br>**MAY 1 0 2019**<br><br>DAVID H. YAMASAKI, Clerk of the Court<br><br>BY:_____A. WEST_____,DEPUTY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☑ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205

PETITIONER: MICHAEL AVENATTI

RESPONDENT: LISA STORIE-AVENATTI

| **DECLARATION FOR WRIT OF EXECUTION** ☐ **AND ORDER** | CASE NUMBER:<br>17D009930 |
|---|---|

1. The undersigned declares under penalty of perjury under the laws of the State of California:

That declarant is _Ronn Bisbee, Attorney for Lisa Storie-Avenatti, Support Obligee_____ -in the above-entitled

action; that the following ☐ judgment ☑ order was made and entered on (date) _04/23/18 & 10/22/18_____:

PLEASE SEE ATTACHED:
(1) DECLARATION
(2) SUMMARY OF DEBT
(3) AUDITS FOR EACH INDIVIDUAL DEBT OWED.

| JUDGMENT DEBTOR(S) | |
|---|---|
| NAME(S) | ADDRESS(ES) |
| MICHAEL AVENATTI | 10000 Santa Monica Blvd. No 2205<br>Los Angeles, CA 90024 |
| | |

☐ Additional names and addresses of Judgment Debtors on attached sheet.

| L-0015<br>Revised 9/4/14 | **DECLARATION AND/OR ORDER FOR WRIT OF EXECUTION**<br>**FAMILY LAW** | Page 1 of 2 |
|---|---|---|

EXHIBIT 4<br>43

Where payments are ordered to be paid at different times, fill in date below; in other cases, strike out inapplicable portions.

Failure to claim interest shall be deemed a waiver thereof.

The installments ordered and interest thereon, and the installments paid and interest thereon, are as follows:

| INSTALLMENTS ORDERED PAID | | | INSTALLMENTS ACTUALLY PAID | | | BALANCE DUE | |
|---|---|---|---|---|---|---|---|
| DATE DUE | AMOUNT | INTEREST | DATE PAID | PRINCIPAL | INTEREST | PRINCIPAL | INTEREST |
| | | | PLEASE SEE ATTACHED: (1) DECLARATION (2) SUMMARY OF DEBT (3) AUDITS FOR EACH INDIVIDUAL DEBT OWED. | | | | |

I, the undersigned do hereby declare:

That there is actually due on said ☑ judgment ☑ order the sum of $ 2,379,720.00        principal, $_____ costs, $_____ attorney fees and $ 104,649.92        interest, for which sum declarant requests that a writ of execution issue in favor of Lisa Storie-Avenatti to the Sheriff or any Marshal or Constable of the County of Orange

*I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: 5/3/19                                                  BY FAX

(Signature of Declarant)

*FOR COURT USE:*

☑ Issued by Clerk   ☐ Order of the Court

Writ of Execution shall issue

Date: MAY 10 2019          DAVID H. YAMASAKI          APRIL WEST

Signature ☐ Judicial Officer ☑ Clerk, Deputy

L-0015
Revised: 9/4/14

**DECLARATION AND/OR ORDER FOR WRIT OF EXECUTION FAMILY LAW**

Page 2 of 2

EXHIBIT 4
44

FL-420

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state Bar number, and address)* or GOVERNMENTAL AGENCY *(under Family Code, §§ 17400, 17406)*:<br>BISBEE LAW GROUP, PC<br>RONN BISBEE, SBN 207071<br>24040 Camino Del Avion, A-109<br>Monarch Beach, CA 92629<br>    TELEPHONE NO.: (949) 481-9664   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: info@enforcemyorder.com<br>ATTORNEY FOR *(Name)*: Lisa Storie-Avenatti | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** ORANGE<br>STREET ADDRESS: 341 The City Drive<br>MAILING ADDRESS: PO Box 14170<br>CITY AND ZIP CODE: Orange, CA 92868-3205<br>BRANCH NAME: Lamoreaux Justice Center | ATTACHMENT |
| PETITIONER/PLAINTIFF: MICHAEL AVENATTI<br>RESPONDENT/DEFENDANT: LISA STORIE-AVENATTI<br>OTHER PARENT: | |
| DECLARATION OF PAYMENT HISTORY | CASE NUMBER: 17D009930 |

1. Declaration of *(name)*: Lisa Storie-Avenatti

2. Based on my records or my recollection, I declare that the information on the attached pages showing the amounts ordered and the amounts paid are true and correct for the following obligations *(check all that apply)*:

   a. [X] Child support
   b. [X] Spousal support
   c. [ ] Family support
   d. [ ] Medical support
   e. [ ] Unreimbursed medical expenses
   f. [ ] Unreimbursed child care expenses
   g. [X] Other *(specify)*: Attorney fee and accounting fee awards.

3. Number of pages attached: 06

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/03/2019

Lisa Storie-Avenatti
(TYPE OR PRINT NAME)          ▶ *(signature)*          (SIGNATURE OF DECLARANT)

**SUPPORT ARREARAGE SUMMARY**

This summary is for arrearage for the periods specified in the attached pages.
Interest is calculated through *(specify date)*: April 15, 2019

| | Principal: | Interest *(optional)*: | Total Arrearage: |
|---|---|---|---|
| CHILD SUPPORT: | $ 343,353.00 | $ 14,909.58 | $ 358,262.58 |
| SPOUSAL SUPPORT: | $ 1,801,367.00 | $ 77,210.39 | $ 1,878,577.39 |
| FAMILY SUPPORT: | $ | $ | $ 0.00 |
| MEDICAL SUPPORT: | $ | $ | $ 0.00 |
| UNREIMBURSED MEDICAL EXPENSES: | $ | $ | $ 0.00 |
| UNREIMBURSED CHILD CARE EXPENSES: | $ | $ | $ 0.00 |
| OTHER *(specify)*: Attorney fee & Accounting fee awards | $ 235,000.00 | $ 12,499.95 | $ 247,499.95 |

NOTICE: Interest that is not calculated is not waived

Date: 5/03/2019

Ronn Bisbee, Attorney for Lisa Storie-Avenatti
(TYPE OR PRINT NAME)

Submitted by: ▶ *(signature)* (SIGNATURE)

Details of the arrearage statement, consisting of *(specify number)* 06 pages, are attached.

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>FL-420 [Rev. January 1, 2003] | **DECLARATION OF PAYMENT HISTORY**<br>**(Family Law—Governmental—Uniform Parentage Act)** | CEB<br>www.ceb.com | Family Code, §§ 5230.5,<br>17524(d), 17526(c)<br>www.courtinfo.ca.gov |
|---|---|---|---|

EXHIBIT 4
45

**BISBEE LAW GROUP, PC**

**CHILD SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie-Avenatti

Child: Agostino  DOB: 08/26/14  Eman.: 08/30/32

Order Type / Arrears Type: NEV / Child / Never Assigned

County: Orange   Court Case No.: 17 D 009930

Totals — Total Charges: Principal $606,352.00, Interest $14,909.58; Total Payments: Principal $282,999.00, Interest $0.00, Total Paid $252,999.00; Principal $343,353.00; Balance Due (Interest Owed) $14,909.58; Total Owed $358,262.56

| Month/Year | Int. Rate (10%) | Current Support DUE | Total Amt Paid | Current Paid | Interest Paid | Arrears Paid | Int. Rate | Interest Charges | END Principal Balance | END Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $37,897.00 | $0.00 | $37,897.00 |
| Feb-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $75,794.00 | $0.00 | $75,794.00 |
| Mar-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $113,691.00 | $0.00 | $113,691.00 |
| Apr-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $151,588.00 | $0.00 | $151,588.00 |
| May-2018 | 0.00 | $37,897.00 | $108,102.00 | $37,897.00 | $0.00 | $70,205.00 | 0.00% | $0.00 | $81,383.00 | $0.00 | $81,383.00 |
| Jun-2018 | 0.00 | $37,897.00 | $19,000.00 | $19,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $100,280.00 | $0.00 | $100,280.00 |
| Jul-2018 | 0.00 | $37,897.00 | $20,000.00 | $20,000.00 | $0.00 | $0.00 | 0.00% | $0.00 | $118,177.00 | $0.00 | $118,177.00 |
| Aug-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $156,074.00 | $0.00 | $156,074.00 |
| Sep-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $193,971.00 | $0.00 | $193,971.00 |
| Oct-2018 | 0.00 | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $231,868.00 | $0.00 | $231,868.00 |
| Nov-2018 | | $37,897.00 | $24,000.00 | $24,000.00 | $0.00 | $0.00 | 10.00% | $2,048.04 | $245,765.00 | $2,048.04 | $247,813.04 |
| Dec-2018 | | $37,897.00 | $36,000.00 | $36,000.00 | $0.00 | $0.00 | 10.00% | $2,063.85 | $247,662.00 | $4,111.89 | $251,773.89 |
| Jan-2019 | | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,379.66 | $285,559.00 | $6,491.55 | $292,050.55 |
| Feb-2019 | | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,695.47 | $323,456.00 | $9,187.02 | $332,643.02 |
| Mar-2019 | | $37,897.00 | $18,000.00 | $18,000.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $343,353.00 | $12,048.30 | $355,401.30 |
| Apr-2019 | | $37,897.00 | $37,897.00 | $37,897.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $343,353.00 | $14,909.58 | $358,262.58 |
| May-2019 | | $37,897.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $343,353.00 | $17,770.86 | $361,123.86 |
| Total | | | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $2,861.28 | $343,353.00 | | |

**Notes / Summary (right column):**

$232,500 pd. In May 2018. Allocation per Fam.C. 5236:
$232,500 Total pd
-$ 37,897 to current CS
$194,603 remaining
-$124,398 to current SS
$ 70,205 remaining bal to CS arrears to pay in full thru May.
SUMMARY:
TOT. PD TO CS AUDIT IN MAY 2018 = $108,102. Allocation per Fam.C. 5236:

Artwork liquidated to satisfy support orders:
MARCH - $16K collected for sculpture - applied to current CS
APRIL - $102,500 collected ($90K for Pergula III and Talladega
IIIX, and $12,500 for Frank Stella Timoa FIVE).
Allocation per Fam.C. 5236:
TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and
remaining bal of $64,603 applied to current SS

5/6/2019    Bisbee Law Group, PC    Page 1

EXHIBIT 4
46

**BISBEE LAW GROUP, PC**
**SPOUSAL SUPPORT AUDIT - FINDINGS & ORDER AFTER HEARING FILED 10/22/18**

| Support Obligor | Michael Avenatti |
| Support Obligee | Lisa Storie |

| Order Type | Spousal |
| Arrears Type | NEW / Never Assigned |

| County | Orange |
| Court Case No. | 17 D 009930 |

Total Owed: **$1,878,577.39**

Total Charges — Principal $1,990,368.00 | Interest $77,210.39
Total Payments — Total Paid $189,001.00 | Principal $1,801,367.00
Balance Due — Interest $77,210.39

| Month/ Year | Int. Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Int. Rate | Interest Charges | Balance Due Interest Balance | Total Owed | END OF MONTH Principal Balance | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan-2018 | 0.00 | $124,398.00 | | | 0.00% | $0.00 | $0.00 | $124,398.00 | $124,398.00 | $0.00 | $124,398.00 |
| Feb-2018 | 0.00 | $124,398.00 | | | 0.00% | $0.00 | $0.00 | $248,796.00 | $248,796.00 | $0.00 | $248,796.00 |
| Mar-2018 | 0.00 | $124,398.00 | | | 0.00% | $0.00 | $0.00 | $373,194.00 | $373,194.00 | $0.00 | $373,194.00 |
| Apr-2018 | 0.00 | $124,398.00 | | | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| May-2018 | 0.00 | $124,398.00 | $124,398.00 | $124,398.00 | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| Jun-2018 | 0.00 | $124,398.00 | | | 0.00% | $0.00 | $0.00 | $497,592.00 | $497,592.00 | $0.00 | $497,592.00 |
| Jul-2018 | 0.00 | $124,398.00 | | | 0% | $0.00 | $0.00 | $621,990.00 | $621,990.00 | $0.00 | $621,990.00 |
| Aug-2018 | 0.00 | $124,398.00 | | | 0% | $0.00 | $0.00 | $746,388.00 | $746,388.00 | $0.00 | $746,388.00 |
| Sep-2018 | 0.00 | $124,398.00 | | | 0% | $0.00 | $0.00 | $870,786.00 | $870,786.00 | $0.00 | $870,786.00 |
| Oct-2018 | 0.00 | $124,398.00 | | | 0% | $0.00 | $0.00 | $995,184.00 | $995,184.00 | $0.00 | $995,184.00 |
| Nov-2018 | 0.00 | $124,398.00 | | | 0% | $0.00 | $0.00 | $1,119,582.00 | $1,119,582.00 | $0.00 | $1,119,582.00 |
| Dec-2018 | 0.00 | $124,398.00 | | | 0% | $10,366.50 | $10,366.50 | $1,254,346.50 | $1,243,980.00 | $10,366.50 | $1,254,346.50 |
| | | | | | 0% | $11,403.15 | $21,769.65 | $1,380,147.86 | $1,368,378.00 | $21,769.65 | $1,380,147.86 |
| | | | | | 0% | $12,439.80 | $34,209.45 | $1,526,985.46 | $1,492,776.00 | $34,209.45 | $1,526,985.46 |
| | | | | | 0% | $13,476.45 | $47,685.90 | $1,684,859.90 | $1,617,174.00 | $47,685.90 | $1,684,859.90 |
| | | | | | 0% | $14,513.10 | $62,199.00 | $1,803,771.00 | $1,741,572.00 | $62,199.00 | $1,803,771.00 |
| | | | | | 10.00% | $15,011.39 | $77,210.39 | $1,878,577.39 | $1,801,367.00 | $77,210.39 | $1,878,577.39 |
| | | | | | 10.00% | $15,011.39 | $92,221.78 | $1,893,588.78 | $1,801,367.00 | $92,221.78 | $1,893,588.78 |
| | | | | | 10.00% | $15,011.39 | $107,233.17 | $1,908,600.17 | $1,801,367.00 | $107,233.17 | $1,908,600.17 |
| Apr-2019 | | | $84,603.00 | $84,603.00 | | $15,011.39 | $122,244.56 | $1,923,611.66 | $1,801,367.00 | $122,244.56 | $1,923,611.66 |
| May-2019 | | | | | | $15,011.39 | $137,255.95 | $1,938,622.95 | $1,801,367.00 | $137,255.95 | $1,938,622.95 |
| | | | | | | $15,011.39 | $152,267.34 | $1,953,634.34 | $1,801,367.00 | $152,267.34 | $1,953,634.34 |
| | | | | | | $15,011.39 | $167,278.73 | $1,966,645.73 | $1,801,367.00 | $167,278.73 | $1,966,645.73 |
| | | | | | | $15,011.39 | $182,290.12 | $1,983,657.12 | $1,801,367.00 | $182,290.12 | $1,983,657.12 |
| | | | | | | $15,011.39 | $197,301.51 | $1,998,668.61 | $1,801,367.00 | $197,301.51 | $1,998,668.61 |
| | | | | | | $15,011.39 | $212,312.90 | $2,013,679.90 | $1,801,367.00 | $212,312.90 | $2,013,679.90 |
| | | | | | | $15,011.39 | $227,324.29 | $2,028,691.29 | $1,801,367.00 | $227,324.29 | $2,028,691.29 |
| | | | | | | $15,011.39 | $242,335.68 | $2,043,702.68 | $1,801,367.00 | $242,335.68 | $2,043,702.68 |
| | | | | | | $15,011.39 | $257,347.07 | $2,058,714.07 | $1,801,367.00 | $257,347.07 | $2,058,714.07 |
| | | | | | | $15,011.39 | $272,358.46 | $2,073,725.46 | $1,801,367.00 | $272,358.46 | $2,073,725.46 |
| | | | | | | $15,011.39 | $287,369.86 | $2,088,736.85 | $1,801,367.00 | $287,369.86 | $2,088,736.85 |
| | | | | | | $15,011.39 | $302,381.24 | $2,103,748.24 | $1,801,367.00 | $302,381.24 | $2,103,748.24 |
| | | | | | | $15,011.39 | $317,392.63 | $2,118,759.63 | $1,801,367.00 | $317,392.63 | $2,118,759.63 |
| | | | | | | $15,011.39 | $332,404.02 | $2,133,771.02 | $1,801,367.00 | $332,404.02 | $2,133,771.02 |
| | | | | | | $15,011.39 | $347,415.41 | $2,148,782.41 | $1,801,367.00 | $347,415.41 | $2,148,782.41 |
| | | | | | | $15,011.39 | $362,426.80 | $2,163,793.80 | $1,801,367.00 | $362,426.80 | $2,163,793.80 |
| | | | | | | $15,011.39 | $377,438.19 | $2,178,805.19 | $1,801,367.00 | $377,438.19 | $2,178,805.19 |

Notes (Distribution of Payments):

- $232,500 pd. in May 2018. Allocation per Fam.C. 5236:
- $232,500 Total pd
- – $ 37,897 to current CS
- $194,603 remaining
- $124,398 to current SS
- $ 70,205 remaining bal to CS arrears to pay in full thru May.
- SUMMARY:
- TOT. PD TO CS AUDIT IN MAY 2018 = $108,102
- TOT. PD TO SS AUDIT IN MAY 2018= $124,398.
- Allocation per Fam.C. 5236:
- Artwork liquidated to satisfy support orders:
- MARCH - $18K collected for sculpture - applied to current CS.
- APRIL - $102,500 collected ($90K for Pergusa III and Talladega IIIX, and $12,500 for Frank Stella 'Imola FIVE).
- Allocation per Fam.C. 5236:
- TOT. PD TO CS AUDIT IN MARCH 2019 =$18,000
- TOT. PD TO CS AUDIT IN APR. 2019= $37,897 to current CS and remaining bal of $64,603 applied to current SS

5/6/2019

Bisbee Law Group, PC

Page 1

EXHIBIT 4
47

BISBEE LAW GROUP, PC

**ATTORNEY FEES & COSTS AWARD $185,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018**

| | | | | |
|---|---|---|---|---|
| Support Obligor | Michael Avenatti | Order Type | NEV | County Orange |
| Support Obligee | Lisa Storie | Arrears Type | NEV | Never Assigned | Court Case No. 17 D 009930 |

| | Total Changes | | | | Balance Due | | |
|---|---|---|---|---|---|---|---|
| | Principal | Interest | | | | Interest | Total Owed |
| | $185,000.00 | $9,250.02 | | | | $9,250.02 | $194,250.02 |

| Month/ Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Current Paid | Interest Paid | Arrears Paid | Principal | Interest | Total Paid | Interest Rate | Interest Charges | Interest Balance | Principal Balance | Principal Balance | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct-2018 | 0.00 | $185,000.00 | $185,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $185,000.00 | $0.00 | $0.00 | 0.0% | $0.00 | $0.00 | $185,000.00 | $185,000.00 | $0.00 | $185,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | $0.00 | 10.00% | $1,541.67 | $1,541.67 | $185,000.00 | $185,000.00 | $1,541.67 | $186,541.67 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | $0.00 | 10.00% | $1,541.67 | $3,083.34 | $185,000.00 | $185,000.00 | $3,083.34 | $188,083.34 |
| Jan-2019 | | | | | | | | | $1,541.67 | | 10.00% | $1,541.67 | $4,625.01 | $185,000.00 | $185,000.00 | $4,625.01 | $189,625.01 |
| Feb-2019 | | | | | | | | | $1,541.67 | | 10.00% | $1,541.67 | $6,166.68 | $185,000.00 | $185,000.00 | $6,166.68 | $191,166.68 |
| Mar-2019 | | | | | | | | | $1,541.67 | | 10.00% | $1,541.67 | $7,708.35 | $185,000.00 | $185,000.00 | $7,708.35 | $192,708.35 |
| Apr-2019 | | | | | | | | | $1,541.67 | | 10.00% | $1,541.67 | $9,250.02 | $185,000.00 | $185,000.00 | $9,250.02 | $194,250.02 |
| May-2019 | | | | | | | | | $1,541.67 | | 10.00% | $1,541.67 | $10,791.69 | $185,000.00 | $185,000.00 | $10,791.69 | $195,791.69 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $12,333.36 | $185,000.00 | $185,000.00 | $12,333.36 | $197,333.36 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $13,875.03 | $185,000.00 | $185,000.00 | $13,875.03 | $198,875.03 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $15,416.70 | $185,000.00 | $185,000.00 | $15,416.70 | $200,416.70 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $16,958.37 | $185,000.00 | $185,000.00 | $16,958.37 | $201,958.37 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $18,500.04 | $185,000.00 | $185,000.00 | $18,500.04 | $203,500.04 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $20,041.71 | $185,000.00 | $185,000.00 | $20,041.71 | $205,041.71 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $21,583.38 | $185,000.00 | $185,000.00 | $21,583.38 | $206,583.38 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $23,125.05 | $185,000.00 | $185,000.00 | $23,125.05 | $208,125.05 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $24,666.72 | $185,000.00 | $185,000.00 | $24,666.72 | $209,666.72 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $26,208.39 | $185,000.00 | $185,000.00 | $26,208.39 | $211,208.39 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $27,750.06 | $185,000.00 | $185,000.00 | $27,750.06 | $212,750.06 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $29,291.73 | $185,000.00 | $185,000.00 | $29,291.73 | $214,291.73 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $30,833.40 | $185,000.00 | $185,000.00 | $30,833.40 | $215,833.40 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $32,375.07 | $185,000.00 | $185,000.00 | $32,375.07 | $217,375.07 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $33,916.74 | $185,000.00 | $185,000.00 | $33,916.74 | $218,916.74 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $35,458.41 | $185,000.00 | $185,000.00 | $35,458.41 | $220,458.41 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $37,000.08 | $185,000.00 | $185,000.00 | $37,000.08 | $222,000.08 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $38,541.75 | $185,000.00 | $185,000.00 | $38,541.75 | $223,541.75 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $40,083.42 | $185,000.00 | $185,000.00 | $40,083.42 | $225,083.42 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $41,625.09 | $185,000.00 | $185,000.00 | $41,625.09 | $226,625.09 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $43,166.76 | $185,000.00 | $185,000.00 | $43,166.76 | $228,166.76 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $44,708.43 | $185,000.00 | $185,000.00 | $44,708.43 | $229,708.43 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $46,250.10 | $185,000.00 | $185,000.00 | $46,250.10 | $231,250.10 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $47,791.77 | $185,000.00 | $185,000.00 | $47,791.77 | $232,791.77 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $49,333.44 | $185,000.00 | $185,000.00 | $49,333.44 | $234,333.44 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $50,875.11 | $185,000.00 | $185,000.00 | $50,875.11 | $235,875.11 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $52,416.78 | $185,000.00 | $185,000.00 | $52,416.78 | $237,416.78 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | | $1,541.67 | | 10.00% | $1,541.67 | $53,958.45 | $185,000.00 | $185,000.00 | $53,958.45 | $238,958.45 |

Notes (entered in payment columns):
- $185,000.00 attorney fee award entered in 10/22/2018 Findings and OAH payable forthwith to Respondent directly.
- Avenatti acknowledged service & receipt of 10/22/18 Findings & OAH by his 11/30/18 signature on Stip & Order filed 12/04/18.

