JOHN P. REITMAN (State Bar No. 80579)
jreitman@lgbfirm.com
JACK A. REITMAN (State Bar No. 283746)
jareitman@lgbfirm.com
LANDAU GOTTFRIED & BERGER LLP
1880 Century Park East, Suite 1101
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056

Attorneys for Brian Weiss,
Court Appointed Receiver of Eagan Avenatti, LLP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EAGAN AVENATTI, LLP<br><br>Debtor. | Case No. 8:18-CV-01644-VAP-KES<br><br>**DECLARATION OF BRIAN WEISS IN SUPPORT OF RECEIVER'S MOTION TO DISCHARGE RECEIVER**<br><br>**Hearing Date, Time, and Location:**<br>Date:   October 29, 2019<br>Time:   10:00 a.m.<br>Place:  Courtroom 6D<br>            411 W 4th Street<br>            Santa Ana, CA 92701 |

I, Brian Weiss, hereby declare as follows:

1. I am the federal court appointed receiver for Eagan Avenatti, LLP ("EA") in the above captioned case. I make this declaration in support of my motion to discharge myself and the EA receivership (the "Motion"). Unless otherwise stated, I have personal knowledge of the facts set forth below; and if called as a witness, I could and would competently testify thereto under oath.

2. I was appointed as receiver for EA by this Court (by stipulation) on February 13, 2019 [Docket No. 53]. On September 13, 2019, I caused EA to file for chapter 7 bankruptcy (*In re Eagan Avenatti, LLP*, Case No. 8:19-bk-13560-CB, the "EA Bankruptcy Case"). A bankruptcy trustee (Richard A. Marshack) has been appointed, and I have turned over all files and other property to Mr. Marshack. I have also discussed EA and its business/various issues at great length with him.

3. As the assets and affairs of EA are now wholly controlled by the Trustee in the EA Bankruptcy Case, I believe my duties have concluded with respect to the EA Receivership estate, and request that the Court discharge me from my duties as Receiver. A true and correct copy of my seventh and final receivership report is attached as Exhibit 1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 1, 2019, at Newport Beach, California



Brian Weiss