# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-01644-VAP-KES                                   Date: October 16, 2019

Title:  IN RE EAGAN AVENATTI, LLP

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTs: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     Order Re Receiver's Motion to Discharge Receiver (Dkt. 106)

On October 1, 2019, receiver Brian Weiss moved for an order discharging his duties as the court-appointed receiver for judgment debtor Eagan Avenatti, LLP.  (Dkt. 106.)  Mr. Weiss states that he is no longer needed because Eagan Avenatti, LLP has filed for chapter 7 bankruptcy and a bankruptcy trustee has been appointed.  (Id. at 4.)  Mr. Weiss also states that creditor Jason Frank Law does not oppose the motion, but that Mr. Avenatti does oppose it.  (Id. at 2-3.)

The motion was noticed for hearing before the Magistrate Judge on October 29, 2019.  (Id. at 1.)  Pursuant to Local Rule 7-9, any opposition to the motion was due on or before October 8, 2019.  As of the date of this order, the Court has not received any opposition or other response to the motion.

IT IS THEREFORE ORDERED that, **on or before Friday, October 18, 2019**, Mr. Avenatti shall file either: (a) an opposition to the motion, or (b) a notice of non-opposition.  If Mr. Avenatti files an opposition, Mr. Weiss may file a reply **on or before October 25, 2019**.

Initials of Deputy Clerk JD