UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re EAGAN AVENATTI, LLP,<br>　　　　Debtor. | Case No.  8:18-cv-01644-VAP-KES<br><br>ORDER GRANTING MOTION TO<br>DISCHARGE RECEIVER |

　　　The Court, having read and considered the motion of Brian Weiss, federal court appointed receiver for Eagan Avenatti, LLP ("EA"), for an order discharging his duties as receiver for EA (Dkt. 106), the related pleadings, the related documents in the record, and with good cause shown, IT IS HEREBY ORDERED that:

1. The motion (Dkt. 106) is **granted**;
2. The hearing noticed for October 29, 2019 at 10:00 a.m. is **taken off calendar**;
3. Mr. Weiss is immediately relieved of his duties as receiver for EA; and
4. The Bankruptcy Court currently presiding over In re Eagan Avenatti, LLP, 8:19-bk-13560-CB (C.D. Cal.) will determine the extent of the

expenses and fees to be recovered by Mr. Weiss and his counsel, Landau Gottfried & Berger, LLP.

DATED: October 28, 2019

_____
KAREN E. SCOTT
United States Magistrate Judge