5/3/2019

Bisbee Law Group, PC

Page 1

EXHIBIT 4
48

BISBEE LAW GROUP, PC
ACCOUNTING FEES AND COSTS AWARD $30,000 - FINDINGS & ORDER AFTER HEARING FILED 10/22/2018

| Support Obligor | Michael Avenatti | | | | | | | | | | County Orange | |
| Support Obligee | Lisa Storie | | | | | | | | | | Court Case No. 17 D 009930 | |

| | | | | Order Type | | NEV | Never Assigned | | | | | |
| | | | | Arrears Type | | | | | | | | |

| | | | | Total Charges | | | Total Payments | | | Balance Due | | |
| | | | | Principal | Interest | | Principal | Interest | Total Paid | Principal | Interest | Total Owed |
| | | | | $30,000.00 | $1,500.00 | | $0.00 | $0.00 | $0.00 | $30,000.00 | $1,500.00 | $31,500.00 |

| | | | Payments | | Distribution of Payments | | | | | | END OF MONTH | |
| Month/ Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Current Paid | Principal Paid | Interest Paid | Arrears Paid | Interest Rate | Interest Charges | Principal Balance | Interest Balance | Total Balance |
| Oct-2018 | 0.00 | $30,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $30,000.00 | $0.00 | $30,000.00 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $250.00 | $30,250.00 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $500.00 | $30,500.00 |
| Jan-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $750.00 | $30,750.00 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,000.00 | $31,000.00 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,250.00 | $31,250.00 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $1,500.00 | $31,500.00 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 16.00% | $250.00 | $30,000.00 | $1,750.00 | $31,750.00 |
| | | $30,000.00 acctg fees & costs award entered in 10/22/2018 Findings and OAH as and for further support, payable forthwith directly to Respondent. | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $2,000.00 | $32,000.00 |
| | | | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $2,250.00 | $32,250.00 |
| | | NOTE: Avenatti acknowledged service & receipt of 10/22/18 Findings & Order After Hearing by his 11/30/18 signature on Stip & Order filed on 12/04/18. | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $2,500.00 | $32,500.00 |
| | | | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $2,750.00 | $32,750.00 |
| | | | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $3,000.00 | $33,000.00 |
| | | | | $0.00 | $0.00 | | | | | $250.00 | $30,000.00 | $3,250.00 | $33,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $3,500.00 | $33,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $3,750.00 | $33,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $4,000.00 | $34,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $4,250.00 | $34,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $4,500.00 | $34,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $4,750.00 | $34,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $5,000.00 | $35,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $5,250.00 | $35,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $5,500.00 | $35,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $5,750.00 | $35,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $6,000.00 | $36,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $6,250.00 | $36,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $6,500.00 | $36,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $6,750.00 | $36,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $7,000.00 | $37,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $7,250.00 | $37,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $7,500.00 | $37,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $7,750.00 | $37,750.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $8,000.00 | $38,000.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $8,250.00 | $38,250.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $8,500.00 | $38,500.00 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $250.00 | $30,000.00 | $8,750.00 | $38,750.00 |

Bisbee Law Group, PC

5/3/2019

EXHIBIT 4
49

**BISBEE LAW GROUP, PC**

**ACCOUNTING COSTS AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018**

| | | |
|---|---|---|
| Support Obligor: Michael Avenatti | Order Type: I | County Orange |
| Support Obligee: Lisa Storie | Arrears Type: NEW    Never Assigned | Court Case No. 17 D 009930 |

| Total Charges | | Balance Due | |
|---|---|---|---|
| Principal | Interest | Total Owed | |
| $10,000.00 | $916.63 | $10,916.63 | |

| Month/Year | Interest Rate (10%) | Current Support DUE | Payments Monthly Pymt | Total Amt Paid | Distribution of Payments Current Paid | Interest Paid | Total Payments Principal | Interest | Arrears Paid | Interest Rate | Total Paid | Interest Charges | Balance Due Principal | Interest Balance | END OF MONTH Principal Balance | Interest | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| May-2018 | 0.00 | $10,000.00 | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Jun-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $83.33 | $10,000.00 | $83.33 | $10,083.33 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $166.66 | $10,000.00 | $166.66 | $10,166.66 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $249.99 | $10,000.00 | $249.99 | $10,249.99 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $333.32 | $10,000.00 | $333.32 | $10,333.32 |
| Oct-2018 | | | $10,000.00 acctg costs award entered in 04/23/2018 Findings and OAH | | | | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $416.65 | $10,000.00 | $416.65 | $10,416.65 |
| Nov-2018 | | | payable to Respondent on or before May 1, 2018. | | | | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $499.98 | $10,000.00 | $499.98 | $10,499.98 |
| Dec-2018 | | | | | | | | | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $583.31 | $10,000.00 | $583.31 | $10,583.31 |
| Jan-2019 | | | Avenatti signed 04/23/18 Stip & Order. | | | | | | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $666.64 | $10,000.00 | $666.64 | $10,666.64 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $749.97 | $10,000.00 | $749.97 | $10,749.97 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $833.30 | $10,000.00 | $833.30 | $10,833.30 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $916.63 | $10,000.00 | $916.63 | $10,916.63 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $999.96 | $10,000.00 | $999.96 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,083.29 | $10,000.00 | $1,083.29 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,166.62 | $10,000.00 | $1,166.62 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,249.95 | $10,000.00 | $1,249.95 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,333.28 | $10,000.00 | $1,333.28 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,416.61 | $10,000.00 | $1,416.61 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,499.94 | $10,000.00 | $1,499.94 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,583.27 | $10,000.00 | $1,583.27 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,666.60 | $10,000.00 | $1,666.60 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,749.93 | $10,000.00 | $1,749.93 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,833.26 | $10,000.00 | $1,833.26 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,916.59 | $10,000.00 | $1,916.59 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $1,999.92 | $10,000.00 | $1,999.92 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,083.25 | $10,000.00 | $2,083.25 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,166.58 | $10,000.00 | $2,166.58 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,249.81 | $10,000.00 | $2,249.81 | $12,249.81 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,333.24 | $10,000.00 | $2,333.24 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,416.57 | $10,000.00 | $2,416.57 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,499.90 | $10,000.00 | $2,499.90 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,583.23 | $10,000.00 | $2,583.23 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,666.56 | $10,000.00 | $2,666.56 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,749.89 | $10,000.00 | $2,749.89 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,833.22 | $10,000.00 | $2,833.22 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $10,000.00 | $2,916.55 | $10,000.00 | $2,916.55 | $12,916.55 |

5/3/2019

Bisbee Law Group, PC

Page 1

EXHIBIT 4
50

BISBEE LAW GROUP, PC
ATTORNEY FEE AWARD $10,000 - STIPULATION & ORDER FILED 04/23/2018

Support Obligor: Michael Avenatti
Support Obligee: Lisa Storie
Order Type — Arrears Type: NEV — Never Assigned
County Orange — Court Case No. 17 D 009530

**Summary totals**

| | Total Charges | | Total Payments | | | Balance Due | | |
|---|---|---|---|---|---|---|---|---|
| | Principal | Interest | Principal | Interest | Total Paid | Interest | Total Owed | |
| | $10,000.00 | $333.30 | $0.00 | $0.00 | $0.00 | $333.30 | $10,833.30 | |

**Monthly schedule**

| Month/Year | Interest Rate (10%) | Current Support DUE | Monthly Pymt | Total Amt Paid | Current Paid | Interest Paid | Principal Paid | Arrears Paid | Principal | Interest | Total Paid | Interest Rate | Total Paid | Interest Charges | Principal | Interest Balance | Principal Balance | Interest Balance | Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jun-2018 | 0.00 | $10,000.00 | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% | $0.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 | $0.00 | $10,000.00 |
| Jul-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $83.33 | $10,000.00 | $83.33 | $10,083.33 |
| Aug-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $166.66 | $10,000.00 | $166.66 | $10,166.66 |
| Sep-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $249.99 | $10,000.00 | $249.99 | $10,249.99 |
| Oct-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $333.32 | $10,000.00 | $333.32 | $10,333.32 |
| Nov-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $416.65 | $10,000.00 | $416.65 | $10,416.65 |
| Dec-2018 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $499.98 | $10,000.00 | $499.98 | $10,499.98 |
| Jan-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $583.31 | $10,000.00 | $583.31 | $10,583.31 |
| Feb-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $666.64 | $10,000.00 | $666.64 | $10,666.64 |
| Mar-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $749.97 | $10,000.00 | $749.97 | $10,749.97 |
| Apr-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $833.30 | $10,000.00 | $833.30 | $10,833.30 |
| May-2019 | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $916.63 | $10,000.00 | $916.63 | $10,916.63 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $999.96 | $10,000.00 | $999.96 | $10,999.96 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,083.29 | $10,000.00 | $1,083.29 | $11,083.29 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,166.62 | $10,000.00 | $1,166.62 | $11,166.62 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,249.95 | $10,000.00 | $1,249.95 | $11,249.95 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,333.28 | $10,000.00 | $1,333.28 | $11,333.28 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,416.61 | $10,000.00 | $1,416.61 | $11,416.61 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,499.94 | $10,000.00 | $1,499.94 | $11,499.94 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,583.27 | $10,000.00 | $1,583.27 | $11,583.27 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,666.60 | $10,000.00 | $1,666.60 | $11,666.60 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,749.93 | $10,000.00 | $1,749.93 | $11,749.93 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,833.26 | $10,000.00 | $1,833.26 | $11,833.26 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,916.59 | $10,000.00 | $1,916.59 | $11,916.59 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $1,999.92 | $10,000.00 | $1,999.92 | $11,999.92 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,083.25 | $10,000.00 | $2,083.25 | $12,083.25 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,166.58 | $10,000.00 | $2,166.58 | $12,166.58 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,249.91 | $10,000.00 | $2,249.91 | $12,249.91 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,333.24 | $10,000.00 | $2,333.24 | $12,333.24 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,416.57 | $10,000.00 | $2,416.57 | $12,416.57 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,499.90 | $10,000.00 | $2,499.90 | $12,499.90 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,583.23 | $10,000.00 | $2,583.23 | $12,583.23 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,666.56 | $10,000.00 | $2,666.56 | $12,666.56 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,749.89 | $10,000.00 | $2,749.89 | $12,749.89 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,833.22 | $10,000.00 | $2,833.22 | $12,833.22 |
| | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | 10.00% | $0.00 | $83.33 | $0.00 | $2,916.55 | $10,000.00 | $2,916.55 | $12,916.55 |

Notes (entered in body of schedule):
- $10,000.00 attorney fee award entered in 04/23/2018 Findings and OAH
- Avenatti signed 04/23/18 Stip & Order requiring $10k order be paid in full on or before June 1, 2018.

5/3/2019 — Bisbee Law Group, PC

1   Matthew S. DeArmey, SBN 199294
    Sandra Shapiro, SBN 299589
2   THE LAW OFFICES OF MILO F. DE ARMEY
    950 West 17th Street, Suite A
3   Santa Ana, CA 92706
    Telephone: (714) 558-7744
4   Facsimile: (714) 558-0925
    Email: matt@dearmeylaw.com
5
6   Associate Attorneys for Respondent
7   Lisa Storie-Avenatti

8

9              THE SUPERIOR COURT OF CALIFORNIA

10             FOR THE COUNTY OF ORANGE

11

12

13  MICHAEL AVENATTI,               Case No.:  17D009930

14          Petitioner,

15      v.                          [PROPOSED] ORDER TO DELIVER
                                    SPECIFIC PROPERTY
16  LISA STORIE-AVENATTI
                                    Assigned for all purposes to The Honorable
17          Respondent.            Nathan Vu, Department L-67

18

19

20          On April 23, 2018 and October 22, 2018, Respondent Lisa Storie-Avenatti, the judgment

21  creditor in this matter, obtained orders in this court against Petitioner Michael Avenatti, the
                                               approximately
22  judgment debtor for the sum of $2,053,332, including principal, interest accrued as of January

23  9, 2019, and costs incurred as of January 17, 2019. These orders are for child support, spousal

24  support, and attorney's fees and costs made in the nature of support.

25

26

27

28
                                        1

                    [PROPOSED] ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 4
52

Respondent
alleges that from the examination of Michael Avenatti that he, the judgment debtor, has an interest in the following property in his possession, custody, or under his control that is not exempt from enforcement of the money judgment:

1.    100% of the Eagan Avenatti, LLP partnership interest titled in the name of Michael Avenatti.

2.    100% of the shares in the corporation Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165, which has a titled partnership interest in Eagan Avenatti, LLP.

3.    100% of the shares owned by Michael Avenatti in the company Seek Thermal, Inc, a Delaware corporation, registered in the State of California, SOS Number 3474177, formerly known as Tyrian Systems, Inc.

4.    100% of the funds due and owing to Michael Avenatti from The Fight PAC, FEC Committee ID # C00685966

5.    100% of the shares owned by Michael Avenatti in the company Desert Harvest, LLC, a Delaware LLC, registered in the State of California, SOS Number 201032010071.

6.    Patek Phillipe Watch Model Number 5035, 18k White Gold, Movement Number 3.134.531, Case Number 4.208.344.

7.    Patek Phillipe Watch Model Number 5270

8.    Patek Phillip Watch Model Number 5055

9.    All artwork in the name of Michael Avenatti in the possession of Orange County Fine Art Storage.

10.   All artwork in the name Avenatti & Associates, A Professional Corporation in the possession of Orange County Fine Art Storage.

2

[PROPOSED] ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 4
53

11.     All artwork in the name Eagan Avenatti, LLP in the possession of Orange County Fine Art Storage.

12.     One hundred percent (100%) of the member interest in Passport 420, LLC, that is titled in the name of Avenatti & Associates, A Professional Corporation, California Corporation Number C2874165A,  which owns as its principal asset a 2016 Honda Jet, Model HA-420 serial number 42000029, FAA Registry number N227WP, titled in the name of Passport 420 LLC.

13.     Ownership of the Northwestern Mutual Life Insurance Policy #18441100.

IT IS HEREBY ORDERED that Michael Avenatti immediately deliver to the

Levying Officer, the property set forth above, which shall be applied toward the satisfaction of the judgment.

Dated:   APR 0 4 2019.

*Nathan Vu*
HONORABLE NATHAN VU
Superior Court Judge

3
~~PROPOSED~~ ORDER TO DELIVER SPECIFIC PROPERTY

EXHIBIT 4
54

**From:** John Reitman <jreitman@lgbfirm.com>
**Sent:** Friday, April 12, 2019 1:29 PM
**To:** Matthew DeArmey <matt@dearmeylaw.com>
**Cc:** Brian Weiss <bweiss@force10partners.com>; Jack Reitman <jareitman@lgbfirm.com>
**Subject:** Eagan Avenatti Receivership Assets

Matt, I'm writing to confirm the our telephone conversation yesterday.  Mr. Weiss has determined that some of the art and watches which are part of the marital distribution of assets to Ms. Storie was directly paid for by Eagan Avenatti, LLP ("EA"); EA also directly made payments for the acquisition of the Ferrari.  Mr. Weiss also believes that EA funds were transferred to other Avenatti accounts to purchase additional art and watches that are part of the marital distribution to Ms. Storie.  **Those transfers (or the proceeds of the sale of those assets) are avoidable and recoverable by Mr. Weiss, as the Receiver, under the California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439).  Mr. Weiss intends to file a motion authorizing him to sell all of the artwork in issue and hold the sale proceeds pending resolution of the EA estate's entitlements.  The transfer of the ownership interests in EA and Avenatti & Associates also are avoidable and recoverable under that Act.** Mr. Weiss and I would like to meet with Ms. Storie and counsel of her choosing to attempt to informally resolve her claims in those assets.

You told me that the Ferrari has been consigned to a Ferrari dealership for sale but did not recall the name of the dealer.  I would appreciate your sending that information to me.  Please also determine from Ms. Storie if you will be representing her with respect to the marital dissolution transfers.

We look forward to hearing from you or Ms. Storie.

John Reitman
Attorney

**Landau Gottfried & Berger LLP**
1801 Century Park East, Suite 700
Los Angeles, CA 90067
Main: 310-557-0050
Direct:  310-691-7377
Fax: 310-557-0056
E-mail:  jreitman@lgbfirm.com
Web:  www.lgbfirm.com

Please consider the environment before printing

This e-mail is a confidential communication and may also be legally privileged  If you are not the intended recipient, immediately you should: (1) reply via e-mail to sender; (2) destroy this communication and all copies thereof, including deletion of all associated text files from individual and network storage devices; and (3) refrain from disseminating this communication by any means whatsoever

Tax Advice Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

EXHIBIT 4
55

1   **BISBEE LAW GROUP, PC**
    RONN BISBEE, SBN 207071
2   24040 Camino Del Avion, Suite A-109
    Monarch Beach, California 92629
3   Web www.orangecountychildsupport.com
    Email info@enforcemyorder.com
4   Phone (949) 481-9664

**ATTACHMENT**

5   Attorney for Lisa Storie-Avenatti.
    Support Lien Claimant

6

7

8                        **SUPERIOR COURT OF CALIFORNIA**

9                            **COUNTY OF ORANGE**

10

11

    MICHAEL AVENATTI,                    )    CASE NO. 17 D009930
12                                       )
               Petitioner,               )    AFFIDAVIT IN SUPPORT OF WRIT OF
13                                       )    EXECUTION. CCP §§685.040, 685.050,
          v.                             )    685.090.
14                                       )
    LISA STORIE-AVENATTI,                )
15                                       )
               Respondent.              )
16                                       )
                                         )
17

18   I, Lisa Storie-Avenatti, declare as follows:

19        I am the Respondent in the above-entitled matter.  If called upon to testify, I could and

20   would testify competently to the following facts, which are all within my personal knowledge,

21   except as to those matters which are stated on information and belief, and as to those matters, I

22   believe them to be true.  I offer this Declaration in lieu of personal testimony pursuant to

23   Sections 2009 and 2015.5 of the *California Code of Civil Procedure*, Rule 5.118, *California*

24   *Rules of Court*, *Reifler v. Superior Court* (1994) 39 Cal.App.3d 479. and *Marriage of Stevenot*

25   (1984) Cal.App.3d 1051.

26        In court orders filed on 04/23/2018 and 10/22/2018, Michael Avenatti to pay me child

28   support, spousal support, attorney fee awards and accounting fee awards as follows:

        AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
                                    Page 1

*(left margin vertical text)* BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

EXHIBIT 4
56

1    In the Stipulation and Order filed on 04/23/2018, Michael Avenatti was ordered to pay

2    me Accounting costs of $10,000.00 to be paid in full on or before May 1, 2018.  (Section 35,

3    Page 9)

4    In the Stipulation and Order filed on 04/23/2018, the Court ordered Michael Avenatti to

5    pay me attorney fees in the amount of $10,000.00 to be paid in full on or before June 1, 2018.

6    (Section 36, Page 9)

7    In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

8    ordered to pay me child support in the amount of $31,897.00/mo. plus $12,000.00/mo. for child

9    care for a total of $37,897.00/mo. commencing retroactively to 01/01/2018.  (Section 6, Page 8)

10   In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

11   ordered to pay me spousal support in the amount of $124,398.00/mo. commencing retroactively

12   to 01/01/2018. (Section 12, Page 7)

13   In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

14   ordered to pay me as further support $185,000.00 for attorney fees already incurred, payable

15   forthwith. (Section 15, Page 8)

16   In the Findings and Order After Hearing filed on 10/22/2018, Michael Avenatti was

17   ordered to pay me as further support $30,000.00 for accounting fees and costs, payable

18   forthwith. (Section 16, Page 8)

19   In the Findings and Order After Hearing filed on 10/22/2018, the amounts ordered to be

20   paid are characterized as "a necessary function of support for the Respondent."

21   The attached "*Summary of Court Orders payable from Michael Avenatti to Lisa Storie-*

22   *Avenatti"* itemizes each of these individual debts, including the principal amount ordered, the

23   principal amount paid, the interest which continues to accrue by operation of law, and the

24   remaining amounts owed.

25   The FL-420 Declaration of Payment History with individual audits filed concurrently

26   herewith confirms that Michael Avenatti owes me a total of $2,484,369.92 through April 30,

28   2019.

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
Page 2

EXHIBIT 4
57

1   I have attached the "Order to Deliver Specific Property" filed on April 4, 2019 that Orders

2   Michael Avenatti to immediately deliver to the Levying Officer the property set forth in the order

3   which shall be applied toward the satisfaction of the judgment owed by Michael Avenatti.

4   Among other things, the "Order to Deliver Specific Property" specifically states that I am

5   entitled to 100% of the assets of Eagan Avenatti, LLP (titled in the name of Michael Avenatti),

6   100% of the shares owned by Michael Avenatti in the corporation Avenatti & Associates which

7   has a titled partnership interest in Eagan Avenatti, LLP, all artwork in the name of Michael

8   Avenatti in the possession of Orange County Fine Art Storage, and all artwork in the name of

9   Avenatti & Associates, APC in the possession of Orange County Fine Art Storage.

10   Despite the specificity of this court order, Attorney Reitman, representing Brian Weiss,

11   the Receiver appointed over Eagan Avenatti (as nominated by judgment creditor Jason Frank)

12   has threatened to file a motion to avoid my execution of this Court's order in accordance with

13   the terms specified in the "Ruling on Submitted Matter" filed April 4, 2019.  He threatened to set

14   aside any transfer of property this Court has already authorized under the guise of the

15   California Uniform Voidable Transactions Act (Cal. Civ. Code 3429-3439). (Please see copy of

16   email attached).  I am concerned about this threat and would ask the court to enter an order for

17   sanctions and attorney fees against Mr. Weiss and Attorney Reitman should such a motion be

18   filed in attempt to thwart this Court's order.

19   I declare, under penalty of perjury, under the laws of the State of California that the

20   above is true and correct.

21   Dated: May 3, 2019                                                    **BY FAX**

22

23   Lisa Storie-Avenatti, Respondent and Support Obligee

24

25

26

27

28

BISBEE LAW GROUP, PC
24040 Camino del Avion, Suite A-109
Monarch Beach, California 92629

AFFIDAVIT IN SUPPORT OF WRIT OF EXECUTION. CCP §§685.040, 685.050, 685.090.
Page 3

EXHIBIT 4
58

## Summary of Court Orders Payable from Michael Avenatti to Lisa Storie-Avenatti

| Debt | Date Order | Amt. Order | Prin. Charged | Int. Charged | Prin. Paid | Int. Paid | Tot. Amt. Owed |
|---|---|---|---|---|---|---|---|
| Child Support | 10/22/2018 | $37,897/mo. | $606,352.00 | $14,909.58 | -$262,999.00 | $0.00 | $358,262.58 |
| Spousal Support | 10/22/2018 | $124,398/mo. | $1,990,368.00 | $77,210.39 | -$189,001.00 | $0.00 | $1,878,577.39 |
| Atty fees & Costs | 10/22/2018 | $185,000.00 | $185,000.00 | $9,250.02 | $0.00 | $0.00 | $194,250.02 |
| Acctg. Fees & Costs | 10/22/2018 | $30,000.00 | $30,000.00 | $1,500.00 | $0.00 | $0.00 | $31,500.00 |
| Accounting Costs | 4/23/2018 | $10,000.00 | $10,000.00 | $946.63 | $0.00 | $0.00 | $10,946.63 |
| Attorney Fees | 4/23/2018 | $10,000.00 | $10,000.00 | $833.30 | $0.00 | $0.00 | $10,833.30 |
| TOTALS | | | $2,831,720.00 | $104,649.92 | -$452,000.00 | $0.00 | $2,484,369.92 |

| Debt | Mo. Int. | Daily Int. | | | | | |
|---|---|---|---|---|---|---|---|
| Child Support | $2,861.28 | $94.07 | Prin. Charged | $2,831,720.00 | | | |
| Spousal Support | $15,011.39 | $493.53 | Prin Paid | -$462,000.00 | | | |
| Attorney fees & Costs | $1,541.67 | $50.69 | Prin Bal. Owed | $2,378,720.00 | | | |
| Acctg. Fees & Costs | $250.00 | $8.22 | Int. Bal. Owed | $104,649.92 | | | |
| Accounting Costs | $83.33 | $2.74 | TOTAL | $2,484,369.92 | | | |
| Attorney Fees | $83.33 | $2.74 | | | | | |
| TOTALS | $19,831.00 | $651.98 | | | | | |

EXHIBIT 4
59

# EXHIBIT 2

EXHIBIT 4
60

| Date | Amount | Transaction Kind | Description | Tags | Bank Name | Account Number | Account Name | Account Entity |
|------|--------|------------------|-------------|------|-----------|----------------|--------------|----------------|
| 05/23/14 | -$88,867.50 | Wire | WIRE/OUT-2014052300003928;BNF JULIE CLINE FINE ART SERVICES/ 13020011 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |
| 01/30/15 | -$21,882.84 | Wire | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services; 1303900822 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 02/25/15 | -$4,653.47 | Wire | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services; 1304300626 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 04/06/15 | -$36,230.00 | Wire | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services; 1304100620 | CBT | | 5791082851 | EA CBT 2851 | Eagan Avenatti Checking |
| 06/01/15 | -$3,647.33 | Wire | WIRE/OUT-2015060100007746;BNF Julie Cline Fine Art Services; 1304002150 | CBT | | 3260132699 | EA CBT 2699 | Eagan Avenatti Checking |
| 10/02/15 | -$23,585.25 | Wire | WIRE/OUT-2015100200005842;BNF Julie Cline Fine Art Services; 1303701688 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |
| 02/05/16 | -$21,047.00 | Wire | WIRE/OUT-2016020500006822;BNF Julie Cline Fine Art Services; 1303701806 | CBT | | 3648940661 | A&A CBT 0661 | A&A Checking |

EXHIBIT 4
61

**Julie Cline Fine Art Services**

*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829    Fax: 805-259-4579*

**Date:   June 24, 2014**

**Sold to:   Mr. and Mrs. Michael Avenatti**
**224 Via Lido Nord**
**Newport Beach, CA  92663**

## INVOICE #10124

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| | |
| **Frank Stella "Imola Three II (Circuits Series), 1984** | |
| **Retail: $20,000 (Less 25%)  Out of State No CA Sales Tax** | **$        15,000.00** |
| **Frank Gehry "Memory of Sophie Calle's Flower," 2012 Ed: 8/28** | |
| **Retail:  $25,000 (Less 25%)  *** | **$        18,750.00** |
| **Frank Stella  "Imola Three I,"  (Circuits Series)  *** | |
| **Retail:  $14,375 (Less 20%)  *** | **$        11,500.00** |
| | |
| **Art Advisory Fees:  20% on $45,250** | **$          9,050.00** |
| **Wiring Instructions:** | |
| **Account Name:  Julie Cline Fine Art Services** | |
| **Bank:            Wells Fargo Bank** | |
| **1482 East Valley Road,** | |
| **Montecito, CA  93108** | |
| **ABA #121000248 for wires** | |
| **Business Acct #3854580093** | |
| | |
| **Sub-total** | **$        54,300.00** |
| ***8% CA Sales Tax on $30,250:** | **$          2,420.00** |
| | |
| **Total:** | **$        56,720.00** |

**Thank you!**

**Julie Cline Fine Art Services**

*Art Advisory - Acquisitions - Sales*
*272 Hot Springs Road*
*Santa Barbara, CA 93108*
*Tel: 805-695-8829   Fax: 805-259-4579*

Date:  December 17, 2014

Sold to:  Michael Avenatti
           224 Via Lido Nord
           Newport Beach, CA  92663

## INVOICE #10146

7

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **DUE UPON RECEIPT** | | |
| | | |
| **Frank Stella, "Talladega Three, III (from Circuit Series) 1982** | | |
| Retail $25,000 (less Professional Discount $7,000) | $ | 18,000.00 |
| Relief Print,  66" H x 51 ",  FRAMED 78 1/2' H x 64" W  Ed:  12/30 | | |
| | | |
| Art Advisory Fee:  20% on $18,000 | $ | 3,600.00 |
| Federal Express Shipping | $ | 42.84 |
| Photoshop and Graphics for Sculptures (Laura Knight) | $ | 240.00 |
| | | |
| **Wiring Instructions:** | | |
| Account:  Julie Cline Fine Art  Services  Acct #3854580093 | | |
| Wells Fargo Bank   ABA# 121000248 | | |
| 1482 E. Valley Road | | |
| Montecito, CA  93108 | | |

|  | Sub-total | $ | 21,882.84 |
|---|---|---|---|
|  | Sales Tax N/A: | | |
|  | Total: | $ | 21,882.84 |

**Thank you!**

Page 1 of 1

EXHIBIT 4
63

## Julie Cline Fine Art Services

*Art Advisory - Acquisitions - Sales*

*272 Hot Springs Road*

*Santa Barbara, CA 93108*

*Tel: 805-695-8829    Fax: 805-259-4579*

**Date:   March 20, 2015**

Sold to:  **Michael Avenatti, Esq.**
         **117 Via Quito**
         **Newport Beach, CA  92663**

## INVOICE #10158

7

| DESCRIPTION | AMOUNT |
|---|---|
| **DUE UPON RECEIPT** | |
| **Frank Stella "Imola Five II" 1983   Retail:  $40,000 (Less 20%) NET** | **$      32,000.00** |
| **Art Advisory Fee:  10% on $32,000** | **$        3,200.00** |
| **Packing and Shipping to Art Services Melrose Los Angeles** | **$        1,030.00** |
| **Wiring Instructions:** | |
| Account:  Julie Cline Fine Art  Services  Acct #3854580093 | |
| Wells Fargo Bank   ABA# 121000248 | |
| 1482 E. Valley Road | |
| Montecito, CA  93108 | |
| **Sub-total** | **$      36,230.00** |
| **Sales Tax:** | **N/A** |
| **Total:** | **$      36,230.00** |

## Thank you!

# MARC STRAUS

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

Invoice #8728
March 15, 2015

## INVOICE

**Frank Stella**
*IMOLA Five II*
1983
Relief Print
66 x 48 inches
(Inv# FSTE13.100)

$32,000.00



**PAID**
Wire 3/07/15

trans #
150407 095082
3/7/15

| | |
|---|---|
| Subtotal: | $32,000.00 |
| Shipping: | $1,030.00 |
| Subtotal: | $33,030.00 |
| Sales Tax: | $0.00 |
| **Total:** | **$33,030.00** |

Frank Stella's *IMOLA Five II* from his Circuit Series was purchased directly from
Ken Tyler of Tyler Graphics Ltd. in Bedford New York in 1983.

This is edition 16 of 30. The work is numbered.

The work is in perfect condition and in its original frame.

Payment due upon receipt.

299 Grand Street, New York, NY 10002
T 212.510.7646
www.marcstraus.com

EXHIBIT 4
65

INVOICE #8728                                              Page 2
Cline, Julie

Title will not pass until payment is received in full.
All handling, shipping, and storage is the responsibility of the purchaser.
Gallery must be notified of any damage immediately upon receipt of work.
Reproduction rights and other copyrights are not included, conveyed, or
authorized by this sale and this the Purchaser obtains no such rights by virtue of
this transaction.
Risk and responsibility for any loss or damage to the work(s) are passed to the
Purchaser upon receipt of possession.

Please make check payable to: Marc Straus LLC

Wire Transfer Information:
HSBC
Routing # 021001088                                   
SWIFT code MRMDUS33
Marc Straus LLC
Account # 326070907
(Wire fees: Domestic $15 or Foreign $30 added to bill)
*Please reference Invoice #8728

Thank You.

EXHIBIT 4
66

# Baker Sponder Gallery

December 09, 2014

**Sold to:**
Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA  93108
805.695.8829

Russ Roberts/ Julie Cline FAS
Art Services Melrose
626 N. Almont Drive
Los Angeles, CA 90069
310-247-1452

*Invoice #4970*

**Frank Stella**
*Talladega Three III (from the Circuit Series)* , 1982
Relief print
78 1/2 x 64 inches framed
66 x 51 inches paper
*Edition 12/30*

| | | |
|---|---|---|
| Retail Price | | $25,000.00 |
| less professional discount | | -7,000.00 |
| **Net Price:** | | **$ 18,000.00** |

Delivery to be billed under separate cover

Wire Instructions:
Wells Fargo Bank, NA
5355 Town Center Road Ste. 101
Boca Raton, FL 33486

Baker Sponder Gallery
ABA# 121000248
International Routing: WFBIUS6S
Account #1683242752

Gallery Center 608 Banyan Trail Boca Raton FL 33431 t. 561.241.3050 info@BakerSponderGallery.com
Boca Raton Resort & Club 501 E Camino Real Boca Raton FL 33432 t. 561.447.0321 www.BakerSponderGallery.com

EXHIBIT 4
67

# ADAM BAUMGOLD
## FINE ART

#6418

June 26, 2014

Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA 93108

PAID ~~$100~~ DATE 7/15/14

Wire
transfer
7311 96158325

**INVOICE**



FRANK STELLA
*Imola Three II (from Circuits)*, 1984                                     $20,000.
Color woodcut, ed. 16/30
Unframed: 65 1/2" x 51 1/2"
The work is framed.

Less professional discount @25%                                           - 5,000.

TOTAL DUE:                                                                 $15,000.

No NY State Sales Tax; to be sent to you c/o Russ Roberts, Art Services Melrose.
Shipping costs to be billed separately.

Terms: Net 7 days.

Please make check payable to Adam Baumgold Fine Art, Inc.

Or wire funds to:

Adam Baumgold Fine Art Inc.
c/o J.P. Morgan Chase Bank, N.A.
New York, NY 10017
Account Number: 798503207
ABA (Routing)#: 021000021
Swift Code: CHASUS33



*Sale subject to Imola Three II being in excellent condition. If damaged, or not what reported, Imola Three II can be returned with full refund less shipping costs.

"in excellent condition

Thank you.

60 EAST 66TH ST.  NEW YORK, NY 10065

TEL: 212.861.7338  EMAIL: abaumgold@aol.com

EXHIBIT 4
68

# ADAM BAUMGOLD
## FINE ART

June 26, 2014

## CERTIFICATE OF AUTHENTICITY

To Whom It May Concern:

I hereby certify that the below listed and pictured artwork, *Imola Three II*, was executed by Frank Stella. It is signed by the artist and numbered 16 from the edition of 30. It was published by Tyler Graphics Ltd. with their blindstamp.



**FRANK STELLA**
*Imola Three II (from Circuits)*, 1984
Color woodcut
65 1/2" x 51 1/2"
ed. 16 of 30

Respectfully submitted,

Adam Baumgold, President

60 EAST 66TH ST.  NEW YORK, NY 10065

TEL: 212.861.7338  EMAIL: abaumgold@aol.com

EXHIBIT 4
69

# JONATHAN NOVAK
CONTEMPORARY ART

June 27, 2014

Julie Cline
Julie Cline Fine Art Services
272 Hot Springs Road
Santa Barbara, CA  93108

## INVOICE

**FRANK STELLA**            Imola Three I                                    $14,375.00
                           1982
                           Relief and engraving on TGL handmade paper
                           65-7/8" x 51-1/4" (167.3 x 130.2 cm)
                           Signed in pencil, annotated "PP 2"(a printer's proof,
                           aside from the numbered edition of 30),
                           and dated lower edge, recto
                           Published by Tyler Graphics, Mt. Kisco, NY

                           20% Professional Discount:                        (2,875.00)

                           Total:                                           $11,500.00

Resale – No Tax.

Please make check payable to Jonathan Novak Contemporary Art, or:

Please wire payment as follows:        American Business Bank
                                       523 West 6th Street, Suite 900
                                       Los Angeles, CA 90014

Account name:                          Novak Fine Arts, Inc.
Account number:                        03-107051
Bank ABA#:                             122042807
Swift Code:                            ACBBUS6L

Thank you.

1880 CENTURY PARK EAST, SUITE 100   LOS ANGELES, CA 90067
TEL 310.277.4997  FAX 310.277.4881  email jnca@novakart.com  web www.novakart.com

EXHIBIT 4
70



Frank Stella  "Imola Five II, 1983
Relief, Woodcut on White TGL Handmade, Hand-colored Paper
Editon of 30,
67" High x 50" Wide
#14 UPPER STAIRWAY LANDING

EXHIBIT 4
71



Frank Stella  "Taladega Three III," 1982 (Circuit Series)
Relief on White TGL Handmade Paper
ED: 12/30
66" H x 51" W
78.5" H x 51" W FRAMED

EXHIBIT 4
72



Frank Stella"Imola Three II," (from Circuits Series, 1984
color woodcut
65 1/2" x 51 1/2"
ed. of 30
#1 GARAGE

EXHIBIT 4
73



Frank Stella"Imola Three I," (From the Circuits Series)
Relief, Engraving on White TGL Hand Made Paper
65 1/2" H x 51 1/4" W
PP2, aside from the numbered edition of 30

EXHIBIT 4
74



**CALIFORNIA BANK**
**T R U S T**
P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 5
This Statement: May 30, 2014
Last Statement: April 30, 2014

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047210          4151-06-0200-CBT-PG0023-00010

AVENATTI & ASSOC A PROFESSIONAL CORP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA 92660-7610

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $71,641.65 | |

## BUSINESS ESSENTIALS CHECKING 3648940661                                104   10

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 988.15 | 2,244,700.00 | 2,142,031.76 | 32,014.74 | 71,641.65 |

**9 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 05/02 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000005626 2307105972 |
| 05/07 | 1,500.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001292 2304200248 |
| 05/08 | 2,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004669 2304700346 |
| 05/09 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004708 2304803914 |
| 05/19 | 26,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000091 2307404544 |
| 05/21 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000006792 2304300240 |
| 05/22 | 3,200.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003376 2304701678 |
| 05/23 | 2,000,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001911 2307500712 |
| 05/28 | 200,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004726 2304600536 |

**46 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 05/01 | 149.90 | 2475542G9M8ZTPFF6 9947 THE CAR SPA 949-6310161 CA 1204214551 |
| 05/07 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701101966 |
| 05/08 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701102055 |
| 05/15 | 20.95 | 2469216GN00PA6EA9 9947 GOGOAIR.COM 877-350-0038 IL 1205514069 |
| 05/16 | 5,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000003236 2305300857 |
| 05/19 | 2,400.00 | WIRE/OUT-201405190003497;BNF DARREN GAZEY 1302301120 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 2,450.00 | WIRE/OUT-201405190003615;BNF GREENE VICTORY LLC 1302301170 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 4,471.00 | WIRE/OUT-201405190003637;BNF JOHN R BROOKS 1302301178 |
| 05/19 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/19 | 18.95 | 2469216GS00GGJ6Z6 9947 GOGOAIR.COM 877-350-0038 IL 1206916452 |
| 05/20 | 10,000.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000000181 2305500939 |
| 05/21 | 68.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701402205 |
| 05/22 | 34.00 | INSUFFICIENT FUNDS FEE-ITEM PD 1701201592 |
| 05/23 | 27,896.00 | WIRE/OUT-201405230003500;BNF GREENHECK RACING INC. 1302001019 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 88,867.50 | WIRE/OUT-201405230003928;BNF JULIE CLINE FINE ART SERVICES/ 1302001119 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 750,000.00 | WIRE/OUT-201405230004033;BNF LISA STORIE-AVENATTI, MICHAEL 1302001153 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 500,000.00 | WIRE/OUT-201405230004053;BNF GALLO BUILDERS INC 1302001165 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |



MEMBER FDIC

EXHIBIT 4
75

0047210-0000001-0129139

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
| --- | --- |
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*  *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
***(This is a Summary of Your Billing Rights).***
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions •  Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0047210-0000001-0129139

EXHIBIT 4
76

**C|B TRUST  CALIFORNIA BANK T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
May 30, 2014
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 05/23 | 359,000.00 | WIRE/OUT-2014052300004093;BNF EUROPEAN COLLECTIBLES INC  1302001173 |
| 05/23 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/23 | 637.59 | SO CALIF EDISON PAYMENT ******859 REF # 014142006837770  1105519115 |
| 05/27 | 10,000.00 | WIRE/OUT-2014052700003779;BNF DAMIEN FAULKNER  1301901274 |
| 05/27 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700003876;BNF BOB FAIETA DBA COMPETITION  1301901298 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700003956;BNF SCROGHAM CONSULTING COLE  1301901314 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 25,000.00 | WIRE/OUT-2014052700004044;BNF MARIO PREZEL  1301901344 |
| 05/27 | 40.00 | WIRE FEE-OUTGOING FOREIGN |
| 05/27 | 105,000.00 | WIRE/OUT-2014052700004187;BNF CHRISTINE AVENATTI CARLIN  1301901382 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 57,698.00 | WIRE/OUT-2014052700004383;BNF GR AUTO GALLERY LLC  1301901400 |
| 05/27 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/27 | 20.95 | 2469216GZ00LMP96X 9947 GOGOAIR.COM 877-350-0038 IL  1204458412 |
| 05/27 | 700.00 | 0947 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA  1402466588 |
| 05/27 | 800.00 | 0947 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA  1402466589 |
| 05/27 | 23,886.74 | FIA CARDSERVICES PAYBYP ****** REF # 014147007709909  1104945715 |
| 05/28 | 99,344.18 | WIRE/OUT-2014052800006450;BNF MICHAEL AVENATTI;OBI FBO: LOAN  1301901640 |
| 05/28 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |
| 05/29 | 18,000.00 | WIRE/OUT-2014052900003926;BNF FIRST CLEARING, LLC;OBI FOR FU  1302200939 |
| 05/29 | 30.00 | WIRE FEE-OUTGOING DOMESTIC |

## 10 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1397 | 05/06 | 3,120.40 | 1412 | 05/20 | 1,561.00 | 1416* | 05/29 | 9,196.07 |
| 1398 | 05/07 | 1,996.69 | 1413 | 05/20 | 6,742.23 | 1417 | 05/30 | 2,000.00 |
| 1410* | 05/19 | 1,777.54 | 1414 | 05/20 | 1,250.00 | 9009* | 05/05 | 1,000.00 |
| 1411 | 05/21 | 3,370.81 | | | | | | |

*Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|------|------|------|
| Total Overdraft Fees | $170.00 | $1,356.00 |
| Total Returned Item Fees | $0.00 | $34.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 05/01 | 838.25 | 05/09 | 5,153.16 | 05/22 | 98.68 |
| 05/02 | 2,838.25 | 05/15 | 5,132.21 | 05/23 | 273,547.59 |
| 05/05 | 1,838.25 | 05/16 | 132.21 | 05/27 | 241.90 |
| 05/06 | -1,282.15 | 05/19 | 14,924.72 | 05/28 | 100,867.72 |
| 05/07 | -1,812.84 | 05/20 | -4,628.51 | 05/29 | 73,641.65 |
| 05/08 | 153.16 | 05/21 | -3,067.32 | 05/30 | 71,641.65 |



EQUAL HOUSING
LENDER   MEMBER FDIC

0047210-0000002-0129140

EXHIBIT 4
77

**California Bank & Trust**

This page intentionally left blank

EXHIBIT 4
78

0047210-0000002-0129140

# California Bank & Trust

ACCOUNT # 3648940661

This Statement:
May 30, 2014
Page 5 of 5

| | |
|---|---|
| AVENATTI & ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1397<br>DATE 4/29/14<br>PAY TO THE ORDER OF Jeremy Hatcher — $ 3,120.40<br>Three thousand one hundred twenty and 40/00 DOLLARS<br>CALIFORNIA BANK TRUST | AVENATTI & ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1398<br>DATE 4/29/14<br>PAY TO THE ORDER OF Luke Covington — $ 1,996.69<br>One thousand nine hundred ninety six and 69/00 DOLLARS<br>CALIFORNIA BANK TRUST |
| Ref# 53009516   $3120.40   Ch# 1397 | Ref# 53002147   $1996.69   Ch# 1398 |
| AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1410<br>DATE 5/15/14<br>PAY TO THE ORDER OF Luke Covington — $ 1,777.54<br>One Thousand Seven Hundred Seventy Seven and 54/00 DOLLARS<br>CALIFORNIA BANK TRUST | AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1411<br>DATE 5/15/14<br>PAY TO THE ORDER OF Jeremy Hatcher — $ 3,370.81<br>Three Thousand Three Hundred Seventy and 81/00 DOLLARS<br>CALIFORNIA BANK TRUST |
| Ref# 53034426   $1777.54   Ch# 1410 | Ref# 53004963   $3370.81   Ch# 1411 |
| AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1412<br>United Bank 2118721022<br>MAY 19 2014<br>Teller No. 180<br>DATE 5/15/14<br>PAY TO THE ORDER OF Jeremy Barrett — $ 1,561.00<br>One Thousand Five Hundred Sixty One and 00/00 DOLLARS<br>CALIFORNIA BANK TRUST | AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT   uuv 1386 — 1413<br>DATE 5/15/14<br>PAY TO THE ORDER OF Sam White — $ 6,742.23<br>Six Thousand Seven Hundred Forty Two and 23/00 DOLLARS<br>CALIFORNIA BANK TRUST |
| Ref# 53045126   $1561.00   Ch# 1412 | Ref# 53005691   $6742.23   Ch# 1413 |
| AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1414<br>DATE 5/15/14<br>PAY TO THE ORDER OF Bob Chapman, Autosport Image — $ 1,250.00<br>One Thousand Two Hundred Fifty and 00/00 DOLLARS<br>CALIFORNIA BANK TRUST | AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1416<br>DATE 5-24-14<br>PAY TO THE ORDER OF Neiman Marcus — $ 9,196.07<br>Nine thousand one hundred ninety-six 07/100 DOLLARS<br>949-887-4118<br>CALIFORNIA BANK TRUST |
| Ref# 53055218   $1250.00   Ch# 1414 | Ref# 53039939   $9196.07   Ch# 1416 |
| AVENATTI ASSOCIATES A PROF CORPORATION OPERATING ACCOUNT — 1417<br>DATE 5-24-14<br>PAY TO THE ORDER OF Graham Architecture — $ 2,000.00<br>Two thousand and 00/100 DOLLARS<br>CALIFORNIA BANK TRUST | MICHAEL J. AVENATTI   1412200008  000622 — 9009<br>450 NEWPORT CENTER DR FL<br>NEWPORT BEACH, CA 92660<br>DATE 05/02/2014<br>PAY TO THE ORDER OF FIA Card Services N.A. — $ 1,000.00<br>ONE THOUSAND AND 00/100 DOLLARS<br>FIA Card Services, N.A.<br>ANTELOPE VALLEY BANK, A DIV<br>ACTON, CA<br>4313 0848 5871 8180   By FIA Card Services, N.A. as authorized Signatory for MICHAEL J. AVENATTI |
| Ref# 53019025   $2000.00   Ch# 1417 | Ref# 53004424   $1000.00   Ch# 9009 |

EXHIBIT 4
79

0047210-00000034-0129141

0047210-0000003-0129141

EXHIBIT 4
80



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 6
This Statement: January 30, 2015
Last Statement: January 8, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0048324                    4031-06-0000-CBT-PG0023-00017

EAGAN AVENATTI LLP
450 NEWPORT CENTER DR FL 2
NEWPORT BEACH CA  92660-7610

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $844,313.73 | |

## BUSINESS ESSENTIALS CHECKING 5791082851                    104    17

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 0.00 | 1,777,290.02 | 680,115.96 | 252,860.33 | 844,313.73 |

### 15 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 01/13 | 5.00 | ONLINE XFER FROM DDA ***2699 ID: 000003191  2306403744 |
| 01/14 | 50,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000000056  2306101790 |
| 01/15 | 16,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000003372  2306102106 |
| 01/15 | 14,552.20 | DEPOSIT 5353049353 |
| 01/16 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000009402  2306603690 |
| 01/20 | 14,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004409  2306510002 |
| 01/21 | 1,408.79 | PAY SEQ # 001106147567 Serial Number = 0001502000 1702504078 |
| 01/21 | 1,600.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000006265  2306402140 |
| 01/23 | 7,500.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000007055  2306404168 |
| 01/26 | 1,000.00 | ONLINE XFER FROM DDA AVENATTI & A ID: 000004515  2306603930 |
| 01/28 | 39,000.00 | EXCEPTIONS RTN LM REF # 015028006707676  1105800075 |
| 01/29 | 26,446.05 | PAY SEQ # 001105817288 Serial Number = 0001502700 1702901622 |
| 01/29 | 4,707.98 | DEPOSIT 5353016277 |
| 01/29 | 70.00 | fee refund ID: 000000001  2306303366 |
| 01/30 | 1,600,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000004069  2306400918 |

### 16 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 01/15 | 10,000.00 | PAY SEQ # 001105732212 1702501685 |
| 01/15 | 70,456.56 | PAY SEQ # 001105730551 1702502002 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091529294REF # 015020002206682 1106152697 |
| 01/20 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000091575852REF # 015020002282605 1106153247 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091529224REF # 015020002281497 1106153241 |
| 01/20 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000091575872REF # 015020002282606 1106153248 |
| 01/23 | 7,500.00 | PAY SEQ # 001105425105 1702702303 |
| 01/26 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1702601336 |
| 01/27 | 1,000.00 | PAY SEQ # 001106120098 1702803095 |
| 01/28 | 70.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1702201798 |
| 01/29 | 35.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1702901342 |
| 01/30 | 21,882.84 | WIRE/OUT-2015013000002648;BNF Julie Cline Fine Art Services;  1303900822 |
| 01/30 | 40,000.00 | WIRE/OUT-2015013000002647;BNF Edward G. Ashton;REF Ashton  1303900820 |
| 01/30 | 200,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004601  2306400935 |
| 01/30 | 250,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002310  2306404535 |
| 01/30 | 69,101.56 | PAYCHEX-RCX PAYROLL 59094600001804XREF # 015029007725747  1105935404 |



EQUAL HOUSING
LENDER

MEMBER FDIC

0048324-0000001-0131183

EXHIBIT 4
81

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL: |  |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. |  |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). |  |
| 3. SUBTOTAL: |  |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). |  |
| 5. ADJUSTED CHECKBOOK BALANCE: |  |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. |  |
| 7. ADD deposits made, but not shown on this statement. |  |
| 8. SUBTOTAL: |  |
| 9. SUBTRACT total from "Checks Outstanding." |  |
| 10. ADJUSTED STATEMENT BALANCE: |  |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 4
82

0048324-0000001-0131183

**C|B** **CALIFORNIA | BANK**
TRUST
**T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 6
January 30, 2015
EAGAN AVENATTI LLP
5791082851

**15 CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9966 | 01/27 | 39,000.00 | 15001* | 01/16 | 120.66 | 15006 | 01/21 | 70.00 |
| 10013* | 01/21 | 832.00 | 15002 | 01/23 | 506.79 | 15008* | 01/30 | 2,499.99 |
| 10030* | 01/21 | 325.00 | 15003 | 01/28 | 5,203.39 | 15010* | 01/30 | 171,000.00 |
| 10042* | 01/20 | 4,925.00 | 15004 | 01/23 | 70.00 | 15015* | 01/30 | 25,000.00 |
| 10044* | 01/21 | 1,787.50 | 15005 | 01/30 | 90.00 | 15017* | 01/30 | 1,430.00 |

* Not in check sequence

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $175.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/13 | 5.00 | 01/20 | 54.98 | 01/27 | -39,597.52 |
| 01/14 | 50,005.00 | 01/21 | 49.27 | 01/28 | -5,870.91 |
| 01/15 | 100.64 | 01/23 | -527.52 | 01/29 | 25,318.12 |
| 01/16 | 979.98 | 01/26 | 402.48 | 01/30 | 844,313.73 |

EQUAL HOUSING LENDER    MEMBER FDIC

0048324-0000002-0131184

EXHIBIT 4
83

**California Bank & Trust**

This page intentionally left blank

0048324-0000002-0131184

EXHIBIT 4
84

# California Bank & Trust

ACCOUNT # 5791082851

This Statement:
January 30, 2015
Page 5 of 6



Ref# 53049353    $14552.20



Ref# 53016277    $4707.98



Ref# 53130871    $39000.00    Ch# 9966



Ref# 53011587    $832.00    Ch# 10013



Ref# 53006612    $325.00    Ch# 10030



Ref# 53005447    $4925.00    Ch# 10042



Ref# 53027091    $1787.50    Ch# 10044



Ref# 53070134    $120.66    Ch# 15001



Ref# 53099226    $506.79    Ch# 15002

Ref# 53073815    $5203.39    Ch# 15003

EXHIBIT 4
85

004832400000030131185

# California Bank & Trust

ACCOUNT # 5791082851

This Statement:
January 30, 2015
Page 6 of 6



Ref# 53001517     $70.00     Ch# 15004



Ref# 53101917     $90.00     Ch# 15005



Ref# 53073670     $70.00     Ch# 15006



Ref# 53099193     $2499.99     Ch# 15008



Ref# 53097929     $171000.00     Ch# 15010



Ref# 53117304     $25000.00     Ch# 15015



Ref# 53111580     $1430.00     Ch# 15017

EXHIBIT 4
86

004832-4-0000003-0131185



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 12
This Statement: February 27, 2015
Last Statement: January 30, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0047703                          4059-06-0000-CBT-PG0023-00075

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7010

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $48,124.54 | |

## BUSINESS ESSENTIALS CHECKING 5791082851                                          104    75

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 844,313.73 | 800,240.93 | 1,122,578.39 | 473,851.73 | 48,124.54 |

**6 DEPOSITS/CREDITS**

| Date | Amount | Description |
|---|---|---|
| 02/04 | 2,776.43 | ONLINE XFER FROM DDA STATE BAR OF ID: 000006454 2306404232 |
| 02/04 | 736,883.89 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000784 2306404168 |
| 02/05 | 15,637.00 | DEPOSIT 5353037380 |
| 02/18 | 2,322.31 | DEPOSIT 5353036275 |
| 02/20 | 20,000.00 | DEPOSIT 5353019841 |
| 02/26 | 22,621.30 | PAY SEQ # 001105018435 Serial Number = 0001505501 1702201714 |

**41 CHARGES/DEBITS**

| Date | Amount | Description |
|---|---|---|
| 02/02 | 4,065.13 | ACHMA VISB BILL PYMNT 9894867 REF # 015033008329277 1106233827 |
| 02/02 | 10,000.00 | CREDIT CARD ECS PAYMENT 043000093332502REF # 015033008685128 1106256211 |
| 02/02 | 15,000.00 | CREDIT CARD ECS PAYMENT 043000093332518REF # 015033008685129 1106256212 |
| 02/02 | 18,550.00 | ANTHEM BLUE I01O CORP P FL00924514 REF # 015033008334447 1106230553 |
| 02/03 | 19.95 | PAY SEQ # 001106242871 1702403033 |
| 02/03 | 3,045.36 | PAY SEQ # 001106253764 1702403053 |
| 02/03 | 3,052.57 | PAY SEQ # 001106253765 1702403028 |
| 02/03 | 8,125.00 | WIRE/OUT-201502030000446;BNF Heidi Richardson;REF Richardso 1303401367 |
| 02/03 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006074 2306300731 |
| 02/03 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006166 2306302935 |
| 02/03 | 12,344.37 | EMPLOYMENT DEVEL EDD EF 1206754048 REF # 015034009644690 1105746555 |
| 02/04 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000000024 2306400673 |
| 02/04 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007894 2306403089 |
| 02/05 | 1,389.00 | ANTHEM BLUE I01O CORP P FL00930456 REF # 015036001444372 1105631793 |
| 02/06 | 275,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008353 2307301889 |
| 02/06 | 30.00 | ONLINE XFER TO DDA ***2699 ID: 000005750 2307301891 |
| 02/10 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000004680 2307100985 |
| 02/10 | 680.35 | PAYCHEX EIB INVOICE X5912280001 9734REF # 015040002907192 1106606374 |
| 02/11 | 8.11 | PAY SEQ # 001106634880 1702502259 |
| 02/12 | 68,770.05 | PAYCHEX PAYROLL 5927440000416 2XREF # 015043004811561 1105526005 |
| 02/18 | 3,067.00 | PAY SEQ # 001106953209 1702403027 |
| 02/18 | 1,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007648 2306500611 |
| 02/19 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096288826REF # 015050007916883 1105325879 |
| 02/19 | 4,000.00 | CREDIT CARD ECS PAYMENT 043000096288818REF # 015050007916882 1105325878 |
| 02/19 | 30,000.00 | CREDIT CARD ECS PAYMENT 043000096293978REF # 015050007977777 1105326058 |
| 02/24 | 27,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003342 2306101225 |



MEMBER FDIC

EXHIBIT 4
87

0047703-0000001-0128374

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but telephoning will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0047703-0000001-0128374

EXHIBIT 4
88

# CALIFORNIA BANK TRUST

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 12
February 27, 2015
EAGAN AVENATTI LLP
5791082851

Continued ...

| Date | Amount | Description |
|---|---|---|
| 02/25 | 4,653.47 | WIRE/OUT-2015022500002156;BNF Julie Cline Fine Art Services;  1304300626 |
| 02/25 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003328  2305701643 |
| 02/25 | 50,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005508  2305703133 |
| 02/25 | 18,676.00 | ANTHEM BLUE I01O CORP P FL00938403 REF # 015055009958694  1105010357 |
| 02/25 | 1,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009565  2306103373 |
| 02/26 | 1,000.00 | CREDIT CARD ECS PAYMENT 043000096920430REF # 015057001266367  1105626880 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096947008REF # 015057001266427  1105626877 |
| 02/26 | 2,000.00 | CREDIT CARD ECS PAYMENT 043000096926016REF # 015057001266368  1105626881 |
| 02/26 | 13,000.00 | CREDIT CARD ECS PAYMENT 043000096926580REF # 015057001299576  1105626917 |
| 02/26 | 70,077.03 | PAYCHEX PAYROLL 5947000000186XREF # 015057001262340  1105625636 |
| 02/27 | 100,000.00 | WIRE/OUT-2015022700007964;BNF Baker Keener Nahra LLP;REF Eag  1304501890 |
| 02/27 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006369  2306901451 |
| 02/27 | 77,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003582  2306903635 |
| 02/27 | 7,000.00 | CREDIT CARD ECS PAYMENT 043000098466944REF # 015058002129388  1106147567 |
| 02/27 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

## 72 CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 9998 | 02/24 | 50.40 | 15034 | 02/02 | 1,406.51 | 15058 | 02/06 | 557.35 |
| 10010* | 02/03 | 360.00 | 15035 | 02/05 | 317.00 | 15059 | 02/04 | 4,651.60 |
| 10041* | 02/02 | 5,070.00 | 15036 | 02/03 | 261.00 | 15060 | 02/10 | 5,550.38 |
| 15009* | 02/02 | 75,000.00 | 15037 | 02/03 | 1,732.04 | 15061 | 02/09 | 5,325.00 |
| 15011* | 02/05 | 18,000.00 | 15038 | 02/05 | 11,880.97 | 15062 | 02/03 | 100.00 |
| 15012 | 02/05 | 80,000.00 | 15039 | 02/09 | 3,744.07 | 15064* | 02/11 | 668.10 |
| 15013 | 02/12 | 5,300.00 | 15040 | 02/03 | 6,453.26 | 15065 | 02/04 | 6,640.55 |
| 15014 | 02/03 | 6,000.00 | 15041 | 02/03 | 3,337.05 | 15066 | 02/04 | 6,715.45 |
| 15016* | 02/02 | 18,142.29 | 15042 | 02/03 | 80.87 | 15067 | 02/06 | 10,059.82 |
| 15019* | 02/03 | 1,272.79 | 15043 | 02/03 | 1,010.10 | 15068 | 02/06 | 3,521.68 |
| 15020 | 02/12 | 39,000.00 | 15044 | 02/05 | 3,439.17 | 15069 | 02/10 | 6,520.36 |
| 15021 | 02/25 | 39,000.00 | 15045 | 02/03 | 1,279.00 | 15070 | 02/09 | 3,700.00 |
| 15022 | 02/02 | 1,244.26 | 15046 | 02/02 | 166.44 | 15071 | 02/11 | 5,550.00 |
| 15023 | 02/05 | 4,941.00 | 15047 | 02/13 | 13,608.13 | 15073* | 02/09 | 2,499.00 |
| 15024 | 02/03 | 447.81 | 15048 | 02/04 | 8,202.54 | 15074 | 02/18 | 2,776.43 |
| 15025 | 02/11 | 520.20 | 15049 | 02/05 | 477.36 | 15075 | 02/11 | 38.50 |
| 15026 | 02/10 | 1,640.00 | 15050 | 02/09 | 8.31 | 15079* | 02/09 | 25.00 |
| 15027 | 02/04 | 866.00 | 15051 | 02/03 | 617.20 | 15080 | 02/11 | 6,460.00 |
| 15028 | 02/03 | 5,489.91 | 15052 | 02/02 | 55.00 | 15081 | 02/13 | 7,500.00 |
| 15029 | 02/02 | 1,218.43 | 15053 | 02/06 | 91.15 | 15082 | 02/12 | 14,583.33 |
| 15030 | 02/10 | 1,176.00 | 15054 | 02/02 | 2,963.55 | 15083 | 02/13 | 2,331.74 |
| 15031 | 02/06 | 144.88 | 15055 | 02/13 | 1,784.30 | 15084 | 02/24 | 1,642.50 |
| 15032 | 02/02 | 2,681.87 | 15056 | 02/17 | 2,322.42 | 15085 | 02/18 | 1,509.55 |
| 15033 | 02/05 | 1,245.00 | 15057 | 02/03 | 516.49 | 15090* | 02/24 | 360.62 |

* Not in check sequence

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $175.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/02 | 687,740.15 | 02/10 | 692,463.81 | 02/19 | 482,988.26 |
| 02/03 | 568,205.48 | 02/11 | 679,218.90 | 02/20 | 502,988.26 |
| 02/04 | 1,218,789.66 | 02/12 | 551,565.52 | 02/24 | 473,934.74 |
| 02/05 | 1,112,737.16 | 02/13 | 526,341.35 | 02/25 | 359,105.27 |
| 02/06 | 823,332.28 | 02/17 | 524,018.93 | 02/26 | 292,149.54 |
| 02/09 | 808,030.90 | 02/18 | 517,988.26 | 02/27 | 48,124.54 |



MEMBER FDIC

EXHIBIT 4
89

0047703-0000002-0128375

**California Bank & Trust**

This page intentionally left blank

0047703-0000002-0128375

EXHIBIT 4
90

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53037380     $15637.00



Ref# 53036275     $2322.31



Ref# 53019841     $20000.00



Ref# 53031608     $50.40     Ch# 9998



Ref# 53011384     $360.00     Ch# 10010



Ref# 53104392     $5070.00     Ch# 10041



Ref# 53032933     $75000.00     Ch# 15009

Ref# 53103241     $18000.00     Ch# 15011



Ref# 53103242     $80000.00     Ch# 15012



Ref# 53084408     $5300.00     Ch# 15013

EXHIBIT 4
91

00477034000000003-0128376

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53118295          $6000.00          Ch# 15014



Ref# 53003688          $18142.29          Ch# 15016



Ref# 53111212          $1272.79          Ch# 15019



Ref# 53068037          $39000.00          Ch# 15020



Ref# 53061068          $39000.00          Ch# 15021



Ref# 53003693          $1244.26          Ch# 15022



Ref# 53081029          $4941.00          Ch# 15023



Ref# 53133500          $447.81          Ch# 15024



Ref# 53005975          $520.20          Ch# 15025

Ref# 53020915          $1640.00          Ch# 15026

EXHIBIT 4
92

0047703-00000003-0128376

## California Bank & Trust

ACCOUNT # 5791082851

This Statement:
February 27, 2015
Page 7 of 12



Ref# 53016042        $866.00        Ch# 15027

Ref# 53132478        $5489.91        Ch# 15028




Ref# 53130303        $1218.43        Ch# 15029

Ref# 53008216        $1176.00        Ch# 15030




Ref# 53073877        $144.88        Ch# 15031

Ref# 53177875        $2681.87        Ch# 15032



Ref# 53102949        $1245.00        Ch# 15033

Ref# 53041195        $1406.51        Ch# 15034



Ref# 53009898        $317.00        Ch# 15035

Ref# 53133081        $261.00        Ch# 15036

EXHIBIT 4
93

00477034000000040128377

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53100679      $1732.04      Ch# 15037



Ref# 53101811      $11880.97      Ch# 15038



Ref# 53194989      $3744.07      Ch# 15039



Ref# 53021673      $6453.26      Ch# 15040



Ref# 53000519      $3337.05      Ch# 15041



Ref# 53117802      $80.87      Ch# 15042



Ref# 53116545      $1010.10      Ch# 15043



Ref# 53110339      $3439.17      Ch# 15044



Ref# 53133299      $1279.00      Ch# 15045



Ref# 53118931      $166.44      Ch# 15046

EXHIBIT 4
94

00477034000000040128377

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53006018      $13608.13      Ch# 15047



Ref# 53112528      $8202.54      Ch# 15048



Ref# 53091973      $477.36      Ch# 15049



Ref# 53207223      $8.31      Ch# 15050



Ref# 53112831      $617.20      Ch# 15051



Ref# 53120861      $55.00      Ch# 15052



Ref# 53083569      $91.15      Ch# 15053



Ref# 53127040      $2963.55      Ch# 15054



Ref# 53079674      $1784.30      Ch# 15055



Ref# 53009949      $2322.42      Ch# 15056

EXHIBIT 4
95

0047703-00000005-0128378

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53023728     $516.49     Ch# 15057



Ref# 53001170     $557.35     Ch# 15058



Ref# 53122150     $4651.60     Ch# 15059



Ref# 53110709     $5550.38     Ch# 15060



Ref# 53006318     $5325.00     Ch# 15061



Ref# 53116224     $100.00     Ch# 15062



Ref# 53015731     $668.10     Ch# 15064



Ref# 53006776     $6640.55     Ch# 15065



Ref# 53006841     $6715.45     Ch# 15066



Ref# 53127357     $10059.82     Ch# 15067

EXHIBIT 4
96

0047703-0000005-0128378

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53108651      $3521.68      Ch# 15068



Ref# 53003058      $6520.36      Ch# 15069



Ref# 53012078      $3700.00      Ch# 15070



Ref# 53095384      $5550.00      Ch# 15071



Ref# 53123729      $2499.00      Ch# 15073



Ref# 53008229      $2776.43      Ch# 15074



Ref# 53096620      $38.50      Ch# 15075



Ref# 53109912      $25.00      Ch# 15079



Ref# 53003182      $6460.00      Ch# 15080



Ref# 53060554      $7500.00      Ch# 15081

EXHIBIT 4
97

0047703-0000006-0128379

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53005522     $14583.33     Ch# 15082



Ref# 53061297     $2331.74     Ch# 15083



Ref# 53113413     $1642.50     Ch# 15084



Ref# 53113543     $1509.55     Ch# 15085



Ref# 53028325     $360.62     Ch# 15090

EXHIBIT 4
98

0047703-0000006-0128379



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 10
This Statement: April 30, 2015
Last Statement: March 31, 2015

Account 5791082851

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0047614                          4121-06-0000-CBT-PC0023-00052

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

Enter our Online Anytime Banking Sweepstakes for your chance to win a $250 Amazon Gift Card. No purchase necessary. Visit calbanktrust.com/OnlineAnytime for Official Rules and alternate method of entry.

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 5791082851 | $36,461.73 | |

## BUSINESS ESSENTIALS CHECKING 5791082851

104   52

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 724,395.05 | 532,617.51 | 1,054,759.48 | 165,791.35 | 36,461.73 |

### 7 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 04/01 | 31,580.89 | PAY SEQ # 001105617859 Serial Number = 0001508900 1702301999 |
| 04/09 | 4,404.47 | ONLINE XFER FROM DDA STATE BAR OF ID: 000003773  2306604320 |
| 04/14 | 200,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005113  2306301628 |
| 04/17 | 25,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000000020  2306802088 |
| 04/20 | 110,000.00 | ONLINE XFER FROM DDA STATE BAR OF ID: 000005116  2307704944 |
| 04/21 | 81,468.76 | DEPOSIT 5353048320 |
| 04/29 | 80,163.39 | AT&T PAYMENTS O042831985557SSREF # 015118002634268  1104912273 |

### 34 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 04/01 | 350,000.00 | ONLINE XFER TO DDA STATE BAR OF ID: 000008573  2306405527 |
| 04/01 | 417.21 | PAYCHEX PAYROLL 5995420000165XREF # 015091008573070  1105746467 |
| 04/01 | 2,266.68 | ACHMA VISB BILL PYMNT 9418167 REF # 015090008085550  1105728997 |
| 04/01 | 19,289.00 | ANTHEM BLUE I01O CORP P FL00964309 REF # 015090007894850  1105721627 |
| 04/02 | 3,120.20 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015092009636565  1106131938 |
| 04/06 | 36,230.00 | WIRE/OUT-2015040600002200;BNF Julie Cline Fine Art Services;  1304100620 |
| 04/06 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006481  2306804561 |
| 04/07 | 2,152.12 | CREDIT CARD ECS PAYMENT 04300009464027OREF # 015097002091584  1106032612 |
| 04/07 | 2,847.88 | CREDIT CARD ECS PAYMENT 0430000946402742REF # 015097002091585  1106032613 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 04300009464028ODEF # 015097002091586  1106032614 |
| 04/07 | 10,000.00 | CREDIT CARD ECS PAYMENT 04300009466559OREF # 015097002093199  1106032642 |
| 04/08 | 39,000.00 | WIRE/OUT-2015040800002725;BNF Acamar Investments Inc.  1305400844 |
| 04/09 | 12,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000002137  2306601667 |
| 04/09 | 2,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008031  2306601843 |
| 04/10 | 147.50 | PAYCHEX EIB INVOICE X59902800029870REF # 015099003574158  1106510282 |
| 04/13 | 11,880.97 | FIRST INSURANCE INSURAN 900-290460 REF # 015103004502497  1106322335 |
| 04/13 | 68,620.23 | PAYCHEX PAYROLL 6011410000076 4XREF # 015103004585179  1106319655 |
| 04/14 | 20,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008031  2306300739 |

EQUAL HOUSING LENDER   MEMBER FDIC



0047614-0000001-0140067

EXHIBIT 4
99

**An Easy Approach To Balancing Your Account**

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
| --- | --- |
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
| --- | --- |
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc.). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
| --- | --- |
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 4
100

0047614-0000001-0140067



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 10
April 30, 2015
EAGAN AVENATTI LLP
5791082851

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 04/14 | 6,500.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005844  2306300841 |
| 04/14 | 100,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000006153  2306301637 |
| 04/15 | 2,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000008984  2306101075 |
| 04/15 | 60,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000007281  2306103783 |
| 04/16 | 3,116.15 | JOHN HANCOCK ACH DEBIT 0077281 REF # 015106006862590  1105325466 |
| 04/17 | 66,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000001160  2306802099 |
| 04/20 | 100,000.00 | WIRE/OUT-2015042000003702;BNF The X-Law Group P.C.;REF Avena  1304901048 |
| 04/20 | 19.95 | DEBIT MEMO  5353143410 |
| 04/20 | 100.00 | ONLINE XFER TO DDA ***2699 ID: 000004740  2307704895 |
| 04/20 | 10,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000009785  2307704949 |
| 04/21 | 390.00 | ANALYSIS SERVICE FEE |
| 04/22 | 5,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000003720  2305803881 |
| 04/24 | 1,786.30 | ACHMA VISB BILL PYMNT 5887312 REF # 015113000326156  1105113666 |
| 04/29 | 30,000.00 | ONLINE XFER TO DDA AVENATTI & A ID: 000005695  2305903003 |
| 04/29 | 69,350.19 | PAYCHEX PAYROLL 60348800001387XREF # 015118002108660  1104904163 |
| 04/30 | 25.00 | REMOTE DEPOSIT SERVICE - 1 |

----

**50  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 10009 | 04/20 | 359.10 | 15142 | 04/03 | 1,366.28 | 15159 | 04/06 | 1,332.00 |
| 15117* | 04/09 | 331.00 | 15143 | 04/07 | 252.20 | 15160 | 04/06 | 128.00 |
| 15127* | 04/14 | 137.25 | 15144 | 04/06 | 6,170.42 | 15161 | 04/08 | 5,367.92 |
| 15128 | 04/03 | 2,882.70 | 15145 | 04/06 | 639.50 | 15163* | 04/10 | 2,180.95 |
| 15129 | 04/15 | 48.69 | 15146 | 04/14 | 600.00 | 15164 | 04/08 | 208.33 |
| 15130 | 04/06 | 179.75 | 15147 | 04/06 | 6,331.00 | 15165 | 04/16 | 4,635.00 |
| 15131 | 04/13 | 384.00 | 15148 | 04/06 | 55.00 | 15166 | 04/10 | 2,583.33 |
| 15132 | 04/07 | 468.00 | 15149 | 04/07 | 180.00 | 15167 | 04/13 | 50.00 |
| 15133 | 04/07 | 323.00 | 15150 | 04/09 | 492.08 | 15168 | 04/20 | 1,800.00 |
| 15134 | 04/06 | 5,956.89 | 15151 | 04/09 | 400.00 | 15169 | 04/16 | 23,362.17 |
| 15135 | 04/14 | 385.00 | 15152 | 04/21 | 180.00 | 15170 | 04/17 | 60.00 |
| 15136 | 04/14 | 1,118.00 | 15153 | 04/06 | 2,963.55 | 15171 | 04/21 | 60.00 |
| 15137 | 04/06 | 2,393.55 | 15154 | 04/06 | 616.73 | 15173* | 04/27 | 1,570.92 |
| 15138 | 04/07 | 224.32 | 15155 | 04/06 | 990.32 | 15174 | 04/27 | 2,000.00 |
| 15139 | 04/13 | 662.70 | 15156 | 04/07 | 1,200.93 | 15175 | 04/27 | 4,695.00 |
| 15140 | 04/08 | 36.00 | 15157 | 04/13 | 5,982.00 | 15176 | 04/24 | 12,049.72 |
| 15141 | 04/10 | 6,195.00 | 15158 | 04/09 | 53,203.05 | | | |

* Not in check sequence

----

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $315.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

----

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/01 | 384,003.05 | 04/10 | 154,758.02 | 04/21 | 82,775.47 |
| 04/02 | 380,882.85 | 04/13 | 67,178.02 | 04/22 | 77,775.47 |
| 04/03 | 376,633.87 | 04/14 | 138,437.77 | 04/23 | 75,775.47 |
| 04/06 | 302,647.16 | 04/15 | 76,389.08 | 04/24 | 61,939.45 |
| 04/07 | 274,998.71 | 04/16 | 45,275.76 | 04/27 | 55,673.53 |
| 04/08 | 230,386.46 | 04/17 | 4,215.76 | 04/29 | 36,486.73 |
| 04/09 | 165,864.80 | 04/20 | 1,936.71 | 04/30 | 36,461.73 |



EQUAL HOUSING
LENDER

MEMBER FDIC

0047614-0000002-0140068

EXHIBIT 4
101

**California Bank & Trust**

This page intentionally left blank

0047614-0000002-0140068

EXHIBIT 4
102

# California Bank & Trust

ACCOUNT # 5791082851

This Statement:
April 30, 2015
Page 5 of 10



Ref# 53048320          $81468.76



Ref# 53143410          $19.95



Ref# 53119647          $359.10          Ch# 10009



Ref# 53097243          $331.00          Ch# 15117



Ref# 53006633          $137.25          Ch# 15127



Ref# 53074831          $2882.70          Ch# 15128



Ref# 53093054          $48.69          Ch# 15129



Ref# 53129986          $179.75          Ch# 15130



Ref# 53101769          $384.00          Ch# 15131



Ref# 53002264          $468.00          Ch# 15132

EXHIBIT 4
103

0047614-0000003-0140069

California Bank & Trust          ACCOUNT # 5791082851



Ref# 53087292      $323.00      Ch# 15133



Ref# 53165755      $5956.89      Ch# 15134



Ref# 53096267      $385.00      Ch# 15135



Ref# 53119234      $1118.00      Ch# 15136



Ref# 53117065      $2393.55      Ch# 15137



Ref# 53000409      $224.32      Ch# 15138



Ref# 53199313      $662.70      Ch# 15139



Ref# 53090194      $36.00      Ch# 15140



Ref# 53054793      $6195.00      Ch# 15141



Ref# 53067241      $1366.28      Ch# 15142

EXHIBIT 4
104

0047614-0000003-0140069

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53074512        $252.20        Ch# 15143



Ref# 53027183        $6170.42       Ch# 15144



Ref# 53027182        $639.50        Ch# 15145



Ref# 53089023        $600.00        Ch# 15146



Ref# 53162676        $6331.00       Ch# 15147



Ref# 53119404        $55.00         Ch# 15148



Ref# 53078980        $180.00        Ch# 15149



Ref# 53073447        $492.08        Ch# 15150



Ref# 53073396        $400.00        Ch# 15151



Ref# 53014007        $180.00        Ch# 15152

EXHIBIT 4
105

0047614-0000004-0140070

California Bank & Trust          ACCOUNT # 5791082851



Ref# 53035512        $2963.55        Ch# 15153



Ref# 53020327        $616.73        Ch# 15154



Ref# 53133113        $990.32        Ch# 15155



Ref# 53075301        $1200.93        Ch# 15156



Ref# 53157502        $5982.00        Ch# 15157



Ref# 53012700        $53203.05        Ch# 15158



Ref# 53052364        $1332.00        Ch# 15159



Ref# 53052366        $128.00        Ch# 15160



Ref# 53107410        $5367.92        Ch# 15161



Ref# 53050751        $2180.95        Ch# 15163

EXHIBIT 4
106

0047614-0000004-0140070

# California Bank & Trust

ACCOUNT # 5791082851



Ref# 53077433      $208.33      Ch# 15164



Ref# 53073978      $4635.00      Ch# 15165



Ref# 53053866      $2583.33      Ch# 15166



Ref# 53157701      $50.00      Ch# 15167



Ref# 53154324      $1800.00      Ch# 15168



Ref# 53005437      $23362.17      Ch# 15169



Ref# 53043678      $60.00      Ch# 15170

Ref# 53085160      $60.00      Ch# 15171



Ref# 53036096      $1570.92      Ch# 15173



Ref# 53069461      $2000.00      Ch# 15174

EXHIBIT 4
107

0047614-0000005-0140071

# California Bank & Trust

ACCOUNT # 5791082851



| | | | |
|---|---|---|---|
| Ref# 53184335 | $4695.00 | Ch# 15175 | |
| Ref# 53042581 | $12049.72 | Ch# 15176 | |

0047614-0000005-0140071

EXHIBIT 4
108



**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA 90260-0489

**Statement of Accounts**
Page 1 of 4
This Statement: June 30, 2015
Last Statement: May 29, 2015

Account 3260132699

**DIRECT INQUIRIES TO:**
Customer Service 1 (800) 400-6080

0049574                4182-06-0200-CBT-PC0023-00000

EAGAN AVENATTI LLP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA 92660-7020

Irvine Branch
1900 Main St. Suite 100
Irvine, CA 92614-0000
(949) 223-7500

California Bank & Trust, as part of Zions Bancorporation, has received 24 Greenwich Excellence Awards for middle market and business banking - double the amount we received for 2013 and the second-highest number of awards won among all banks in the United States for 2014!

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Money Maximizer Plus | 3260132699 | $48.18 | |

## BUSINESS MONEY MAXIMIZER PLUS 3260132699                924     0

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 60.51 | 3,650.00 | 3,662.33 | 0.00 | 48.18 |

### 1 DEPOSIT/CREDIT

| Date | Amount | Description |
|---|---|---|
| 06/01 | 3,650.00 | ONLINE XFER FROM DDA ***2851 ID: 000001385 2309007948 |

### 3 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 06/01 | 3,647.33 | WIRE/OUT-201506010007746;BNF Julie Cline Fine Art Services; 1304002150 |
| 06/30 | 12.00 | MONTHLY MAINTENANCE FEE |
| 06/30 | 3.00 | PAPER STATEMENT FEE |

### 0 CHECKS PROCESSED

There were no transactions this period.

### AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.



MEMBER FDIC

EXHIBIT 4
109

0049574-0000001-0126407

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10.  ADJUSTED STATEMENT BALANCE: | |

*Transfer to Line 9.*                    *This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances  •Review posted transactions  • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

0049574-0000001-0126407

EXHIBIT 4
110

**CALIFORNIA BANK & TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

Page  3 of  4
June 30, 2015
EAGAN AVENATTI LLP
3260132699

---

**DAILY BALANCES**

| Date | Balance | | Date | Balance |
|------|---------|--|------|---------|
| 06/01 | 63.18 | | 06/30 | 48.18 |

---

**INTEREST**

| | | | |
|--|--|--|--|
| Interest Earned This Interest Period | $0.00 | Number Of Days This Interest Period | 32 |
| Interest Paid Year-To-Date 2015 | $0.00 | Annual Percentage Yield Earned | 0.00% |

Current interest rate is 0.050% with no rate change this interest period

MEMBER FDIC

0049574-0000002-0126-408

EXHIBIT 4
111

**California Bank & Trust**

This page intentionally left blank

0049574-0000002-0126408

EXHIBIT 4
112



**CALIFORNIA BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 5
This Statement: October 30, 2015
Last Statement: September 30, 2015

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0041764                4304-06-1000-CBT-PC0023-00004

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7020

Irvine Branch
1900 Main St.   Suite 100
Irvine, CA 92614-0000
(949) 223-7500

---

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $1,023.92 | |

---

## BUSINESS ESSENTIALS CHECKING 3648940661                                                104    4

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| 83,496.48 | 391,523.35 | 437,414.22 | 36,581.69 | 1,023.92 |

### 10 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 10/02 | 20,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000001089 2306102062 |
| 10/06 | 71,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000000408 2306901950 |
| 10/14 | 12,500.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000002137 2306502000 |
| 10/22 | 0.68 | 74548989609PLXZ4A 4506 FOREIGN TRANS. FEE ALMANCIL PT 1206114166 |
| 10/22 | 105,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001490 2306401336 |
| 10/22 | 22.67 | 74548989609PLXZ4A 4506 GOLFAUTO ALMANCIL PT  1206114165 |
| 10/26 | 3,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003666 2307406650 |
| 10/26 | 85,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008508 2307403406 |
| 10/30 | 15,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000218 2306901916 |
| 10/30 | 80,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000009016 2306901816 |

### 28 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 10/02 | 10,000.00 | WIRE/OUT-2015100200005843;BNF Christine Carlin;REF Carlin  1303701690 |
| 10/02 | 23,585.25 | WIRE/OUT-2015100200005842;BNF Julie Cline Fine Art Services;  1303701688 |
| 10/02 | 20,000.00 | ONLINE XFER TO DDA GLOBAL BARIS ID: 000003384  2306102143 |
| 10/02 | 19,537.00 | ANTHEM BLUE I01O CORP P FL00091943 REF # 015274004240296  1105237217 |
| 10/05 | 110.75 | 24692168K00HVE1SL 4506 IL FORNAIO NPB3091 NEWPORT BEACH CA  1206848625 |
| 10/06 | 73,703.05 | WIRE/OUT-2015100600003067;BNF Paychex of New York;OBI Compan  1303700875 |
| 10/06 | 94.84 | 74548988N09GFQ3FY 4506 GOLFAUTO ALMANCIL PT  1206714916 |
| 10/06 | 22.58 | 74548988N09GFQ396 4506 GOLFAUTO ALMANCIL PT  1206714914 |
| 10/06 | 2.85 | 74548988N09GFQ3FY 4506 FOREIGN TRANS. FEE ALMANCIL PT  1206714917 |
| 10/06 | .68 | 74548988N09GFQ396 4506 FOREIGN TRANS. FEE ALMANCIL PT  1206714915 |
| 10/06 | 1,200.00 | ONLINE XFER TO DDA EAGAN AVENAT ID: 000007420 2306900695 |
| 10/08 | 25.00 | 24692168R0072SGLS 4506 UNITED 0162926406800-932-2732 TX  1205614319 |
| 10/08 | 52.90 | 24692168R0072K84B 4506 UNITED 0162466312800-932-2732 TX  1205614318 |
| 10/08 | 644.55 | 74064188T2AP37NZ5 4506 CORFU VILLAS LONDON GB  1205614316 |
| 10/08 | 21.57 | 24055228T05JSGQWK 4506 OTG MANAGEMENT EWR, LLNEWARK NJ  1205614315 |
| 10/08 | 23.94 | 24733098R2E02HL9H 4506 INFLIGHT WI-FI - LTV 321-216-3303 FL  1205614320 |
| 10/08 | 19.34 | 74064188T2AP37NZ5 4506 FOREIGN TRANS. FEE LONDON GB  1205614317 |
| 10/09 | 1,099.00 | 24692168T00NGF26H 4506 UNITED 0162926487800-932-2732 TX  1205914726 |
| 10/09 | 16.99 | 24692168T00NGF26T 4506 UNITED 0162926503800-932-2732 TX  1205914727 |
| 10/09 | 7.95 | 24692168T00NB2XPR 4506 BWI*BOINGO WIRELESS 800-880-4117 CA  1205914725 |
| 10/14 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1703002646 |
| 10/22 | 100,000.00 | WIRE/OUT-2015102200002753;BNF Michael & Lisa Avenatti;REF Av  1304200791 |



EQUAL HOUSING
LENDER

**MEMBER FDIC**

0041764-0000001-0113532

EXHIBIT 4
113

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

*Transfer to Line 9.*

| CHECKBOOK BALANCE | |
|---|---|
| 1.  LIST your checkbook balance. | |
| 2.  ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3.  SUBTOTAL: | |
| 4.  SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5.  ADJUSTED CHECKBOOK BALANCE: | |

*This balance should agree with line 10, below.*

| STATEMENT BALANCE | |
|---|---|
| 6.  LIST your current statement balance as shown on the front of this statement. | |
| 7.  ADD deposits made, but not shown on this statement. | |
| 8.  SUBTOTAL: | |
| 9.  SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

*This balance should agree with line 5, above.*

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers.  Failure to do so may result in your loss of certain rights or remedies.  For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find.  Businesses should check their account transactions daily, for which various online services are available.  For additional information, please see your deposit account agreement and application service agreement(s) for details.  See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1.  Tell us your name and account number.
2.  Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE**
*(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.
1.  Your name and account number.
2.  The dollar amount of the suspected error.
3.  Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but telephoning us will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance.  If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT  84125-0787.

*Thank you for banking with California Bank & Trust.*
**Become an Online Banking Customer for 24-hour account access.**
•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 4
114

0041764-0000001-0113532

**C|B CALIFORNIA BANK TRUST**

P.O. Box 489, Lawndale, CA  90260-0489

Page 3 of 5
October 30, 2015
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661

Continued ...

| Date | Amount | Description |
|------|--------|-------------|
| 10/26 | 86,614.29 | CHASEHOMEFINANCE LN PMT *******859 REF # 015299006071010  1106928060 |
| 10/27 | 246.31 | 24224439Q31TGVTLR 4506 GIBSON'S BAR & STE CHICAGO IL  1206813397 |
| 10/29 | 5,000.00 | 24792629D616NNBJ7 4506 W.I. SIMONSON/MERCEDESSANTA MONICA CA  1206713888 |
| 10/29 | 147.96 | 24431069D5V3T3QEF 4506 EATALY RESTAURANTS-CHICHICAGO IL  1206713887 |
| 10/30 | 80,201.42 | WIRE/OUT-2015103000004033;BNF Gallo Builders, Inc.;REF Gallo  1304001258 |
| 10/30 | 15,000.00 | WIRE/OUT-2015103000004136;BNF Christine Carlin;REF Carlin  1304001284 |

## 4  CHECKS PROCESSED

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 1469 | 10/13 | 12,500.00 | 1474 | 10/05 | 5,081.69 | 9999* | 10/01 | 4,000.00 |
| 1473* | 10/05 | 15,000.00 | | | | | | |

*Not in check sequence*

## AGGREGATE OVERDRAFT AND RETURNED ITEM FEES

| | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $36.00 | $570.00 |
| Total Returned Item Fees | $0.00 | $35.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

## DAILY BALANCES

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | 79,496.48 | 10/09 | 246.55 | 10/26 | 6,619.61 |
| 10/02 | 26,374.23 | 10/13 | -12,253.45 | 10/27 | 6,373.30 |
| 10/05 | 6,181.79 | 10/14 | 210.55 | 10/29 | 1,225.34 |
| 10/06 | 2,157.79 | 10/22 | 5,233.90 | 10/30 | 1,023.92 |
| 10/08 | 1,370.49 | | | | |



MEMBER FDIC

0041764-0000002-0113533

EXHIBIT 4
115

**California Bank & Trust**

Page 4 of 5

This page intentionally left blank

EXHIBIT 4
116

0041764-0000002-0113533

California Bank & Trust     ACCOUNT # 3648940661

AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1469
DATE 10/01/2015
PAY TO THE ORDER OF Hodgkinson Trust    $ 12,500.00
Twelve thousand five hundred and 00/00    DOLLARS
CALIFORNIA BANK & TRUST
FOR Oct Rent

Ref# 53163143     $12500.00     Ch# 1469



AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1473
DATE 10/01/2015
PAY TO THE ORDER OF Kit Design Studio    $ 15,000.00
Fifteen Thousand and 00/00    DOLLARS
CALIFORNIA BANK & TRUST

Ref# 53014515     $15000.00     Ch# 1473



AVENATTI & ASSOCIATES
OPERATING ACCOUNT
1474
DATE 10/01/15
PAY TO THE ORDER OF LA GIRL FRIDAY    $ 5,081.69
Five Thousand Eighty-one and 69/00    DOLLARS
CALIFORNIA BANK & TRUST
FOR

Ref# 53012603     $5081.69     Ch# 1474



NAME Avenatti + Assoc.
ACCOUNT NO. 364894010101    DATE 10/1/15
PAY TO THE ORDER OF Cash    $4000 —
Four thousand + no/100 —    DOLLARS
CALIFORNIA BANK & TRUST
MEMO
9999

Ref# 53072684     $4000.00     Ch# 9999

EXHIBIT 4
117

004176-4-0000003-0113534

0041764-0000003-0113534

EXHIBIT 4
118

**C|B** **CALIFORNIA | BANK**
**T R U S T**

P.O. Box 489, Lawndale, CA  90260-0489

**Statement of Accounts**
Page  1 of 5
This Statement: February 29, 2016
Last Statement: January 29, 2016

Account 3648940661

**DIRECT INQUIRIES TO:**
Customer Service  1 (800) 400-6080

0039891          4061-06-1000-CBT-PC0023-00005

AVENATTI & ASSOC A PROFESSIONAL CORP
520 NEWPORT CENTER DR STE 1400
NEWPORT BEACH CA  92660-7034

Irvine Branch
1900 Main St.  Suite 100
Irvine, CA 92614-0000
(949) 223-7500

## SUMMARY OF ACCOUNT BALANCE

| Account Type | Account Number | Checking/Savings Ending Balance | Outstanding Balances Owed |
|---|---|---|---|
| Business Essentials Checking | 3648940661 | $1,536.54 | |

## BUSINESS ESSENTIALS CHECKING 3648940661                                        104      5

| Previous Balance | Deposits/Credits | Charges/Debits | Checks Processed | Ending Balance |
|---|---|---|---|---|
| -7,053.32 | 958,282.49 | 514,441.83 | 435,250.80 | 1,536.54 |

### 21 DEPOSITS/CREDITS

| Date | Amount | Description |
|---|---|---|
| 02/01 | 9,000.00 | ONLINE XFER FROM DDA GLOBAL BARIS ID: 000007432 2307101838 |
| 02/02 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000007751 2307303930 |
| 02/03 | 1,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001310 2307022216 |
| 02/03 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001600 2307003790 |
| 02/04 | 13,282.49 | DEPOSIT 5353073285 |
| 02/05 | 8,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000004181 2306801174 |
| 02/05 | 21,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001425 2306803988 |
| 02/08 | 500.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003413 2308606114 |
| 02/08 | 700.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001337 2308603718 |
| 02/09 | 100.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003708 2307601824 |
| 02/09 | 400.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008542 2307600618 |
| 02/10 | 5,300.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000003465 2306800850 |
| 02/10 | 12,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000007915 2306802104 |
| 02/11 | 395,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000470 2306901652 |
| 02/12 | 8,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000008664 2307203630 |
| 02/12 | 30,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000002782 2307202192 |
| 02/12 | 400,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000000854 2307201382 |
| 02/16 | 4,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000005827 2308902918 |
| 02/16 | 15,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000002329 2308906218 |
| 02/19 | 5,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000001936 2307204910 |
| 02/29 | 10,000.00 | ONLINE XFER FROM DDA EAGAN AVENAT ID: 000006808 2308004388 |

### 71 CHARGES/DEBITS

| Date | Amount | Description |
|---|---|---|
| 02/01 | 66.25 | 2478930DDGTEXFFWK 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C  1206746815 |
| 02/01 | 128.47 | 2469216DD005DW4M7 9306 DTV*DIRECTV HARDWARE 800-347-3288 CA  1206746813 |
| 02/01 | 65.08 | 2478930DFH198AEH1 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C  1206716209 |
| 02/01 | 295.16 | 2475542DE7JDN94LG 9306 AN QI COSTA MESA CA  1206746814 |
| 02/01 | 71.64 | 2424760DF8PX4MEQ0 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C  1206716208 |
| 02/01 | 36.00 | INSUFFICIENT FUNDS FEE-ITEM PD  1702601038 |
| 02/02 | 10,000.00 | WIRE/OUT-2016020200006061;BNF Christine Carlin;REF Carlin  1303701806 |
| 02/02 | 44.80 | 2478930DGH8SM617M 9306 048 R+D KITCHEN NEWPORNEWPORT BEACH C  1207016049 |
| 02/02 | 211.26 | 2461043DG09FXANZS 9306 THE HOME DEPOT 6664 COSTA MESA CA  1207016048 |
| 02/03 | 54.26 | 2405523DH5V5XF7AZ 9306 WAHOO'S FISH TACO-934 NEWPORT BEACH C  1206516697 |
| 02/03 | 5.63 | 2469216DH00F6RQTJ 9306 STARBUCKS #05837 PHOENPhoenix AZ  1206516698 |

## An Easy Approach To Balancing Your Account

**To reconcile your checkbook balance to your statement balance:** Mark off each entry in your check register that has been charged to your account during the statement period. List the checks you have written, but are not yet charged to your account in the "Checks Outstanding" column below. Then, follow the instructions in lines 1 through 10.

| CHECKS OUTSTANDING | |
|---|---|
| Check Number | Check Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL: | |

Transfer to Line 9.

| CHECKBOOK BALANCE | |
|---|---|
| 1. LIST your checkbook balance. | |
| 2. ADD any deposits or other credits listed on the front of this statement which you have not recorded in your checkbook (such as payroll credits or other direct electronic deposits). | |
| 3. SUBTOTAL: | |
| 4. SUBTRACT any charges listed on the front of this statement which you have not recorded (such as service charges, automatic transfers, electronic transactions, etc). | |
| 5. ADJUSTED CHECKBOOK BALANCE: | |

This balance should agree with line 10, below.

| STATEMENT BALANCE | |
|---|---|
| 6. LIST your current statement balance as shown on the front of this statement. | |
| 7. ADD deposits made, but not shown on this statement. | |
| 8. SUBTOTAL: | |
| 9. SUBTRACT total from "Checks Outstanding." | |
| 10. ADJUSTED STATEMENT BALANCE: | |

This balance should agree with line 5, above.

**PROMPTLY EXAMINE YOUR STATEMENT AND REPORT ANY PROBLEM**
You must promptly examine your account statements and report any discoverable errors, unauthorized signatures, alterations, missing endorsements, or unauthorized transfers. Failure to do so may result in your loss of certain rights or remedies. For example, you must identify the discoverable alteration or forgery of a check within 30 days of us sending you, or making available to you, the statement reflecting that check, and you must also immediately report to us what you find. Businesses should check their account transactions daily, for which various online services are available. For additional information, please see your deposit account agreement and application service agreement(s) for details. See also the consumer disclosures below.

**CONSUMER ACCOUNTS: IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS OR MONEY RESERVE TRANSACTIONS**
If you think your statement is wrong, or if you need more information about a transfer on this statement or on a receipt, please telephone or write us. Please use the telephone number or address listed on the front of this statement to contact us as you can. **We must hear from you no later than 60 days after we sent or made available the FIRST statement on which the problem or error appeared. The provisions in this paragraph do not apply to business or other non-personal accounts. The owners of those accounts must settle all unauthorized transactions or errors within 24 hours of receipt of the item posting in order to be returned.**

1. Tell us your name and account number.
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**FOR MONEY RESERVE ACCOUNTS:**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL CREDIT LINE** *(This is a Summary of Your Billing Rights).*
If you think your statement is wrong, or you need more information about a transaction on your statement, write us at the address on the front of this statement as soon as possible. **We must hear from you no later than 60 days after we sent you the first statement on which the error or problem appeared.**

You can telephone us but doing so will not preserve your rights. In your letter, give us the following information.

1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question. You must notify us in writing. You can telephone us, but doing so will not preserve your rights. Contact us at California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

**Balance Subject to Interest Rate:** We use the method called "average daily balance", (including current transactions) to calculate the daily balance. If you have any further questions about the method and how resulting interest charges are determined, please feel free to contact us at 1-800-400-6080.

**We may report information about your Money Reserve account to credit bureaus.** Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Please notify us if we report any inaccurate information about your account(s) to a credit bureau.** Your written notice describing the specific inaccuracy should be sent to us at the following address: California Bank & Trust, PO Box 25787, Salt Lake City, UT 84125-0787.

*Thank you for banking with California Bank & Trust.*

**Become an Online Banking Customer for 24-hour account access.**

•Review account balances •Review posted transactions • Pay bills • Transfer funds
**Sign up today at www.calbanktrust.com or call 888-217-1265.**

EXHIBIT 4
120

0039891-0000001-0107168

CALIFORNIA BANK
T R U S T

P.O. Box 489, Lawndale, CA 90260-0489

Page 3 of 5
February 29, 2016
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661

Continued ...

| Date | Amount | Description |
|---|---|---|
| 02/04 | 455.24 | 2475542DJ4YLGYSA8 9306 WESTIN (WESTIN HOTELS)PHOENIX AZ  1206416680 |
| 02/04 | 5.25 | 2416407DJFF12A4RL 9306 STARBUCKS T4 W30031652PHOENIX AZ  1206416675 |
| 02/04 | 75.94 | 2480162DJ2AJJ139 9306 BLUEWATER GRILL NEWPORNEWPORT BEACH C  1206416674 |
| 02/04 | 3.75 | 2469216DJ0046ZQD2 9306 PAYMENTUS-SERVICE-FEE 800-420-1663 GA  1206416678 |
| 02/04 | 500.00 | 2469216DJ0046XK4T 9306 CITY-OF-DANVIL-BILPMNT434-799-5125 VA  1206416676 |
| 02/04 | 3.75 | 2469216DJ0046ZWZX 9306 PAYMENTUS-SERVICE-FEE 800-420-1663 GA  1206416679 |
| 02/04 | 45.52 | 2469216DJ0046XKB7 9306 CITY-OF-DANVIL-BILPMNT434-799-5125 VA  1206416677 |
| 02/05 | 21,047.00 | <mark>WIRE/OUT-2016020500006822;BNF Julie Cline Fine Art Services;  1303701806</mark> |
| 02/05 | 426.60 | 2443106DK0ROZEHHR 9306 VARIDESK 800-207-2587 TX  1206016406 |
| 02/05 | 124.10 | 2476725DL0000D336 9306 CAREY 888-6493949 DC  1206016407 |
| 02/05 | 300.90 | 7424728DKPVT9THMP 9306 SILLWORKS LTD KANATA CD  1206016404 |
| 02/05 | 53.22 | 2422443DL31TD7JGT 9306 PANINI CAF?-CORONA CORONA DEL MA CA  1206016403 |
| 02/05 | 9.03 | 7424728DKPVT9THMP 9306 FOREIGN TRANS. FEE KANATA CD  1206016405 |
| 02/05 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD  1702301219 |
| 02/08 | 101.65 | 2469216DL00W6KBTL 9306 IL FORNAIO NPB3091 NEWPORT BEACH CA  1207648254 |
| 02/08 | 7.50 | 2443106DM01WPQ0T9 9306 ORANGE CO SUPERIOR CRT714-834-3490 CA  1207648253 |
| 02/08 | 44.29 | 2422443DN2Y3JZPRT 9306 HOPDODDY BURGER BA NEWPORT BEACH CA  1207648251 |
| 02/08 | 575.37 | 2469216DM00F9R47W 9306 PORSCHE OF NEWPORT BCHNEWPORT BEACH C  1207648255 |
| 02/08 | 93.21 | 2424760DM8PSN2MSQ 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C  1207648252 |
| 02/08 | 35.65 | 2469216DM00DVJFFH 9306 OnStar 888-4ONSTAR MI  1207648257 |
| 02/08 | 147.75 | 2469216DM00GRY0TG 9306 DTV*DIRECTV SERVICE 800-347-3288 CA  1207648256 |
| 02/08 | 473.12 | 2422443DN31TV2OML 9306 THE RITZ PRIME SEA NEWPORT CA  1207648250 |
| 02/08 | 19.00 | 2469216DN0052EC6FB 9306 STARBUCKS #05776 NEWPONewport Beach C  1207617514 |
| 02/08 | 64.64 | 2469216DN005FW42H 9306 CHEVRON 0201899 COSTA MESA CA  1207617513 |
| 02/08 | 1.95 | 2469216DN006Z5DPF 9306 STARBUCKS #19803 NEWPONewport Beach C  1207617512 |
| 02/08 | 54.15 | 2422443DP2Z0KZLQZ 9306 C'EST SI BON BAKER NEWPORT BEACH CA  1207617511 |
| 02/09 | 300.32 | 2426979DP2XM9QMQK 9306 JAVIER'S CRYSTAL COVE NEWPORT COAST C  1207213898 |
| 02/09 | 155.00 | 2469216DR0001VRH0 9306 IL FORNAIO NPB3091 NEWPORT BEACH CA  1206515367 |
| 02/10 | 766.12 | 2469216DR008B1EEB 9306 DMC*DOUG MOCKETT & CO 800-523-1269 CA  1206515366 |
| 02/10 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD  1703101500 |
| 02/11 | 362.40 | 2422443DS31T8MMXP 9306 CANNERY SEAFOOD OF NEWPORT BEACH CA  1206315942 |
| 02/11 | 800.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA  1404516897 |
| 02/11 | 780.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA  1404516896 |
| 02/11 | 400.00 | 0306 ATM WITHDRAWAL 1900 MAIN ST IRVINE CA  1404516895 |
| 02/11 | 36.00 | INSUFFICIENT FUNDS FEE–ITEM PD  1703001389 |
| 02/12 | 400,000.00 | WIRE/OUT-2016021200002239;BNF Michael & Lisa Avenatti;REF Av  1303800692 |
| 02/12 | 30,000.00 | WIRE/OUT-2016021200003509;BNF Sylvester Sound and Communicat  1303800956 |
| 02/12 | 4,519.83 | 2444500DS2XHSZ5BM 9306 PIRCH - COSTA MESA COSTA MESA CA  1207416299 |
| 02/12 | 55.87 | 2401517DS01EM0B9W 9306 WORLD OIL 042 NEWPORT BEACH CA  1207416298 |
| 02/16 | 15,000.00 | WIRE/OUT-2016021600003461;BNF Halaby Restoration and Paintin  1304302300 |
| 02/16 | 91.92 | 2424760DV8PSVLSY2 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C  1208465205 |
| 02/16 | 7,105.90 | 2443106DWRKXD3XEB 9306 MAGNOLIA HI FI 305 COSTA MESA CA  1208465206 |
| 02/16 | 41.73 | 2469216DX00G7BYXL 9306 THE BUTCHERY COSTA MESA CA  1208465207 |
| 02/16 | 98.10 | 2424760DX8PX26ZSF 9306 LIDO SHIPYARD SAUSAGE NEWPORT BEACH C  1208433242 |
| 02/16 | 264.60 | 2471705DYM89LXMEG 9306 TLF BROWNES FLOWERS 949-6614748 CA  1208415697 |
| 02/16 | 114.21 | 2401339DX01XAQ1YG 9306 Z PIZZA NEWPORT BEACH CA  1208433241 |
| 02/16 | 1,982.00 | 2412258DYWGNN01YS 9306 NORTHSTAR MOVING CORP 818-727-0128 CA  1208415695 |
| 02/16 | 274.00 | 2412258DYWGNN01YA 9306 NORTHSTAR MOVING CORP 818-727-0128 CA  1208415694 |
| 02/16 | 345.56 | 2444573DZHEZJXG38 9306 BLOOMINGDALE'S #30 NEWPORT BEACH CA  1208415696 |
| 02/16 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA  1405150277 |
| 02/19 | 300.00 | 2469216E100VD2W6Q 9306 BEACON CARPET CLEANING949-973-2245 CA  1206915803 |
| 02/19 | 67.05 | 2480162E12AJNLE3 9306 BLUEWATER GRILL NEWPORNEWPORT BEACH C  1206915802 |
| 02/19 | 220.09 | 2480197E22ML7FR7Z 9306 AUSTIN HARDWOODS & HRDSANTA ANA CA  1206915804 |
| 02/22 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA  1404436813 |
| 02/22 | 803.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA  1404436814 |
| 02/22 | 403.00 | 0306 ATM WITHDRAWAL MARINERS NEWPORT BE CA  1404436812 |
| 02/24 | 320.00 | 2476789E6NXW7Y0E2 9306 YOUR CAR OUR DRIVER IN949-6431700 CA  1206115641 |
| 02/29 | 11,500.00 | WIRE/OUT-2016022900002698;BNF Halaby Restoration and Paintin  1304400878 |
| 02/29 | 7.00 | MONTHLY MAINTENANCE FEE |
| 02/29 | 3.00 | PAPER STATEMENT FEE |

**4  CHECKS PROCESSED**

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1482 | 02/09 | 5,250.80 | 1499* | 02/04 | 25,000.00 | 9999* | 02/03 | 5,000.00 |
| 1483 | 02/10 | 400,000.00 | | | | | | |

*  Not in check sequence

A division of ZB, N.A. Member FDIC



EXHIBIT 4
121

0039891-0000002-0107169

Page  4 of  5
February 29, 2016
AVENATTI & ASSOC A PROFESSIONAL CORP
3648940661
California Bank & Trust

...................................................................................................................................................

**AGGREGATE OVERDRAFT AND RETURNED ITEM FEES**

|  | Total for This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $144.00 | $180.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

To learn more about our other products and services that may lower the cost of managing account overdrafts or to discuss removing overdraft coverage from your account, please contact Customer Service or visit your local branch.

...................................................................................................................................................

**DAILY BALANCES**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 02/01 | 1,284.08 | 02/08 | 746.04 | 02/16 | 962.68 |
| 02/02 | 1,028.02 | 02/09 | -4,305.08 | 02/19 | 5,375.54 |
| 02/03 | 6,968.13 | 02/10 | -387,962.20 | 02/22 | 3,366.54 |
| 02/04 | -5,838.83 | 02/11 | 4,659.40 | 02/24 | 3,046.54 |
| 02/05 | 1,164.32 | 02/12 | 8,083.70 | 02/29 | 1,536.54 |

A division of ZB, N.A. Member FDIC

EXHIBIT 4
122

0039891-0000002-0107169

# California Bank & Trust

ACCOUNT # 3648940661



Ref# 53073285        $13282.49

**AVENATTI & ASSOCIATES** — OPERATING ACCOUNT

PAY TO THE ORDER OF: Z Electric & Lighting     DATE 2/8/16     $5,250.80
Five thousand two hundred fifty & 80/100     DOLLARS
FOR #1018#1019

Ref# 53007562        $5250.80        Ch# 1482



Ref# 53095321        $400000.00        Ch# 1483



Ref# 53005057        $25000.00        Ch# 1499

NAME Michael Avenatti
ACCOUNT NO. 3648940661
DATE 2/3/16
PAY TO THE ORDER OF Cash     $5000
Five thousand + no/100     DOLLARS
MEMO
9999

Ref# 53077377        $5000.00        Ch# 9999

EXHIBIT 4
123

0039891-0000003-0107170

0039891-0000003-0107170

EXHIBIT 4
124

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen and not a party to the within action, and my business address is Landau Gottfried & Berger LLP (the "business"), 1880 Century Park East, Suite 1101, Los Angeles, California 90067.

On August 13, 2019, I served the following document(s): **DECLARATION OF JACK A. REITMAN RE: THIRD PARTY CLAIM (CCP §§ 720.110, 720.130); EXHIBITS** by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

**X**   **BY REGULAR U.S. MAIL:**  I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.  I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Los Angeles, California.

Ronn Bisbee, Esq.
Bisbee Law Group, PC
24040 Camino del Avion
Suite A-109
Monarch Beach, CA 92629

___   **BY EMAIL TRANSMISSION:** I caused the forgoing to be sent by email transmission to the following email addresses:

**X**   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the above address(es).

Orange County Sheriff
909 N. main Street, Suite 2
Santa Ana, CA 92701

**X**   **(STATE):**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 13, 2019, at Los Angeles, California.

Vanessah Richmond

EXHIBIT 4
125

LANDAU GOTTFRIED & BERGER LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

EXHIBIT 5

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Bisbee Law Group, PC 24040 Camino del Avion Ste. A-109 Monarch Beach, CA 92629 | TELEPHONE NO.): (949) 481-9664 | ORANGE COUNTY SHERIFF 909 N. MAIN ST., SUITE 2 SANTA ANA, CA 92701 |
|---|---|---|
| ATTORNEY FOR (Name)  Plaintiff, Lisa Storie-Avenatti | | |
| NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY Lamoreaux OC Superior Court Justice Center 341 The City Drive S. PO Box 14170 Orange, CA 92868-3205 | | |
| PLAINTIFF: Michael Avenatti DEFENDANT: Lisa Storie-Avenatti | | |
| NOTICE OF SHERIFFS SALE | | |
| | LEVYING OFFICER FILE 2019508471 | COURT CASE NO: 17D009930 |

By virtue of a writ issued on May 10, 2019, in the above designated Court, upon a judgment entered on April 23,2018 and October 22, 2018, in favor of judgment creditor Lisa Storie-Avenatti and against judgment debtor Michael Avenatti, showing a net balance of $2,484,394.92, actually due on said judgment on the date of the issuance of said writ, I have levied upon all right, title and interest of said judgment debtor(s) in the property in the County of Orange, State of California, described as follows:

Please see attachment labeled Exhibit A

If the subject of this sale is real property and it has no street address or other common designation, direction to its location may be obtained from the Sheriffs Office upon request.

Prospective bidders should refer to Sections 701.510 to 701.680, inclusive, of the Code of Civil Procedure for provisions governing the terms, conditions, and effect of the sale and the liability of defaulting bidders.

NOTICE IS HEREBY GIVEN that on Tuesday, August 20th, 2019 at 10:00 am at All-Ways Moving & Storage 22962 El Pacifico Dr., Laguna Hills, County of Orange, State of California, 92653. I will sell at public auction to the highest bidder, for cash in lawful money of the United States, all the right, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs.

**APPROXIMATE MINIMUM BID: $0**

Dated: 08/05/19
Division Central
909 N. Main St.
Suite #2
Santa Ana, CA 92701

Don Barnes
Sheriff, Orange County

By _____, Deputy

NOTE: Do not take down or deface a posted notice before the sale or satisfaction of judgment. Penal Code Section 616 (misdemeanor).F0328.140.2

EXHIBIT 5
126

**Exhibit A**

1 Artwork of a Green Gold Racetrack
1 Artwork of a  Pink/Orange/Purple Racetrack
1 Artwork of a Racetrack Black Background
1 Artwork of a Racetrack Gold/Blue
1 Small Sculpture Metal Head and Stand
1 Large Sculpture, Face, Bicycle
1 Artwork of a Batman 1of 3
1 Artwork of a Batman 2 of 3
1 Artwork of a Batman 3 of 3
1 Artwork of a Impressionist Street in Rain
1 Artwork of a Fingerprint of Gold Leaf on Black
1 Artwork of a Fingerprint of Gold Text on Red
1 Artwork of a Blue, White, Red Lines
1 Artwork of a Orange/ Pink Lines
1 Artwork of a Blurry Silver/Blue Lines
1 B&W Photo of Stone Bridge
1 B&W Photo of Eiffel Tower
1 B&W Photo of Race Car

EXHIBIT 5
127

**Orange County Fine Art Storage**
Secure, climate controlled fine art storage
714-418-4400
1315 South Allec Street, Anaheim, CA 92805  •  Fax: 714-817-0940  •  Email: Info@oc-fas.com  •  Web: www.oc-fas.com

**Display**
Fine art installation, transport, crating
(714) 283-4884

Reference #: _7/18/19_
Date:
Other:

## BILL OF LADING AND STORAGE AGREEMENT

**CUSTOMER (FROM):**

Name: _Orange County Fine Art Storage_  Contact: _Brian_
Address: _1315 S. Allec Street_
City: _Anaheim_  State: _CA_  Zip: _92805_
Office Phone:    Cell Phone:    Home Phone:

Email Address:

**CONSIGNEE (TO):**

Name: _OC Sheriff's Office Civil Division_  Contact:
Address: _909 N. Main Street Ste 2_
City: _Santa Ana_  State: _CA_  Zip: _92701_
Office Phone:    Cell Phone:    Home Phone:

Email Address:

**DESCRIPTION OF ITEMS:**

| Item # | Description | Dimensions |
|---|---|---|
|  | _18 Artworks_ |  |
|  | _See Attached_ |  |
|  |  |  |
|  |  |  |
|  |  |  |

Existing Damage Noted:

Special Instructions:

**BILLING INFORMATION:**

Bill To:
Name:    Contact:
Address:
City:    State:    Zip:
Office Phone:    Cell Phone:    Home Phone:

Payment Method and Details:
Purchase Order No    COD Amount    Check No. / Cash Amount
MC/VISA/AMEX/DISC    Expiration Date    Approval No.

Charges:
Shipping: $_____ (Rate: _____)
Storage: $_____ (Rate: _____)
Handling: $_____ (Rate: _____)
Room Rental: $_____ (Rate: _____)
Shipping Insurance: $_____ (Rate: _____)
Storage Insurance: $_____ (Rate: _____)
Other: $_____ (Description: _____)
Total: $_____

**INSURANCE:**

Unless otherwise noted above, the declared value of all goods handled pursuant to this Agreement is hereby stated by Customer not to exceed the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00). Companies (defined in the Contract at right) do not automatically provide insurance, although insurance may be purchased for an additional charge.  Insurance does not cover damages arising from or related to the following: earthquakes, insects, inherent vice, acts of war, riot or civil commotion, fallen hinges, or any internal breakage or concealed damage of any item not packed by Companies or their agents.  Companies are not obligated to act on any insurance claim unless and until all charges due under this Agreement are paid in full.

**To Decline Insurance:**
I hereby decline insurance for loss or damage to the goods arising during shipping or storage.
Customer Initials: _____

**To Accept Insurance:**
The goods' declared value is set forth above in "Description of Items." I hereby accept insurance for loss or damage to the goods arising during:

☐ Shipping Only    Customer Initials _____
☐ Storage Only    Customer Initials _____
☐ Shipping and Storage   Customer Initials _____

**CONTRACT:**

This Bill of Lading and Storage Agreement (this "Agreement") constitutes a binding contract between the Customer named above, on one hand, and Display, a California general partnership ("Display") and Orange County Fine Art Storage LLC, a California limited liability company ("OCFAS"), together on the other hand (together "Companies").  The person signing this Agreement on behalf of Customer certifies, represents and warrants to Companies that:

1. He or she has the authority to sign this Agreement on behalf of Customer;
2. All information he or she has provided herein (including declared value) is true, correct and complete;
3. If Customer declares a value of goods handled pursuant to this Agreement in excess of the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00), Customer shall pay an insurance premium, and only then shall the items be insured against loss or damage for the declared value;
4. The maximum liability of Display and OCFAS under this Agreement is the lesser of sixty cents ($0.60) per pound or sixty dollars ($60.00);
5. He or she has read, understands and agrees to the terms and conditions contained in (i) the box titled "Insurance" at right, and (iii) set forth on the back of this Agreement, all of which are hereby incorporated by reference.

**SIGNATURES:**

In witness whereof, the parties, acting through their authorized representatives, have executed this Agreement as of the last date below.

COMPANIES:
By: _BC_
Printed: _Brian Riss_
Title: _Owner_
Date: _7/18/19_

CUSTOMER: _OC CO Sheriff_
Name: _____ #2406_
By:
Printed: _Brian Scott_
Title: _Deputy_
Date: _7-16-19_

EXHIBIT 5
128

The primary carrier for transportation and installation of the goods handed pursuant to this Agreement and that may be inventoried on the front of this Agreement (collectively "Goods") is Display ("Display"), and the warehouseman for storage of the Goods is Orange County Fine Art Storage LLC ("OCFAS"), (collectively "Companies"). By signing the front of this Non-Negotiable Bill Of Lading and Storage Agreement ("Agreement"), the owner or the authorized agent of such owner ("Customer"), acknowledges their understanding and express agreement to the terms and conditions set forth below and on the front of this Agreement.

1.    Services. Subject to the terms and conditions of this Agreement, Display is hereby authorized by Customer to transport and install Goods ("Transportation Services") and OCFAS is hereby authorized by Customer to store Goods ("Storage Services"). Transportation Services and Storage Services are hereinafter collectively referred to as "Services." Companies reserve sole and absolute discretion as to the means, routes and procedures to be used in providing the Services. Goods shall be stored at 1315 South Allec Street, Anaheim, CA  92805, or at such other location as determined by Companies in their sole discretion, of which location Companies shall notify Customer. Companies reserve the right to open and inspect Goods and reserve the right to refuse to provide Services in their sole discretion.

2.    Fees. Quotations are given on the basis of immediate acceptance and are subject to the right of withdrawal or revision.  If any changes occur in the rates of freight, insurance premiums or other charges applicable to Goods, quotations and charges shall be subject to revision accordingly with or without notice, even after the Companies have accepted Goods. Customer agrees to pay and guarantees payment of all sums due under this Agreement. Rates for Services are subject to change without notice. Companies may make advances or incur liabilities on behalf of Customer and in furtherance of this Agreement. Payment for Transportation Services, and any other services, advances and liabilities incurred are due upon completion of the work. Payment for Storage Services shall be due monthly in advance for each month's storage or fraction thereof. Late fees of 1.5% per month, or the maximum amount allowed by law, whichever is less, shall accrue on all unpaid balances. Payments not made within ten (10) days of the due date shall be considered delinquent and shall constitute a breach of this Agreement. Companies shall not be required to submit an invoice for payment and fees are due regardless of Customer's receipt of an invoice. Customer shall not have the right to withhold or offset the payment of fees for any reason, including without limitation, damage, delay or loss of Goods. In the event any check or other instrument tendered by Customer is returned unpaid by a financial institution for any reason, including without limitation, a credit card chargeback, Customer shall be charged a $30.00 processing fee. Customer expressly agrees that it shall be responsible for any expenses and fees, including attorneys' fees and costs, incurred by Companies in collecting past due amounts from Customer.

3.    Term and Termination. This Agreement shall be effective as of the last signature date on the front of this Agreement and shall continue in effect until terminated, in whole or in part, for any reason: (i) by Customer upon two (2) business days' written notice to Companies; or (ii) by Companies immediately upon written notice to Customer. Upon thirty (30) days' written notice to Customer to remove Goods, Customer shall pay all amounts due and remove Goods within the stated time, or Companies may have Goods removed at the expense of Customer and/or sell or dispose of Goods in accordance with this Agreement and/or applicable law. Sections 2 through 12 shall survive any termination of this Agreement.

4.    Valuation of Goods. CUSTOMER EXPRESSLY ACKNOWLEDGES THAT: (i) THE VALUE OF EACH ITEM OF GOODS DOES NOT EXCEED THE AMOUNT(S) SET FORTH IN THE DECLARED VALUE SECTION ON THE FRONT OF THIS AGREEMENT; (ii) IF NO AMOUNT IS SPECIFIED IN THE DECLARED VALUE SECTION, THE VALUE OF GOODS SHALL NOT EXCEED THE LESSER OF SIXTY CENTS ($0.60) PER POUND OR SIXTY DOLLARS ($60.00); (iii) IN THE EVENT CUSTOMER ASSIGNS A SINGLE VALUE TO A LOT OF MULTIPLE GOODS, THE VALUE OF A SINGLE ITEM SHALL BE EQUAL TO THE TOTAL DECLARED VALUE DIVIDED BY THE NUMBER OF ITEMS; AND (iv) DECLARED VALUE COVERAGE IS ONLY AVAILABLE IF CUSTOMER PURCHASES INSURANCE PURSUANT TO SECTION 8 BELOW.

5.    Access and Removal of Goods. Customer shall be entitled to effect removal of all Goods or a portion thereof upon providing Companies two (2) business days' advance notice, provided, however, Companies are not obligated to release Goods until all fees for Services and other charges due have been paid. Such removal shall be subject to reasonable restrictions, in Companies' sole discretion, and shall be limited to Companies' normal business hours or other such time as Companies' and Customer may agree. Companies reserve the right to charge a labor fee commensurate with the labor required to prepare Customer's Goods for such removal. Customer may hire Companies to effect removal and shall pay fees for Services which may be in effect at that time. Customer may, at its own expense, hire an outside company to effect such removal.  Unclaimed goods may be sold or otherwise disposed of by Companies as permitted under California law.

6.    Transportation. Companies shall transport Goods to the location specified herein by Customer. Companies, in their sole discretion, may use third parties for transportation of the Goods. Customer agrees Goods will be available for pick-up and/or delivery during regular business hours or at such other appointment time(s) as may be agreed upon by Companies. Companies reserve the right to assess additional fees due to Customer's delay, impediment, omission of information, and/or scheduling pick-up and/or delivery outside of regular business hours. Companies will only deliver Goods to Customer or such person Customer designates in writing.

7.    Customer Representations and Warranties. Customer represents and warrants that: (i) it is the lawful owner or the agent authorized by the lawful owner of Goods under this Agreement; (ii) all of the Goods are truthfully, accurately and completely described on the front of this Agreement; (iii) it shall be liable for any duties, taxes, imposts, levies, deposits or outlays of any kind levied by authorities at any port or place for or in connection with Goods, and for any payments, fines, expenses, loss or damage incurred or sustained by Companies in connection herewith, including any amounts on settlement of any fraud or other claim by any regulatory agencies, all additional duties, costs, expenses and attorneys' fees; (iv) any instruction(s) given to Companies may be complied with and relied upon by Companies or by such party as may be employed by Companies or entrusted with said Goods on behalf of Companies; (v) Goods are limited to those set forth on the front of this Agreement and except as specifically set forth on the front of this Agreement, shall not include fragile articles not packed by Display, stamp collections, furs, precious stones or jewelry, currency, precious metals in any form, livestock, plants, firearms, narcotics or other illegal contraband or substances, noxious, corrosive, flammable, dangerous or explosive substances, hazardous materials (as defined by federal, state or local law), or other items likely to cause damage, including without limitation, those likely to harbor or encourage vermin or other pests (collectively "Prohibited Goods"); (vi) Prohibited Goods may be destroyed, disposed of or otherwise dealt with if, in the sole and absolute discretion of Companies, they pose a danger to other Goods or property; and (vii) it authorizes Companies to open packages, inspect Goods and verify the contents therein, however Companies shall not be required to open and inspect Goods, and failure of Companies to do so shall not indicate acceptance or acknowledgement of any condition of Goods.

8.    Insurance. CUSTOMER ACKNOWLEDGES THAT COMPANIES ARE NOT INSURERS OF GOODS AND DO NOT AUTOMATICALLY PROVIDE INSURANCE AGAINST, NOR SHALL THEY BE LIABLE FOR, ANY TYPE OF RISK, INCLUDING WITHOUT LIMITATION, DAMAGE, DESTRUCTION, LOSS OR LOSS OF USE. Insurance may be purchased for an additional fee. The insurance premium(s) shall be based upon the declared value of Goods set forth on the front of this Agreement. Declared values may only be altered in a writing signed by all parties hereto. Insurance coverage shall not exceed the declared value set forth on the front of this Agreement. Insurance is provided through a third party insurer under the terms of a policy separate from this Agreement, which policy will be provided upon request. Should any dispute arise between Customer and the insurer with respect to the insurance, Customer's recourse shall be against the insurer only, and Companies shall have no responsibility or liability in relation thereto, not withstanding that the premium upon the policy may be paid to Companies by Customer.

9.    Claims for Loss. Customer agrees: (i) to inspect Goods upon delivery; (ii) to provide Companies with written notice completely describing any damage, loss or delay within five (5) days of delivery, or in the event of non-delivery, within five (5) days of the date Goods should have been delivered; (iii) that all original shipping cartons, packing and contents must be made available for inspection by Companies at any time and must be retained until all claims are resolved; and (iv) that Companies are not obligated to act on any claim for damage, delay or loss of Goods until all fees due Companies have been paid.

10.   Limitation of Liability. CUSTOMER EXPRESSLY ACKNOWLEDGES AND AGREES THAT IN NO EVENT SHALL COMPANIES OR THEIR AFFILIATES, OWNERS, DIRECTORS, OFFICERS, EMPLOYEES, AGENTS OR INDEPENDENT CONTRACTORS, BE LIABLE TO CUSTOMER OR ANY THIRD PARTY, UNDER ANY THEORY, WHETHER IN CONTRACT, WARRANTY, TORT (INCLUDING WITHOUT LIMITATION NEGLIGENCE OR STRICT LIABILITY) OR OTHER THEORY: (i) FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING WITHOUT LIMITATION, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, CONTENT OR OTHER INTANGIBLE LOSSES (EVEN IF COMPANIES HAD BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES); OR (ii) FOR ANY AMOUNT IN EXCESS OF THE LESSER OF THE ACTUAL VALUE, MARKET VALUE, ACTUAL COST OF REPAIR OR RESTORATION, SIXTY CENTS ($0.60) PER POUND OR SIXTY DOLLARS ($60.00). CUSTOMER ACKNOWLEDGES THAT ITS ACCEPTANCE OF THIS SECTION HAS MATERIALLY INDUCED COMPANIES TO ENTER INTO THIS AGREEMENT. THE FOREGOING LIMITATIONS OF LIABILITY APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW.

11.   Remedies for Non-payment; Liens. IN THE EVENT OF ANY FAILURE TO PAY ANY SUMS DUE COMPANIES PURSUANT TO THIS AGREEMENT (INCLUDING WITHOUT LIMITATION, ALL CHARGES, EXPENSES AND LIABILITIES ARISING FROM: THE SERVICES; INSURANCE; PRESERVATION, KEEPING AND/OR DISPOSAL OF GOODS; MONEY ADVANCED AT THE REQUEST OF CUSTOMER TO DISCHARGE A PRIOR LIEN; AND/OR EXPENSES OF ANY LIEN SALE), EITHER OR BOTH OF COMPANIES (AS DETERMINED BY COMPANIES IN THEIR SOLE DISCRETION) SHALL HAVE A LIEN FOR SUCH SUMS DUE COMPANIES ON ANY GOODS TRANSPORTED OR STORED PURSUANT TO THIS AGREEMENT AND ON ANY INSURANCE PROCEEDS ARISING FROM THE DAMAGE, DELAY, DESTRUCTION OR LOSS OF SUCH GOODS. CUSTOMER AGREES THAT SUCH LIENS SHALL CONTINUE IN EFFECT AFTER THE GOODS ARE DELIVERED OR RELEASED UNTIL ALL SUMS DUE COMPANIES ARE PAID. If requested, Customer will sign any documents provided by Companies to perfect such rights, titles and interests. Customer hereby appoints Companies its attorney-in-fact to execute and deliver such documents on its behalf and in its place in the event that Customer fails to do so after notice and a reasonable opportunity to perform. Companies may condition delivery or release of Goods on full payment of all sums due Companies. Companies may enforce any lien on Goods by separate or joint public or private sale of Goods pursuant to California law. If a portion of the Goods shall have been delivered, released, or sold, a general lien shall apply in respect of such Goods as remain in Companies' possession. Customer waives any right to demand, advertisement, notice of sale and the manner and procedure of sale. Customer

12.   Indemnification. Customer shall indemnify each of Companies, their affiliates, owners, directors, officers, employees, agents and independent contractors, and hold them harmless from, any loss, expense (including attorneys' or experts' fees), damage or liability arising out of any claim, demand, proceeding or suit arising from Companies' performance under this Agreement and from any breach by Customer (and/or its employees and/or agents) of any of the terms, conditions, representations or warranties in this Agreement.

13.   Governing Law; Disputes. This Agreement has been executed by both parties in California and is intended to be performed in California.  This Agreement shall be exclusively governed by and construed under the laws of California without giving effect to such state's conflict of laws principles.  Venue and jurisdiction shall be exclusively in the state and federal courts in Orange County, California. Customer further irrevocably consents to the service of process against it in any such action or proceeding by the delivery of a copy of such process to Customer at the address set forth on the front of this Agreement or otherwise provided to Companies pursuant to the terms of this Agreement. The non-prevailing party in any such action or proceeding between the parties to this Agreement shall pay to the prevailing party all expenses, costs and fees (including reasonable attorneys' and experts' fees) incurred by such prevailing party in such litigation.

14.   Miscellaneous. Notices hereunder shall be in writing and shall be deemed to have been fully given and received when properly addressed to Customer at the address set forth on the first page hereof and to Companies at 1315 South Allec Street, Anaheim, CA  92805 or such other address as a party may give notice in the same manner set forth in this Section, and are delivered by: (a) hand; (b) nationally recognized overnight courier (i.e., UPS); (c) registered or certified mail, return receipt requested, postage prepaid; or (d) email, if to Customer. Within ten (10) days of any change of address, Customer shall provide notice of such change in accordance with this Section. Any invalidity of any term or terms of this Agreement shall be limited to the minimum extent necessary to make them enforceable and shall not affect the validity of the remaining terms of this Agreement, but only if and to the extent such enforcement would not materially and adversely frustrate the parties' essential objectives as expressed in this Agreement. The parties do not intend that this Agreement shall confer on any party other than the parties hereto any right, remedy or benefit, whether intended or incidental, or that any non-party shall have any right to enforce any provision of this Agreement. The failure to exercise or enforce any right or provision of this Agreement shall not constitute a waiver of such right or provision. This Agreement: (i) represents the entire understanding of the parties hereto and supersedes all prior written or oral agreements with respect to the subject matter hereof; (ii) may be amended, modified or superseded only in a writing signed by both parties; (iii) may not be assigned in any part by Customer, whether by operation of law or otherwise, without Companies' prior written consent; (iv) subject to the preceding subsection, shall be binding upon and shall inure to the benefit of and be enforceable by the parties to this Agreement and their respective heirs, legal representatives, successors and assigns; and (v) may be executed in any number of counterparts and via electronically transmitted copies, each of which shall be deemed an original instrument, but all of which together shall constitute only one and the same instrument.

EXHIBIT 5
129

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 193-10212 | 1 | Eagan Avena | 11/15/18 | green/gold racetrack | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10213 | 2 | Eagan Avena | 11/15/18 | pink/orange/purple racetrack | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10215 | 3 | Eagan Avena | 11/15/18 | racetrack, black background, re | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10216 | 4 | Eagan Avena | 11/15/18 | racetrack, gold/blue, orange gr | Frank Stella | | 71 | 56 | 2 | 4.60 | 3d1 |
| 193-10214 A | 5 | Eagan Avena | 11/15/18 | small sculpture, metal head, no | Young-deok Seo | | 67.5 | 12 | 12 | 5.63 | 5d1 |
| 193-10229 | 6 | Eagan Avena | 11/15/18 | large sculpture, face, bicycle ch | Young-deok Seo | | 50 | 36 | 17 | 17.71 | wall |
| 193-10218 | 7 | Eagan Avena | 11/15/18 | Batman 1 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10219 | 8 | Eagan Avena | 11/15/18 | Batman 2 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10220 | 9 | Eagan Avena | 11/15/18 | Batman 3 of 3 | Unknown | | 73 | 55 | 2 | 4.65 | 3c1 |
| 193-10217 | 10 | Eagan Avena | 11/15/18 | impressionist street in rain | Unknown | | 73 | 59.8 | 2 | 5.05 | 3d1 |
| 193-10227 | 11 | Eagan Avena | 11/15/18 | fingerprint of gold leaf on black | Unknown | A | 36 | 24 | 4 | 2.00 | 3a2 |
| 193-10228 | 12 | Eagan Avena | 11/15/18 | fingerprint of gold text on red | Unknown | A | 36 | 24 | 4 | 2.00 | 3a2 |
| 193-10223 | 13 | Eagan Avena | 11/15/18 | blue, white, red lines | Michael Monney | | 39.5 | 39.5 | 2 | 1.81 | 3b1 |
| 193-10225 | 14 | Eagan Avena | 11/15/18 | orange/pink lines | Michael Monney | | 39.5 | 39 | 2 | 1.78 | 3b1 |
| 193-10224 | 15 | Eagan Avena | 11/15/18 | blurry silver/blue lines | Nicole Holz | | 39.5 | 39.5 | 2 | 1.81 | 3b1 |
| 193-10221 | 16 | Eagan Avena | 11/15/18 | b/w photo of stone bridge | Ramelli Serge | | 39.5 | 59 | 2 | 2.70 | 3b1 |
| 193-10222 | 17 | Eagan Avena | 11/15/18 | b/w photo of Eiffel Tower | Ramelli Serge | | 39.5 | 59 | 2 | 2.70 | 3b1 |
| 193-10226 | 18 | Eagan Avena | 11/15/18 | b/w photo of racecar | Unknown | | 31.3 | 48 | 2 | 1.74 | 3b1 |

B-10214B   Pedestal

EXHIBIT 5
130

EXHIBIT 6

## Jack Reitman

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Tuesday, August 13, 2019 5:59 PM
**To:** Jack Reitman
**Subject:** Fwd: Fw: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

---------- Forwarded message ---------
From: **lisa storie** <lisajstorie@yahoo.com>
Date: Fri, Mar 1, 2019 at 10:08 AM
Subject: Fw: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY
To: Jason Frank <jfrank@lawfss.com>, bweiss@force10partners.com <bweiss@force10partners.com>, Julie Cline-Maurer <julie@julieclinefas.com>

This piece of art (per art dealer) is included in my court agreement for child support.  It's listed specifically.  It was bought for our home (see below).  Please allow us to release it so I can sell it.

---

**From:** Julie Cline-Maurer <julie@julieclinefas.com>
**Sent:** Friday, March 1, 2019 9:10 AM
**To:** Brian Ross <bross@oc-fas.com>; Storie Lisa () <lisajstorie@yahoo.com>; Jeannie Denholm <jdenholm@scapesite.com>
**Subject:** RE: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

Is there a Brad Durham?  Do you mean David Shapiro?– I have the invoice for the Talladega Three III to Michael addressed to him at their Residence at 224 Via Lido Nord, which is stated on the Stipulation & Order judgement on 12/5/2018 "any artwork that was part of the Marital Residence" that is in OCFAS is awarded to Lisa.  I can send this document and the invoice and proof that it was part of their personal residence to the Receivership and Lawyers.  Please give me contract information for the Receivership and lawyer's for the court.  Also, that piece went to Michael's office temporarily when Michael and Lisa split up and he left the residence – It was not purchased by Eagan Avenatti and should not be included in the Receivership

Warm Regards

Julie Cline-Maurer
272 Hot Springs Road
Santa Barbara, CA  93108
HOME: 805-695-8250
CELL: 805-705-9028

---

**From:** Brian Ross <bross@oc-fas.com>
**Sent:** Friday, March 1, 2019 8:45 AM
**To:** Jeannie Denholm <jdenholm@scapesite.com>; lisa storie <lisajstorie@yahoo.com>
**Cc:** Julie Cline-Maurer <julie@julieclinefas.com>
**Subject:** RE: confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY

I have all of these, however, Talladega Three III is one of four Stellas that were picked up from Michael's office on 11/15/18.  A court order says that I cannot release it.  I'm not disputing that Lisa owns it, as well as the other three, and I have notified the Receiver of this situation.  He said he would request guidance from council.  Until then, I can't release it.

We have three Stellas, the Heather Gwyn Martin and the Brad Durham to go on the truck this morning.

Please let me know if you have any questions.

Thank you,

Brian Ross
Orange County Fine Art Storage
714-418-4400



Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

---

**From:** Jeannie Denholm <jdenholm@scapesite.com>
**Sent:** Thursday, February 28, 2019 7:02 PM
**To:** lisa storie <lisajstorie@yahoo.com>
**Cc:** Julie Cline-Maurer <julie@julieclinefas.com>; Brian Ross <bross@oc-fas.com>
**Subject:** confirmation: consigned Artwork being delivered to SCAPE tomorrow by DISPLAY
**Importance:** High

I want to confirm that things have been lined up for me to receive the Frank Stella's and Heather Gwen Martin painting Friday afternoon.  Display will help install them.

I thought there were four Stella's available but Brian at OCFAS says he only has three.  Can you review the list and if you see an error with his records... call him ASAP in the morning?  (he will need to hear from you before the truck leaves OCFAS)

To my understanding, Here are the ones he has for sure:

1. Imola Five II
2. Imola Three  I
3. Talledega Three III

Corresponding images:





Imola Five II      Imola Three I      Talladega Three III

The one in question from my notes is:  Imola Three II .  I show that one as available from your notes but I don't think Brian has it?  ==Should it be there and available for me to hang with the others?==   (Image shown below)



Imola Three II

I have in my notes that Julie sold "Talladega Three II" and "Pergusa III"
There are no notes indicating that Imola Three II is sold and unavailable.
Images of the ones that I understand Julie sold noted below:




Telladega three II (sold)      Pergusa III   (sold)

Let me know!  Let Brian know if *Imola Three II* should in fact be there and if it can be sent with the others! Thanks so much.
I'll let you know when the art has arrived safely and is installed.
An eblast announcing the artwork's arrival is going out tomorrow.

Best regards,
Jeannie


Jeannie Denholm
Art Advisor | Collection Management | Curator

Southern California Art Projects and Exhibitions | **SCAPE**
2859 East Coast Hwy
Corona Del Mar, CA 92625
office: 949.723.3406   cell: 949.295.9429

**From:** lisa storie [mailto:lisajstorie@yahoo.com]
**Sent:** Wednesday, February 06, 2019 12:20 PM
**To:** Jeannie Denholm
**Subject:** art work

Here you go...
Notes:
Craig Kauffman - Sold
Jane Wells - Keeping All
Shapiro - Clearing 11 - I'm keeping

--

**Brian Weiss**
at Force 10 Partners

**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368  **P** (949) 357-2360  **M** (949) 933-7011  **E** bweiss@force10partners.com  **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

## Jack Reitman

| | |
|---|---|
| **From:** | Brian Weiss <bweiss@force10partners.com> |
| **Sent:** | Tuesday, August 13, 2019 6:01 PM |
| **To:** | Jack Reitman |
| **Subject:** | Fwd: Eagan Avenatti |

---------- Forwarded message ---------
From: **Brian Ross** <bross@oc-fas.com>
Date: Tue, Feb 19, 2019 at 4:39 PM
Subject: RE: Eagan Avenatti
To: Brian Weiss <bweiss@force10partners.com>

Brian,

I need to make you aware of something.  On the list I sent you are four artworks by Frank Stella that were originally in the Avenatti/Storie home.  We installed them in Mr. Avenatti's office.  I've been told that they are considered the property of Lisa Storie per court order.  Do you have a problem with that?  The art consultant who bought them for the Avenatti's agrees that all of the others on the list were purchased later by Mr. Avenatti.

Please advise.

Thank you,

Brian Ross

Orange County Fine Art Storage

714-418-4400



Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

**From:** Brian Weiss <bweiss@force10partners.com>
**Sent:** Friday, February 15, 2019 10:52 AM
**To:** Brian Ross <bross@oc-fas.com>
**Subject:** Re: Eagan Avenatti

Brian,

Thank you for the report.  I would much appreciate a couple of referrals that will be able to help sell the art.

Regards,

Brian

On Fri, Feb 15, 2019 at 10:36 AM Brian Ross <bross@oc-fas.com> wrote:

> Hello Brian,
>
> Attached is the list of artwork that was picked up from the office of Michael Avenatti in November, 2018.  Please let me know if you have any questions.  I would be happy to provide the names of some art dealers who can assist with liquidation, if that is your goal.
>
> Thank you,
>
> Brian Ross
>
> Orange County Fine Art Storage
>
> 714-418-4400



Any business transacted between us or goods accepted by us are governed by our Bill of Lading Terms and Conditions. Should you elect not to arrange insurance through Orange County Fine Art Storage, LLC, please note that our liability is limited to 0.60 cents per pound as stated in our Bill of Lading Terms and Conditions.

-----Original Message-----
From: Brian Weiss <bweiss@force10partners.com>
Sent: Thursday, February 14, 2019 3:05 PM
To: Brian Ross <bross@oc-fas.com>
Subject: Eagan Avenatti

Brian,

Thank you for taking the time to speak with me today.  As discussed, I have been appointed as the Federal Court Receiver for Eagan Avenatti, LLP (see #4).  Pursuant to the Receivership Order, the courts EA and Avenatti to do the following:

Immediately turn over possession of all property of EA to the Receiver when the appointment becomes effective, including but not limited to all past and current client engagement contracts, case files, books and records, electronic files, and other documents necessary to manage the Receivership Assets and all funds in EA accounts, including client trust accounts.

As a result of the Receivership, I am now the party in control of all of EA's assets including the artwork being held at Orange County Fine Art Storage.  No artwork is allowed to be accessed except by me or parties subject to my written approval.

Also, please send me a list of all property being held at Orange County Fine Art Storage.

Thank you for your help.  Please feel free to call me with any questions.

Regards,

--

Brian Weiss

at Force 10 Partners

A 20341 SW Birch Suite 220, Newport Beach CA 92660 D (949) 357-2368  P (949) 357-2360  M (949) 933-7011  E bweiss@force10partners.com  W http://force10partners.com

--

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

--

**Brian Weiss**
at Force 10 Partners
**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368  **P** (949) 357-2360  **M** (949) 933-7011  **E** bweiss@force10partners.com  **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary

or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

--



**Brian Weiss**
at Force 10 Partners

**A** 20341 SW Birch Suite 220, Newport Beach CA 92660
**D** (949) 357-2368  **P** (949) 357-2360  **M** (949) 933-7011  **E** bweiss@force10partners.com  **W** http://force10partners.com

This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Force 10 Partners and each of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

| INV# | Customer | received | description | artist | area | area | area |
|------|----------|----------|-------------|--------|------|------|------|
| 193-10212 | Eagan Avenatti LLP | 11/15/18 | green/gold racetrack | Frank Stella | 71 | 56 | 2 |
| 193-10213 | Eagan Avenatti LLP | 11/15/18 | pink/orange/purple racetrack | Frank Stella | 71 | 56 | 2 |
| 193-10214 | Eagan Avenatti LLP | 11/15/18 | small sculpture, metal head, no face on pedestal | Young-deok Seo | 67.5 | 12 | 12 |
| 193-10215 | Eagan Avenatti LLP | 11/15/18 | racetrack, black background, red/green/yello | Frank Stella | 71 | 56 | 2 |
| 193-10216 | Eagan Avenatti LLP | 11/15/18 | racetrack, gold/blue, orange green | Frank Stella | 71 | 56 | 2 |
| 193-10217 | Eagan Avenatti LLP | 11/15/18 | impressionist street in rain | Unknown | 73 | 59.8 | 2 |
| 193-10218 | Eagan Avenatti LLP | 11/15/18 | Batman 1 of 3 | Unknown | 73 | 55 | 2 |
| 193-10219 | Eagan Avenatti LLP | 11/15/18 | Batman 2 of 3 | Unknown | 73 | 55 | 2 |
| 193-10220 | Eagan Avenatti LLP | 11/15/18 | Batman 3 of 3 | Unknown | 73 | 55 | 2 |
| 193-10221 | Eagan Avenatti LLP | 11/15/18 | b/w photo of stone bridge | Ramelli Serge | 39.5 | 59 | 2 |
| 193-10222 | Eagan Avenatti LLP | 11/15/18 | b/w photo of Eiffel Tower | Ramelli Serge | 39.5 | 59 | 2 |
| 193-10223 | Eagan Avenatti LLP | 11/15/18 | blue, white, red lines | Michael Monney | 39 | 39.5 | 2 |
| 193-10224 | Eagan Avenatti LLP | 11/15/18 | blurry silver/blue lines | Nicole Holz | 39 | 39.5 | 2 |
| 193-10225 | Eagan Avenatti LLP | 11/15/18 | orange/pink lines | Michael Monney | 39.5 | 39 | 2 |
| 193-10226 | Eagan Avenatti LLP | 11/15/18 | b/w photo of racecar | Unknown | 31.3 | 48 | 2 |
| 193-10227 | Eagan Avenatti LLP | 11/15/18 | fingerprint of gold leaf on black | Unknown | 36 | 24 | 4 |
| 193-10228 | Eagan Avenatti LLP | 11/15/18 | fingerprint of gold text on red | Unknown | 36 | 24 | 4 |
| 193-10229 | Eagan Avenatti LLP | 11/15/18 | large sculpture, face, bicycle chain | Young-deok Seo | 50 | 36 | 17 |

EXHIBIT 6
140